AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                                    District of           Delaware

ROCHE DIAGNOSTICS OPERATIONS,
INC. and CORANGE INTERNATIONAL              **SUMMONS IN A CIVIL CASE**
LIMITED,


              V.                            CASE NUMBER:    0 7 - 7 5 3
ABBOTT DIABETES CARE,
INCORPORATED, et al.


TO: (Name and address of Defendant)

  ABBOTT DIABETES CARE SALES CORPORATION
  c/o Registered Agent
  The Corporation Trust Company, Corporation Trust Center
  1209 Orange Street
  Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  Philip A. Rovner, Esq. (#3215)
  Potter Anderson & Corroon LLP
  P.O. Box 951
  Wilmington, DE  19899
  (302) 984-6000
  provner@potteranderson.com

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO                              11/21/07
_____              _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/21/07 |
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED ABBOTT DIABETES CARE SALES CORPORATION BY SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 2:59 PM. PERSON ACCEPTING: SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/07
_____
Date

_Signature of Server_

230 N MARKET ST, WILM DE 19801
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.