AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-753

ABBOTT DIABETES CARE, INCORPORATED, et al.

TO: (Name and address of Defendant)

DIAGNOSTICS DEVICES, INC.
c/o Secretary of State
State of Delaware
Townsend Building
Dover, DE 19901

Diagnostics Devices, Inc.
9300 Harris Corners Pkwy.
Suite 450
Charlotte, NC 28269

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip A. Rovner, Esq. (#3215)
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

11/21/07

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE November 26, 2007 |
|---|---|
| NAME OF SERVER (*PRINT*) Bryan Steakie | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Secretary of State 401 Federal Street Dover DE 19901. Service accepted by Karen Charbonneau @ 11:55 Am

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/26/07
Date

[signature]
*Signature of Server*

15 East North Street Dover DE 19901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.