IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, <br><br> BAYER HEALTHCARE, LLC, <br><br> DIAGNOSTICS DEVICES, INC., <br><br> LIFESCAN, INCORPORATED, and <br><br> NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C. A. No. 07-753 (JJF) ) ) ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Sanvita Incorporated shall answer, move or otherwise respond to Plaintiffs' Complaint is extended through and including January 11, 2008.

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiffs, Roche Diagnostics Operations, Inc. and Corange International Ltd.*

SANVITA, INC.

By: /s/ *T. Cole Peterson*
    T. Cole Peterson
    Corporate Counsel
    14255 49th Street, Suite 301
    Clearwater, FL 33762
    (727) 507-2366
    Cole.Peterson@ccsmed.com

*Attorney for Defendant, Sanvita, Inc.*

SO ORDERED, this _____ day of _____ , 2007

_____
United States District Judge

836195