IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT DIABETES CARE INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, NOVA BIOMEDICAL CORPORATION and SANVITA INCORPORATED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 07-753 (JJF) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time within which Defendant Nova Biomedical Corporation shall answer, move or otherwise respond to Plaintiffs' Complaint is extended through and including January 11, 2008.

POTTER ANDERSON & CORROON LLP
*/s/ Phillip A. Rovner*

---
Phillip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
prover@potteranderson.com

*Attorneys for Plaintiffs Roche Diagnostics, Inc. and Corange International Limited*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Rodger D. Smith II*

---
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Nova Biomedical Corporation*

SO ORDERED, this _____ day of _____, 2007

---
United States District Judge