IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, </br></br>Plaintiffs,</br></br>v.</br></br>ABBOTT DIABETES CARE, et al.,</br></br>Defendants. | )</br>)</br>)</br>)   Civil Action No. 07-753 (JJF)</br>)</br>)   DEMAND FOR JURY TRIAL</br>)</br>)</br>)</br>) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation shall move, answer or otherwise respond to the Complaint is extended through and including January 11, 2008.

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
provner@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
*Attorneys for Roche Diagnostics Operations, Inc. and Corange International Ltd.*

[signature]
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Abbott Diabetes Care, Inc. and Abbott Diabetes Care Sales Corporation*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

RLF1-3233184-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899

I hereby certify that on December 11, 2007, the foregoing document was sent via Federal Express to the following non-registered participants:

T. Cole Peterson
Corporate Counsel
Sanvita, Inc.
14255  49th Street, Suite 301
Clearwater, FL  33762

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com