IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, <br><br> BAYER HEALTHCARE, LLC, <br><br> DIAGNOSTICS DEVICES, INC., <br><br> LIFESCAN, INCORPORATED, and <br><br> NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 07-753-JJF ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND PROPOSED ORDER

Plaintiffs Roche Diagnostics Operations, Inc., and Corange International Limited and Defendant Bayer Healthcare, LLC ("Bayer") hereby stipulate and agree, subject to the approval of the Court, that the time for Bayer to answer, move, or otherwise respond to Plaintiffs' complaint is extended through and including January 10, 2008.

/s/ *Philip A. Rovner*
Philip A. Rovner (No. 3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
*Attorney for Plaintiffs*

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jcastellano@ycst.com
*Attorneys for Defendant Bayer Healthcare, LLC*

So Ordered this _____ day of December, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on December 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
>
> Rodger D. Smith, II, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on December 11, 2007, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
>
> T. Cole Peterson
> Corporate Counsel
> 14255 49th Street, Suite 301
> Clearwater, FL 33762
> Cole.Peterson@ccsmed.com

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
jshaw@ycst.com
Jeffrey T .Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

Attorneys for Defendant
Bayer Healthcare, LLC