IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | Civil Action No. 07-753-JJF |
| ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, | ) ) ) ) ) ) | DEMAND FOR JURY TRIAL |
| BAYER HEALTHCARE, LLC, | ) ) | |
| DIAGNOSTICS DEVICES, INC., | ) ) | |
| LIFESCAN, INCORPORATED, and | ) ) | |
| NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED, | ) ) ) | |
| Defendants. | ) | |

**AFFIDAVIT OF MAILING**

STATE OF DELAWARE      )
                       ) ss:
COUNTY OF NEW CASTLE   )

Philip A. Rovner, being duly sworn, deposes and says:

1.  I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for Roche Diagnostics Operations, Inc. and Corange International Limited, plaintiffs herein.

2.  Defendant Diagnostics Devices, Inc. is a non-resident of the State of Delaware,

but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3.  Defendant LifeScan Incorporated is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3.  On November 27, 2007, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Diagnostics Devices, Inc., 9300 Harris Corners Parkway, Suite 450, Charlotte, NC 28269, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Summons, Complaint, and Magistrate's Consent. The return receipt was received by Philip A. Rovner, Esq. on December 7, 2007, as evidenced by the return receipt attached as Exhibit A.

4.  On November 27, 2007, I caused to be mailed by registered mail, return receipt requested, a letter to defendant LifeScan, Incorporated, 1000 Gibraltar Drive, Milpitas, CA 95035, informing defendant that process had been served pursuant to 10 *Del. C.* § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Summons, Complaint, and Magistrate's Consent. The return receipt was received by Philip A. Rovner, Esq. on December 11, 2007, as evidenced by the return receipt attached as Exhibit B.

Dated: December 11, 2007

_____

SWORN AND SUBSCRIBED before me the day and year aforesaid.

Mary Ellen Steckel

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Diagnostic Devices
    9300 Harris Corners Pkwy
    Suite 450
    Charlotte NC
    28269

2. Article Number (Transfer from service label): 26972 200 346 125

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT B**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Life Scan Inc.
   1000 Gibraltar Dr.
   Milpitas, CA
   95035

2. Article Number
   (Transfer from service label)   RB 972 200 332 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Nubia Perez

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes