IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | C.A. No. 07-753 (JJF) |
| ABBOTT DIABETES CARE INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, NOVA BIOMEDICAL CORPORATION and SANVITA INCORPORATED, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time within which Defendant Lifescan Incorporated shall answer, move or otherwise respond to Plaintiffs' Complaint is extended through and including January 11, 2008.

**POTTER ANDERSON & CORROON LLP**

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
*Attorneys for Plaintiffs, Roche Diagnostics, Inc. and Corange International Limited*

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
The Nemours Building
1007 N. Orange Street,
P.O. Box 2207
Wilmington, DE 19899-1347
mbourke@cblh.com
*Attorneys for Defendant, Lifescan Incorporated*

SO ORDERED, this ___ day of _____, 2007,

_____
UNITED STATES DISTRICT JUDGE

581452_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) C.A. No. 07-753 (JJF) |
| ABBOTT DIABETES CARE INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, NOVA BIOMEDICAL CORPORATION and SANVITA INCORPORATED, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Mary W. Bourke, hereby certify that on December 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Philip A. Rovner (# 3215)
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Email: provner@potteranderson.com

Rodger D. Smith, II (# 3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: rsmith@mnat.com

I further certify that on December 13, 2007, I caused a true and correct copy of the foregoing document to be served by email on the above-listed counsel of record and on the following counsel in the manner indicated:

**BY EMAIL**
T. Cole Peterson
Corporate Counsel
14255 49th Street, Suite 301
Clearwater, FL 33762
Email: Cole.Peterson@ccsmed.com

**BY EMAIL**
Frederick L. Cottrell, III (#2555)
Email: Cottrell@rlf.com
Anne Shea Gaza (#4093)
Email: gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY EMAIL**
John W. Shaw (# 3362)
Jeffrey T. Castellano (# 4837)
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Email: jcastellano@ycst.com

                                          /s/ Mary W. Bourke
                                          Mary W. Bourke