IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 07-753 (JJF) ) |
| v. | ) DEMAND FOR JURY TRIAL ) |
| ABBOTT DIABETES CARE, et al., | ) ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation shall move, answer or otherwise respond to the Complaint is extended through and including January 11, 2008.

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
provner@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE   19899
(302) 984-6000
*Attorneys for Roche Diagnostics Operations, Inc. and Corange International Ltd.*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Abbott Diabetes Care, Inc. and Abbott Diabetes Care Sales Corporation*

SO ORDERED this ___13___ day of __December__, 2007.

_____
United States District Judge

RLF1-3233184-1