*14*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 07-753-JJF |
| ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, | ) ) ) ) ) ) ) | |
| BAYER HEALTHCARE, LLC, | ) ) | |
| DIAGNOSTICS DEVICES, INC., | ) ) | |
| LIFESCAN, INCORPORATED, and | ) ) | |
| NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED | ) ) ) | |
| Defendants. | ) ) | |

RECEIVED
DEC 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## STIPULATION AND PROPOSED ORDER

Plaintiffs Roche Diagnostics Operations, Inc., and Corange International Limited and

Defendant Bayer Healthcare, LLC ("Bayer") hereby stipulate and agree, subject to the approval

of the Court, that the time for Bayer to answer, move, or otherwise respond to Plaintiffs'

complaint is extended through and including January 10, 2008.

065725.1001

/s/ *Philip A. Rovner*
Philip A. Rovner (No. 3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
*Attorney for Plaintiffs*

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
jcastellano@ycst.com
*Attorneys for Defendant Bayer Healthcare,*
*LLC*

So Ordered this $\underline{13}$ day of December, 2007.

_____
United States District Judge