IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-753 (JJF) |
| ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, | ) ) ) ) ) ) | |
| BAYER HEALTHCARE, LLC, | ) ) | |
| DIAGNOSTIC DEVICES, INC., | ) ) | |
| LIFESCAN, INCORPORATED and | ) ) | |
| NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED, | ) ) ) | |
| Defendants, | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited and defendant Diagnostic Devices, Inc. ("DDI"), subject to the approval of the Court, that DDI shall move, plead, or otherwise respond to the Complaint in this action on or before January 11, 2008.

| POTTER ANDERSON & CORROON LLP | PARKER POE ADAMS & BERNSTEIN LLP |
|---|---|
| /s/ Phil A. Rovner | /s/ Ashley L. Ellis |
| Phil A. Rovner (No. 3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | Ashley L. Ellis (not yet admitted *pro hac vice*)<br>Three Wachovia Center, Suite 3000<br>401 South Tryon Street<br>Charlotte, NC 28202<br>(704) 335-9039<br>ashleyellis@parkerpoe.com |
| *Attorneys for Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited* | *Attorneys for Defendant Diagnostics Devices, Inc.* |

IT IS SO ORDERED this ____ day of _____, 200_.

_____
United States District Court Judge