IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION,<br><br>BAYER HEALTHCARE, LLC,<br><br>DIAGNOSTICS DEVICES, INC.,<br><br>LIFESCAN, INCORPORATED, and<br><br>NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED<br><br>Defendants. | Civil Action No. 07-753-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Wesley E. Overson, Rachel Krevans, Jason R. Bartlett, Parisa Jorjani and Daniel P. Muino of Morrison & Foerster LLP, to represent Defendant Bayer Healthcare, LLC in this matter. In accordance with Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/ signature_

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jcastellano@ycst.com
*Attorneys for Defendant Bayer Healthcare, LLC*

Dated: December 18, 2007

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

Dated: December ___, 2007

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the California Supreme Court; U.S. Court of Appeals for the Ninth Circuit; U.S. District Court Northern District of California; U.S. District Court of Arizona; U.S. District Central District of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 12, 2007

_____
Wesley E. Overson
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

sf-2437217

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of:

    1984-12-15 California State Bar

    1984-12-15 California Supreme Court

    1984-12-18 U.S. Court of Appeals, Ninth Circuit

    1985-01-03 U. S. District Court, Northern District of California

    1992-10-20 U.S. District Court, Southern District of California

    1995-11-13 U.S. Court of Appeals, Federal Circuit

    2000-04-21 U.S. District Court, Eastern District of California

    2000-11-16 U.S. District Court, District of Colorado

    2001-02-14 U.S. District Court, Central District of California

    2006-11-09 U.S District Court, Eastern District of Texas

and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 12, 2007

                                                                           Rachel Krevans
                                                                           Morrison & Foerster LLP
                                                                           425 Market Street
                                                                           San Francisco, CA 94105-2482

sf-2437090

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of:

2001-08-31 California State Bar

2001-08-31 California Supreme Court

2001-09-13 U. S. District Court, Eastern District of California

2006-08-14 U. S. District Court, Northern District of California

and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 13, 2007

Jason R. Bartlett
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

sf-2437717

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 12, 2007

Parisa Jorjani
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 12, 2007

*Daniel P. Muino*
Daniel P. Muino
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, Esquire, hereby certify that on December 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>
>Anne Shea Gaza, Esquire
>Richards Layton & Finger PA
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>
>Rodger D. Smith, II, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

I further certify that on December 18, 2007, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

T. Cole Peterson, Esquire
Corporate Counsel
14255 49th Street, Suite 301
Clearwater, FL 33762
Cole.Peterson@ccsmed.com

Ashley L. Ellis, Esquire
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
ashleyellis@parkerpoe.com

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        */s/ John W. Shaw*
        John W. Shaw (No. 3362)
        jshaw@ycst.com
        Jeffrey T. Castellano (No. 4837)
        jcastellano@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19899
        (302) 571-6600

        Attorneys for Defendant
        Bayer Healthcare, LLC

2

DB02:6432846.1                          065725.1001