IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABBOTT DIABETES CARE INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, NOVA BIOMEDICAL CORPORATION and SANVITA INCORPORATED,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-753 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Bradford J. Badke, Sona De and Michael Kahn of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 to represent defendant Nova Biomedical Corporation in this matter.

                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                     */s/ Rodger D. Smith II*
                     Rodger D. Smith II (#3778)
                     1201 North Market Street
                     P.O. Box 1347
                     Wilmington, DE 19899-1347
                     (302) 658-9200
                     rsmith@mnat.com

                     *Attorneys for Defendant Nova Biomedical Corporation*

December 20, 2007
1340524

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                        United States District Judge

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on December 20, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Phillip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
>
> Anne Shea Gaza, Esquire
> Richards Layton & Finger PA
>
> Mary W. Bourke, Esquire
> Connolly Bove Lodge & Hutz LLP
>
> John W. Shaw, Esquire
> Young Conaway Stargatt & Taylor LLP

and that on December 20, 2007, I caused copies to be served upon the following in the manner indicated:

### BY HAND & E-MAIL

> Phillip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> Wilmington, DE  19801
>
> Anne Shea Gaza, Esquire
> Richards Layton & Finger PA
> One Rodney Square
> 920 North King Street
> Wilmington, DE  19801
>
> Mary W. Bourke, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801
>
> John W. Shaw, Esquire
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

**BY E-MAIL**

T. Cole Peterson, Esquire
Corporate Counsel
14255 49th Street, Suite 301
Clearwater, FL  33762
Cole.Peterson@ccsmed.com

Ashley L. Ellis, Esquire
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC  28202
ashleyellis@parkerpoe.com

    /s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: Dec. 19, 2007

Sona De
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 18 December 2007

Bradford J. Badke
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 12/17/2007

Michael Kahn
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704