# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

January 4, 2008

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Roche Diagnostics Operations Inc., et al., v. Abbott Diabetes Care Inc., et al.*, Civil Action No. 07-753 JJF

Dear Judge Farnan,

We are counsel representing defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation (collectively "Abbott") in the above-identified action and respectfully request that the Court consider the subject of this letter before the Rule 16 Scheduling Conference on Friday, January 11.

Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited (collectively "Roche") commenced this action for patent infringement against Abbott and the other Defendants on November 21, 2007. None of the Defendants has answered or otherwise responded to the Complaint.

By agreement of the parties, approved by the Court, Defendants will not be responding to the Complaint until January 11, 2008 – which is the same day presently set for the Rule 16(b) Scheduling Conference with Your Honor. However, Plaintiffs' response to counterclaims, if any, will not be due until January 31, 2008 under Fed. R. Civ. P. 12(a)(2). Accordingly, Defendants all jointly request that the Court reset the Scheduling Conference for a date in February – such a date would be well within the bounds of Federal Rule 16(b)'s time constraints for holding the scheduling conference and would allow the Court and the parties to consider all claims, counterclaims, and responses thereto when setting a schedule for this action.

Additionally, on December 14, 2007, Abbott filed two requests with the United States Patent and Trademark Office for *ex parte* reexamination of all claims in the two Roche patents asserted in this suit. Consequently, Abbott intends to file a motion on January 9, 2008 requesting that Your Honor stay these proceedings until the Patent Office makes a determination regarding

RLF1-3240355-1

The Honorable Joseph J. Farnan, Jr.
January 4, 2008
Page 2

the requested reexaminations. Roche has stated that it will oppose Abbott's motion. Therefore, Abbott submits that its anticipated stay motion provides further grounds for resetting the Rule 16(b) Scheduling Conference.

Based upon the circumstances described above, Abbott and the other Defendants asked counsel for the Roche Plaintiffs to join in a request that Your Honor reset the Rule 16(b) Scheduling Conference presently on the calendar for Friday, January 11, 2008 at 11:30 a.m. The Plaintiffs indicated that they oppose Defendants' request to postpone the Rule 16(b) Scheduling Conference.

On behalf of Abbott and the other Defendants (by permission granted through their respective counsel), we request that the Court reset the Rule 16(b) Scheduling Conference to either February 8, 2008, which coincides with the first available hearing date for Abbott's stay motion, or some other date in February convenient to the Court.

Respectfully,

Frederick L. Cottrell, III (#2555)

FLC,III/afg

cc:   Daniel A. Boehnen, Esquire (via email)
      Philip A. Rovner, Esquire (via email)
      Mary W. Bourke, Esquire (via email)
      Adam Wyatt Poff, Esquire (via email)
      John W. Shaw, Esquire (via email)
      Rodger D. Smith, Esquire (via email)
      T. Cole Peterson, Esquire (via e-mail)

RLF1-3240355-1