IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br>vs.<br><br>ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION,<br><br>BAYER HEALTHCARE, LLC,<br><br>DIAGNOSTICS DEVICES, INC.,<br><br>LIFESCAN, INCORPORATED, and<br><br>NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED,<br><br>Defendants. | Civil Action No. 07-753 JJF<br><br>DEMAND FOR JURY TRIAL |

## STIPULATED DISMISSAL WITHOUT PREJUDICE
## OF
## SANVITA INCORPORATED

Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited, collectively referred to herein as "ROCHE", filed a Complaint for Patent Infringement ("Complaint"; docket number 1) on November 21, 2007, alleging infringement of U.S. Patent Nos. 7,276,146 and 7,276,147 by, among others, Defendant Sanvita Incorporated ("SANVITA").

Since the filing of the Complaint, ROCHE and SANVITA have discussed the acts of patent infringement by SANVITA alleged in the Complaint. In the course of these discussions, SANVITA has made the following Representations to ROCHE:

1. SANVITA does not make, produce, import, or in any manner create any of the products accused of infringement in the Complaint, including those sold under the NovaMax® trade name;
2. SANVITA currently distributes products made, produced, or otherwise created by Defendant Nova Biomedical Corporation, in particular those sold under the NovaMax® trade name, and
3. SANVITA does not currently distribute any of the other products accused of infringement in the Complaint.

NOW THEREFORE, it is hereby STIPULATED AND AGREED, by and among the parties, subject to the approval of the Court, that, based upon SANVITA's Representations set forth above, ROCHE's claims against SANVITA as set forth in the Complaint (i) are dismissed without prejudice pursuant to F.R.Civ.P. 41(a), (ii) ROCHE and SANVITA each to bear their own costs, expenses, and fees associated with this matter, (iii) this dismissal does not constitute a release of any claims against Sanvita or its supplier Nova Biomedical.

| POTTER ANDERSON & CORROON LLP | SANVITA, INC. |
|---|---|
| By: /s/ Philip A. Rovner | By: /s/ T. Cole Peterson |
| Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | T. Cole Peterson<br>Corporate Counsel<br>14255 49th Street, Suite 301<br>Clearwater, FL 33762<br>(727) 507-2366<br>Cole.Peterson@ccsmed.com |
| Attorneys for Plaintiffs, Roche Diagnostics Operations, Inc. and Corange International Ltd. | Attorney for Defendant, Sanvita, Inc. |

SO ORDERED, this _____ day of January, 2008.

_____
Joseph J. Farnan, Jr.
United States District Judge

840733

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 4, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY E-MAIL**

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
mbourke@cblh.com

Adam Wyatt Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com

**BY E-MAIL**

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

T. Cole Peterson, Esq.
Corporate Counsel
Sanvita, Inc.
14255 49th Street, Suite 301
Clearwater, FL 33762
Cole.peterson@ccsmed.com

/s/ Philip A. Rovner

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com