IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE, INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INCORPORATED, NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Ashby & Geddes hereby enters its appearance as Delaware counsel to defendant Diagnostic Devices, Inc. ("DDI") in the above action. The firm Young Conaway Stargatt & Taylor, LLP has not appeared on behalf of DDI in the above action and should not be identified as Delaware counsel to DDI on the Court's docket. Young Conaway Stargatt & Taylor, LLP is Delaware counsel to defendant Bayer Healthcare LLC.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
*Attorneys for Defendant Diagnostic Devices, Inc.*

Dated: January 4, 2008
187034.1