

# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140   Direct Phone
(302) 658-1192   Fax

January 8, 2008

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

      Re:    Roche Diagnostics Operations Incorporated, et al. v.
               Abbott Diabetes Care, Incorporated, et al.,
               D. Del., C.A. No. 07-753-JJF

Dear Judge Farnan:

      In anticipation of the scheduling conference in the above-referenced matter, presently scheduled to be held on Friday, January 11, 2008 at 11:30 a.m., I am enclosing the parties' proposed Scheduling Order for Your Honor's consideration. Where the parties have been unable to reach agreement, the proposed Order contains the parties' competing views.

      Counsel are available at the Court's convenience prior to the conference should Your Honor have any questions.

Respectfully,

Philip A. Rovner
provner@potteranderson.com

PAR/mes/841040
Enc.
Cc:  Frederick L. Cottrell, III, Esq. – by ECF and E-mail
     John W. Shaw, Esq., - by ECF and E-mail
     Mary W. Bourke, Esq. – by ECF and E-mail
     Rodger D. Smith, II, Esq. – by ECF and E-mail
     Steven J. Balick, Esq. – by ECF and E-mail
     T. Cole Peterson, Esq. – by E-mail