IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br>vs.<br><br>ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION,<br><br>BAYER HEALTHCARE, LLC;<br><br>DIAGNOSTICS DEVICES, INC.,<br><br>LIFESCAN, INCORPORATED, and<br><br>NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED,<br><br>Defendants. | Civil Action No. 07-753 JJF<br><br>**DEMAND FOR JURY TRIAL** |

### STIPULATED DISMISSAL WITHOUT PREJUDICE
### OF
### SANVITA INCORPORATED

Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited, collectively referred to herein as "ROCHE", filed a Complaint for Patent Infringement ("Complaint"; docket number 1) on November 21, 2007, alleging infringement of U.S. Patent Nos. 7,276,146 and 7,276,147 by, among others, Defendant Sanvita Incorporated ("SANVITA").

Since the filing of the Complaint, ROCHE and SANVITA have discussed the acts of patent infringement by SANVITA alleged in the Complaint. In the course of these discussions, SANVITA has made the following Representations to ROCHE:

1. SANVITA does not make, produce, import, or in any manner create any of the products accused of infringement in the Complaint, including those sold under the NovaMax® trade name;
2. SANVITA currently distributes products made, produced, or otherwise created by Defendant Nova Biomedical Corporation, in particular those sold under the NovaMax® trade name; and
3. SANVITA does not currently distribute any of the other products accused of infringement in the Complaint.

NOW THEREFORE, it is hereby STIPULATED AND AGREED, by and among the parties, subject to the approval of the Court, that, based upon SANVITA's Representations set forth above, ROCHE's claims against SANVITA as set forth in the Complaint (i) are dismissed without prejudice pursuant to F.R.Civ.P. 41(a), (ii) ROCHE and SANVITA each to bear their own costs, expenses, and fees associated with this matter, (iii) this dismissal does not constitute a release of any claims against Sanvita or its supplier Nova Biomedical.

| POTTER ANDERSON & CORROON LLP | SANVITA, INC. |
|---|---|
| By: _/s/ Philip A. Rovner_ | By: _/s/ J. Cole Peterson_ |
| Philip A. Rovner (#3215) | J. Cole Peterson |
| Hercules Plaza | Corporate Counsel |
| P.O. Box 951 | 14255 49th Street, Suite 301 |
| Wilmington, DE 19899 | Clearwater, FL 33762 |
| (302) 984-6000 | (727) 507-2366 |
| provner@potteranderson.com | Cole.Peterson@ccsmed.com |
| Attorneys for Plaintiffs, Roche Diagnostics Operations, Inc. and Corange International Ltd. | Attorney for Defendant, Sanvita, Inc. |

SO ORDERED, this __8__ day of January, 2008.

_/s/ Joseph J. Farnan, Jr._
Joseph J. Farnan, Jr.
United States District Judge

840733

-2-