IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, NOVA BIOMEDICAL CORPORATION, SANVITA INCORPORATED<br><br>Defendants. | Civil Action No. 07-753-JJF |

### STIPULATION AND PROPOSED ORDER

Plaintiffs Roche Diagnostics Operations, Inc., and Corange International Limited and Defendant Bayer Healthcare, LLC ("Bayer") hereby stipulate and agree, subject to the approval of the Court, that the time for Bayer to answer, move, or otherwise respond to Plaintiffs' complaint is extended through and including January 11, 2008.

/s/ Philip A. Rovner

_____
Philip A. Rovner (No. 3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
*Attorneys for Plaintiff*

_____
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Defendant Bayer Healthcare, LLC*

So Ordered this ____ day of January, 2008.

_____
United States District Judge