IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED,<br><br>        Plaintiffs,<br><br>   v.<br><br>ABBOTT DIABETES CARE INC.,<br>ABBOTT DIABETES CARE SALES CORPORATION,<br>BAYER HEALTHCARE, LLC,<br>DIAGNOSTIC DEVICES, INC.,<br>LIFESCAN, INCORPORATED, and<br>NOVA BIOMEDICAL CORPORATION,<br><br>        Defendants. | Civil Action No. 07-753-JJF |

**DEFENDANTS ABBOTT DIABETES CARE INC.'S AND
ABBOTT DIABETES CARE SALES CORP.'S MOTION TO STAY
PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

On November 21, 2007, Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited (collectively "Roche") filed this action against Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation (collectively "Abbott"), as well as several other entities, asserting infringement of two recently-issued patents: United States Patent Nos. 7,276,146 and 7,276,147 (collectively "the patents-in-suit").

On December 14, 2007, less than one month after it was served with Roche's Complaint, and approximately two months after the patents-in-suit issued, Abbott filed two requests with the United States Patent and Trademark Office ("PTO") seeking *ex parte* reexamination of all the claims in the patents-in-suit.

As of the filing date of this motion, none of the defendants has answered or otherwise responded to the Complaint. The Court has granted Abbott an extension of time to January 11, 2008, to file an answer or other response to the Complaint.

At this time, the Court has not entered a scheduling order or set a trial date. The Court has ordered the parties to appear for a scheduling conference, pursuant to Federal Rule of Civil Procedure 16(b), on February 8, 2008, at 11:30 a.m. The parties have not yet exchanged the information required by Federal Rule of Civil Procedure 26(a)(1) and District of Delaware Local Rule 16.2, nor has any party requested or taken any discovery.

Consequently, Abbott hereby respectfully moves that this Court stay these proceedings until the requests are either denied or until reexamination of the asserted patents is concluded. The Court should enter the requested stay for the following reasons:

1. The historical evidence regarding past reexaminations demonstrates that the PTO will most likely invalidate or substantially alter the claims of the patents-in-suit. Such an outcome will likely narrow or resolve the issues in this case.

2. Abbott has made its request for a stay at the very outset of this action – before the Court has entered a discovery and/or trial schedule, before the parties have taken or requested any discovery, and before the defendants have even answered or otherwise responded to the Complaint. Thus, granting the stay will conserve the maximum amount of resources that would otherwise be expended on prosecution of this action.

3. This is purely a patent infringement case. It does not involve any claims requiring a trial that are not linked to the patent infringement claim. Plaintiff Roche will not be prejudiced by the entry of a stay pending the outcome of the two reexamination proceedings. Indeed, in

prior litigation, Roche has conceded that a stay is appropriate where the patent-in-suit is involved in a reexamination proceeding.

Further argument, legal authorities, and evidence supporting this motion are provided in the opening brief filed concurrently herewith and its accompanying exhibits.

A proposed order is submitted herewith and attached hereto.

OF COUNSEL:
Edward A. Mas II
Stephen F. Sherry
Kirk Vander Leest
James M. Hafertepe
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 N. King Street
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp.*

Dated: January 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Mary W. Bourke
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

John W. Shaw
Jeffrey T. Castellano
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven J. Balick
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

I hereby certify that on January 9, 2008, the foregoing document was sent via electronic mail to the following non-registered participants:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert
  & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606

Ashley L. Ellis
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202

| | |
|---|---|
| Wesley E. Overson<br>Rachel Krevans<br>Jason R. Bartlett<br>Parisa Jorjani<br>Daniel P. Muino<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482 | Bradford J. Badke<br>Ropes & Gray<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |

Joseph M. Casino
Kenneth P. George
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY  10016

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. and CORANGE INTERNATIONAL LIMITED,<br><br>        Plaintiffs,<br><br>  v.<br><br>ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION,<br><br>        Defendants. | Civil Action No. 07-753-JJF |

**[PROPOSED] ORDER GRANTING DEFENDANTS ABBOTT DIABETES CARE INC.'S AND ABBOTT DIABETES CARE SALES CORP.'S MOTION TO STAY PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

At Wilmington this _____ day of _____, 2008, having considered Defendants Abbott Diabetes Care Inc.'s And Abbott Diabetes Care Sales Corp.'s Motion To Stay Pending Reexamination Of The Patents-In-Suit and related papers,

IT IS HEREBY ORDERED that Defendants Abbott Diabetes Care Inc.'s And Abbott Diabetes Care Sales Corp.'s Motion To Stay Pending Reexamination Of The Patents-In-Suit is GRANTED. This case is hereby stayed (1) until the United States Patent and Trademark Office denies Defendants' requests for reexamination of United States Patent Nos. 7,276,146 and 7,276,147; or (2) until completion of the reexamination of United States Patent Nos. 7,276,146 and 7,276,147, whichever is later.

                                                                _____
                                                                 Judge Joseph J. Farnan, Jr.

## LOCAL RULE 7.1.1 CERTIFICATE

Pursuant to District of Delaware Local Rule 7.1.1, the undersigned counsel hereby certifies that it has contacted counsel for all other parties in this suit and conferred on the issues raised in this motion. Counsel for Plaintiffs has indicated that Plaintiffs oppose the relief sought by this motion. The other Defendants, namely, Bayer HealthCare, LLC, Diagnostic Devices, Inc., LifeScan, Inc., and Nova Biomedical Corp., have indicated that they do not oppose this motion.

OF COUNSEL:
Edward A. Mas II
Stephen F. Sherry
Kirk Vander Leest
James M. Hafertepe
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 N. King Street
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp.*

Dated: January 9, 2008