IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROCHE DIAGNOSTICS OPERATIONS, INC.,    )
and CORANGE INTERNATIONAL LIMITED,    )
                                       )
                 Plaintiffs,           )
                                       )
        v.                             )    C.A. No. 07-753-JJF
                                       )
ABBOTT DIABETES CARE, INCORPORATED,    )
ABBOTT DIABETES CARE SALES CORPORATION, )
BAYER HEALTHCARE LLC, DIAGNOSTIC       )
DEVICES, INC., LIFESCAN, INCORPORATED, and )
NOVA BIOMEDICAL CORPORATION,           )
                                       )
                 Defendants.           )

**DEFENDANT DIAGNOSTIC DEVICES, INC.'S
<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Defendant Diagnostic Devices, Inc. ("DDI") hereby respectfully moves, pursuant to Rule

12(b)(2) of the Federal Rules of Civil Procedure, that all claims against it in the above action be

dismissed for lack of personal jurisdiction.

The grounds for this motion are fully set forth in the accompanying opening brief and in

the supporting affidavit of Richard Admani.  For the Court's convenience, a proposed form of

order is attached hereto.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*
Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated:  January 11, 2008

187227.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROCHE DIAGNOSTICS OPERATIONS, INC.,      )
and CORANGE INTERNATIONAL LIMITED,        )
                                                              )
                    Plaintiffs,                            )
                                                              )
                    vi.                                      )        C.A. No. 07-753-JJF
                                                              )
ABBOTT DIABETES CARE, INCORPORATED,       )
ABBOTT DIABETES CARE SALES CORPORATION,   )
BAYER HEALTHCARE LLC, DIAGNOSTIC           )
DEVICES, INC., LIFESCAN, INCORPORATED, and )
NOVA BIOMEDICAL CORPORATION,               )
                                                              )
                    Defendants.                          )

## ORDER

        This _____ day of _____, 2008, the Court having considered

defendant Diagnostic Devices Inc.'s motion to dismiss for lack of personal jurisdiction in the

above action, and having concluded that good grounds exist for the requested relief; now

therefore,

        IT IS HEREBY ORDERED that the foregoing motion is granted, and that all claims

against defendant Diagnostic Devices Inc. are hereby dismissed for lack of personal jurisdiction.


                                        _____
                                        United States District Judge


187227.1