IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Case No. 07-753

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., ) <br> and CORANGE INTERNATIONAL LIMITED, ) <br> Plaintiffs, ) <br> v. ) <br> ABBOTT DIABETES CARE, INCORPORATED, ) <br> ABBOTT DIABETES CARE SALES ) <br> CORPORATION, ) <br> BAYER HEALTHCARE, LLC, ) <br> DIAGNOSTICS DEVICES, INC., ) <br> LIFESCAN, INCORPORATED, ) <br> NOVA BIOMEDICAL CORPORATION, and ) <br> SANVITA INCORPORATED, ) <br> Defendants. ) | **AFFIDAVIT OF RICHARD ADMANI IN SUPPORT OF DIAGNOSTIC DEVICES, INC.'S MOTION TO DISMISS** |

Richard Admani, being duly sworn, deposes and says:

1. I am over the age of eighteen and am under no disability which would render me incompetent to make this affidavit. I have personal knowledge of all the matters stated in this affidavit, and all statements made are true and correct.

2. I am the Chief Operating Officer for Diagnostic Devices, Inc ("DDI").

3. DDI is a North Carolina corporation with its principal place of business in Charlotte, North Carolina. DDI sells diabetic testing meters and strips under the trade name Prodigy® for distribution to patients suffering from diabetes.

4. DDI has never employed any officers, employees, or agents in Delaware except for an attorney in connection with its defense of the claims related to this litigation.

5. DDI has never sold any products to any distributor or individual in Delaware.

6. DDI has never shipped any products to Delaware.

7. DDI does not service any warranties for products in Delaware.

8. DDI has never targeted any advertising to Delaware.

9. DDI has never been licensed to do business in Delaware.

CLT 1097865v1



10. DDI has no plan to specifically target Delaware customers.

11. DDI has never had an agent for service of process in Delaware.

12. DDI has not entered into any contracts in Delaware.

13. DDI has never leased or owned property in Delaware.

14. DDI has never maintained an office, facility, or telephone listing in Delaware.

15. DDI has never had a bank account in Delaware.

16. DDI executives have not traveled to Delaware in the last ten years for any business purpose.

17. DDI maintains a website at www.prodigymeter.com available to anyone with access to the world wide web. The site does not allow for product ordering and is simply informational.

18. DDI has never purposefully directed any action towards Delaware and it could not reasonably foresee being haled into a Delaware Court.

This 4th day of January, 2008.

_____
Richard Adman

Sworn to and Subscribed before me this 4th day of January, 2008.

_____
Notary Public  Sabrina Hook
(Type or Print Name)

My Commission Expires: 6/11/2012

SABRINA HOOK
Mecklenburg County, NC
My Commission Expires 6-11-2012

CLT 1097865v1