## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, ) ) ) ) ) | DEMAND FOR JURY TRIAL |
| BAYER HEALTHCARE, LLC, ) ) | |
| DIAGNOSTIC DEVICES, INC., ) ) | |
| LIFESCAN, INCORPORATED, and ) ) | |
| NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED, ) ) ) | |
| Defendants. ) | |

## APPENDIX OF EXHIBITS TO PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO ABBOTT'S MOTION TO STAY THE PROCEEDING PENDING REEXAMINATION OF THE PATENTS-IN-SUIT

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001


Dated:  January 25, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorney for Plaintiffs*
*Roche Diagnostics Operations, Inc. and*
*Corange International Limited*

| INDEX | |
|---|---|
| | |
| **DESCRIPTION** | **EXHIBIT NO.** |
| Information Disclosure Statement filed January 20, 2004 during prosecution of the '147 patent | A |
| Information Disclosure Statement filed September 2, 2003 during prosecution of the '146 patent | B |
| Examiner-initialed copy of the Information Disclosure Statement filed January 20, 2004 during prosecution of the '147 patent | C |
| Examiner-initialed copy of the Information Disclosure Statement filed September 2, 2003 during prosecution of the '146 patent | D |
| Examiner-initialed copy of the Information Disclosure Statement filed March 23, 2007 during prosecution of the '147 patent | E |
| Examiner-initialed copy of the Information Disclosure Statement filed March 23, 2007 during prosecution of the '146 patent | F |
| Manual of Patent Examining Procedure § 609.05(b) (8th ed., rev. 5, Aug. 2006) | G |
| Information Disclosure Statement filed July 7, 2005 during prosecution of the '146 patent | H |
| Information Disclosure Statement filed July 7, 2005 during prosecution of the '147 patent | I |
| Examiner-initialed copy of the Information Disclosure Statement filed July 7, 2005 during prosecution of the '146 patent | J |
| Examiner-initialed copy of the Information Disclosure Statement filed July 7, 2005 during prosecution of the '147 patent | K |
| International Patent Application, WO 00/20626 | L |
| Notice of Allowability from the Patent and Trademark Office for the '146 patent. | M |
| Notice of Allowability from the Patent and Trademark Office for the '147 patent. | N |
| Wall Street Journal article, January 13, 2004, "Abbott Agrees to Pay $1.2 Billion to Buy Glucose-Test Maker | O |
| Transcript of Proceedings Before the Honorable James F. Holderman, December 6, 2007 | P |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 25, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com

**BY E-MAIL**

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
mbourke@cblh.com

**BY E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**BY E-MAIL**

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

**BY E-MAIL**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

I hereby certify that on January 25, 2008 I have sent by E-mail the foregoing

document to the following non-registered participants:

Edward A. Mas, II, Esq.
Stephen F. Sherry, Esq.
Kirk Vander Leest, Esq.
James M. Hafertepe, Esq.
Merle S. Elliott, Esq.
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, IL 60661
emas@mcandrews-ip.com
ssherry@mcandrews-ip.com
kvanderleest@mcandrews-ip.com
jhafertepe@mcandrews-ip.com
melliott@mcandrews-ip.com

Kenneth P. George, Esq.
Joseph M. Casino, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
kgeorge@arelaw.com
jcasino@arelaw.com

Bradford J. Badke, Esq.
Sona De, Esq.
Michael Kahn, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Jim.badke@ropesgray.com
Sona.de@ropesray.com
Michael.kahn@ropesgray.com

Wesley E. Overson, Esq.
Rachel Krevans, Esq.
Jason R. Bartlett, Esq.
Parisa Jorjani, Esq.
Daniel P. Muino, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
woverson@mofo.com
rkrevans@mofo.com
jasonbartlett@mofo.com
pjorjani@mofo.com
dmuino@mofo.com

Michael G. Adams, Esq.
Ashley L. Ellis, Esq.
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

-2-

# EXHIBIT A

1743

Atty. Docket 7404-473

THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re patent application of: | ) |
| | ) |
| Christopher D. Wilsey | ) |
| | ) |
| Serial No. 10/382,322 | ) |
| | ) |
| Filed March 5, 2003 | )    Group Art Unit 1743 |
| | ) |
| METHOD FOR DETERMINING THE | ) |
| CONCENTRATION OF AN ANALYTE IN A | ) |
| LIQUID SAMPLE USING SMALL VOLUME | ) |
| SAMPLES AND FAST TEST TIMES | ) |

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Pursuant to the duty of disclosure in accordance with 37 CFR §1.56, Applicant wishes to bring to the attention of the Examiner the patents, publications, and/or other information listed on the attached PTO Form 1449 (modified). Copies of the items are enclosed in accordance with 37 CFR §1.98.

The filing of this Information Disclosure Statement shall not be construed as an admission that the information cited is, or is considered to be, material to patentability as defined in §1.56(b).

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to the Commissioner for Patents, PO Box 1450, Alexandria, VA 22313-1450.

January 14 2004
(Date of Deposit)
James B. Myers, Jr.
Name of Registered Representative

James B. Myers Jr
Signature

This Statement is being submitted more than three (3) months after the filing date of the application but before receipt of the first Office Action. It is believed that no fee is required for consideration of the submitted items. Should any fee be required, however, please charge such fee to Deposit Account No. 23-3030, but not to include any payment of issue fees.

Respectfully submitted,

By: _James B. Myers_

James B. Myers, Jr., Reg. No. 42,021
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
(317) 634-3456

007404-000473.JBM.250594

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | 10/382,322 |
| | Filing Date | March 5, 2003 |
| | First Named Inventor | Wilsey |
| | Group Art Unit | 1743 |
| | Examiner Name | |
| Sheet | 1 | of | 2 | Attorney Docket No. | 7404-473 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (If known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | 4,832,814 | 05-23-1989 | Root | |
| | | 5,120,420 | 06-09-1992 | Nankai et al. | |
| | | 5,264,103 | 11-23-1993 | Yoshioka et al. | |
| | | 5,389,215 | 02-14-1995 | Horiuchi et al. | |
| | | 5,437,772 | 08-01-1995 | De Castro et al. | |
| | | 5,508,171 | 04-16-1996 | Walling et al. | |
| | | 5,509,410 | 04-23-1996 | Hill et al. | |
| | | 5,575,895 | 11-19-1996 | Ikeda et al. | |
| | | 5,670,031 | 09-23-1997 | Hintsche et al. | |
| | | 5,698,083 | 12-16-1997 | Glass | |
| | | 6,143,164 | 11-07-2000 | Heller et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ Number⁴ Kind Code⁵ (If known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | WO 86/07632 | 12-31-1986 | | | |
| | | WO 00/20626 | 04-13-2000 | | | |
| | | WO 01/25775 | 04-12-2001 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance with this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

SUPPLEMENTAL INFORMATION DISCLOSURE CITATION LIST #1

007404-000473.JBM.250594

JAN 2 0 2004

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| | | | Complete if Known |
|---|---|---|---|
| Substitute for form 1449A/PTO | | Application Number | 10/382,322 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Filing Date | March 5, 2003 |
| | | First Named Inventor | Wilsey |
| | | Group Art Unit | 1743 |
| | | Examiner Name | |
| Sheet | 2 | of | 2 | Attorney Docket No. | 7404-473 |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | T² |
| | | Aoki, K.; Morita, M.; Niwa, O.; and Tabei, H. "Quantitative Analysis Of Reversible Diffusion Controlled Currents Of Redox Soluble Species At Interdigitated Array Electrodes Under Steady-State Conditions", J. Electroanal. Chem. 256 (1988) 269-282 | |
| | | Aoki, K. and Tanaka, M.; "Time-Dependence Of Diffusion-Controlled Currents Of A Soluble Redox Couple At Interdigitated Microarray Electrodes" J. Electroanal. Chem. 266 (1989) 11-20 | |
| | | Niwa, O.; Morita, M.; and Tabei H., "Electrochemical Behavior Of Reversible Redox Species At Interdigitated Array Electrodes With Different Geometries: Consideration Of Redox Cycling and Collection Efficiency" Anal. Chem. 62 (1990) 447-452 | |
| | | Nishihara H., Dalton F., and Murray R.W., "Interdigitated array Electrode Diffusion Measurements in Donor/Acceptor Solutions in Polyether Electrolyte Solvents", Anal. Chem. 1991, 63, 2955-2960 | |
| | | Hintsche, R. Et Al., "Chip Biosensors On Thin-Film Metal Electrodes", Sensors and Actuators B. 4 (1991) 287-291 | |
| | | Wollenberger, U; Paischke, M.; and Hintche, R. "Interdigitated Array Microelectrodes For The Determination Of Enzyme Activities", Analyst, June 1994, 1245-1249 | |
| | | Paeschke, M; Wollenberger, U.; Kohler, C.; Et Al., "Properties Of Interdigital Electrode Arrays With Different Geometries" Analytica Chimica Acta 305 (1995) 126-136 | |
| | | Jin, B.; Qian, W.; Zhang, Z.; and Shi, H. "Application Of The Finite Analytic Numerical Method. Part 1. Diffusion Problems On Coplanar and Elevated Interdigitated Microarray Band Electrodes" J. Electroanal. Chem. 441 (1996) 29-36. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

SUPPLEMENTAL INFORMATION DISCLOSURE CITATION LIST #1

# EXHIBIT B

U07404-000431.JBM.237110

Atty. Docket 7404-431

$1743 \#4$
$\beta \top$
$(0.6 \cdot 03$

SEP 0 2 2003

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of:                )

Surridge et al.                               )        Before the Examiner

Serial No. 10/264,891                      )

Filed October 4, 2002                     )        Group Art Unit 1743

ELECTRODES, METHODS, APPARATUSES        )
COMPRISING MICRO-ELECTRODE ARRAYS      )

RECEIVED
SEP 0 4 2003
GROUP 1700

## INFORMATION DISCLOSURE STATEMENT

Mail Stop
Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Pursuant to the duty of disclosure in accordance with 37 CFR §1.56, Applicant wishes to bring to the attention of the Examiner the patents, publications and/or other information listed on the attached PTO Form 1449 (modified). Copies of the items are enclosed in accordance with 37 CFR §1.98.

The filing of this Information Disclosure Statement shall not be construed as an admission that the information cited is, or is considered to be, material to patentability as defined in §1.56(b).

This Statement is being submitted more than three (3) months after the filing date of the application but before receipt of the first Office Action. It is believed that no fee is required for consideration of the submitted items. Should any fee be required, however, please charge such fee to Deposit Account No. 23-3030, but not to include any payment of issue fees.

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to the Commissioner for Patents, PO Box 1450, Alexandria, VA 22313-1450.

*August 29 2003*
(Date of Deposit)
**James B. Myers, Jr.**
Name of Registered Representative

*James B. Myers*
Signature
*August 29 2003*
Date of Signature

Respectfully submitted,

By: *James B. Myers Jr.*
James B. Myers Jr., Reg. No. 42,021
Woodard, Emhardt, Moriarty, McNett & Henry LLP
3700 Bank One Center Tower
111 Monument Circle
Indianapolis, IN 46204-5137
(317) 634-3456

007404-000431.JBM.190248

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449A/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(use as many sheets as necessary)

| | Complete if Known |
|---|---|
| Application Number | 10/264,891 |
| Filing Date | October 4, 2002 |
| First Named Inventor | Surridge |
| Group Art Unit | 1743 |
| Examiner Name | |
| Attorney Docket No. | 7404-431 |

| Sheet | 1 | of | 3 |
|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | 4,759,828 | 07-26-1988 | Young et al. | |
| | | 4,832,814 | 05-23-1989 | Root | |
| | | 5,049,487 | 09-17-1991 | Phillips et al. | |
| | | 5,120,420 | 06-09-1992 | Nankai et al. | |
| | | 5,250,439 | 10-05-1993 | Musho et al. | |
| | | 5,264,103 | 11-23-1993 | Yoshioka et al. | |
| | | 5,389,215 | 02-14-1995 | Horiuchi et al. | |
| | | 5,437,772 | 08-01-1995 | De Castro et al. | |
| | | 5,437,999 | 08-01-1995 | Diebold et al. | |
| | | 5,508,171 | 04-16-1996 | Walling et al. | |
| | | 5,509,410 | 04-23-1996 | Hill et al. | |
| | | 5,575,895 | 11-19-1996 | Ikeda et al. | |
| | | 5,611,900 | 03-18-1997 | Worden et al | |
| | | 5,658,443 | 08-19-1997 | Yamamoto et al. | |
| | | 5,670,031 | 09-23-1997 | Hintsche et al. | |
| | | 5,698,083 | 12-16-1997 | Glass | |
| | | 6,004,441 | 12-21-1999 | Fujiwara et al. | |
| | | 6,042,714 | 03-28-2000 | Lin et al | |
| | | 6,120,676 | 09-19-2000 | Heller et al. | |
| | | 6,143,164 | 11-07-2000 | Heller et al. | |
| | | RE36,991 | 12-19-2000 | Yamamoto et al. | |
| | | 6,193,873 | 02-27-2001 | Ohara et al | |
| | | 6,241,862 | 06-05-2001 | McAleer et al | |
| | | 6,258,229 | 07-10-2001 | Winarta et al. | |
| | | 6,284,125 | 09-04-2001 | Hodges et al. | |
| | | 6,338,790 | 01-15-2002 | Feldman et al. | |
| | | 2002/0092612 | 07-18-2002 | Davies et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

## INFORMATION DISCLOSURE CITATION LIST

JC:007404-000431.JBM.190248

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449A/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 10/264,891 |
| Filing Date | October 4, 2002 |
| First Named Inventor | Surridge |
| Group Art Unit | 1743 |
| Examiner Name | |

| Sheet | 2 | of | 3 | Attorney Docket No. | 7404-431 |
|---|---|---|---|---|---|

RECEIVED
SEP 0 4 2003
GROUP 1700

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | · | WO 86/07632 | 12-31-1986 | | | |
| | · | WO 95/22597 | 08-01-1995 | | | |
| | · | WO 97/30344 | 08-21-1997 | | | |
| | · | WO 98/35225 | 08-13-1998 | | | |
| | · | EP 859 230 | 08-19-1998 | | | |
| | · | EP 964 059 | 12-15-1999 | | | |
| | · | WO 00/20626 | 04-13-2000 | | | |
| | · | WO 00/73778 | 12-07-2000 | | | |
| | · | WO 01/25775 | 04-12-2001 | | | |
| | | WO 01/73124 | 10-04-2001 | | | |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | T[2] |
| | · | Lifescan Guide Entitled "Quick Start" For The Onetouch® Ultra™ Blood Glucose Monitoring System | |
| | · | Lifescan Owner's Booklet Entitled "The Comfort Of Control" | |
| | · | Lifescan Product Brochure For Onetouch® Ultra™ Blood Glucose Monitoring System | |
| | · | Lifescan Product Brochure For Onetouch® Ultra™ Test Strip | |
| | · | Chiba, K.; Ohsaka, T.; Ohnuki, Y.; and Oyama, N., "Electrochemical Preparation Of A Ladder Polymer Containing Phenazine Rings", J. Electroanal. Chem., 219 (1987) 117-124 | |
| | · | Bartlett, P.N. and Whitaker, R.G., "Electrochemical Immobilisation Of Enzymes: Part I. Theory", J. Electroanal. Chem., 224 (1987) 27-35 | |
| | · | Bartlett, P.N. and Whitaker, R.G., "Electrochemical Immobilisation Of Enzymes: Part II. Glucose Oxidase Immobilised In Poly-N-Methylpyrrole", J. Electroanal. Chem., 224 (1987) 37-48 | |
| | · | Aoki, K.; Morita, M.; Niwa, O.; and Tabei, H. "Quantitative Analysis Of Reversible Diffusion Controlled Currents Of Redox Soluble Species At Interdigitated Array Electrodes Under Steady-State Conditions", J. Electroanal. Chem. 256 (1988) 269-282 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

INFORMATION DISCLOSURE CITATION LIST

JC07404-000431.JBM.190248

OIPE
SEP 0 2 2003
PATENT & TRADEMARK OFFICE

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449A/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

RECEIVED
SEP 0 4 2003
GROUP 1700

| Complete if Known | |
|---|---|
| Application Number | 10/264,891 |
| Filing Date | October 4, 2002 |
| First Named Inventor | Surridge |
| Group Art Unit | 1743 |
| Examiner Name | |
| Attorney Docket No. | 7404-431 |

| Sheet | 3 | of | 3 |
|---|---|---|---|

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | T² |
| | . | Aoki, K. and Tanaka, M.; "Time-Dependence Of Diffusion-Controlled Currents Of A Soluble Redox Couple At Interdigitated Microarray Electrodes" J. Electroanal. Chem. 266 (1989) 11-20 | |
| | | Malitesta, Cosimino; Palmissano, Francesco*; Torsi, Luisa; and Zambonin, Pier Giorgio, "Glucose Fast-Response Amperometric Sensor Based On Glucose Oxidase Immobilized In An Electrpolymerized Poly(O-Phenylenediamine) Film", Anal. Chem. 1990, 62, 2735-2740 | |
| | . | Gregg, Brian A. and Heller, Adam, "Cross-Linked Redox Gels Containing Glucose Oxidase For Amperometric Biosensor Applications", Anal. Chem. 1990, 62, 258-263 | |
| | . | Niwa, O.; Morita, M.; and Tabei H., "Electrochemical Behavior Of Reversible Redox Species At Interdigitated Array Electrodes With Different Geometries: Consideration Of Redox Cycling and Collection Efficiency" Anal. Chem. 62 (1990) 447-452 | |
| | . | Lee, Jae-Suk; Nakahama, Seiichi; and Hirao, Akira, "A New Glucose Sensor Using Microporous Enzyme Membrane", Sensors and Actuators B, 3 (1991) 215-219 | |
| | | Nishihara H., Dalton F., and Murray R.W., "Interdigitated array Electrode Diffusion Measurements in Donor/Acceptor Solutions in Polyether Electrolyte Solvents", Anal. Chem. 1991, 63, 2955-2960 | |
| | | Hintsche, R. Et Al., "Chip Biosensors On Thin-Film Metal Electrodes", Sensors and Actuators B. 4 (1991) 287-291 | |
| | . | Burke, David W. and Surridge, Nigel A., "Improved-Accuracy Biosensor Strip For Accu-Chek™ Advantage ®", Presented Orally At ACS Boston Meeting (~1993-1994) | |
| | | Wollenberger, U; Paischke, M.; and Hintche, R. "Interdigitated Array Microelectrodes For The Determination Of Enzyme Activities", Analyst, June 1994, 1245-1249 | |
| | | Paeschke, M; Wollenberger, U.; Kohler, C.; Et Al., "Properties Of Interdigital Electrode Arrays With Different Geometries" Analytica Chimica Acta 305 (1995) 126-136 | |
| | . | Jin, B.; Qian, W.; Zhang, Z.; and Shi, H. "Application Of The Finite Analytic Numerical Method. Part 1. Diffusion Problems On Coplanar and Elevated Interdigitated Microarray Band Electrodes" J. Electroanal. Chem. 441 (1996) 29-36. | |
| | | Miao, Y.; Chia, L.S.; Goh, N.K.; and Tan, S.N., "Amperometric Glucose Biosensor Based On Immobilization Of Glucose Oxidase In Chitosan Matrix Cross-Linked With Glutaraldehyde", Electroanalysis 2001, 13, No. 4, 347-349 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

### INFORMATION DISCLOSURE CITATION LIST

# EXHIBIT C

007404-000473.JBM.250594

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | 10/382,322 |
| | Filing Date | March 5, 2003 |
| | First Named Inventor | Wilsey |
| | Group Art Unit | 1743 |
| | Examiner Name | |

| Sheet | 1 | of | 2 | Attorney Docket No. | 7404-473 |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number-Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| ✓ | | 4,832,814 | 05-23-1989 | Root | |
| ✓ | | 5,120,420 | 06-09-1992 | Nankai et al. | |
| ✓ | | 5,264,103 | 11-23-1993 | Yoshioka et al. | |
| ✓ | | 5,389,215 | 02-14-1995 | Horiuchi et al. | |
| ✓ | | 5,437,772 | 08-01-1995 | De Castro et al. | |
| ✓ | | 5,508,171 | 04-16-1996 | Walling et al. | |
| ✓ | | 5,509,410 | 04-23-1996 | Hill et al. | |
| ✓ | | 5,575,895 | 11-19-1996 | Ikeda et al. | |
| ✓ | | 5,670,031 | 09-23-1997 | Hintsche et al. | |
| ✓ | | 5,698,083 | 12-16-1997 | Glass | |
| ✓ | | 6,143,164 | 11-07-2000 | Heller et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| ✓ | | WO 86/07632 | 12-31-1986 | | | |
| ✓ | | WO 00/20626 | 04-13-2000 | | | |
| ✓ | | WO 01/25775 | 04-12-2001 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | *Alb Nagovala* | Date Considered | 5/09/05 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

SUPPLEMENTAL INFORMATION DISCLOSURE CITATION LIST #1

007404-000473.JBM.250594

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control
number

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 10/382,322 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Filing Date | March 5, 2003 |
| | First Named Inventor | Wilsey |
| *(use as many sheets as necessary)* | Group Art Unit | 1743 |
| | Examiner Name | |
| Sheet | 2 | of | 2 | Attorney Docket No. | 7404-473 |

**OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.1 | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | T2 |
|---|---|---|---|
| CU | | Aoki, K.; Morita, M.; Niwa, O.; and Tabei, H. "Quantitative Analysis Of Reversible Diffusion Controlled Currents Of Redox Soluble Species At Interdigitated Array Electrodes Under Steady-State Conditions", J. Electroanal. Chem. 256 (1988) 269-282 | |
| CU | | Aoki, K. and Tanaka, M.; "Time-Dependence Of Diffusion-Controlled Currents Of A Soluble Redox Couple At Interdigitated Microarray Electrodes" J. Electroanal. Chem. 266 (1989) 11-20 | |
| CU | | Niwa, O.; Morita, M.; and Tabei H., "Electrochemical Behavior Of Reversible Redox Species At Interdigitated Array Electrodes With Different Geometries: Consideration Of Redox Cycling and Collection Efficiency" Anal. Chem. 62 (1990) 447-452 | |
| CU | | Nishihara H., Dalton F., and Murray R.W., "Interdigitated array Electrode Diffusion Measurements in Donor/Acceptor Solutions in Polyether Electrolyte Solvents", Anal. Chem. 1991, 63, 2955-2960 | |
| CU | | Hintsche, R. Et Al., "Chip Biosensors On Thin-Film Metal Electrodes", Sensors and Actuators B. 4 (1991) 287-291 | |
| CU | | Wollenberger, U; Paischke, M.; and Hintche, R. "Interdigitated Array Microelectrodes For The Determination Of Enzyme Activities", Analyst, June 1994, 1245-1249 | |
| CU | | Paeschke, M; Wollenberger, U.; Kohler, C.; Et Al., "Properties Of Interdigital Electrode Arrays With Different Geometries" Analytica Chimica Acta 305 (1995) 126-136 | |
| CU | | Jin, B.; Qian, W.; Zhang, Z.; and Shi, H. "Application Of The Finite Analytic Numerical Method. Part 1. Diffusion Problems On Coplanar and Elevated Interdigitated Microarray Band Electrodes" J. Electroanal. Chem. 441 (1996) 29-36. | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | 6/09/05 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

1Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

SUPPLEMENTAL INFORMATION DISCLOSURE CITATION LIST #1

# EXHIBIT D

007404-000431.JBM.190248

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT *(use as many sheets as necessary)* | Complete if Known | |
|---|---|---|
| | Application Number | 10/264,891 |
| | Filing Date | October 4, 2002 |
| | First Named Inventor | Surridge |
| | Group Art Unit | 1743 |
| | Examiner Name | |

| Sheet | 1 | of | 3 | Attorney Docket No. | 7404-431 |

OIPE  SEP 02 2003  PATENT & TRADEMARK

RECEIVED  SEP 0 4 2003  GROUP 1700

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number — Number-Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| CM | | 4,759,828 | 07-26-1988 | Young et al. | |
| | | 4,832,814 | 05-23-1989 | Root | |
| | | 5,049,487 | 09-17-1991 | Phillips et al. | |
| | | 5,120,420 | 06-09-1992 | Nankai et al. | |
| | | 5,250,439 | 10-05-1993 | Musho et al. | |
| | | 5,264,103 | 11-23-1993 | Yoshioka et al. | |
| | | 5,389,215 | 02-14-1995 | Horiuchi et al. | |
| | | 5,437,772 | 08-01-1995 | De Castro et al. | |
| | | 5,437,999 | 08-01-1995 | Diebold et al. | |
| | | 5,508,171 | 04-16-1996 | Walling et al. | |
| | | 5,509,410 | 04-23-1996 | Hill et al. | |
| | | 5,575,895 | 11-19-1996 | Ikeda et al. | |
| | | 5,611,900 | 03-18-1997 | Worden et al | |
| | | 5,658,443 | 08-19-1997 | Yamamoto et al. | |
| | | 5,670,031 | 09-23-1997 | Hintsche et al. | |
| | | 5,698,083 | 12-16-1997 | Glass | |
| | | 6,004,441 | 12-21-1999 | Fujiwara et al. | |
| | | 6,042,714 | 03-28-2000 | Lin et al | |
| | | 6,120,676 | 09-19-2000 | Heller et al. | |
| | | 6,143,164 | 11-07-2000 | Heller et al. | |
| | | RE36,991 | 12-19-2000 | Yamamoto et al. | |
| | | 6,193,873 | 02-27-2001 | Ohara et al | |
| | | 6,241,862 | 06-05-2001 | McAleer et al | |
| | | 6,258,229 | 07-10-2001 | Winarta et al. | |
| | | 6,284,125 | 09-04-2001 | Hodges et al. | |
| CM | | 6,338,790 | 01-15-2002 | Feldman et al. | |
| | | 2002/0092612 | 07-18-2002 | Davies et al. | |

| Examiner Signature | Clin Nazarala | Date Considered | 6/20/05 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

INFORMATION DISCLOSURE CITATION LIST

7404-000431.JBM.190248

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449A/PTO

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

(use as many sheets as necessary)

| | | | |
|---|---|---|---|
| | | **Complete if Known** | |
| | Application Number | 10/264,891 | |
| | Filing Date | October 4, 2002 | |
| | First Named Inventor | Surridge | |
| | Group Art Unit | 1743 | |
| | Examiner Name | | |
| Sheet | 2 | of | 3 | Attorney Docket No. | 7404-431 |

RECEIVED
SEP 04 2003
GROUP 1700

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ Number⁴ Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| an | | WO 86/07632 | 12-31-1986 | | | |
| an | | WO 95/22597 | 08-01-1995 | | | |
| an | | WO 97/30344 | 08-21-1997 | | | |
| an | | WO 98/35225 | 08-13-1998 | | | |
| an | | EP 859 230 | 08-19-1998 | | | |
| an | | EP 964 059 | 12-15-1999 | | | |
| an | | WO 00/20626 | 04-13-2000 | | | |
| an | | WO 00/73778 | 12-07-2000 | | | |
| an | | WO 01/25775 | 04-12-2001 | | | |
| an | | WO 01/73124 | 10-04-2001 | | | |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher, city and/or country where published | T² |
|---|---|---|---|
| an | | Lifescan Guide Entitled "Quick Start" For The Onetouch® Ultra™ Blood Glucose Monitoring System | |
| an | | Lifescan Owner's Booklet Entitled "The Comfort Of Control" | |
| an | | Lifescan Product Brochure For Onetouch® Ultra™ Blood Glucose Monitoring System | |
| an | | Lifescan Product Brochure For Onetouch® Ultra™ Test Strip | |
| an | | Chiba, K.; Ohsaka, T.; Ohnuki, Y.; and Oyama, N., "Electrochemical Preparation Of A Ladder Polymer Containing Phenazine Rings", J. Electroanal. Chem., 219 (1987) 117-124 | |
| an | | Bartlett, P.N. and Whitaker, R.G., "Electrochemical Immobilisation Of Enzymes: Part I. Theory", J. Electroanal. Chem., 224 (1987) 27-35 | |
| an | | Bartlett, P.N. and Whitaker, R.G., "Electrochemical Immobilisation Of Enzymes: Part II. Glucose Oxidase Immobilised In Poly-N-Methylpyrrole", J. Electroanal. Chem., 224 (1987) 37-48 | |
| an | | Aoki, K.; Morita, M.; Niwa, O.; and Tabei, H. "Quantitative Analysis Of Reversible Diffusion Controlled Currents Of Redox Soluble Species At Interdigitated Array Electrodes Under Steady-State Conditions", J. Electroanal. Chem. 256 (1988) 269-282 | |

| Examiner Signature | Ab. Nazerela | Date Considered | 6/20/05 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

**INFORMATION DISCLOSURE CITATION LIST**

PTO/SB/08A (12/01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449A/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| | | | | |
|---|---|---|---|---|
| Sheet | 3 | of | 3 | |

**Complete if Known**

| | |
|---|---|
| Application Number | 10/264,891 |
| Filing Date | October 4, 2002 |
| First Named Inventor | Surridge |
| Group Art Unit | 1743 |
| Examiner Name | |
| Attorney Docket No. | 7404-431 |

### OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher-city and/or country where published | T² |
|---|---|---|---|
| | | Aoki, K. and Tanaka, M.; "Time-Dependence Of Diffusion-Controlled Currents Of A Soluble Redox Couple At Interdigitated Microarray Electrodes" J. Electroanal. Chem. 266 (1989) 11-20 | |
| | | Malitesta, Cosimino; Palmisano, Francesco*; Torsi, Luisa; and Zambonin, Pier Giorgio, "Glucose Fast-Response Amperometric Sensor Based On Glucose Oxidase Immobilized In An Electrpolymerized Poly(O-Phenylenediamine) Film", Anal. Chem. 1990, 62, 2735-2740 | |
| | | Gregg, Brian A. and Heller, Adam, "Cross-Linked Redox Gels Containing Glucose Oxidase For Amperometric Biosensor Applications", Anal. Chem. 1990, 62, 258-263 | |
| | | Niwa, O.; Morita, M.; and Tabei H., "Electrochemical Behavior Of Reversible Redox Species At Interdigitated Array Electrodes With Different Geometries: Consideration Of Redox Cycling and Collection Efficiency" Anal. Chem. 62 (1990) 447-452 | |
| | | Lee, Jae-Suk; Nakahama, Seiichi; and Hirao, Akira, "A New Glucose Sensor Using Microporous Enzyme Membrane", Sensors and Actuators B, 3 (1991) 215-219 | |
| | | Nishihara H., Dalton F., and Murray R.W., "Interdigitated array Electrode Diffusion Measurements in Donor/Acceptor Solutions in Polyether Electrolyte Solvents", Anal. Chem. 1991, 63, 2955-2960 | |
| | | Hintsche, R. Et Al., "Chip Biosensors On Thin-Film Metal Electrodes", Sensors and Actuators B. 4 (1991) 287-291 | |
| | | Burke, David W. and Surridge, Nigel A., "Improved-Accuracy Biosensor Strip For Accu-Chek™ Advantage ®", Presented Orally At ACS Boston Meeting (~1993-1994) | |
| | | Wollenberger, U; Paischke, M.; and Hintcbe, R. "Interdigitated Array Microelectrodes For The Determination Of Enzyme Activities", Analyst, June 1994, 1245-1249 | |
| | | Paeschke, M; Wollenberger, U.; Kohler, C.; Et Al., "Properties Of Interdigital Electrode Arrays With Different Geometries" Analytica Chimica Acta 305 (1995) 126-136 | |
| | | Jin, B.; Qian, W.; Zhang, Z.; and Shi, H. "Application Of The Finite Analytic Numerical Method. Part 1. Diffusion Problems On Coplanar and Elevated Interdigitated Microarray Band Electrodes" J. Electroanal. Chem. 441 (1996) 29-36. | |
| | | Miao, Y.; Chia, L.S.; Goh, N.K.; and Tan, S.N., "Amperometric Glucose Biosensor Based On Immobilization Of Glucose Oxidase In Chitosan Matrix Cross-Linked With Glutaraldehyde", Electroanalysis 2001, 13, No. 4, 347-349 | |

| | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | 6/20/05 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

INFORMATION DISCLOSURE CITATION LIST

# EXHIBIT E

3/23/07

PTO/SB/08a (08-03 )
Approved for use through 07/31/2006, OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 10382322 | |
| Filing Date | 2003-03-05 | |
| First Named Inventor | WILSEY | |
| Art Unit | 1753 | |
| Examiner Name | Noguerola, Alexander Stephan | |
| Attorney Docket  Number | 7404-473 | |

**U.S.PATENTS** — Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| An | 1 | 5282950 | | 1994-02-01 | Dietze et al. | |
| An | 2 | 5352351 | | 1994-10-04 | White et al. | |
| An | 3 | 5566085 | | 1996-10-15 | Ikeda et al. | |
| An | 4 | 5762770 | | 1998-06-09 | Pritchard et al. | |
| An | 5 | 5650062 | | 1997-07-22 | Ikeda et al. | |
| An | 6 | 5708247 | | 1998-01-13 | McAleer et al. | Originally cited in IDS submitted 6/20/2006 |
| An | 7 | 5863400 | | 1999-01-26 | Drummond et al. | Originally cited in IDS submitted 6/20/2006 |
| An | 8 | 6156173 | | 2000-12-05 | Gotah et al. | |

References that have a line through them have already been listed on either another Information Disclosure Statement by Applicant or on a Notice of References Cited by the Examiner (Form PTO-892).

An

EFS Web 2.0

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 10382322 |
| Filing Date | 2003-03-05 |
| First Named Inventor | WILSEY |
| Art Unit | 1753 |
| Examiner Name | Noguerola, Alexander Stephan |
| Attorney Docket Number | 7404-473 |

| | | | | | |
|---|---|---|---|---|---|
| an | 9 | 6582573 | | 2003-06-24 | Douglas et al. |
| F | 10 | 5288636 | | 1994-02-22 | Pollmann et al. |
| an | 11 | 5820551 | | 1998-10-13 | Hill et al. |
| an | 12 | 6592745 | | 2003-07-15 | Feldman et al. |
| an | 13 | 5858691 | | 1999-01-12 | Hoenes et al. |

If you wish to add additional U.S. Patent citation information please click the Add button.    [Add]

**U.S. PATENT APPLICATION PUBLICATIONS**    [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20050170153 | A1 | 2005-08-11 | Ohara et al. | Originally cited in IDS submitted 09/21/2005 |

If you wish to add additional U.S. Published Application citation information please click the Add button.    [Add]

**FOREIGN PATENT DOCUMENTS**    [Remove]

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code² j | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|
| | 1 | H05-1993-312761 | JP | A1 | 1993-11-22 | Toto LTD | Originally cited in IDS submitted 6/20/2006 | ☒ |

F Already cited on PTO-892 mailed on October 27, 2004

EFS Web 2.0

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | 10382322 |
|---|---|
| Filing Date | 2003-03-05 |
| First Named Inventor | WILSEY |
| Art Unit | 1753 |
| Examiner Name | Noguerola, Alexander Stephan |
| Attorney Docket Number | 7404-473 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2 | H11-1999-108879 | JP | A1 | 1999-04-23 | NOK Corporation | Originally cited in IDS submitted 6/20/2006 | ☒ |
| | 3 | H11-1999-125618 | JP | A1 | 2007-03-22 | NOK Corporation | Originally cited in IDS submitted 6/20/2006 | ☒ |
| | 4 | H11-1999-94790 | JP | A1 | 1999-04-09 | NOK Corporation | Originally cited in IDS submitted 6/20/2006 | ☒ |
| | 5 | H11-1999-94791 | JP | A1 | 1999-04-09 | NOK Corporation | Originally cited in IDS submitted 6/20/2006 | ☒ |
| *an* | 6 | EP0170375 | EP | A2 | 1986-02-05 | Unilever PLC | | ☐ |
| *an* | 7 | EP0359831 | EP | B1 | 1990-03-28 | Matsushita Electric | | ☐ |
| *an* | 8 | WO97/00441 | WO | A1 | 1997-01-03 | Memtec America Corporation | | ☐ |
| *an* | 9 | WO97/18465 | WO | A1 | 1997-05-22 | Memtec America Corporation | | ☐ |
| | 10 | EP0467219 | EP | B1 | 1992-01-22 | Bayer Corporation | Originally cited in IDS submitted 6/20/2006 | ☐ |
| | 11 | EP1067384 | EP | A2 | 2001-01-10 | Lifescan, Inc. | Originally cited in IDS submitted 6/20/2006 | ☐ |
| | 12 | H10-1998-02874 | JP | A1 | 1998-01-06 | NOK Corporation | Originally cited in IDS submitted 6/20/2006 | ☒ |

EFS Web 2.0

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 10382322 |
|---|---|---|---|
| | | Filing Date | 2003-03-05 |
| | | First Named Inventor | WILSEY |
| | | Art Unit | 1753 |
| | | Examiner Name | Noguerola, Alexander Stephan |
| | | Attorney Docket Number | 7404-473 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 13 | WO8157510 | WO | A2 | 2001-08-09 | Lifescan, Inc. | Originally cited in IDS submitted 6/20/2006 | ☐ |
| | 14 | WO0167099 | WO | A1 | 2001-09-13 | Inverness Medical Limited | Originally cited in IDS submitted 6/20/2006 | ☐ |
| | 15 | WO9522597 | WO | A1 | 1995-08-24 | Boehringer Mannheim Corporation | Originally cited in IDS submitted 6/20/2006 | ☐ |
| *an* | 16 | WO9528634 | WO | A1 | 1995-10-26 | Memtec Limited | | ☐ |
| | 17 | WO9917115 | WO | A1 | 1999-04-08 | Mercury Diagnostics, Inc. | Originally cited in IDS submitted 6/20/2006 | ☐ |
| *an* | 18 | EP1269173 | EP | B1 | 2003-01-02 | Diabetes Diagnostics, Inc. | | ☐ |
| *an* | 19 | WO00020626 | WO | A1 | 2000-04-13 | Therasense, Inc. | | ☐ |
| | 20 | WO9835225 | WO | A1 | 1998-08-13 | E. Heller & Company | Originally cited in IDS submitted 6/20/2006 | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

**NON-PATENT LITERATURE DOCUMENTS**  [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| *an* | 1 | Translation of JP H10[1998]-02874 | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 10382322 | |
| Filing Date | 2003-03-05 | |
| First Named Inventor | WILSEY | |
| Art Unit | 1753 | |
| Examiner Name | Noguerola, Alexander Stephan | |
| Attorney Docket Number | 7404-473 | |

| | | | |
|---|---|---|---|
| *an* | 2 | Translation of JP H05[1993]-312761 | ☐ |
| *an* | 3 | Translation of JP H11[1999]-108879 | ☐ |
| *an* | 4 | Translation of JP H11[1999]-125618 | ☐ |
| *an* | 5 | Translation of JP H11[1999]-94790 | ☐ |
| *an* | 6 | Translation of JP H11[1999]-94791 | ☐ |
| *an* | 7 | Opposition Brief Against European Patent 1 269 173 by Roche Diagnostics GmbH, May 16, 2006 | ☐ |
| *an* | 8 | Enclosures A, B, C1, C2, C3, and C4 of Opposition Brief Against European Patent 1 269 173 by Roche Diagnostics GmbH, May 16, 2006 - TheraSense FreeStyle blood glucose monitoring system; prior public use and documentation about this earlier product | ☐ |
| *an* | 9 | US District Court Northern District of California No. C 05-3177 - Abbott's Complaint, August 1, 2005 | ☐ |
| *an* | 10 | US District Court Northern District of California Case No. C 05-3177 - Roche's Answer, August 22, 2005 | ☐ |
| *an* | 11 | US District Court Northern District of California Case No. C 05-3177 - Abbott's First Amended Complaint, October 4, 2005 | ☐ |
| *an* | 12 | US District Court Northern District of California Case No. C 05-3177 - Roche's Answer to First Amended Complaint, October 18, 2005 | ☐ |

EFS Web 2.0

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 10382322 | |
| Filing Date | 2003-03-05 | |
| First Named Inventor | WILSEY | |
| Art Unit | 1753 | |
| Examiner Name | Noguerola, Alexander Stephan | |
| Attorney Docket Number | 7404-473 | |

| | | | |
|---|---|---|---|
| *an* | 13 | US District Court Northern District of California Case No. C 05-3177 - Abbott's Reply to Counterclaims, November 8, 2005 | ☐ |
| *an* | 14 | US District Court Northern District of California Case No. C 05-3177 - Roche's Preliminary Invalidity Contentions, December 9, 2005 | ☐ |
| *an* | 15 | US District Court Northern District of California Case No. C 05-3177 - Roche's Second Amended Preliminary Invalidity Contentions, September 15, 2006 | ☐ |
| *an* | 16 | US District Court Northern District of California Case No. C 05-3177 - Abbott's Opening Markman Brief, December 1, 2006 | ☐ |
| *an* | 17 | US District Court Northern District of California Case No. C 04-2123, C 04-3327, C 04-3732 - Abbott's Opening Markman Brief, December 1, 2006 | ☐ |
| *an* | 18 | US District Court Northern District of California Case No. C 04-2123, C 04-3327, C 04-3732 - Becton Dickinson's Opening Markman Brief, December 1, 2006 | ☐ |
| *an* | 19 | US District Court Northern District of California Case No. C 05-3177 - Roche and Bayer's Opening Markman Brief, December 1, 2006 | ☐ |
| *an* | 20 | US District Court Northern District of California Case No. C 04-2123, C 04-3327, C 04-3732 - Abbott's Reply Markman Brief, December 20, 2006 | ☐ |
| *an* | 21 | US District Court Northern District of California Case No. C 05-3177 - Abbott's Reply Markman Brief, December 20, 2006 | ☐ |
| *an* | 22 | US District Court Northern District of California Case No. C 05-3177 - Bayer's Reply Markman Brief, December 20, 2006 | ☐ |
| *an* | 23 | US District Court Northern District of California Case No. C 04-2123, C 04-3327, C 04-3732 - Becton Dickson's Reply Markman Brief, December 20, 2006 | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 10382322 |
|---|---|---|
| | Filing Date | 2003-03-05 |
| | First Named Inventor | WILSEY |
| | Art Unit | 1753 |
| | Examiner Name | Noguerola, Alexander Stephan |
| | Attorney Docket Number | 7404-473 |

| | 24 | US District Court Northern District of California Case No. C 05-3177 - Roche's Reply Markman Brief, December 20, 2006 | ☐ |
|---|---|---|---|
| | 25 | US District Court Northern District of California No. C 05-3177 - Docket Report, March 22, 2007 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button    Add

**EXAMINER SIGNATURE**

| Examiner Signature | *Alex Noguerola* | Date Considered | 7/01/07 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.0

# EXHIBIT F

3/23/ 2007

PTO/SB/08a (08-03 )
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 10264891 | |
| Filing Date | 2002-10-04 | |
| First Named Inventor | WILSEY | |
| Art Unit | 1753 | |
| Examiner Name | Noguerola, Alexander Stephan | |
| Attorney Docket Number | 7404-431 | |

| | | U.S.PATENTS | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| An | 1 | 5282950 | | 1994-02-01 | Dietze et al. | |
| An | 2 | 5352351 | | 1994-10-04 | White et al. | |
| An | 3 | 5565085 | | 1996-10-15 | Ikeda et al. | |
| An | 4 | 5762770 | | 1998-06-09 | Pritchard et al. | |
| An | 5 | 5650062 | | 1997-07-22 | Ikeda et al. | |
| An | 6 | 5706247 | | 1998-01-13 | McAleer et al. | Originally cited in IDS submitted 12/27/2006 |
| An | 7 | 5863400 | | 1999-01-26 | Drummond et al. | Originally cited in IDS submitted 12/27/2006 |
| An | 8 | 6156173 | | 2000-12-05 | Gotah et al. | |

References that have a line through them have already been listed on either another Information Disclosure Statement by Applicant or on a Notice of References cited (Form PTO-892) by the Examiner. An

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 10264891 |
|---|---|---|
| | Filing Date | 2002-10-04 |
| | First Named Inventor | WILSEY |
| | Art Unit | 1753 |
| | Examiner Name | Noguerola, Alexander Stephan |
| | Attorney Docket Number | 7404-431 |

| | 9 | 6582573 | | 2003-06-24 | Douglas et al. | |
|---|---|---|---|---|---|---|
| | ~~10~~ | ~~5288636~~ | | ~~1994-02-22~~ | ~~Pollmann et al.~~ | |
| | 11 | 5820551 | | 1998-10-13 | Hill et al. | |
| | 12 | 6592745 | | 2003-07-15 | Feldman et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.    **Add**    **Remove**

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | ~~20050176153~~ | ~~A1~~ | ~~2005-08-11~~ | ~~Ohara et al.~~ | Originally cited in IDS submitted 09/27/2005 |

If you wish to add additional U.S. Published Application citation information please click the Add button.    **Add**    **Remove**

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code² ᵢ | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|
| | 1 | ~~H05-1993-312761~~ | ~~JP~~ | ~~A1~~ | ~~1993-11-22~~ | ~~Toto LTD~~ | Originally cited in IDS submitted 12/27/2006 | ☒ |
| | 2 | ~~H11-1999-108879~~ | JP | A1 | 1999-04-23 | NOK Corporation | ~~Originally cited in IDS~~ submitted 12/27/2006 | ☒ |

*I already cited on PTO-892 mailed on June 27, 2005*

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 10264891 |
|---|---|---|---|
| | | Filing Date | 2002-10-04 |
| | | First Named Inventor | WILSEY |
| | | Art Unit | 1753 |
| | | Examiner Name | Noguerola, Alexander Stephan |
| | | Attorney Docket Number | 7404-431 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3 | H11-1999-125818 | JP | A1 | 2007-03-22 | NOK Corporation | Originally cited in IDS submitted 12/27/2006 | ☒ |
| | 4 | H11-1999-94790 | JP | A1 | 1999-04-09 | NOK Corporation | Originally cited in IDS submitted 12/27/2006 | ☒ |
| | 5 | H11-1999-94791 | JP | A1 | 1999-04-09 | NOK Corporation | Originally cited in IDS submitted 12/27/2006 | ☒ |
| _an_ | 6 | EP0170375 | EP | A2 | 1986-02-05 | Unilever PLC | | ☐ |
| _an_ | 7 | EP0359831 | EP | B1 | 1990-03-28 | Matsushita Electric | | ☐ |
| _an_ | 8 | WO97/00441 | WO | A1 | 1997-01-03 | Memtec America Corporation | | ☐ |
| _an_ | 9 | WO97/18465 | WO | A1 | 1997-05-22 | Memtec America Corporation | | ☐ |
| | 10 | EP0467219 | EP | B1 | 1992-01-22 | Bayer Corporation | Originally cited in IDS submitted 12/27/2006 | ☐ |
| | 11 | EP1067384 | EP | A2 | 2001-01-10 | Lifescan, Inc. | Originally cited in IDS submitted 12/27/2006 | ☐ |
| | 12 | H10-1998-02874 | JP | A1 | 1998-01-06 | NOK Corporation | Originally cited in IDS submitted 12/27/2006 | ☒ |
| | 13 | WO0157510 | WO | A2 | 2001-08-09 | Lifescan, Inc. | Originally cited in IDS submitted 12/27/2006 | ☐ |

EFS Web 2.0

<table>
<tr><td rowspan="6">INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>10264891</td></tr>
<tr><td>Filing Date</td><td>2002-10-04</td></tr>
<tr><td>First Named Inventor</td><td>WILSEY</td></tr>
<tr><td>Art Unit</td><td>1753</td></tr>
<tr><td>Examiner Name</td><td>Noguerola, Alexander Stephan</td></tr>
<tr><td>Attorney Docket Number</td><td>7404-431</td></tr>
</table>

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 14 | WO0167099 | WO | A1 | 2001-09-13 | Inverness Medical Limited | Originally cited in IDS submitted 12/27/2006 | ☐ |
| | 15 | WO9522597 | WO | A1 | 1995-08-24 | Boehringer Mannheim Corporation | Originally cited in IDS submitted 12/27/2006 | ☐ |
| *an* | 16 | WO9528634 | WO | A1 | 1995-10-26 | Memtec Limited | | ☐ |
| | 17 | WO9917115 | WO | A1 | 1999-04-08 | Mercury Diagnostics, Inc. | Originally cited in IDS submitted 12/27/2006 | ☐ |
| *an* | 18 | EP1269173 | EP | B1 | 2003-01-02 | Diabetes Diagnostics, Inc. | | ☐ |
| *an* | 19 | WO00020626 | WO | A1 | 2000-04-13 | Therasense, Inc. | | ☐ |
| | 20 | WO9835225 | WO | A1 | 1998-08-13 | E. Heller & Company | Originally cited in IDS submitted 12/27/2006 | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add    Remove

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| *an* | 1 | Translation of JP H10[1998]-02874 | ☐ |
| *an* | 2 | Translation of JP H05[1993]-312761 | ☐ |

EFS Web 2.0

**INFORMATION DISCLOSURE
STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | 10264891 |
|---|---|
| Filing Date | 2002-10-04 |
| First Named Inventor | WILSEY |
| Art Unit | 1753 |
| Examiner Name | Noguerola, Alexander Stephan |
| Attorney Docket Number | 7404-431 |

| | | | |
|---|---|---|---|
| *an* | 3 | Translation of JP H11[1999]-108879 | ☐ |
| *an* | 4 | Translation of JP H11[1999]-125618 | ☐ |
| *an* | 5 | Translation of JP H11[1999]-94790 | ☐ |
| *an* | 6 | Translation of JP H11[1999]-94791 | ☐ |
| *an* | 7 | Opposition Brief Against European Patent 1 269 173 by Roche Diagnostics GmbH, May 16, 2006 | ☐ |
| *an* | 8 | Enclosures A, B, C1, C2, C3, and C4 of Opposition Brief Against European Patent 1 269 173 by Roche Diagnostics GmbH, May 16, 2006 – TheraSense FreeStyle blood glucose monitoring system; prior public use and documentation about this earlier product | ☐ |
| *an* | 9 | US District Court Northern District of California No. C 05-3177 - Abbott's Complaint, August 1, 2005 | ☐ |
| *an* | 10 | US District Court Northern District of California Case No. C 05-3177 – Roche's Answer, August 22, 2005 | ☐ |
| *an* | 11 | US District Court Northern District of California Case No. C 05-3177 – Abbott's First Amended Complaint, October 4, 2005 | ☐ |
| *an* | 12 | US District Court Northern District of California Case No. C 05-3177 – Roche's Answer to First Amended Complaint, October 18, 2005 | ☐ |
| *an* | 13 | US District Court Northern District of California Case No. C 05-3177 – Abbott's Reply to Counterclaims, November 8, 2005 | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 10264891 |
|---|---|---|
| | Filing Date | 2002-10-04 |
| | First Named Inventor | WILSEY |
| | Art Unit | 1763 |
| | Examiner Name | Noguerola, Alexander Stephan |
| | Attorney Docket Number | 7404-431 |

| | | | |
|---|---|---|---|
| _Cm_ | 14 | US District Court Northern District of California Case No. C 05-3177 – Roche's Preliminary Invalidity Contentions, December 9, 2005 | ☐ |
| _Um_ | 15 | US District Court Northern District of California Case No. C 05-3177 – Roche's Second Amended Preliminary Invalidity Contentions, September 15, 2006 | ☐ |
| _Cm_ | 16 | US District Court Northern District of California Case No. C 05-3177 – Abbott's Opening Markman Brief, December 1, 2006 | ☐ |
| _Cm_ | 17 | US District Court Northern District of California Case No. C 04-2123, C 04-3327, C 04-3732 – Abbott's Opening Markman Brief, December 1, 2006 | ☐ |
| _Cm_ | 18 | US District Court Northern District of California Case No. C 04-2123, C 04-3327, C 04-3732 – Becton Dickinson's Opening Markman Brief, December 1, 2006 | ☐ |
| _Cu_ | 19 | US District Court Northern District of California Case No. C 05-3177 – Roche and Bayer's Opening Markman Brief, December 1, 2006 | ☐ |
| _Cu_ | 20 | US District Court Northern District of California Case No. C 04-2123, C 04-3327, C 04-3732 – Abbott's Reply Markman Brief, December 20, 2006 | ☐ |
| _Cm_ | 21 | US District Court Northern District of California Case No. C 05-3177 – Abbott's Reply Markman Brief, December 20, 2006 | ☐ |
| _Cm_ | 22 | US District Court Northern District of California Case No. C 05-3177 – Bayer's Reply Markman Brief, December 20, 2006 | ☐ |
| _Ou_ | 23 | US District Court Northern District of California Case No. C 04-2123, C 04-3327, C 04-3732 – Becton Dickson's Reply Markman Brief, December 20, 2006 | ☐ |
| _Cm_ | 24 | US District Court Northern District of California Case No. C 05-3177 – Roche's Reply Markman Brief, December 20, 2006 | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 10264891 |
| | Filing Date | 2002-10-04 |
| | First Named Inventor | WILSEY |
| | Art Unit · | 1753 |
| | Examiner Name | Noguerola, Alexander Stephan |
| | Attorney Docket Number | 7404-431 |

| | 25 | US District Court Northern District of California No. C 05-3177 – Docket Report, March 22, 2007 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

**EXAMINER SIGNATURE**

| Examiner Signature | *[signature]* | Date Considered | 7/01/07 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.0

# EXHIBIT G

¶ *6.49.08 Information Disclosure Statement Not Considered, Non-Compliant List of References*

The information disclosure statement filed [1] fails to comply with 37 CFR 1.98(a)(1), which requires the following: (1) a list of all patents, publications, applications, or other information submitted for consideration by the Office; (2) U.S. patents and U.S. patent application publications listed in a section separately from citations of other documents; (3) the application number of the application in which the information disclosure statement is being submitted on each page of the list; (4) a column that provides a blank space next to each document to be considered, for the examiner's initials; and (5) a heading that clearly indicates that the list is an information disclosure statement. The information disclosure statement has been placed in the application file, but the information referred to therein has not been considered.

**Examiner Note:**

If an IDS listing includes a copy of an initialed IDS listing from another application, the IDS listing would not comply with the requirements under 37 CFR 1.98(a)(1). This form paragraph is applicable for such an IDS submission.

¶ *6.49.09 Information Disclosure Statement Not Considered, No Explanation of Relevance of Non-English Language Information*

The information disclosure statement filed [1] fails to comply with 37 CFR 1.98(a)(3)(i) because it does not include a concise explanation of the relevance, as it is presently understood by the individual designated in 37 CFR 1.56(c) most knowledgeable about the content of the information, of each reference listed that is not in the English language. It has been placed in the application file, but the information referred to therein has not been considered.

¶ *6.49.10 Information Disclosure Statement Not Considered, Non-acceptable Electronic Medium*

The information disclosure statement filed [1] was submitted on an electronic medium that was not acceptable. It has been placed in the application file, but the information referred to therein has not been considered. Note that U.S. patents or U.S. application publications cited in an information disclosure statement may be electronically submitted in compliance with the Office Electronic Filing System (EFS) requirements.

**Examiner Note:**

This form paragraph may be used when the IDS that includes patents and non-patent literature documents is submitted on compact discs or any other electronic medium, except via EFS. Only tables, sequence listings, and program listings may be submitted on CDs. See 37 CFR 1.52(a) and (e).

¶ *6.51 Time for Completing Information Disclosure Statement*

The information disclosure statement filed on [1] does not fully comply with the requirements of 37 CFR 1.98(b) because: [2]. Since the submission appears to be *bona fide*, applicant is given **ONE (1) MONTH** from the date of this notice to supply the above-mentioned omissions or corrections in the information dis-

closure statement. NO EXTENSION OF THIS TIME LIMIT MAY BE GRANTED UNDER EITHER 37 CFR 1.136(a) OR (b). Failure to timely comply with this notice will result in the above-mentioned information disclosure statement being placed in the application file with the non-complying information **not** being considered. See 37 CFR 1.97(i).

**Examiner Note:**

Use this form paragraph if an IDS complies with the timing requirements of 37 CFR 1.97 but part of the content requirements of 37 CFR 1.98(b) has been inadvertently omitted.

This practice does not apply where there has been a deliberate omission of some necessary part of an Information Disclosure Statement or where the requirements based on the time of filing the statement, as set forth in 37 CFR 1.97, have not been complied with.

# 609.05(b)  Complying Information Disclosure Statements [R-5]

The information contained in information disclosure statements which comply with both the content requirements of 37 CFR 1.98 and the requirements, based on the time of filing the statement, of 37 CFR 1.97 will be considered by the examiner. Consideration by the examiner of the information submitted in an IDS means that the examiner will consider the documents in the same manner as other documents in Office search files are considered by the examiner while conducting a search of the prior art in a proper field of search. The initials of the examiner placed adjacent to the citations on the ** PTO/SB/08A and 08B or its equivalent mean that the information has been considered by the examiner to the extent noted above.

Examiners must consider all citations submitted in conformance with the rules, and their initials when placed adjacent to the considered citations on the list or in the boxes provided on a form ** PTO/SB/08A and 08B provides a clear record of which citations have been considered by the Office. The examiner must also fill in his or her name and the date the information was considered in blocks at the bottom of the ** PTO/SB/08A and 08B form. For IFW processing, see IFW Manual section 3. If any of the citations are considered, a copy of the submitted list, form ** PTO/SB/08A and 08B, as reviewed by the examiner, will be returned to the applicant with the next communication. Those citations not considered by the examiner will have a line drawn through the citation and

any citations considered will have the examiner's initials adjacent thereto. The original copy of the list, form ** PTO/SB/08A and 08B will be entered into the application file. The copy returned to applicant will serve both as acknowledgement of receipt of the information disclosure statement and as an indication as to which references were considered by the examiner. Forms PTO-326 and PTOL-37 include a box to indicate the attachment of form ** PTO/SB/08A and 08B.

Information which complies with requirements as discussed in this section but which is in a non-English language will be considered in view of the concise explanation submitted (see MPEP § 609.04(a), subsection III.) and insofar as it is understood on its face, e.g., drawings, chemical formulas, in the same manner that non-English language information in Office search files is considered by examiners in conducting searches. The examiner need not have the information translated unless it appears to be necessary to do so. The examiner will indicate that the non-English language information has been considered in the same manner as consideration is indicated for information submitted in English. The examiner should not require that a translation be filed by applicant. The examiner should not make any comment such as that the non-English language information has only been considered to the extent understood, since this fact is inherent. See *Semiconductor Energy Laboratory Co. V. Samsung Electronics Co.*, 204 F.3d 1368, 1377-78, 54 USPQ2d 1001, 1008 (Fed. Cir. 2000) ("[A]s MPEP Section 609C(2) reveals, the examiner's understanding of a foreign reference is generally limited to that which he or she can glean from the applicant's concise statement...Consequently, while the examiner's initials require that we presume that he or she considered the [foreign] reference, this presumption extends only to the examiner's consideration of the brief translated portion and the concise statement.").

Since information is required to be submitted in a separate paper listing the citations rather than in the specification, there is no need to mark "All checked" or "Checked" in the margin of a specification containing citations.

If an item of information in an IDS fails to comply with requirements of 37 CFR 1.97 and 37 CFR 1.98, a line should be drawn through the citation to show that

it has not been considered. The other items of information listed that do comply with the requirements of 37 CFR 1.97 and 37 CFR 1.98 will be considered by the examiner and will be appropriately initialed.

### 609.05(c)  Documents Submitted as Part of Applicant's Reply to Office Action [R-5]

Occasionally, documents are submitted and relied on by an applicant when replying to an Office action. These documents may be relied on by an applicant, for example, to show that an element recited in the claim is operative or that a term used in the claim has a recognized meaning in the art. Documents may be in any form but are typically in the form of an affidavit, declaration, patent, or printed publication.

To the extent that a document is submitted as evidence directed to an issue of patentability raised in an Office action, and the evidence is timely presented, applicant need not satisfy the requirements of 37 CFR 1.97 and 37 CFR 1.98 in order to have the examiner consider the information contained in the document relied on by applicant. In other words, compliance with the information disclosure rules is not a threshold requirement to have information considered when submitted by applicant to support an argument being made in a reply to an Office action. However, consideration by the examiner of the document submitted as evidence directed to an issue of patentability raised in the Office action is limited to the portion of the document relied upon as rebuttal evidence; the entirety of the document may not necessarily be considered by the examiner.

At the same time, the document supplied and relied on by applicant as evidence need not be processed as an item of information that was cited in an information disclosure statement. The record should reflect whether the evidence was considered, but listing on a form (e.g., PTO-892, ** or PTO/SB/08A and 08B) and appropriate marking of the form by the examiner is not required.

For example, if applicant submits and relies on three patents as evidence in reply to the first Office action and also lists those patents on a ** PTO/SB/08A and 08B along with two journal articles, but does not file a statement under 37 CFR 1.97(e) or the fee set forth in 37 CFR 1.17(p), it would be appropriate for the examiner to indicate that the teachings

Rev. 5, Aug. 2006

# EXHIBIT H

$07-08-05$

$175 3 cc$

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of: )
)
Nigel A. SURRIDGE, et al. )   Before the Examiner:
)   Alexander Stephen
Application No. 10/264,891 )   Noguerola
)
Filed October 4, 2002 )   Group Art Unit
)   1753
)
ELECTRODES, METHODS, )
APPARATUSES COMPRISING )
MICRO-ELECTRODE ARRAYS )

I hereby certify that this paper is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR Section 1.10 on the date indicated and is addressed to the Commissioner for Patents, PO Box 1450, Alexandria, VA 22313-1450.
EV 466814620 US

Express Mail Label No.
_July 7 2005_
Date of Deposit
Ruth A. Rogers
Name
_Ruth A. Rogers_
Signature
_July 7 2005_
Date of Signature

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Pursuant to the provisions of 37 CFR 1.56, 1.97, and 1.98, Applicant requests consideration of the references listed on the attached PTO/SB/08 forms. A legible copy of each publication listed on the PTO/SB/08 form is enclosed.

This information Disclosure Statement is submitted after three months from the filing date and after the first Office Action on the merits, but prior to the mailing date of a final Office Action or Notice of Allowance, and thus a fee of $ 180.00 (set forth in 37 CFR §1.17(p)) is enclosed. Should any additional fees be required, please charge such fee to Deposit Account No. 23-3030, but not to include any payment of issue fees.

The filing of this Information Disclosure Statement shall not be construed as an admission that the information cited is, or is considered to be, material to patentability as defined in §1.56(b).

Respectfully submitted,

07/12/2005 BABRAHA1 00000087 10264891
01 FC:1806                    180.00 OP

By _Thomas Henry_
Thomas Q. Henry, Reg. No. 28,309
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
(317) 634-3456

Information Disclosure Statement
Serial No. 10/264,891 Group Art Unit 1753
Attorney Docket No. 7404-431
#352394

PTO/SB/08A (09-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 10/264,891 |
| | Filing Date | 10/4/2002 |
| | First Named Inventor | SURRIDGE, WILSEY |
| *(use as many sheets as necessary)* | Group Art Unit | 1753 |
| | Examiner Name | Noguerola, Alexander Stephan |
| Sheet | 1 | of | 2 | Attorney Docket Number | 7404-431 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number-Kind Code² (if known) | | | | |
| | | 6,103,509 | | 08-15-2000 | Sode | |
| | | 6,153,069 | | 11-28-2000 | Pottgen et al | |
| | | 6,212,417 | B1 | 04-02-2001 | Ikeda et al | |
| | | 6,270,637 | B1 | 08-07-2001 | Crismore et al. | |
| | | US 2002/0092612 | A1 | 07-18-2002 | Davies et al | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

Copied from 09994886 on 08/29/2005

OIPE
JUL 07 2005

PTO/SB/08B (08-03)
Approved for use through 07/31/2006. OMB 0651-0031 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | 10/264,891 |
| | Filing Date | 10/4/2002 |
| | First Named Inventor | SURRIDGE, WILSEY |
| | Group Art Unit | 1753 |
| | Examiner Name | Noguerola, Alexander Stephan |

| Sheet | 2 | of | 2 | Attorney Docket Number | 7404-431 |
|---|---|---|---|---|---|

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No. 1 | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | T2 |
|---|---|---|---|
| | | LIFESCAN, "Blood Glucose Monitoring Systems - Current Technologies", 1998, Lifescan Technical Support Publications Group | ☐ |
| | | MIZUTANI ET AL, CAPLUS ABSTRACT 1998:468370 "Amperometric glucose sensor using a polyion complex-enzyme bilayer system", Chemical Sensors (Sup. B, Proceedings of the 25th Chemical Sensor Symposium, 1997, Vol./Issue No. 13 Sup., pp. 37-40 | ☐ |
| | | MIZUTANI ET AL, CAPLUS ABSTRACT 1993:229412 "Amperometric enzyme electrode with fast response to glucose using a layer of lipid-modified glucose oxidase and nafion anionic polymer", Analytica Chimica Acta, 1993, pp. 274(2), 201-7) | ☐ |
| | | MIZUTANI ET AL, "Rapid measurement of transaminase activities using an amperometric L-glutamate-sensing electrode based on a glutamate oxidase-polyion complex-bilayer membrane", Sensors and Actuators, 1998, Vol./Issue No. B 52, pp. 23-29 | ☐ |
| | | MORALES ET AL, "Hydrogen peroxide amperometric biosensor based on a peroxidase-graphite-epoxy biocomposite", Analytica Chimica Acta, 1996, Vol./Issue No. 332, pp. 131-138 | ☐ |
| | | RISHON ET AL, CAPLUS ABSTRACT 1994:529001 "Amperometric glucose sensors based on glucose oxidase immobilized in nafion", Electroanalysis, 1994, Vol./Issue No. 6(1), pp. 17-21 | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional) 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

Copied from 09907366 on 08/29/2005

# EXHIBIT I

7-8-05

)F 1753

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In re patent application of: | ) | |
|---|---|---|
| | ) | |
| Christopher D. WILSEY | ) | Before the Examiner: |
| | ) | Alexander Stephen |
| Application No. 10/382,322 | ) | Noguerola |
| | ) | |
| Filed March 5, 2003 | ) | Group Art Unit |
| | ) | 1753 |
| METHOD FOR DETERMINING THE | ) | |
| CONCENTRATION OF AN | ) | |
| ANALYTE IN A LIQUID SAMPLE | ) | |
| USING SMALL VOLUME SAMPLES | ) | |
| AND FAST TEST TIMES | ) | |

I hereby certify that this paper is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR Section 1.10 on the date indicated and is addressed to the Commissioner for Patents, PO Box 1450, Alexandria, VA 22313-1450.

EV 466814633 US
_____
Express Mail Label No.
_July 7 2005_
Date of Deposit
Ruth A. Rogers
_____
Name
_Ruth A. Rogers_
Signature
_July 7, 2005_
Date of Signature

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Mail Stop AMENDMENT
Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Pursuant to the provisions of 37 CFR 1.56, 1.97, and 1.98, Applicant requests consideration of the references listed on the attached PTO/SB/08 forms.

A legible copy of each foreign patent document and publication listed on the PTO/SB/08 form is enclosed.

This information Disclosure Statement is submitted after three months from the filing date and after the first Office Action on the merits, but prior to the mailing date of a final Office Action or Notice of Allowance, and thus a fee of $ 180.00 (set forth in 37 CFR §1.17(p)) is enclosed. Should any additional fees be required, please charge such fee to Deposit Account No. 23-3030, but not to include any payment of issue fees.

07/11/2005 SSITHIB1 00000147 10382322
01 FC:1806                    180.00 OP

Information Disclosure Statement
Serial No. 10/382,322 Group Art Unit 1753
Attorney Docket No. 7404-473, #353106
Page 1 of 2

The filing of this Information Disclosure Statement shall not be construed as an admission that the information cited is, or is considered to be, material to patentability as defined in §1.56(b).

Respectfully submitted,

By _Thomas Henry_____

Thomas Q. Henry, Reg. No. 28,309
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
(317) 634-3456

PTO/SB/08A (09-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 10/382,322 |
| | Filing Date | 3/5/2003 |
| | First Named Inventor | WILSEY |
| *(use as many sheets as necessary)* | Group Art Unit | 1753 |
| | Examiner Name | Noguerola, Alexander Stephan |
| Sheet | 1 | of | 4 | Attorney Docket Number | 7404-473 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | 4,759,828 | | 07-26-1988 | Young et al | |
| | | 5,049,487 | | 09-17-1991 | Phillips et al. | |
| | | 5,250,439 | | 10-05-1993 | Musho et al | |
| | | 5,437,999 | | 08-01-1995 | Diebold | |
| | | 5,611,900 | | 03-18-1997 | Worden et al | |
| | | 5,658,443 | | 08-19-1997 | Yamamoto et al | |
| | | 5,723,345 | | 03-03-1998 | Yamauchi et al | |
| | | 6,004,441 | | 12-21-1999 | Fujiwara et al | |
| | | 6,042,714 | | 03-28-2000 | Lin et al | |
| | | 6,103,509 | | 08-15-2000 | Sode | |
| | | 6,120,676 | | 09-19-2000 | Heller et al. | |
| | | 6,153,069 | | 11-28-2000 | Pottgen et al | |
| | | 6,193,873 | B1 | 02-27-2001 | Ohara et al. | |
| | | 6,212,417 | B1 | 04-02-2001 | Ikeda et al | |
| | | 6,241,862 | | 06-05-2001 | McAleer et al | |
| | | 6,258,229 | | 07-10-2001 | Winarta et al. | |
| | | 6,270,637 | B1 | 08-07-2001 | Crismore et al. | |
| | | 6,284,125 | B1 | 09-04-2001 | Hodges | |
| | | 6,338,790 | | 01-15-2002 | Feldman et al | |
| | | Re 36,991 | | 12-19-2000 | Yamamoto et al | |
| | | US 2002/0092612 | A1 | 07-18-2002 | Davies et al | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

OIPE JC55
JUL 0 7 2005

PTO/SB/08A (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 10/382,322 |
| | Filing Date | 3/5/2003 |
| | First Named Inventor | WILSEY |
| *(use as many sheets as necessary)* | Group Art Unit | 1753 |
| | Examiner Name | Noguerola, Alexander Stephan |
| Sheet | 2 | of | 4 | Attorney Docket Number | 7404-473 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No. | Foreign Patent Document Country Code³·Number⁴Kind Code⁵(if known) | | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|
| | | EP 0 859 230 | | 08-19-1998 | Cranfield University | | |
| | | EP 0 964 059 | | 12-15-1999 | Matsushita Electric I | | |
| | | WO 00/73778 | | 12-07-2000 | Nova Biomedical C | | |
| | | WO 01/73124 | | 10-04-2001 | Inverness Medical T | | |
| | | WO 95/22597 | | 08-01-1995 | Boehringer Mannhei | | |
| | | WO 97/30344 | | 08-21-1997 | Selfcare, Inc. | | |
| | | WO 98/35225 | A1 | 08-13-1998 | E. Heller & Compan | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/08B (08-03)
Approved for use through 07/31/2006. OMB 0651-0031 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | 10/382,322 |
| | | | Filing Date | 3/5/2003 |
| | | | First Named Inventor | WILSEY |
| | | | Group Art Unit | 1753 |
| | | | Examiner Name | Noguerola, Alexander Stephan |
| Sheet | 3 | of 4 | Attorney Docket Number | 7404-473 |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | T[2] |
|---|---|---|---|
| | | BARTLETT ET AL, "Electrochemical Immobilisation of Enzymes - Part II Glucose Oxidase Immobilised in Poly-N-Methylpyrrole", J. Electroanal. Chem., 1987, Vol./Issue No. 224, pp. 37-48 | ☐ |
| | | BARTLETT ET AL, "Electrochemical Immobilisation of Enzymes - Part I Theory", J. Electroanal. Chem., 1987, Vol./Issue No. 224, pp. 27-35 | ☐ |
| | | BURKE ET AL, "Improved-Accuracy Biosensor Strip for Accu-Chek Advantage", ACS Boston Meeting, Presented Orally 1993-1994, pp. 29-61 | ☐ |
| | | CHIBA ET AL, "Electrochemical Preparation of a Ladder Polymer Containing Phenazine Rings", J. Electroanal. Chem., 1987, Vol./Issue No. 219, pp. 117-124 | ☐ |
| | | GREGG ET AL., "Cross-Linked Redox Gels Containing Glucose Oxidase for Amperometric Biosensor Applications", Anal. Chem., 1990, Vol./Issue No. 62, pp. 258-263 | ☐ |
| | | LEE ET AL, "A New Glucose Sensor Using Microporous Enzyme Membrane", Sensors and Actuators, 1991, Vol./Issue No. B,3, pp. 215-219 | ☐ |
| | | LIFESCAN, "Blood Glucose Monitoring Systems - Current Technologies", 1998, Lifescan Technical Support Publications Group | ☐ |
| | | LIFESCAN GUIDE, "Quick Start" Onetouch Ultra Blood Glucose Monitoring System", | ☐ |
| | | LIFESCAN OWNER'S BOOKLET, "The Comfort of Control" Onetouch Ultra Blood Glucose Monitoring System, | ☐ |
| | | LIFESCAN PRODUCT BROCHURE, "Onetouch Ultra Test Strips", Lifescan Inc., 2000 | ☐ |
| | | LIFESCAN PRODUCT BROCHURE, "Onetouch Ultra Blood Glucose Monitoring System" New!, | ☐ |
| | | MALITESTA ET AL, "Glucose Fast-Response Amperometric Sensor Based on Glucose Oxidase Immobilized in an Electropolymerized Poly(O-phenylenediamine) Film", Anal. Chem., 1990, Vol./Issue No. 62, pp. 2735-2740 | ☐ |
| | | MCMAHON ET AL, "Detection Technologies - Taking a fresh look at sensors", IVD Technology, April 2002, www.devicelink.com/ivd/archive/02/04/002.html | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

OIPE JC06
JUL 07 2005
PATENT & TRADEMARK

PTO/SB/08B (08-03)
Approved for use through 07/31/2006. OMB 0651-0031 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | 10/382,322 |
| | | | Filing Date | 3/5/2003 |
| | | | First Named Inventor | WILSEY |
| | | | Group Art Unit | 1753 |
| | | | Examiner Name | Noguerola, Alexander Stephan |
| Sheet | 4 | of | 4 | Attorney Docket Number | 7404-473 |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | T² |
| | | MIAO ET AL, "Amperometric Glucose Biosensor Based on Immobilization of Glucose Oxidase in Chitosan Matrix Cross-Linked with Glutaraldehyde", Electroanalysis, 2001, Vol./Issue No. 13, No. 4, pp. 347-349 | ☐ |

| Examiner Signature | | | Date Considered | |
|---|---|---|---|---|
| | | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹ Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

# EXHIBIT J

O I P E JC10
JUL 07 2005

PTO/SB/08A (09-01)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | 10/264,891 |
| | | Filing Date | 10/4/2002 |
| | | First Named Inventor | SURRIDGE, WILSEY |
| | | Group Art Unit | 1753 |
| | | Examiner Name | Noguerola, Alexander Stephan |
| Sheet | 1 | of | 2 | Attorney Docket Number | 7404-431 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| Un | | 6,103,509 | 08-15-2000 | Sode | |
| Un | | 6,153,069 | 11-28-2000 | Pottgen et al | |
| Un | | 6,212,417 B1 | 04-02-2001 | Ikeda et al | |
| Un | | 6,270,637 B1 | 08-07-2001 | Crismore et al. | |
| | | US 2002/0092612 A1 | 07-18-2002 | Davies et al | |

← This reference has already been initialed on the IDS of Sept. 02, 2003

| Examiner Signature | *(signature)* | Date Considered | 6/16/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

Copied from 09997535 on 03/27/2008

PTO/SB/08B (08-03)
Approved for use through 07/31/2006. OMB 0651-0031 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | 10/264,891 |
| | | | Filing Date | 10/4/2002 |
| | | | First Named Inventor | SURRIDGE, WILSEY |
| | | | Group Art Unit | 1753 |
| | | | Examiner Name | Noguerola, Alexander Stephen |
| Sheet | 2 | of | 2 | Attorney Docket Number | 7404-431 |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T² |
|---|---|---|---|
| An | | LIFESCAN, "Blood Glucose Monitoring Systems – Current Technologies", 1998, Lifescan Technical Support Publications Group | ☐ |
| An | | MIZUTANI ET AL, CAPLUS ABSTRACT 1998:468370 "Amperometric glucose sensor using a polyion complex-enzyme bilayer system", Chemical Sensors (Sup. B, Proceedings of the 25th Chemical Sensor Symposium, 1997, Vol./Issue No. 13 Sup., pp. 37-40 | ☐ |
| An | | MIZUTANI ET AL, CAPLUS ABSTRACT 1993:229412 "Amperometric enzyme electrode with fast response to glucose using a layer of lipid-modified glucose oxidase and nafion anionmic polymer", Analytica Chimica Acta, 1993, pp. 274(2), 201-7 | ☐ |
| An | | MIZUTANI ET AL, "Rapid measurement of transaminase activities using an amperometric L-glutamate-sensing electrode based on a glumate oxidase-polion complex-bilayer membrane", Sensors and Actuators, 1998, Vol./Issue No. B 52, pp. 23-29 | ☐ |
| An | | MORALES ET AL, "Hydrogen peroxide amperometric biosensor based on a peroxidase-graphite-epoxy biocomposite", Analytica Chimica Acta, 1996, Vol./Issue No. 332, pp. 131-138 | ☐ |
| An | | RISHON ET AL, CAPLUS ABSTRACT 1994:529001 "Amperometric glucose sensors based on glucose oxidase immobilized in nafion", Electroanalysis, 1994, Vol./Issue No. 6(1), pp. 17-21 | ☐ |

| Examiner Signature | Ab Noguerola | Date Considered | 6/16/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

# EXHIBIT K

JUL 0 7 2005

PTO/SB/08A (09-01)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | Application Number | 10/382,322 |
| | | Filing Date | 3/5/2003 |
| | | First Named Inventor | WILSEY |
| | | Group Art Unit | 1753 |
| | | Examiner Name | Noguerola, Alexander Stephan |
| Sheet | 1 | of | 4 | Attorney Docket Number | 7404-473 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| AN | | 4,759,828 | | 07-26-1988 | Young et al | |
| AN | | 5,049,487 | | 09-17-1991 | Phillips et al. | |
| AN | | 5,250,439 | | 10-05-1993 | Musho et al | |
| AN | | 5,437,999 | | 08-01-1995 | Diebold | |
| AN | | 5,611,900 | | 03-18-1997 | Worden et al | |
| AN | | 5,658,443 | | 08-19-1997 | Yamamoto et al | |
| AN | | 5,723,345 | | 03-03-1998 | Yamauchi et al | |
| AN | | 6,004,441 | | 12-21-1999 | Fujiwara et al | |
| AN | | 6,042,714 | | 03-28-2000 | Lin et al | |
| AN | | 6,103,509 | | 08-15-2000 | Soda | |
| AN | | 6,120,676 | | 09-19-2000 | Heller et al | |
| AN | | 6,153,069 | | 11-28-2000 | Pottgen et al | |
| AN | | 6,193,873 | B1 | 02-27-2001 | Ohara et al. | |
| AN | | 6,212,417 | B1 | 04-02-2001 | Ikeda et al | |
| AN | | 6,241,862 | | 05-05-2001 | McAleer et al | |
| AN | | 6,259,229 | | 07-10-2001 | Winarta et al. | |
| AN | | 6,270,637 | B1 | 08-07-2001 | Crismore et al | |
| AN | | 6,284,125 | B1 | 09-04-2001 | Hodges | |
| AN | | 6,338,790 | | 01-15-2002 | Feldman et al | |
| AN | | Re 36,991 | | 12-19-2000 | Yamamoto et al | |
| AN | | US 2002/0092612 | A1 | 07-18-2002 | Davies et al | |

| Examiner Signature | Alex Noguerola | Date Considered | 03/05/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

JUL 07 2005

PTO/SB/08A (09-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 10/382,322 |
| | | | | Filing Date | 3/5/2003 |
| | | | | First Named Inventor | WILSEY |
| *(use as many sheets as necessary)* | | | | Group Art Unit | 1-753 |
| | | | | Examiner Name | Noguerola, Alexander Stephen |
| Sheet | 2 | of | 4 | Attorney Docket Number | 7404-473 |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No. | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵(if known) | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
| AN | | EP 0 859 230 | | 08-19-1998 | Cranfield University | |
| AN | | EP 0 964 059 | | 12-15-1999 | Matsushita Electric I | |
| AN | | WO 00/73778 | | 12-07-2000 | Nova Biomedical C | |
| AN | | WO 01/73124 | | 10-04-2001 | Inverness Medical T | |
| AN | | WO 95/22597 | | 08-01-1995 | Boehringer Mannhei | |
| AN | | WO 97/30344 | | 08-21-1997 | Selfcare, Inc. | |
| AN | | WO 98/35225 | A1 | 08-13-1998 | E. Heller & Compan | |

| Examiner Signature | *Alx Noguerola* | Date Considered | 03/05/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/08B (03-03)
Approved for use through 07/31/2006. OMB 0651-0031 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | 10/382,322 |
| | | Filing Date | 3/5/2003 |
| | | First Named Inventor | WILSEY |
| | | Group Art Unit | 1753 |
| | | Examiner Name | Noguerola, Alexander Stephen |
| Sheet | 3 | of | 4 | Attorney Docket Number | 7404-473 |

| | | OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No. ¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher, city and/or country where published | T² |
| _au_ | | BARTLETT ET AL, "Electrochemical Immobilisation of Enzymes - Part II Glucose Oxidase Immobilised in Poly-N-Methylpyrrole", J. Electroanal. Chem., 1987, Vol./Issue No. 224, pp. 37-48 | ☐ |
| _au_ | | BARTLETT ET AL, "Electrochemical Immobilisation of Enzymes - Part I Theory", J. Electroanal. Chem., 1987, Vol./Issue No. 224, pp. 27-35 | ☐ |
| _au_ | | BURKE ET AL, "Improved-Accuracy Biosensor Strip for Accu-Chek Advantage", ACS Boston Meeting, Presented Orally 1993-1994, pp. 29-61 | ☐ |
| _au_ | | CHIBA ET AL, "Electrochemical Preparation of a Ladder Polymer Containing Phenazine Rings", J. Electroanal. Chem., 1987, Vol./Issue No. 219, pp. 117-124 | ☐ |
| _au_ | | GREGG ET AL, "Cross-Linked Redox Gels Containing Glucose Oxidase for Amperometric Biosensor Applications", Anal. Chem., 1990, Vol./Issue No. 62, pp. 258-263 | ☐ |
| _au_ | | LEE ET AL, "A New Glucose Sensor Using Microporous Enzyme Membrane", Sensors and Actuators, 1991, Vol./Issue No. B,3, pp. 215-219 | ☐ |
| _au_ | | LIFESCAN, "Blood Glucose Monitoring Systems - Current Technologies", 1998, Lifescan Technical Support Publications Group | ☐ |
| _au_ | | LIFESCAN GUIDE, "Quick Start" Onetouch Ultra Blood Glucose Monitoring System", | ☐ |
| _au_ | | LIFESCAN OWNER'S BOOKLET, "The Comfort of Control" Onetouch Ultra Blood Glucose Monitoring System, | ☐ |
| _au_ | | LIFESCAN PRODUCT BROCHURE, "Onetouch Ultra Test Strips", Lifescan Inc., 2000 | ☐ |
| _au_ | | LIFESCAN PRODUCT BROCHURE, "Onetouch Ultra Blood Glucose Monitoring System" New!, | ☐ |
| _au_ | | MALITESTA ET AL, "Glucose Fast-Response Amperometric Sensor Based on Glucose Oxidase Immobilized in an Electropolymerized Poly(O-phenylenediamine) Film", Anal. Chem., 1990, Vol./Issue No. 62, pp. 2735-2740 | ☐ |
| _au_ | | MCMAHON ET AL, "Detection Technologies - Taking a fresh look at sensors", IVD Technology, April 2002, www.devicelink.com/ivd/archive/02/04/002.html | ☐ |

| Examiner Signature | _Alen Noguerola_ | Date Considered | 03/06/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/08B (03-00)

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 10/382,322 |
| | | | | Filing Date | 3/5/2003 |
| | | | | First Named Inventor | WILSEY |
| *(use as many sheets as necessary)* | | | | Group Art Unit | 1753 |
| | | | | Examiner Name | Noguerola, Alexander Stephen |
| Sheet | 4 | of | 4 | Attorney Docket Number | 7404-473 |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | | |
|---|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | | T² |
| *CAh* | | MIAO ET AL, "Amperometric Glucose Biosensor Based on Immobilization of Glucose Oxidase in Chitosan Matrix Cross-Linked with Glutaraldehyde", Electroanalysis, 2001, Vol./Issue No. 13, No. 4, pp. 347-349 | | ☐ |

| Examiner Signature | *Al. Noguerola* | Date Considered | 03/05/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

# EXHIBIT L

# EXHIBIT L, PART 1



**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification [7] : <br> **C12Q 1/00** | **A1** | (11) International Publication Number: **WO 00/20626** <br> (43) International Publication Date: 13 April 2000 (13.04.00) |
|---|---|---|

(21) International Application Number: PCT/US99/23425

(22) International Filing Date: 8 October 1999 (08.10.99)

(30) Priority Data:
60/103,627    8 October 1998 (08.10.98)    US
60/105,773    8 October 1998 (08.10.98)    US
09/295,962    21 April 1999 (21.04.99)    US

(71) Applicant: THERASENSE, INC. [US/US]; 1360 South Loop Road, Alameda, CA 94502 (US).

(72) Inventors: FELDMAN, Benjamin, J.; 5830 Colby Street, Oakland, CA 94618 (US). HELLER, Adam; 5317 Valburn Circle, Austin, TX 78731 (US). HELLER, Ephraim; 44 Stark Knoll Place, Oakland, CA 94618 (US). MAO, Fei; Apartment #2, 3805 Village Terrace, Fremont, CA 94536 (US). VIVOLO, Joseph, A.; 1548 Haight Street, San Francisco, CA 94117 (US). FUNDERBURK, Jeffery, V.; 37670 Carriage Circle Common, Fremont, CA 94536 (US). COLMAN, Fredric, C.; 13864 Campus Drive, Oakland, CA 94605 (US). KRISHNAN, Rajesh; Apartment #1, 4211 Central Avenue, Fremont, CA 94536 (US).

(74) Agent: DAIGNAULT, Ronald, A.; Merchant & Gould P.C., 3100 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402–4131 (US).

(81) Designated States: AE, AL, AM, AT, AT (Utility model), AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CR, CU, CZ, CZ (Utility model), DE, DE (Utility model), DK, DK (Utility model), DM, EE, EE (Utility model), ES, FI, FI (Utility model), GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SK (Utility model), SL, TJ, TM, TR, TT, TZ, UA, UG, UZ, VN, YU, ZA, ZW, ARIPO patent (GH, GM, KE, LS, MW, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

**Published**
*With international search report.*
*Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.*

(54) Title: SMALL VOLUME *IN VITRO* ANALYTE SENSOR WITH DIFFUSIBLE OR NON-LEACHABLE REDOX MEDIATOR

(57) Abstract

A sensor utilizing a non-leachable or diffusible redox mediator is described. The sensor includes a sample chamber to hold a sample in electrolytic contact with a working electrode, and in at least some instances, the sensor also contains a non-leachable or a diffusible second electron transfer agent. The sensor and/or the methods used produce a sensor signal in response to the analyte that can be distinguished from a background signal caused by the mediator. The invention can be used to determine the concentration of a biomolecule, such as glucose or lactate, in a biological fluid, such as blood or serum, using techniques such as coulometry, amperometry, and potentiometry. An enzyme capable of catalyzing the electrooxidation or electroreduction of the biomolecule is typically provided as a second electron transfer agent.

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|----|--------------------------|----|-------------------|----|------------------------|----|-------------------------|
| AL | Albania | ES | Spain | LS | Lesotho | SI | Slovenia |
| AM | Armenia | FI | Finland | LT | Lithuania | SK | Slovakia |
| AT | Austria | FR | France | LU | Luxembourg | SN | Senegal |
| AU | Australia | GA | Gabon | LV | Latvia | SZ | Swaziland |
| AZ | Azerbaijan | GB | United Kingdom | MC | Monaco | TD | Chad |
| BA | Bosnia and Herzegovina | GE | Georgia | MD | Republic of Moldova | TG | Togo |
| BB | Barbados | GH | Ghana | MG | Madagascar | TJ | Tajikistan |
| BE | Belgium | GN | Guinea | MK | The former Yugoslav | TM | Turkmenistan |
| BF | Burkina Faso | GR | Greece | | Republic of Macedonia | TR | Turkey |
| BG | Bulgaria | HU | Hungary | ML | Mali | TT | Trinidad and Tobago |
| BJ | Benin | IE | Ireland | MN | Mongolia | UA | Ukraine |
| BR | Brazil | IL | Israel | MR | Mauritania | UG | Uganda |
| BY | Belarus | IS | Iceland | MW | Malawi | US | United States of America |
| CA | Canada | IT | Italy | MX | Mexico | UZ | Uzbekistan |
| CF | Central African Republic | JP | Japan | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Netherlands | YU | Yugoslavia |
| CH | Switzerland | KG | Kyrgyzstan | NO | Norway | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | Democratic People's | NZ | New Zealand | | |
| CM | Cameroon | | Republic of Korea | PL | Poland | | |
| CN | China | KR | Republic of Korea | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Romania | | |
| CZ | Czech Republic | LC | Saint Lucia | RU | Russian Federation | | |
| DE | Germany | LI | Liechtenstein | SD | Sudan | | |
| DK | Denmark | LK | Sri Lanka | SE | Sweden | | |
| EE | Estonia | LR | Liberia | SG | Singapore | | |

WO 00/20626                                                    PCT/US99/23425

### Small Volume *in vitro* Analyte Sensor
### with Diffusible or Non-Leachable Redox Mediator

5                                    **Field of the Invention**

This invention relates to analytical sensors for the detection of
bioanalytes in a small volume sample.

### Background of the Invention

Analytical sensors are useful in chemistry and medicine to determine

10    the presence and concentration of a biological analyte. Such sensors are needed, for
example, to monitor glucose in diabetic patients and lactate during critical care
events.

Currently available technology measures bioanalytes in relatively
large sample volumes, e.g., generally requiring 3 microliters or more of blood or

15    other biological fluid. These fluid samples are obtained from a patient, for example,
using a needle and syringe, or by lancing a portion of the skin such as the fingertip
and "milking" the area to obtain a useful sample volume. These procedures are
inconvenient for the patient, and often painful, particularly when frequent samples
are required. Less painful methods for obtaining a sample are known such as

20    lancing the arm or thigh, which have a lower nerve ending density. However,
lancing the body in the preferred regions typically produces submicroliter samples of
blood, because these regions are not heavily supplied with near-surface capillary
vessels.

It would therefore be desirable and very useful to develop a relatively

25    painless, easy to use blood analyte sensor, capable of performing an accurate and
sensitive analysis of the concentration of analytes in a small volume of sample.
Sensors capable of electrochemically measuring an analyte in a sample are known in
the art. Some sensors known in the art use at least two electrodes and may contain a
redox mediator to aid in the electrochemical reaction. However, the use of an

30    electrochemical sensor for measuring analyte in a small volume introduces error into
the measurements. One type of inaccuracy arises from the use of a diffusible redox

2

mediator. Because the electrodes are so close together in a small volume sensor, diffusible redox mediator may shuttle between the working and counter electrode and add to the signal measured for analyte. Another source of inaccuracy in a small volume sensor is the difficulty in determining the volume of the small sample or in

5    determining whether the sample chamber is filled. It would therefore be desirable to develop a small volume electrochemical sensor capable of decreasing the errors that arise from the size of the sensor and the sample.

### Summary of the Invention

The sensors of the present invention provide a method for the

10   detection and quantification of an analyte in submicroliter samples. In general, the invention includes a method and sensor for analysis of an analyte in a small volume of sample by, for example, coulometry, amperometry and/or potentiometry. A sensor of the invention utilizes a non-leachable or diffusible redox mediator. The sensor also includes a sample chamber to hold the sample in electrolytic contact with

15   the working electrode. In many instances, the sensor also contains a non-leachable or diffusible second electron transfer agent.

In a preferred embodiment, the working electrode faces a counter electrode, forming a measurement zone within the sample chamber, between the two electrodes, that is sized to contain no more than about 1 µL of sample, preferably no

20   more than about 0.5 µL, more preferably no more than about 0.25 µL, and most preferably no more than about 0.1 µL of sample. A sorbent material is optionally positioned in the sample chamber and measurement zone to reduce the volume of sample needed to fill the sample chamber and measurement zone.

In one embodiment of the invention, a biosensor is provided which

25   combines coulometric electrochemical sensing with a non-leachable or diffusible redox mediator to accurately and efficiently measure a bioanalyte in a submicroliter volume of sample. The preferred sensor includes an electrode, a non-leachable or diffusible redox mediator on the electrode, a sample chamber for holding the sample in electrical contact with the electrode and, preferably, sorbent material disposed

30   within the sample chamber to reduce the volume of the chamber. The sample

WO 00/20626                                                        PCT/US99/23425

3

chamber, together with any sorbent material, is sized to provide for analysis of a sample volume that is typically no more than about 1 μL, preferably no more than about 0.5 μL, more preferably no more than about 0.25 μL, and most preferably no more than about 0.1 μL. In some instances, the sensor also contains a non-leachable

5    or diffusible second electron transfer agent.

One embodiment of the invention includes a method for determining the concentration of an analyte in a sample by, first, contacting the sample with an electrochemical sensor and then determining the concentration of the analyte. The electrochemical sensor includes a facing electrode pair with a working electrode and

10    a counter electrode and a sample chamber, including a measurement zone, positioned between the two electrodes. The measurement zone is sized to contain no more than about 1 μL of sample.

The invention also includes an electrochemical sensor with two or more facing electrode pairs. Each electrode pair has a working electrode, a counter

15    electrode, and a measurement zone between the two electrodes, the measurement zone being sized to hold no more than about 1 μL of sample. In addition, the sensor also includes a non-leachable redox mediator on the working electrode of at least one of the electrode pairs or a diffusible redox mediator on a surface in the sample chamber or in the sample.

20    One aspect of the invention is a method of determining the concentration of an analyte in a sample by contacting the sample with an electrochemical sensor and determining the concentration of the analyte by coulometry. The electrochemical sensor includes an electrode pair with a working electrode and a counter electrode. The sensor also includes a sample chamber for

25    holding a sample in electrolytic contact with the working electrode. Within the sample chamber is sorbent material to reduce the volume sample needed to fill the sample chamber so that the sample chamber is sized to contain no more than about 1 μL of sample. The sample chamber also contains a non-leachable or diffusible redox mediator and optionally contains a non-leachable or diffusible second electron

30    transfer agent.

4

The sensors may also include a fill indicator, such as an indicator electrode or a second electrode pair, that can be used to determine when the measurement zone or sample chamber has been filled. An indicator electrode or a second electrode pair may also be used to increase accuracy of the measurement of

5    analyte concentration. The sensors may also include a heating element to heat the measurement zone or sample chamber to increase the rate of oxidation or reduction of the analyte.

Sensors can be configured for side-filling or tip-filling. In addition, in some embodiments, the sensor may be part of an integrated sample acquisition

10   and analyte measurement device. The integrated sample acquisition and analyte measurement device may include the sensor and a skin piercing member, so that the device can be used to pierce the skin of a user to cause flow of a fluid sample, such as blood, that can then be collected by the sensor. In at least some embodiments, the fluid sample can be collected without moving the integrated sample acquisition and

15   analyte measurement device.

One method of forming a sensor, as described above, includes forming at least one working electrode on a first substrate and forming at least one counter or counter/reference electrode on a second substrate. A spacer layer is disposed on either the first or second substrates. The spacer layer defines a channel

20   into which a sample can be drawn and held when the sensor is completed. A redox mediator and/or second electron transfer agent are disposed on the first or second substrate in a region that will be exposed within the channel when the sensor is completed. The first and second substrates are then brought together and spaced apart by the spacer layer with the channel providing access to the at least one

25   working electrode and the at least one counter or counter/reference electrode. In some embodiments, the first and second substrates are portions of a single sheet or continuous web of material.

These and various other features which characterize the invention are pointed out with particularity in the attached claims. For a better understanding of

30   the invention, its advantages, and objectives obtained by its use, reference should be

5

made to the drawings and to the accompanying description, in which there is illustrated and described preferred embodiments of the invention.

## Brief Description of the Drawings

Referring now to the drawings, wherein like reference numerals and

5    letters indicate corresponding structure throughout the several views:

Figure 1 is a schematic view of a first embodiment of an electrochemical sensor in accordance with the principles of the present invention having a working electrode and a counter electrode facing each other;

Figure 2 is a schematic view of a second embodiment of an

10    electrochemical sensor in accordance with the principles of the present invention having a working electrode and a counter electrode in a coplanar configuration;

Figure 3 is a schematic view of a third embodiment of an electrochemical sensor in accordance with the principles of the present invention having a working electrode and a counter electrode facing each other and having an

15    extended sample chamber;

Figure 4 is a not-to-scale side-sectional drawing of a portion of the sensor of Figures 1 or 3 showing the relative positions of the redox mediator, the sample chamber, and the electrodes;

Figure 5 is a top view of a fourth embodiment of an electrochemical

20    sensor in accordance with the principles of the present invention, this sensor includes multiple working electrodes;

Figure 6 is a perspective view of an embodiment of an analyte measurement device, in accordance with the principles of the present invention, having a sample acquisition means and the sensor of Figure 4;

25    Figure 7 is a graph of the charge required to electrooxidize a known quantity of glucose in an electrolyte buffered solution (filled circles) or serum solution (open circles) using the sensor of Figure 1 with glucose oxidase as the second electron transfer agent;

Figure 8 is a graph of the average glucose concentrations for the data

30    of Figure 7 (buffered solutions only) with calibration curves calculated to fit the

WO 00/20626                                                        PCT/US99/23425

6

averages; a linear calibration curve was calculated for the 10-20 mM concentrations and a second order polynomial calibration curve was calculated for the 0-10 mM concentrations;

Figure 9 is a Clarke-type clinical grid analyzing the clinical relevance of the glucose measurements of Figure 7;

Figure 10 is a graph of the charge required to electrooxidize a known quantity of glucose in an electrolyte buffered solution using the sensor of Figure 1 with glucose dehydrogenase as the second electron transfer agent;

Figures 11A, 11B, and 11C are top views of three configurations for overlapping working and counter electrodes according to the present invention;

Figures 12A and 12B are cross-sectional views of one embodiment of an electrode pair formed using a recess of a base material, according to the invention;

Figures 13A and 13B are cross-sectional views of yet another embodiment of an electrode pair of the present invention formed in a recess of a base material;

Figures 14A and 14B are cross-sectional views of a further embodiment of an electrode pair of the present invention formed using a recess of a base material and a sorbent material;

Figure 15 is a graph of charge delivered by a sensor having a diffusible redox mediator over time for several concentrations of glucose;

Figure 16 is a graph of charge delivered by a sensor having a diffusible redox mediator for several glucose concentrations;

Figure 17 is a graph of charge delivered by sensors with different amounts of diffusible redox mediator over time.

Figure 18A illustrates a top view of a first film with a working electrode for use in a fifth embodiment of a sensor according to the invention;

Figure 18B illustrates a top view of a spacer for placement on the first film of Figure 18A;

WO 00/20626                                                        PCT/US99/23425

7

Figure 18C illustrates a bottom view of a second film (inverted with respect to Figures 18A and 18B) with counter electrodes placement over the spacer of Figure 18B and first film of Figure 18A;

Figure 19A illustrates a top view of a first film with a working electrode for use in a sixth embodiment of a sensor according to the invention;

Figure 19B illustrates a top view of a spacer for placement on the first film of Figure 19A;

Figure 19C illustrates a bottom view of a second film (inverted with respect to Figures 19A and 19B) with counter electrodes placement over the spacer of Figure 19B and first film of Figure 19A;

Figure 20A illustrates a top view of a first film with a working electrode for use in a seventh embodiment of a sensor according to the invention;

Figure 20B illustrates a top view of a spacer for placement on the first film of Figure 20A;

Figure 20C illustrates a bottom view of a second film (inverted with respect to Figures 20A and 20B) with counter electrodes placement over the spacer of Figure 20B and first film of Figure 20A;

Figure 21A illustrates a top view of a first film with a working electrode for use in a eighth embodiment of a sensor according to the invention;

Figure 21B illustrates a top view of a spacer for placement on the first film of Figure 21A;

Figure 21C illustrates a bottom view of a second film (inverted with respect to Figures 21A and 21B) with counter electrodes placement over the spacer of Figure 21B and first film of Figure 21A;

Figure 22A illustrates a top view of a first film with a working electrode for use in a ninth embodiment of a sensor according to the invention;

Figure 22B illustrates a top view of a spacer for placement on the first film of Figure 22A;

Figure 22C illustrates a bottom view of a second film (inverted with respect to Figures 22A and 22B) with counter electrodes placement over the spacer of Figure 22B and first film of Figure 22A;

8

Figure 23A illustrates a top view of a first film with a working electrode for use in a tenth embodiment of a sensor according to the invention;

Figure 23B illustrates a top view of a spacer for placement on the first film of Figure 23A;

5          Figure 23C illustrates a bottom view of a second film (inverted with respect to Figures 23A and 23B) with counter electrodes placement over the spacer of Figure 23B and first film of Figure 23A;

Figure 24A illustrates a top view of a first film with a working electrode for use in a eleventh embodiment of a sensor according to the invention;

10         Figure 24B illustrates a top view of a spacer for placement on the first film of Figure 24A;

Figure 24C illustrates a bottom view of a second film (inverted with respect to Figures 24A and 24B) with counter electrodes placement over the spacer of Figure 24B and first film of Figure 24A;

15         Figure 25 illustrates a top view of a twelfth embodiment of an electrochemical sensor, according to the invention;

Figure 26 illustrates a perspective view of one embodiment of an integrated analyte acquisition and sensor device;

Figure 27 illustrates a cross-sectional view of a thirteenth

20    embodiment of a sensor, according to the invention;

Figure 28 illustrates a graph comparing measurements of analyte concentration in blood samples collected from a subject's arm made by a sensor of the invention with those determined by a standard blood test;

Figure 29 illustrates a graph comparing measurements of analyte

25    concentration in blood samples collected from a subject's finger made by a sensor of the invention with those determined by a standard blood test;

Figure 30 illustrates a graph comparing measurements of analyte concentration in venous samples made by a sensor of the invention with those determined by a standard blood test;

30         Figure 31A illustrates a top view of one embodiment of a sheet of sensor components, according to the invention;

9

Figure 31B illustrates a top view of another embodiment of a sheet of sensor components, according to the invention; and

Figure 32 illustrates a cross-sectional view looking from inside the meter to a sensor of the invention disposed in a meter.

**Detailed Description of the Preferred Embodiment**

When used herein, the following definitions define the stated term:

An "air-oxidizable mediator" is a redox mediator that is oxidized by air, preferably so that at least 90% of the mediator is in an oxidized state upon storage in air either as a solid or as a liquid during a period of time, for example, one month or less, and, preferably, one week or less, and, more preferably, one day or less.

"Amperometry" includes steady-state amperometry, chronoamperometry, and Cottrell-type measurements.

A "biological fluid" is any body fluid in which the analyte can be measured, for example, blood, interstitial fluid, dermal fluid, sweat, and tears.

The term "blood" in the context of the invention includes whole blood and its cell-free components, such as, plasma and serum.

"Coulometry" is the determination of charge passed or projected to pass during complete or nearly complete electrolysis of the analyte, either directly on the electrode or through one or more electron transfer agents. The charge is determined by measurement of charge passed during partial or nearly complete electrolysis of the analyte or, more often, by multiple measurements during the electrolysis of a decaying current and elapsed time. The decaying current results from the decline in the concentration of the electrolyzed species caused by the electrolysis.

A "counter electrode" refers to one or more electrodes paired with the working electrode, through which passes an electrochemical current equal in magnitude and opposite in sign to the current passed through the working electrode. The term "counter electrode" is meant to include counter electrodes which also function as reference electrodes (i.e. a counter/reference electrode) unless the

WO 00/20626                                                    PCT/US99/23425

10

description provides that a "counter electrode" excludes a reference or counter/reference electrode.

An "effective diffusion coefficient" is the diffusion coefficient characterizing transport of a substance, for example, an analyte, an enzyme, or a

5    redox mediator, in the volume between the electrodes of the electrochemical cell. In at least some instances, the cell volume may be occupied by more than one medium (e.g., the sample fluid and a polymer film). Diffusion of a substance through each medium may occur at a different rate. The effective diffusion coefficient corresponds to a diffusion rate through this multiple-media volume and is typically

10    different than the diffusion coefficient for the substance in a cell filled solely with sample fluid.

An "electrochemical sensor" is a device configured to detect the presence of and/or measure the concentration of an analyte via electrochemical oxidation and reduction reactions. These reactions are transduced to an electrical

15    signal that can be correlated to an amount or concentration of analyte.

"Electrolysis" is the electrooxidation or electroreduction of a compound either directly at an electrode or via one or more electron transfer agents (e.g., redox mediators and/or enzymes).

The term "facing electrodes" refers to a configuration of the working

20    and counter electrodes in which the working surface of the working electrode is disposed in approximate opposition to a surface of the counter electrode. In at least some instances, the distance between the working and counter electrodes is less than the width of the working surface of the working electrode.

A compound is "immobilized" on a surface when it is entrapped on or

25    chemically bound to the surface.

An "indicator electrode" includes one or more electrodes that detect partial or complete filling of a sample chamber and/or measurement zone.

A "layer" includes one or more layers.

The "measurement zone" is defined herein as a region of the sample

30    chamber sized to contain only that portion of the sample that is to be interrogated during an analyte assay.

11

A "non-diffusible," "non-leachable," or "non-releasable" compound is a compound which does not substantially diffuse away from the working surface of the working electrode for the duration of the analyte assay.

The "potential of the counter/reference electrode" is the half cell potential of the reference electrode or counter/reference electrode of the cell when the solution in the cell is 0.1 M NaCl solution at pH7.

"Potentiometry" and "chronopotentiometry" refer to taking a potentiometric measurement at one or more points in time.

A "redox mediator" is an electron transfer agent for carrying electrons between the analyte and the working electrode, either directly, or via a second electron transfer agent.

A "reference electrode" includes a reference electrode that also functions as a counter electrode (i.e., a counter/reference electrode) unless the description provides that a "reference electrode" excludes a counter/reference electrode.

A "second electron transfer agent" is a molecule that carries electrons between a redox mediator and the analyte.

"Sorbent material" is material that wicks, retains, and/or is wetted by a fluid sample and which typically does not substantially prevent diffusion of the analyte to the electrode.

A "surface in the sample chamber" includes a surface of a working electrode, counter electrode, counter/reference electrode, reference electrode, indicator electrode, a spacer, or any other surface bounding the sample chamber.

A "working electrode" is an electrode at which analyte is electrooxidized or electroreduced with or without the agency of a redox mediator.

A "working surface" is the portion of a working electrode that is covered with non-leachable redox mediator and exposed to the sample, or, if the redox mediator is diffusible, a "working surface" is the portion of the working electrode that is exposed to the sample.

The small volume, *in vitro* analyte sensors of the present invention are designed to measure the concentration of an analyte in a portion of a sample

12

having a volume no more than about 1 μL, preferably no more than about 0.5 μL, more preferably no more than about 0.25 μL, and most preferably no more than about 0.1 μL. The analyte of interest is typically provided in a solution or biological fluid, such as blood or serum. Referring to the Drawings in general and Figures 1-4

5      in particular, a small volume, *in vitro* electrochemical sensor 20 of the invention generally includes a working electrode 22, a counter (or counter/reference) electrode 24, and a sample chamber 26 (see Figure 4). The sample chamber 26 is configured so that when a sample is provided in the chamber the sample is in electrolytic contact with both the working electrode 22 and the counter electrode 24. This

10     allows electrical current to flow between the electrodes to effect the electrolysis (electrooxidation or electroreduction) of the analyte.

**Working Electrode**

The working electrode 22 may be formed from a molded carbon fiber

15     composite or it may consist of an inert non-conducting base material, such as polyester, upon which a suitable conducting layer is deposited. The conducting layer typically has relatively low electrical resistance and is typically electrochemically inert over the potential range of the sensor during operation. Suitable conducting layers include gold, carbon, platinum, ruthenium dioxide,

20     palladium, and conductive epoxies, such as, for example, ECCOCOAT CT5079-3 Carbon-Filled Conductive Epoxy Coating (available from W.R. Grace Company, Woburn, Massachusetts), as well as other non-corroding materials known to those skilled in the art. The electrode (e.g., the conducting layer) is deposited on the surface of the inert material by methods such as vapor deposition or printing.

25     A tab 23 may be provided on the end of the working electrode 22 for easy connection of the electrode to external electronics (not shown) such as a voltage source or current measuring equipment. Other known methods or structures (such as contact pads) may be used to connect the working electrode 22 to the external electronics.

30     To prevent electrochemical reactions from occurring on portions of the working electrode not coated by the mediator, when a non-leachable mediator is

13

used, a dielectric 40 may be deposited on the electrode over, under, or surrounding the region with the redox mediator, as shown in Figure 4. Suitable dielectric materials include waxes and non-conducting organic polymers such as polyethylene. Dielectric 40 may also cover a portion of the redox mediator on the electrode. The

5      covered portion of the redox mediator will not contact the sample, and, therefore, will not be a part of the electrode's working surface.

**Sensing Chemistry**

In addition to the working electrode 22, sensing chemistry materials

10     are provided in the sample chamber 26 for the analysis of the analyte. This sensing chemistry preferably includes a redox mediator and a second electron transfer mediator, although in some instances, one or the other may be used alone. The redox mediator and second electron transfer agent can be independently diffusible or non-leachable (i.e., non-diffusible) such that either or both may be diffusible or non-

15     leachable. Placement of sensor chemistry components may depend on whether they are diffusible or non-leachable. For example, non-leachable and/or diffusible component(s) typically form a sensing layer on the working electrode. Alternatively, one or more diffusible components may be disposed on any surface in the sample chamber prior to the introduction of the sample. As another example,

20     one or more diffusible component(s) may be placed in the sample prior to introduction of the sample into the sensor.

If the redox mediator is non-leachable, then the non-leachable redox mediator is typically disposed on the working electrode 22 as a sensing layer 32. In an embodiment having a redox mediator and a second electron transfer agent, if the

25     redox mediator and second electron transfer agent are both non-leachable, then both of the non-leachable components are disposed on the working electrode 22 as a sensing layer 32.

If, for example, the second electron transfer agent is diffusible and the redox mediator is non-leachable, then at least the redox mediator is disposed on the

30     working electrode 22 as a sensing layer 32. The diffusible second electron transfer agent need not be disposed on a sensing layer of the working electrode, but may be

14

disposed on any surface of the sample chamber, including within the redox mediator sensing layer, or may be placed in the sample. If the redox mediator is diffusible, then the redox mediator may be disposed on any surface of the sample chamber or may be placed in the sample.

5          If both the redox mediator and second electron transfer agent are diffusible, then the diffusible components may be independently or jointly disposed on any surface of the sample chamber and/or placed in the sample (i.e., each diffusible component need not be disposed on the same surface of the sample chamber or placed in the sample).

10         The redox mediator, whether it is diffusible or non-leachable, mediates a current between the working electrode 22 and the analyte and enables the electrochemical analysis of molecules which may not be suited for direct electrochemical reaction on an electrode. The mediator functions as an electron transfer agent between the electrode and the analyte.

15         In one embodiment, the redox mediator and second electron transfer agent are diffusible and disposed on the same surface of the sample chamber, such as, for example, on the working electrode. In this same vein, both can be disposed on, for example, the counter electrode, counter/reference electrode, reference electrode, or indicator electrode. In other instances, the redox mediator and second 20 electron transfer agent are both diffusible and independently placed on a surface of the sample chamber and/or in the sample. For example, the redox mediator may be placed on the working electrode while the second electron transfer agent is placed on any surface, except for the working electrode, or is placed in the sample. Similarly, the reverse situation in which the second electron transfer agent is disposed on the 25 working electrode and the redox mediator is disposed on any surface, except for the working electrode, or is placed in the sample is also a suitable embodiment. As another example, the redox mediator may be disposed on the counter electrode and the second electron transfer agent is placed on any surface except for the counter electrode or is placed in the sample. The reverse situation is also suitable.

30         The diffusible redox mediator and/or second electron transfer agent may diffuse rapidly into the sample or diffusion may occur over a period of time.

15

Similarly, the diffusible redox mediator and/or second electron transfer agent may first dissolve from the surface on which it was placed as a solid and then the diffusible redox mediator and/or second electron transfer agent may diffuse into the sample, either rapidly or over a period of time. If the redox mediator and/or second

5  electron transfer agent diffuse over a period of time, a user may be directed to wait a period of time before measuring the analyte concentration to allow for diffusion of the redox mediator and/or second electron transfer agent.

Background Signal

10         In at least some instances, a diffusible redox mediator may shuttle back and forth from the working electrode to the counter electrode even in the absence of analyte. This typically creates a background signal. For coulometric measurements, this background signal is referred to herein as "$Q_{Back}$." The background signal corresponds to the charge passed in an electrochemical assay in

15  the absence of the analyte. The background signal typically has both a transient component and a steady-state component. At least a portion of the transient component may result, for example, from the establishment of a concentration gradient of the mediator in a particular oxidation state. At least a portion of the steady-state component may result, for example, from the redox mediator shuttling

20  between the working electrode and counter or counter/reference electrode. Shuttling refers to the redox mediator being electrooxidized (or electroreduced) at the working electrode and then being electroreduced (or electrooxidized) at the counter or counter/reference electrode, thereby making the redox mediator available to be electrooxidized (or electroreduced) again at the working electrode so that the redox

25  mediator is cycling between electrooxidation and electroreduction.

           The amount of shuttling of the redox mediator, and therefore, the steady-state component of the background signal varies with, for example, the effective diffusion coefficient of the redox mediator, the viscosity of the sample, the temperature of the sample, the dimensions of the electrochemical cell, the distance

30  between the working electrode and the counter or counter/reference electrode, and

16

the angle between the working electrode and the counter or counter/reference
electrode.

      In some instances, the steady-state component of the background
signal may contain noise associated with (a) variability in, for example, the
5    temperature of the sample, the sample viscosity, or any other parameter on which the
background signal depends during the duration of the assay, or (b) imperfections in
the electrochemical cell, such as, for example, non-uniform separation between the
working electrode and the counter or counter/reference electrode, variations in
electrode geometry, or protrusions from the working electrode, the counter electrode,
10   and/or the counter/reference electrode.

      Although the steady-state component of the background signal may
be reproducible, any noise inherently is not reproducible. As a result, the noise
adversely affects accuracy. In some cases, the background signal and noise are
related. As a result, the noise, and the error it introduces, can be reduced by
15   reducing the background signal. For example, reducing the shuttling of the mediator
between the working electrode and counter electrode or counter/reference electrode
will likely reduce the noise associated with changes in sample temperature and
viscosity which affect diffusion of the redox mediator.

      Thus, to increase the accuracy of the measurements or to decrease
20   error in the measurements in those instances when reducing a background signal also
reduces noise, a moderate to near-zero level of background signal is desirable. In at
least some instances, the sensor is constructed so that the background signal is at
most five times the size of a signal generated by electrolysis of an amount of analyte.
Preferably, the background signal is at most 200%, 100%, 50%, 25%, 10%, or 5% of
25   the signal generated by electrolysis of the analyte. In the case of amperometry, this
comparison may be made by determining the ratio of the current from the shuttling
of the redox mediator to the current generated by the electrolysis of the analyte. In
the case of potentiometry, this comparison may be made by determining the
potential measurement from the shuttling of the redox mediator and the potential
30   measurement generated by electrolysis of the analyte. In the case of coulometry, this
comparison may be made by determining the charge transferred at the working

WO 00/20626                                                      PCT/US99/23425

17

electrode by the shuttling of the redox mediator and the charge transferred at the working electrode by the electrolysis of the analyte.

The size of the background signal may be compared to a predetermined amount of analyte. The predetermined amount of analyte in a sample

5   may be, for example, an expected or average molar amount of analyte. The expected or average molar amount of analyte may be determined as, for example, the average value for users or individuals; an average value for a population; a maximum, minimum, or average of a normal physiological range; a maximum or minimum physiological value for a population; a maximum or minimum physiological value

10  for users or individuals; an average, maximum, or minimum deviation outside a normal physiological range value for users, individuals, or a population; a deviation above or below an average value for a population; or an average, maximum, or minimum deviation above or below an average normal physiological value for users or individuals. A population may be defined by, for example, health, sex, or age,

15  such as, for example, a normal adult, child, or newborn population. If a population is defined by health, the population may include people lacking a particular condition or alternatively, having a particular condition, such as, for example, diabetes. Reference intervals pertaining to average or expected values, such as, for example, those provided in Tietz Textbook of Clinical Chemistry, Appendix (pp.

20  2175-2217) (2nd Ed., Carl A. Burtis and Edward R. Ashwood, eds., W.D. Saunders Co., Philadelphia 1994) (incorporated herein by reference) may be used as guidelines, but a physical examination or blood chemistry determination by a skilled physician may also be used to determine an average or expected value for an individual. For example, an adult may have glucose in a concentration of 65 to 95

25  mg/dL in whole blood or L-lactate in a concentration of 8.1 to 15.3 mg/dL in venous whole blood after fasting, according to Tietz Textbook of Clinical Chemistry. An average normal physiological concentration for an adult, for example, may then correspond to 80 mg/dL for glucose or 12.7 mg/dL for lactate. Other examples include a person having juvenile onset diabetes, yet good glycemic control, and a

30  glucose concentration between about 50 mg/dL and 400 mg/dL, thereby having an average molar amount of 225 mg/dL. In another instance, a non-diabetic adult may

18

have a glucose concentration between about 80 mg/dL (after fasting) and 140 mg/dL
(after consuming food), thereby having an average molar amount of 110 mg/dL.

Additional analytes that may be determined include, for example,
acetyl choline, amylase, bilirubin, cholesterol, chorionic gonadotropin, creatine

5    kinase (e.g., CK-MB), creatine, DNA, fructosamine, glucose, glutamine, growth
hormones, hormones, ketones, lactate, peroxide, prostate-specific antigen,
prothrombin, RNA, thyroid stimulating hormone, and troponin. The concentration
of drugs, such as, for example, antibiotics (e.g., gentamicin, vancomycin, and the
like), digitoxin, digoxin, drugs of abuse, theophylline, and warfarin, may also be

10   determined. Assays suitable for determining the concentration of DNA and/or RNA
are disclosed in U.S. Patent Applications Serial Nos. 09/138,888 and 09/145,776 and
described in U.S. Provisional Patent Applications Serial Nos. 60/090,517,
60/093,100, and 60/114,919, incorporated herein by reference.

To construct a sensor having a particular ratio of background signal

15   to analyte signal from electrolysis, several parameters relating to current and/or
charge from the redox mediator shuttling background signal and/or from the signal
generated by electrolysis of the analyte may be considered and chosen to obtain a
desired ratio. Typically, the signal determined for a coulometric assay is the charge;
whereas the signal determined for an amperometric assay is the current at the time

20   when the measurement is taken. Because the current and charge depend on several
parameters, the desired ratio for background signal generated by shuttling of the
redox mediator to signal generated by electrolysis of the analyte may be
accomplished by a variety of sensor configurations and methods for operating a
sensor.

25

Controlling Background Signal

One method of controlling background signal includes using a redox
mediator that a) oxidizes the analyte at a half wave potential, as measured by cyclic
voltammetry in 0.1 M NaCl at pH 7, of no more than about +100 mV relative to the

30   potential of a reference or counter/reference electrode or b) reduces the analyte at a
half wave potential, as measured by cyclic voltammetry in 0.1 M NaCl at pH 7, of

19

no less than about -100 mV relative to the potential of a reference or counter/reference electrode. A suitable reference or counter/reference electrode (e.g., a silver/silver chloride electrode) may be chosen. Preferably, the redox mediator a) oxidizes the analyte at a half wave potential, as measured by cyclic

5    voltammetry in 0.1 M NaCl at pH 7, of no more than about +50 mV, +25 mV, 0 mV, -25 mV, -50 mV, -100 mV, or -150 mV relative to the potential of the reference or counter/reference electrode or b) reduces the analyte at a half wave potential, as measured by cyclic voltammetry in 0.1 M NaCl at pH 7, of no less than about -50 mV, -25 mV, 0 mV, +25 mV, +50 mV, +100 mV, +150 mV, or +200 mV relative to

10   the potential of the reference or counter/reference electrode. Alternatively, in the case of reduction of the redox mediator by the counter electrode, the sensor is operated at an applied potential of no more than about +100 mV, +50 mV, +25 mV, 0 mV, -25 mV, -50 mV, -100 mV, or −150 mV between the working electrode and the counter or counter/reference electrode. In the case of oxidation of the redox

15   mediator at the counter electrode, the sensor is operated at an applied potential of no less than about -100 mV, -50 mV, -25 mV, 0 mV, +25 mV, +50 mV, +100 mV, +150 mV, or +200 mV between the working electrode and the counter or counter/reference electrode.

         Another method includes controlling the applied potential such that

20   for an electrooxidative assay the redox mediator is not readily reduced at the counter or counter/reference electrode or for an electroreductive assay the redox mediator is not readily oxidized at the counter or counter/reference electrode. This can be accomplished, for example, in an electrooxidative assay by using a sensor having a diffusible redox mediator with a potential, relative to a reference or

25   counter/reference electrode, that is negative with respect to the potential of the counter electrode (relative to a reference electrode) or the counter/reference electrode. The potential (relative to a reference or counter/reference electrode) of the working electrode is chosen to be positive with respect to the redox mediator and may be negative with respect to the counter or counter/reference electrode, so that

30   the redox mediator is oxidized at the working electrode. For example, when the electrooxidation of an analyte is mediated by a diffusible redox mediator with a

20

potential of -200 mV versus the reference or counter/reference electrode, and the potential at which the working electrode is poised is -150 mV relative to the reference or counter/reference electrode, then the redox mediator is substantially oxidized at the working electrode and will oxidize the analyte. Further, if some of

5    the oxidized redox mediator reaches the counter or counter/reference electrode, the redox mediator will not be readily reduced at the counter or counter/reference electrode because the counter or counter/reference electrode is poised well positive (i.e., 150 mV) of the potential of the redox mediator.

In an electroreductive assay, a sensor is provided having a diffusible

10   redox mediator with a formal potential, relative to a reference or counter/reference electrode, that is positive with respect to the potential of the counter or counter/reference electrode. The potential, relative to the reference or counter/reference electrode, of the working electrode is chosen to be negative with respect to the redox mediator and may be poised positive with respect to the counter

15   or counter/reference electrode, so that the redox mediator is reduced at the working electrode.

Still another method of limiting background current includes having the redox mediator become immobilized when reacted on the counter electrode or counter/reference electrode by, for example, precipitation or polymerization. For

20   example, the mediator may be cationic in the oxidized state, but neutral and much less soluble in the reduced state. Reduction at the counter/reference electrode leads to precipitation of the reduced, neutral mediator on the counter/reference electrode.

Another sensor configuration suitable for controlling background signal includes a sensor having a molar amount of redox mediator that is

25   stoichiometrically the same as or less than an expected or average molar amount of analyte. The expected or average molar amount of analyte may be determined as already explained above. The expected or average molar amount of analyte may be determined as, for example, the average value for users or individuals; an average value for a population; a maximum, minimum, or average of a normal physiological

30   range; a maximum or minimum physiological value for a population; a maximum or minimum physiological value for users or individuals; an average, maximum, or

21

minimum deviation outside a normal physiological range value for users, individuals, or a population; a deviation above or below an average value for a population; or an average, maximum, or minimum deviation above or below an average normal physiological value for users or individuals.  A population may be

5   defined by, for example, health, sex, or age, such as, for example, a normal adult, child, or newborn population.  If a population is defined by health, the population may include people lacking a particular condition or alternatively, having a particular condition, such as, for example, diabetes.  Reference intervals pertaining to average or expected values, such as, for example, those provided in Tietz

10  Textbook of Clinical Chemistry, *supra*, may be used as guidelines, but a physical examination or blood chemistry determination may also determine an average or expected value. For example, the physiological average molar amount of analyte may depend on the health or age of the person from whom the sample is obtained. This determination is within the knowledge of a skilled physician.

15          By reducing the concentration of the redox mediator relative to the concentration of the analyte, the signal attributable to the analyte relative to the signal attributable to the shuttling of the redox mediator is increased.  In implementation of this method, the molar amount of redox mediator may be no more than 50%, 20%, 10%, or 5%, on a stoichiometric basis, of the expected or average

20  molar amount of analyte.

            The amount of redox mediator used in such a sensor configuration should fall within a range.  The upper limit of the range may be determined based on, for example, the acceptable maximum signal due to shuttling of the redox mediator; the design of the electrochemical cell, including, for example, the

25  dimensions of the cell and the position of the electrodes; the effective diffusion coefficient of the redox mediator; and the length of time needed for the assay. Moreover, the acceptable maximum signal due to redox mediator shuttling may vary from assay to assay as a result of one or more assay parameters, such as, for example, whether the assay is intended to be qualitative, semi-quantitative, or

30  quantitative; whether small differences in analyte concentration serve as a basis to modify therapy; and the expected concentration of the analyte.

22

Although it is advantageous to minimize the amount of redox
mediator used, the range for the acceptable amount of redox mediator does typically
have a lower limit. The minimum amount of redox mediator that may be used is the
concentration of redox mediator that is necessary to accomplish the assay within a
5    desirable measurement time period, for example, no more than about 5 minutes or
no more than about 1 minute. The time required to accomplish an assay depends on,
for example, the distance between the working electrode and the counter or
counter/reference electrode, the effective diffusion coefficient of the redox mediator,
and the concentration of the analyte. In some instances, for example, when no
10   kinetic limitations are present, i.e., shuttling of the redox mediator depends only on
diffusion, the minimum concentration of redox mediator may be determined by the
following formula:

$$C_m = (d^2 C_A) / D_m t$$

where $C_m$ is the minimum concentration of mediator required; d is the distance
15   between a working electrode and a counter or counter/reference electrode in a facing
arrangement; $C_A$ is the average analyte concentration in the sample; $D_m$ is the
effective diffusion coefficient of the mediator in the sample; and t is the desired
measurement time.

For example, when the distance between the facing electrode pair is
20   50 µm, the analyte being measured is 5mM glucose, the redox mediator effective
diffusion coefficient is $10^{-6}$ cm²/sec and the desirable response time is no more than
about 1 minute, then the minimum redox mediator concentration is 2.08mM. Under
these conditions the background signal will be less than the signal from the
electrooxidation of the analyte.

25        Yet another sensor configuration for limiting the background current
generated by a diffusible redox mediator includes having a barrier to the flow of the
diffusible mediator to the counter electrode. The barrier can be, for example, a film
through which the redox mediator can not diffuse or through which the redox
mediator diffuses slowly. Examples of suitable films include polycarbonate,
30   polyvinyl alcohol, and regenerated cellulose or cellulose ester membranes.
Alternatively, the barrier can include charged or polar particles, compounds, or

23

functional groups to prevent or reduce the flow of a charged redox mediator relative to the flow of a charge neutral or less charged analyte. If the redox mediator is positively charged, as are many of the osmium redox mediators described below, the barrier can be a positively charged or polar film, such as a methylated poly(1-vinyl

5    imidazole). If the redox mediator is negatively charged, the barrier can be a negatively charged or polar film, such as Nafion®. Examples of suitable polar matrices include a bipolar membrane, a membrane having a cationic polymer cross-linked with an anionic polymer, and the like. In some instances, the barrier reduces the oxidation or reduction of the diffusible redox mediator at the counter electrode

10   by at least 25%, 50%, or 90%.

Still another sensor configuration for limiting the background current includes a sensor having a redox mediator that is more readily oxidized or reduced on the working electrode than reduced or oxidized on the counter electrode. The rate of reaction of the redox mediator at an electrode can be a function of the material of

15   the electrode. For example, some redox mediators may react faster at a carbon electrode than at a Ag/AgCl electrode. Appropriate selection of the electrodes may provide a reaction rate at one electrode that is significantly slower than the rate at the other electrode. In some instances, the rate of oxidation or reduction of the diffusible redox mediator at the counter electrode is reduced by at least 25%, 50%,

20   or 90%, as compared to the working electrode. In some instances the rate of reaction for the redox mediator at the counter or counter/reference electrode is controlled by, for example, choosing a material for the counter or counter/reference electrode that would require an overpotential or a potential higher than the applied potential to increase the reaction rate at the counter or counter/reference electrode.

25   Another sensor configuration for limiting background current includes elements suitable for reducing the diffusion of the redox mediator. Diffusion can be reduced by, for example, using a redox mediator with a relatively low diffusion coefficient or increasing the viscosity of the sample in the measurement zone. In another embodiment, the diffusion of the redox mediator may

30   be decreased by choosing a redox mediator with high molecular weight, such as, for

WO 00/20626                                          PCT/US99/23425

24

example, greater than 5,000 daltons, preferably greater than 25,000 daltons, and more preferably greater than 100,000 daltons.

### Redox Mediators

5       Although any organic or organometallic redox species can be used as a redox mediator, one type of suitable redox mediator is a transition metal compound or complex. Examples of suitable transition metal compounds or complexes include osmium, ruthenium, iron, and cobalt compounds or complexes. In these complexes, the transition metal is coordinatively bound to one or more ligands. The ligands are

10     typically mono-, di-, tri-, or tetradentate. The most preferred ligands are heterocyclic nitrogen compounds, such as, for example, pyridine and/or imidazole derivatives. Multidentate ligands may include multiple pyridine and/or imidazole rings. Alternatively, metallocene derivatives, such as, for example, ferrocene, can be used.

15     Suitable redox mediators include osmium or ruthenium transition metal complexes with one or more ligands, each ligand having one or more nitrogen-containing heterocycles. Examples of such ligands include pyridine and imidazole rings and ligands having two or more pyridine and/or imidazole rings such as, for example, 2,2'-bipyridine; 2,2':6',2"-terpyridine; 1,10-phenanthroline; and ligands

20     having the following structures:



25             (IV)                              (V)

25

and derivatives thereof, wherein $R_1$ and $R_2$ are each independently hydrogen, hydroxy, alkyl, alkoxy, alkenyl, vinyl, allyl, amido, amino, vinylketone, keto, or sulfur-containing groups.

5    The term "alkyl" includes a straight or branched saturated aliphatic hydrocarbon chain having from 1 to 6 carbon atoms, such as, for example, methyl, ethyl isopropyl (1-methylethyl), butyl, *tert*-butyl (1,1-dimethylethyl), and the like. Preferably the hydrocarbon chain has from 1 to 3 carbon atoms.

The term "alkoxy" includes an alkyl as defined above joined to the remainder of the structure by an oxygen atom, such as, for example, methoxy, 10   ethoxy, propoxy, isopropoxy (1-methylethoxy), butoxy, *tert*-butoxy, and the like.

The term "alkenyl" includes an unsaturated aliphatic hydrocarbon chain having from 2 to 6 carbon atoms, such as, for example, ethenyl, 1-propenyl, 2-propenyl, 1-butenyl, 2-methy-1-propenyl, and the like. Preferably the hydrocarbon chain has from 2 to 3 carbon atoms.

15   The term "amido" includes groups having a nitrogen atom bonded to the carbon atom of a carbonyl group and includes groups having the following formulas:

$$ \overset{\displaystyle O}{\underset{\displaystyle \|}{}} \quad\quad \overset{\displaystyle O}{\underset{\displaystyle \|}{}} $$
$$ -\text{C}-\text{N}\overset{R_3}{\underset{R_4}{}} \quad\text{or}\quad R_3-\text{C}-\text{N}\overset{\diagup}{\underset{R_4}{}} $$

wherein $R_3$ and $R_4$ are each independently hydrogen, alkyl, alkoxy, or alkenyl.

20   The term "amino" as used herein includes alkylamino, such as methylamino, diethylamino, N,N-methylethylamino and the like; alkoxyalkylamino, such as N-(ethoxyethyl)amino, N,N-di(methoxyethyl)amino, N,N-(methoxyethyl)(ethoxyethyl)amino, and the like; and nitrogen-containing rings, such as piperidino, piperazino, morpholino, and the like.

25   The term "vinylketone" includes a group having the formula:

$$ -\text{C}=\text{C}-\text{C}-R_7 $$
$$ \underset{R_5}{|}\quad\underset{R_6}{|}\quad\overset{\|}{O} $$

wherein $R_5$, $R_6$, and $R_7$ are each independently hydrogen, alkyl, alkoxy, or alkenyl.

WO 00/20626                                                    PCT/US99/23425

26

The term "keto" includes a group having the formula:

$$\overset{\displaystyle O}{\underset{\displaystyle \|}{-\!-C}}\!-\!R_8$$

wherein $R_8$ is hydrogen, alkyl, alkoxy, or alkenyl.

The term "sulfur-containing group" includes mercapto, alkylmercapto

5    (such as methylmercapto, ethylmercapto, and the like), alkoxyalkylmercapto (such

as methoxyethylmercapto and the like), alkylsulfoxide (such as methylsulfoxide and

propylsulfoxide and the like), alkoxyalkylsulfoxide (such as ethoxyethylsulfoxide

and the like), alkylsulfone (such as methylsulfone and propylsulfone and the like),

and alkoxyalkylsulfone (such as methoxyethylsulfone and the like). Preferably, the

10   sulfur-containing group is a mercapto group.

Other suitable redox mediators include osmium or ruthenium

transition metal complexes with one or more ligands, each ligand having one or

more nitrogen-containing heterocycles and each nitrogen-containing heterocycle

having a second heteroatom selected from the group consisting of nitrogen, oxygen,

15   sulfur, and selenium.

Examples of ligands having one or more nitrogen-containing

heterocycles and in which each heterocycle has a second heteroatom include ligands

having the following structures:



20                   (VI)                              (VII)

                  (VIII)                              (IX)

WO 00/20626                                         PCT/US99/23425

27

(X)                                              (XI)

5                                      (XII)

wherein $Y_1$, $Y_2$, $Y_3$, and $Y_4$ are each independently an oxygen atom, a sulfur atom, a

selenium atom, or a substituted nitrogen atom having the formula $NR_9$ wherein $R_9$ is

hydrogen, hydroxy, alkyl, alkoxy, alkenyl, amido, amino, vinylketone, keto, or

sulfur-containing group. The terms "alkyl," "alkoxy," "alkenyl," "amido," "amino,"

10   "vinylketone," "keto," and "sulfur-containing group" are as defined above.

Suitable derivatives of these ligands include, for example, the

addition of alkyl, alkoxy, alkenyl, vinylester, and amido functional groups to any of

the available sites on the heterocyclic ring, including, for example, on the 4-position

(i.e., para to nitrogen) of the pyridine rings or on one of the nitrogen atoms of the

15   imidazole ring.

Suitable derivatives of 2,2'-bipyridine for complexation with the

osmium cation include, for example, mono-, di-, and polyalkyl-2,2'-bipyridines, such

as 4,4'-dimethyl-2,2'-bipyridine; mono-, di-, and polyalkoxy-2,2'-bipyridines, such

as 4,4'-dimethoxy-2,2'-bipyridine and 2,6'-dimethoxy-2,2'-bipyridine; mono-, di-,

20   and polyacetamido-2,2'-bipyridines, such as 4,4'-di(acetamido)-2,2'-bipyridine;

mono-, di-, and polyalkylaminoalkoxy-2,2'-bipyridines, such as 4,4'-di(N,N-

dimethylaminoethoxy)-2,2'-bipyridine; and substituted mono-, di-, and

28

polypyrazolyl-2,2'-bipyridines, such as 4,4'-dimethoxy-6-(N-pyrazolyl)-2,2'-bipyridine and 4,4'-dimethoxy-6-(N-pyrazolylmethyl)-2,2'-bipyridine.

Suitable derivatives of 1,10-phenanthroline for complexation with the osmium cation include, for example, mono-, di-, and polyalkyl-1,10-phenanthrolines, such as 4,7-dimethyl-1,10-phenanthroline, and mono, di-, and polyalkoxy-1,10-phenanthrolines, such as 4,7-dimethoxy-1,10-phenanthroline and 5-methoxy-1,10-phenanthroline.

Suitable derivatives for 2,2':6',2"-terpyridine include, for example, mono-, di-, tri-, and polyalkyl-2,2':6',2"-terpyridines, such as 4,4',4"-trimethyl-2,2':6',2"-terpyridine, 4,4',4"-triethyl-2,2':6',2"-terpyridine, and mono-, di-, tri-, and polyalkoxy-2,2':6',2"-terpyridines, such as 4,4',4"-trimethoxy-2,2':6',2"-terpyridine and 4'-methoxy-2,2':6',2"-terpyridine, and mono-, di-, tri-, and polyamino-2,2':6',2''-terpyridine, such as 4'-amino-2,2':6',2''-terpyridine, and mono-, di-, tri-, and polyalkylamino-2,2':6',2"-terpyridine, such as 4'-dimethylamino-2,2':6',2"-terpyridine, and mono-, di-, tri-, and polyalkylthio-2,2':6',2"-terpyridine such as 4'-methylthio-2,2':6',2''-terpyridine and 4-methylthio-4'-ethylthio-2,2':6',2"-terpyridine.

Suitable derivatives for pyridine include, for example, mono-, di-, tri-, and polysubstituted pyridines, such as 2,6-bis(N-pyrazolyl)pyridine, 2,6-bis(3-methyl-N-pyrazolyl)pyridine, 2,6-bis(2-imidazolyl)pyridine, 2,6-bis(1-methyl-2-imidazolyl)pyridine, and 2,6-bis(1-vinyl-2-imidazolyl)pyridine, and mono-, di-, tri-, and polyaminopyridines, such as 4-aminopyridine, 4,4'-diaminobipyridine, 4,4'-di(dimethylamino)bipyridine, and 4,4',4"-triamino terpyridine.

Other suitable derivatives include compounds comprising three heterocyclic rings. For example, one suitable derivative includes a compound of the formula:

29

(XIII)

wherein $R_{10}$, $R_{11}$, and $R_{12}$ are each independently hydrogen, hydroxy, alkyl, alkoxy, alkenyl, vinyl, allyl, amido, amino, vinylketone, keto, or sulfur-containing group.

The terms "alkyl," "alkoxy," "alkenyl," "amido," "amino,"

5    "vinylketone," "keto," and "sulfur-containing group" are as defined above.

Other suitable redox mediator derivatives include compounds of the formula:

(XIV)

wherein $R_{13}$ is hydrogen, hydroxy, alkyl, alkoxy, alkenyl, vinyl, allyl, vinylketone,

10    keto, amido, amino, or sulfur-containing group; and $Y_5$ and $Y_6$ are each independently a nitrogen or carbon atom.

The terms "alkyl," "alkoxy," "alkenyl," "amido," "amino," "vinylketone," "keto," and "sulfur-containing group" are as defined above.

Still other suitable derivatives include compounds of the formula:

(XV)

15    wherein $R_{14}$ is as defined above and $Y_7$ and $Y_8$ are each independently a sulfur or oxygen atom.

Examples of suitable redox mediators also include, for example, osmium cations complexed with (a) two bidentate ligands, such as 2,2'-bipyridine,

30

1,10-phenanthroline, or derivatives thereof (the two ligands not necessarily being the same), (b) one tridentate ligand, such as 2,2',2"-terpyridine and 2,6-di(imidazol-2-yl)-pyridine, or (c) one bidentate ligand and one tridentate ligand. Suitable osmium transition metal complexes include, for example, $[(bpy)_2OsLX]^{+/2+}$,

5    $[(dimet)_2OsLX]^{+/2+}$, $[(dmo)_2OsLX]^{+/2+}$, $[terOsLX_2]^{0/+}$, $[trimetOsLX_2]^{0/+}$, and $[(ter)(bpy)LOs]^{2+/3+}$ where bpy is 2,2'-bipyridine, dimet is 4,4'-dimethyl-2,2'-bipyridine, dmo is 4,4'-dimethoxy-2,2'-bipyridine, ter is 2,2':6',2"-terpyridine, trimet is 4,4',4"-trimethyl-2,2':6',2"-terpyridine, L is a nitrogen-containing heterocyclic ligand, and X is a halogen, such as fluorine, chlorine, or bromine.

10            The redox mediators often exchange electrons rapidly with each other and with the electrode so that the complex can be rapidly oxidized and/or reduced. In general, iron complexes are more oxidizing than ruthenium complexes, which, in turn, are more oxidizing than osmium complexes. In addition, the redox potential generally increases with the number of coordinating heterocyclic rings; six-

15    membered heterocyclic rings increase the potential more than five membered rings, except when the nitrogen coordinating the metal is formally an anion. This is the case only if the nitrogen in the ring is bound to both of its neighboring carbon atoms by single bonds. If the nitrogen is formally an anion then the redox potential generally increases more upon coordination of the metal ion.

20            At least some diffusible redox mediators include one or more pyridine or imidazole functional groups. The imidazole functional group can also include other substituents and can be, for example, vinyl imidazole, e.g., 1-vinyl imidazole, or methylimidazole, e.g., 1-methylimidazole. Examples of suitable diffusible mediators may include $[Os(dmo)_2(1\text{-vinyl imidazole})X]X$, $[Os(dmo)_2(1\text{-}$

25    $\text{vinyl imidazole})X]X_2$, $[Os(dmo)_2(\text{imidazole})X]X$, $[Os(dmo)_2(\text{imidazole})X]X_2$, $[Os(dmo)_2(1\text{-methylimidazole})X]X_2$, and $[Os(dmo)_2(\text{methylimidazole})X]X_2$, where dmo is 4,4'-dimethoxy-2,2'-bipyridine, and X is halogen as described above.

            Other osmium-containing redox mediators include $[Os((\text{methoxy})_2\text{phenanthroline})_2(N\text{-methylimidazole})X]^{+/2+}$;

30    $[Os((\text{acetamido})_2\text{bipyridine})_2(L)X]^{+/2+}$, where L is a monodentate nitrogen-containing compound (including, but not limited to, an imidazole derivative) chosen to refine

31

the potential; and Os(terpyridine)(L)₂Cl, where L is an aminopyridine, such as a
dialkylaminopyridine; an N-substituted imidazole, such as N-methyl imidazole; an
oxazole; a thiazole; or an alkoxypyridine, such as methoxypyridine.  X is halogen as
described above.

5          Osmium-free diffusible redox mediators include, for example,
phenoxazines, such as, 7-dimethylamino-1,2-benzophenoxazine (Meldola Blue), 1,2-
benzophenoxazine, and Nile Blue; 3-$\beta$-naphthoyl (Brilliant Cresyl Blue);
tetramethylphenylenediamine (TMPD); dichlorophenolindophenol (DCIP); N-
methyl phenazonium salts, for example, phenazine methosulfate (PMS), N-
10     methylphenazine methosulfate and methoxyphenazine methosulfate; tetrazolium
salts, for example, tetrazolium blue or nitrotetrazolium blue; and phenothiazines, for
example, toluidine blue O.

          Examples of other redox species include stable quinones and species
that in their oxidized state have quinoid structures, such as Nile Blue and
15     indophenol.  Examples of suitable quinones include, for example, derivatives of
naphthoquinone, phenoquinone, benzoquinone, naphthenequinone, and the like.
Examples of naphthoquinone derivatives include juglone (i.e., 5-hydroxy-1,4-
naphthoquinone) and derivatives thereof, such as, for example, 2,3-dichloro-5,8-
dihydroxy-1,4-naphthoquinone, 2,3-dimethyl-5,8-dihydroxy-1,4-naphthoquinone, 2-
20     chloro-5,8-dihydroxy-1,4-naphthoquinone, 2,3-methoxy-5-hydroxy-1,4-
naphthoquinone, and the like.  Other examples include aminonaphthoquinones, such
as, for example, morpholino-naphthoquinones, such as 2-chloro-3-morpholino-1,4-
naphthoquinone; piperidino-naphthoquinones, such as 2-methyl-3-peperidino-1,4-
naphthoquinone; piperazino-naphthoquinones, such as 2-ethoxy-3-piperazino-1,4-
25     naphthoquinone; and the like.

          Suitable phenoquinone derivatives include, for example, coerulignone
(i.e., 3,3',5,5'-tetramethoxydiphenoquinone) and derivatives thereof, such as, for
example, 3,3',5,5'-tetramethyldiphenoquinone, 3,3',5,5'-
tetrahydroxydiphenoquinone, and the like.

30          Suitable benzoquinone derivatives include, for example, coenzyme
Q₀ (i.e., 2,3-dimethoxy-5-methyl-1,4-benzoquinone) and derivatives thereof, such as,

WO 00/20626                                                    PCT/US99/23425

32

for example, 2,3,5-trimethyl-1,4-benzoquinone, 2,3-dimethyl-5-methoxy-1,4-
benzoquinone, 2,3-dimethyl-5-hydroxy-1,4-benzoquinone, and the like.

Other suitable quinone derivatives include, for example,
acenaphthenequinone and ubiquinones, such as, for example, coenzyme Q, including

5    $Q_1$, $Q_2$, $Q_6$, $Q_7$, $Q_9$, and $Q_{10}$.

Still other suitable osmium-free diffusible redox mediators include,
for example, Taylor's blue (i.e., 1,9-dimethylmethylene blue), N,N'-
diethylthiacyanine iodide, and thionine.

In another method, a sensing layer 32 contains a non-leachable (i.e.,

10    non-releasable) redox mediator and is disposed on a portion of the working electrode
22. The non-leachable redox mediator can be, for example, a redox polymer (i.e., a
polymer having one or more redox species). Preferably, there is little or no leaching
of the non-leachable redox mediator away from the working electrode 22 into the
sample during the measurement period, which is typically less than about 5 minutes.

15    The redox mediators of this embodiment can be bound or otherwise immobilized on
the working electrode 22 to prevent leaching of the mediator into the sample. The
redox mediator can be bound or otherwise immobilized on the working electrode by
known methods, for example, formation of multiple ion bridges with a
countercharged polyelectrolyte, covalent attachment of the redox mediator to a

20    polymer on the working electrode, entrapment of the redox mediator in a matrix that
has a high affinity for the redox mediator, or bioconjugation of the redox mediator
with a compound bound to the working electrode. In one embodiment, a cationic
exchange membrane may be used to entrap an anionic redox compound. Similarly,
in another embodiment, an anionic exchange membrane may be used to entrap a

25    cationic redox compound. In still another embodiment involving bioconjugation, a
biotin-bound redox mediator can conjugate with avidin or straptavidin in a matrix
near or immobilized on the working electrode. Still another embodiment includes
having a digoxin or digoxigenin redox mediator react with antidigoxin in a matrix
near or immobilized on a working electrode.

30    Preferred non-leachable redox mediators are redox polymers, such as
polymeric transition metal compounds or complexes. Typically, the polymers used

33

to form a redox polymer have nitrogen-containing heterocycles, such as pyridine, imidazole, or derivatives thereof for binding as ligands to the redox species. Suitable polymers for complexation with redox species, such as the transition metal complexes, described above, include, for example, polymers and copolymers of

5    poly(1-vinyl imidazole) (referred to as "PVI") and poly(4-vinyl pyridine) (referred to as "PVP"), as well as polymers and copolymers of poly(acrylic acid) or polyacrylamide that have been modified by the addition of pendant nitrogen-containing heterocycles, such as pyridine and imidazole. Modification of poly(acrylic acid) may be performed by reaction of at least a portion of the

10   carboxylic acid functionalities with an aminoalkylpyridine or aminoalkylimidazole, such as 4-ethylaminopyridine, to form amides. Suitable copolymer substituents of PVI, PVP, and poly(acrylic acid) include acrylonitrile, acrylamide, acrylhydrazide, and substituted or quaternized 1-vinyl imidazole. The copolymers can be random or block copolymers.

15           The transition metal complexes of non-leachable redox polymers are typically covalently or coordinatively bound with the nitrogen-containing heterocycles (e.g., imidazole and/or pyridine rings) of the polymer. The transition metal complexes may have vinyl functional groups through which the complexes can be co-polymerized. Suitable vinyl functional groups include, for example,

20   vinylic heterocycles, amides, nitriles, carboxylic acids, sulfonic acids, or other polar vinylic compounds. An example of a redox polymer of this type is poly(vinyl ferrocene) or a derivative of poly(vinyl ferrocene) functionalized to increase swelling of the redox polymer in water.

           Another type of redox polymer contains an ionically-bound redox

25   species, by forming multiple ion-bridges. Typically, this type of mediator includes a charged polymer coupled to an oppositely charged redox species. Examples of this type of redox polymer include a negatively charged polymer such as Nafion® (DuPont) coupled to multiple positively charged redox species such as an osmium or ruthenium polypyridyl cation. Another example of an ionically-bound mediator is a

30   positively charged polymer such as quaternized poly(4-vinyl pyridine) or poly(1-vinyl imidazole) coupled to a negatively charged redox species such as ferricyanide

34

or ferrocyanide. The preferred ionically-bound redox species is a multiply charged,
often polyanionic, redox species bound within an oppositely charged polymer.

Another suitable redox polymer includes a redox species
coordinatively bound to a polymer. For example, the mediator may be formed by

5    coordination of an osmium, ruthenium, or cobalt 2, 2'-bipyridyl complex to
poly(1-vinyl imidazole) or poly(4-vinyl pyridine) or by co-polymerization of, for
example, a 4-vinyl-2,2'-bipyridyl osmium, ruthenium, or cobalt complex with 1-
vinyl imidazole or 4-vinyl pyridine.

Typically, the ratio of osmium or ruthenium transition metal

10   complexes to imidazole and/or pyridine groups of the non-leachable redox polymers
ranges from 1:20 to 1:1, preferably from 1:15 to 1:2, and more preferably from 1:10
to 1:4. Generally, the redox potentials depend, at least in part, on the polymer with
the order of redox potentials being poly(acrylic acid) < PVI < PVP.

A variety of methods may be used to immobilize a redox polymer on

15   an electrode surface. One method is adsorptive immobilization. This method is
particularly useful for redox polymers with relatively high molecular weights. The
molecular weight of a polymer may be increased, for example, by cross-linking.
The polymer of the redox polymer may contain functional groups, such as, for
example, hydrazide, amine, alcohol, heterocyclic nitrogen, vinyl, allyl, and

20   carboxylic acid groups, that can be crosslinked using a crosslinking agent. These
functional groups may be provided on the polymer or one or more of the
copolymers. Alternatively or additionally, the functional groups may be added by a
reaction, such as, for example, quaternization. One example is the quaternization of
PVP with bromoethylamine groups.

25   Suitable cross-linking agents include, for example, molecules having
two or more epoxide (e.g., poly(ethylene glycol) diglycidyl ether (PEGDGE)),
aldehyde, aziridine, alkyl halide, and azide functional groups or combinations
thereof. When a polymer has multiple acrylate functions, it can be crosslinked with
a di- or polythiol; when it has multiple thiol functions it can be crosslinked with a di-

30   or polyacrylate. Other examples of cross-linking agents include compounds that
activate carboxylic acid or other acid functional groups for condensation with

35

amines or other nitrogen compounds. These cross-linking agents include carbodiimides or compounds with active N-hydroxysuccinimide or imidate functional groups. Yet other examples of cross-linking agents are quinones (e.g., tetrachlorobenzoquinone and tetracyanoquinodimethane) and cyanuric chloride.

5      Other cross-linking agents may also be used. In some embodiments, an additional cross-linking agent is not required. Further discussion and examples of cross-linking and cross-linking agents are found in U.S. Patents Nos. 5,262,035; 5,262,305; 5,320,725; 5,264,104; 5,264,105; 5,356,786; and 5,593,852, herein incorporated by reference.

10          In another embodiment, the redox polymer is immobilized by the functionalization of the electrode surface and then the chemical bonding, often covalently, of the redox polymer to the functional groups on the electrode surface. One example of this type of immobilization begins with a poly(4-vinyl pyridine). The polymer's pyridine rings are, in part, complexed with a reducible/oxidizable

15    species, such as $[Os(bpy)_2Cl]^{+/2+}$ where bpy is 2,2'-bipyridine. Part of the pyridine rings are quaternized by reaction with 2-bromoethylamine. The polymer is then crosslinked, for example, using a diepoxide, such as poly(ethylene glycol) diglycidyl ether.

            Carbon surfaces can be modified for attachment of a redox polymer,
20    for example, by electroreduction of a diazonium salt. As an illustration, reduction of a diazonium salt formed upon diazotization of p-aminobenzoic acid modifies a carbon surface with phenylcarboxylic acid functional groups. These functional groups can be activated by a carbodiimide, such as 1-ethyl-3-(3-dimethylaminopropyl)-carbodiimide hydrochloride (EDC). The activated functional
25    groups are bound with an amine-functionalized redox couple, such as, for example, the quaternized osmium-containing redox polymer described above or 2-aminoethylferrocene, to form the redox couple.

            Similarly, gold and other metal surfaces can be functionalized by, for example, an amine, such as cystamine, or by a carboxylic acid, such as thioctic acid.
30    A redox couple, such as, for example, $[Os(bpy)_2(pyridine-4-carboxylate)Cl]^{0/+}$, is activated by 1-ethyl-3-(3-dimethylaminopropyl)-carbodiimide hydrochloride (EDC)

36

to form a reactive O-acylisourea which reacts with the gold-bound amine to form an amide. The carboxylic acid functional group of thioctic acid can be activated with EDC to bind a polymer or protein amine to form an amide.

When the enzyme used is PQQ glucose dehydrogenase or glucose
5    oxidase, the preferred non-leachable redox mediators have a redox potential between about -300 mV to about +400 mV versus the standard calomel electrode (SCE). The most preferred non-leachable redox mediators have osmium redox centers and a redox potential more negative than +100 mV versus SCE, more preferably the redox potential is more negative than 0 mV versus SCE, and most preferably is near -150
10   mV versus SCE.

In at least some instances, the redox mediators of the sensors are air-oxidizable. This means that the redox mediator is oxidized by air, preferably, so that at least 90% of the mediator is in an oxidized state prior to introduction of sample into the sensor. Air-oxidizable redox mediators include osmium cations complexed
15   with two mono-, di-, or polyalkoxy-2,2'-bipyridine or mono-, di-, or polyalkoxy-1,10-phenanthroline ligands, the two ligands not necessarily being the same, and further complexed with polymers or other ligands having pyridine and imidazole functional groups. In particular, $Os[4,4'$-dimethoxy-2,2'-bipyridine$]_2Cl^{+/+2}$ complexed with poly(4-vinyl pyridine) or poly(1-vinyl imidazole) attains
20   approximately 90% or more oxidation in air. The air oxidation of the redox mediator may take place while the redox mediator is a solid, such as, for example, when it is coated on the sensor in a dry state and stored. Alternatively, the air oxidation of the redox mediator may take place while the redox mediator is in solution, such as, for example, prior to the solution being applied onto the sensor and
25   dried. In the case in which the redox mediator is air oxidized in solution, the solution containing the redox mediator may be kept in storage for a period of time sufficient to air oxidize the mediator prior to use of the solution in the manufacturing process.

37

## Second Electron Transfer Agent

In a preferred embodiment of the invention, the sensor includes a
redox mediator and a second electron transfer agent which is capable of transferring
5    electrons to or from the redox mediator and the analyte. The second electron
transfer agent may be diffusible or may be non-leachable (e.g., entrapped in or
coordinatively, covalently, or ionically bound to the redox polymer). One example
of a suitable second electron transfer agent is an enzyme which catalyzes a reaction
of the analyte. For example, a glucose oxidase or glucose dehydrogenase, such as
10   pyrroloquinoline quinone glucose dehydrogenase (PQQ), is used when the analyte is
glucose. A lactate oxidase fills this role when the analyte is lactate. Other enzymes
can be used for other analytes. These enzymes catalyze the electrolysis of an analyte
by transferring electrons between the analyte and the electrode via the redox
mediator. In some embodiments, the second electron transfer agent is non-
15   leachable, and more preferably immobilized on the working electrode, to prevent
unwanted leaching of the agent into the sample. This is accomplished, for example,
by cross-linking the non-leachable second electron transfer agent with the non-
leachable redox mediator, thereby providing a sensing layer with non-leachable
components on the working electrode. In other embodiments, the second electron
20   transfer agent is diffusible (and may be disposed on any surface of the sample
chamber or placed in the sample).

**Counter Electrode**

Counter electrode 24, as illustrated in Figures 1-4, may be
25   constructed in a manner similar to working electrode 22. Counter electrode 24 may
also be a counter/reference electrode. Alternatively, a separate reference electrode
may be provided in contact with the sample chamber. Suitable materials for the
counter/reference or reference electrode include Ag/AgCl or Ag/AgBr printed on a
non-conducting base material or silver chloride on a silver metal base. The same
30   materials and methods may be used to make the counter electrode as are available
for constructing the working electrode 22, although different materials and methods

38

may also be used. A tab 25 may be provided on the electrode for convenient
connection to the external electronics (not shown), such as a coulometer,
potentiostat, or other measuring device.


5    **Electrode Configuration**

In one embodiment of the invention, working electrode 22 and
counter electrode 24 are disposed opposite to and facing each other to form a facing
electrode pair as depicted in Figures 1 and 3. In this preferred configuration, the
sample chamber 26 is typically disposed between the two electrodes. For this facing

10   electrode configuration, it is preferred that the electrodes are separated by a distance
of no more than about 0.2 mm (i.e., at least one portion of the working electrode is
separated from one portion of the counter electrode by no more than 200 μm),
preferably no more than 100 μm, and most preferably no more than 50 μm.

The electrodes need not be directly opposing each other; they may be

15   slightly offset. Furthermore, the two electrodes need not be the same size.
Preferably, the counter electrode 24 is at least as large as the working surface of the
working electrode 22. The counter electrode 22 can also be formed with tines in a
comb shape. Other configurations of both the counter electrode and working
electrode are within the scope of the invention. However, for this particular

20   embodiment, the separation distance between at least one portion of the working
electrode and some portion of the counter electrode preferably does not exceed the
limits specified hereinabove.

Figures 11A, 11B, and 11C illustrate different embodiments of pairs
of facing electrodes 22, 24, as described above. A region 21 of overlap between the

25   two electrodes 22, 24 typically corresponds to the measurement zone in which the
sample will be interrogated. Each of the electrodes 22, 24 is a conducting surface
and acts as a plate of a capacitor. The measurement zone between the electrodes 22,
24 acts as a dielectric layer between the plates. Thus, there is a capacitance between
the two electrodes 22, 24. This capacitance is a function of the size of the

30   overlapping electrodes 22, 24, the separation between the electrodes 22, 24, and the
dielectric constant of the material between the electrodes 22, 24. Thus, if the size of

39

the region 21 of the overlapping electrodes 22, 24 and the dielectric constant of the
material between the electrodes (e.g., air or a sorbent material) are known, then the
separation between the electrodes can be calculated to determine the volume of the
measurement zone.

5        Figure 11A illustrates one embodiment of the invention in which the
electrodes 22, 24 are positioned in a facing arrangement. For the capacitance to be
uniform among similarly constructed analyte sensors having this particular sensor
configuration, the registration (i.e., the positioning of the two electrodes relative to
one another) should be uniform. If the position of either of the electrodes is shifted
10    in the x-y plane from the position shown in Figure 11A, the size of the overlap, and
therefore, of the capacitance, will change. The same principle holds for the volume
of the measurement zone.

         Figures 11B and 11C illustrate other embodiments of the invention
with electrodes 22, 24 in a facing arrangement. In these particular arrangements, the
15    position of either of the electrodes may be shifted, by at least some minimum
distance, in the x-y plane relative to the other electrode without a change in the
capacitance or the volume of the measurement zone. In these electrode
arrangements, each electrode 22, 24 includes an arm 122, 124, respectively, which
overlaps with the corresponding arm of the other electrode. The two arms 122, 124
20    are not parallel to each other (such as illustrated in Figure 11A); rather, the arms
122, 124 are disposed at an angle 123, which is greater than zero, relative to each
other. In addition, the two arms 122, 124 extend beyond the region 21 of overlap
(i.e., each arm has extra length corresponding to the difference between the length of
the arm 222, 224, respectively, and the width 121 of the overlap 21). With these
25    electrode arrangements, there can be a certain amount of allowed imprecision in the
registration of the electrodes 22, 24 which does not change the capacitance of the
electrode arrangement. A desired amount of allowed imprecision in the registration
can be designed into the electrode arrangement by varying the angle 123 at which
the arms 122, 124 overlap and the size of the extra length of each arm 122, 124
30    relative to the width 121 of the region 21 of overlap. Typically, the closer that the
arms 122, 124 are to being perpendicular (i.e., angle 123 is 90°), the greater the

40

allowed imprecision. Also, the greater the extra length of each arm 122, 124 (which may both be the same length or different lengths) relative to the width 121 of the region 21 of overlap, the greater the allowed imprecision. Conversely, the greater the amount of allowed imprecision, the larger the size of the electrodes (for a given

5    electrode width, thickness, and angle 123 of intersection with the other electrode). Thus, the minimum distance that one electrode can be shifted relative to the other is balanced against the amount of material needed for the electrodes. Typically, the angle 123 of intersection ranges from 5 to 90 degrees, preferably, 30 to 90 degrees, and more preferably 60 to 90 degrees. Typically, the ratio of the extra length of an

10    arm 122, 124 (corresponding to the difference between the arm length 222, 224 and the width 121 of the region 21 of overlap) versus the width 121 of the region 21 of overlap ranges from 0.1:1 to 50:1, preferably 1:1 to 15:1, and more preferably 4:1 to 10:1.

In another embodiment of the invention, the two electrodes 22, 24 are

15    coplanar as shown in Figure 2. In this case, the sample chamber 26 is in contact with both electrodes and is bounded on the side opposite the electrodes by a non-conducting inert base 30. Suitable materials for the inert base include non-conducting materials such as polyester.

Other configurations of the inventive sensors are also possible. For

20    example, the two electrodes may be formed on surfaces that make an angle to each other. One such configuration would have the electrodes on surfaces that form a right angle. Another possible configuration has the electrodes on a curved surface such as the interior of a tube. The working and counter electrodes may be arranged so that they face each other from opposite sides of the tube. This is another example

25    of a facing electrode pair. Alternatively, the electrodes may be placed near each other on the tube wall (e.g., one on top of the other or side-by-side).

In any configuration, the two electrodes must be configured so that they do not make direct electrical contact with each other, to prevent shorting of the electrochemical sensor. This may be difficult to avoid when the facing electrodes

30    are separated, over the average, by no more than about 100μm.

# EXHIBIT L, PART 2

41

A spacer 28 can be used to keep the electrodes apart when the electrodes face each other as depicted in Figures 1 and 3. The spacer is typically constructed from an inert non-conducting material such as pressure-sensitive adhesive, polyester, Mylar™, Kevlar™ or any other strong, thin polymer film, or,

5    alternatively, a thin polymer film such as a Teflon™ film, chosen for its chemical inertness. In addition to preventing contact between the electrodes, the spacer 28 often functions as a portion of the boundary for the sample chamber 26 as shown in Figures 1- 4. Other spacers include layers of adhesive and double-sided adhesive tape (e.g., a carrier film with adhesive on opposing sides of the film).

10

**Sample Chamber**

The sample chamber 26 is typically defined by a combination of the electrodes 22, 24, an inert base 30, and a spacer 28 as shown in Figures 1-4. A measurement zone is contained within this sample chamber and is the region of the

15    sample chamber that contains only that portion of the sample that is interrogated during the analyte assay. In the embodiment of the invention illustrated in Figures 1 and 2, sample chamber 26 is the space between the two electrodes 22, 24 and/or the inert base 30. In this embodiment, the sample chamber has a volume that is preferably no more than about 1 μL, more preferably no more than about 0.5 μL,

20    and most preferably no more than about 0.25 μL. In the embodiment of the invention depicted in Figures 1 and 2, the measurement zone has a volume that is approximately equal to the volume of the sample chamber. In a preferred embodiment the measurement zone includes 80% of the sample chamber, 90% in a more preferred embodiment, and about 100% in a most preferred embodiment.

25    In another embodiment of the invention, shown in Figure 3, sample chamber 26 includes much more space than the region proximate electrodes 22, 24. This configuration makes it possible to provide multiple electrodes in contact with one or more sample chambers, as shown in Figure 5. In this embodiment, sample chamber 26 is preferably sized to contain a volume of no more than about 1 μL,

30    more preferably no more than about 0.5 μL, and most preferably no more than about 0.25 μL. The measurement zone (i.e., the region containing the volume of sample to

42

be interrogated) is generally sized to contain a volume of sample of no more than about 1 µL, preferably no more than about 0.5 µL, more preferably no more than about 0.25 µL, and most preferably no more than about 0.1 µL. One particularly useful configuration of this embodiment positions working electrode 22 and counter

5    electrode 24 facing each other, as shown in Figure 3. In this embodiment, the measurement zone, corresponding to the region containing the portion of the sample which will be interrogated, is the portion of sample chamber 26 bounded by the working surface of the working electrode and disposed between the two facing electrodes.

10              In both of the embodiments discussed above, the thickness of the sample chamber and of the measurement zone correspond typically to the thickness of spacer 28 (e.g., the distance between the electrodes in Figures 1 and 3, or the distance between the electrodes and the inert base in Figure 2). The spacer may be, for example, an adhesive or double-sided adhesive tape or film. Preferably, this

15    thickness is small to promote rapid electrolysis of the analyte, as more of the sample will be in contact with the electrode surface for a given sample volume. In addition, a thin sample chamber helps to reduce errors from diffusion of analyte into the measurement zone from other portions of the sample chamber during the analyte assay, because diffusion time is long relative to the measurement time. Typically,

20    the thickness of the sample chamber is no more than about 0.2 mm. Preferably, the thickness of the sample chamber is no more than about 0.1 mm and, more preferably, the thickness of the sample chamber is about 0.05 mm or less.

              The sample chamber may be formed by other methods. Exemplary methods include embossing, indenting, or otherwise forming a recess in a substrate

25    within which either the working electrode 22 or counter electrode 24 is formed. Figures 12A and 12B illustrate one embodiment of this structure. First, a conducting layer 100 is formed on an inert non-conducting base material 102. As described above, the conducting layer 100 can include gold, carbon, platinum, ruthenium dioxide, palladium, or other non-corroding materials. The inert non-conducting base

30    material 102 can be made using a polyester, other polymers, or other non-conducting, deformable materials. A recess 104 is then formed in a region of the

43

non-conducting base material 102 so that at least a portion of the conducting layer
100 is included in the recess 104. The recess 104 may be formed using a variety of
techniques including indenting, deforming, or otherwise pushing in the base material
102. One additional exemplary method for forming the recess includes embossing

5     the base material 102. For example, the base material 102 may be brought into
contact with an embossing roll or stamp having raised portions, such as punch
members or channels, to form the recess 104. In some embodiments, the base
material 102 may be heated to soften the material.

        The recess 104 may be circular, oval, rectangular, or any other regular

10    or irregular shape. Alternatively, the recess 104 may be formed as a channel which
extends along a portion of the base material 102. The conducting layer 100 may
extend along the entire channel or only a portion of the channel. The measurement
zone may be restricted to a particular region within the channel by, for example,
depositing the sensing layer 32 on only that portion of the conducting layer 100

15    within the particular region of the channel.  Alternatively, the measurement zone
may be defined by placing a second electrode 107 over only the desired region of the
first electrode 105.

        At least a portion, and in some cases, all, of the conducting layer 100
is situated in the recess 104. This portion of the conducting layer 100 may act as a

20    first electrode 105 (a counter electrode or a working electrode). If the conducting
layer 100 forms the working electrode, then a sensing layer 32 may be formed over a
portion of the conducting layer 100 by depositing a non-leachable redox mediator
and/or second electron transfer agent in the recess 104, as shown in Figure 12B. If a
diffusible redox mediator or second electron transfer agent is used, then the

25    diffusible material may be disposed on any surface in the sample chamber or in the
sample.

        A second electrode 107 is then formed by depositing a second
conducting layer on a second base material 106. This second electrode 107 is then
positioned over the first electrode 105 in a facing arrangement. Although not

30    illustrated, if the redox mediator is non-leachable it will be understood that if the
first electrode 105 were to function as a counter electrode, then the sensing layer 32

44

would be deposited on the second electrode 107 which would then function as the working electrode. If the redox mediator is diffusible, however, the redox mediator may be disposed on any surface of the sample chamber or may be placed in the sample.

5          In one embodiment, the second base material 106 rests on a portion of the first base material 102 and/or the conducting layer 100 which is not depressed, so that the second electrode 107 extends into the recess. In another embodiment, there is a spacer (not shown) between the first and second base materials 102, 106. In this embodiment, the second electrode 107 may or may not extend into the recess.

10    In any case, the first and second electrodes 105, 107 do not make contact, otherwise the two electrodes would be shorted.

          The depth of the recess 104 and the volume of the conductive layer 100, sensing layer 32, and the portion, if any, of the second electrode 107 in the recess 104 determines the volume of the measurement zone. Thus, the predictability

15    of the volume of the measurement zone relies on the extent to which the formation of the recess 104 is uniform.

          In addition to the conducting layer 100, a sorbent layer 103, described in detail below, may be deposited on the base material 102 prior to forming the recess 104, as shown in Figure 14A. The sorbent material 103 may be indented,

20    embossed, or otherwise deformed with the conducting layer 100 and base material 102, as shown in Figure 14B. Alternatively, the sorbent material 103 may be deposited after the conducting layer 100 and base material 102 are indented, embossed, or otherwise deformed to make the recess 104.

          In another exemplary method for forming the analyte sensor, a recess

25    114 is formed in a first base material 112, as shown in Figures 13A and 13B. The recess may be formed by indenting, embossing, etching (e.g., using photolithographic methods or laser removal of a portion of the base material), or otherwise deforming or removing a portion of the base material 112. Then a first conducting layer 110 is formed in the recess 114. Any of the conductive materials

30    discussed above may be used. A preferred material is a conductive ink, such as a conductive carbon ink available, for example, from Ercon, Inc. (Wareham, MA).

45

The conductive ink typically contains metal or carbon dissolved or dispersed in a solvent or dispersant. When the solvent or dispersant is removed, the metal or carbon forms a conductive layer 110 that can then be used as a first electrode 115. A second electrode 117 can be formed on a second base material 116 and positioned

5    over the recess 114, as described above. In embodiments having a non-leachable redox mediator, a sensing layer 32 is formed on the first electrode 115 to form a working electrode, as shown in Figure 13B. In other embodiments having a non-leachable redox mediator, the sensing layer 32 may be formed on the second electrode 117 to form a working electrode. Alternatively, if a diffusible redox

10    mediator is used, then the working electrode need not include the sensing layer disposed thereon. In fact, no sensing layer is required because the redox mediator may be placed in the sample and likewise for a diffusible second electron transfer agent, if one is present. Any diffusible components may be independently disposed on any surface of the sample chamber or placed in the sample. Furthermore, a

15    sorbent material (not shown) may be formed within the recess, for example, on the first electrode 115.

A binder, such as a polyurethane resin, cellulose derivative, elastomer (e.g., silicones, polymeric dienes, or acrylonitrile-butadiene-styrene (ABS) resins), highly fluorinated polymer, or the like, may also be included in the conductive ink.

20    Curing the binder may increase the conductivity of the conductive layer 110, however, curing is not necessary. The method of curing the binder may depend on the nature of the particular binder that is used. Some binders are cured by heat and/or ultraviolet light.

These structures allow for the formation of electrochemical sensors in

25    which the volume of the measurement zone depends, at least in part, on the accuracy and reproducibility of the recess 104. Embossing, laser etching, photolithographic etching and other methods can be used to make reproducible recesses 104, even on the scale of 200 μm or less.

46

**Sorbent Material**

    The sample chamber may be empty before the sample is placed in the chamber. Alternatively, the sample chamber may include a sorbent material 34 to sorb and hold a fluid sample during the measurement process. Suitable sorbent
5 materials include polyester, nylon, cellulose, and cellulose derivatives such as nitrocellulose. The sorbent material facilitates the uptake of small volume samples by a wicking action which may complement or, preferably, replace any capillary action of the sample chamber. In addition or alternatively, a portion or the entirety of the wall of the sample chamber may be covered by a surfactant, such as, for
10 example, Zonyl FSO.

    In some embodiments, the sorbent material is deposited using a liquid or slurry in which the sorbent material is dissolved or dispersed. The solvent or dispersant in the liquid or slurry may then be driven off by heating or evaporation processes. Suitable sorbent materials include, for example, cellulose or nylon
15 powders dissolved or dispersed in a suitable solvent or dispersant, such as water. The particular solvent or dispersant should also be compatible with the material of the working electrode 22 (e.g., the solvent or dispersant should not dissolve the electrode).

    One of the most important functions of the sorbent material is to
20 reduce the volume of fluid needed to fill the sample chamber and corresponding measurement zone of the sensor. The actual volume of sample within the measurement zone is partially determined by the amount of void space within the sorbent material. Typically, suitable sorbents consist of about 5% to about 50% void space. Preferably, the sorbent material consists of about 10% to about 25% void
25 space.

    The displacement of fluid by the sorbent material is advantageous. By addition of a sorbent, less sample is needed to fill sample chamber 26. This reduces the volume of sample that is required to obtain a measurement and also reduces the time required to electrolyze the sample.

30    The sorbent material 34 may include a tab 33 which is made of the same material as the sorbent and which extends from the sensor, or from an opening

47

in the sensor, so that a sample may be brought into contact with tab 33, sorbed by
the tab, and conveyed into the sample chamber 26 by the wicking action of the
sorbent material 34. This provides a preferred method for directing the sample into
the sample chamber 26. For example, the sensor may be brought into contact with a

5    region of an animal (including human) that has been pierced with a lancet to draw
blood. The blood is brought in contact with tab 33 and drawn into sample chamber
26 by the wicking action of the sorbent 34. The direct transfer of the sample to the
sensor is especially important when the sample is very small, such as when the
lancet is used to pierce a portion of the animal that is not heavily supplied with near-

10   surface capillary vessels and furnishes a blood sample volume of 1 μL or less.

Methods other than the wicking action of a sorbent may be used to
transport the sample into the sample chamber or measurement zone. Examples of
such methods for transport include the application of pressure on a sample to push it
into the sample chamber, the creation of a vacuum by a pump or other vacuum-

15   producing method in the sample chamber to pull the sample into the chamber,
capillary action due to interfacial tension of the sample with the walls of a thin
sample chamber, as well as the wicking action of a sorbent material.

The sensor can also be used in conjunction with a flowing sample
stream. In this configuration, the sample stream is made to flow through a sample

20   chamber. The flow is stopped periodically and the concentration of the analyte is
determined by an electrochemical method, such as coulometry. After the
measurement, the flow is resumed, thereby removing the sample from the sensor.
Alternatively, sample may flow through the chamber at a very slow rate, such that
all of the analyte is electrolyzed in transit, yielding a current dependent only upon

25   analyte concentration and flow rate.

Other filler materials may be used to fill the measurement zone and
reduce the sample volume. For example, glass beads can be deposited in the
measurement zone to occupy space. Preferably, these filler materials are hydrophilic
so that the body fluid can easily flow into the measurement zone. In some cases,

30   such as glass beads with a high surface area, these filler materials may also wick the

48

body fluid into the measurement zone due to their high surface area and
hydrophilicity.

      The entire sensor assembly is held firmly together to ensure that the
sample remains in contact with the electrodes and that the sample chamber and
5   measurement zone maintain the same volume. This is an important consideration in
the coulometric analysis of a sample, where measurement of a defined sample
volume is needed. One method of holding the sensor together is depicted in Figures
1 and 2. Two plates 38 are provided at opposite ends of the sensor. These plates are
typically constructed of non-conducting materials such as plastics. The plates are
10  designed so that they can be held together with the sensor between the two plates.
Suitable holding devices include adhesives, clamps, nuts and bolts, screws, and the
like.

**Alternative Sensor Designs**

      Figures 18A to 18C illustrate one alternative sensor design for
15  formation of thin film sensors. The sensor includes a first substrate 500 upon which
a working electrode 502 is formed. The working electrode 502 includes a contact
region 503 for connection with external electronics. A spacer 504 (Figure 18B),
such as, for example, a layer of adhesive or a double-sided tape defines a channel
506 to produce a sample chamber for the sensor. Two counter (or counter/reference)
20  electrodes 510, 512 are formed on a second substrate 508, as shown in Figure 18C
(inverted with respect to Figures 18A and 18B to show the electrode side up). This
multiple counter electrode arrangement may provide a fill indicator function, as
described below. Each counter electrode 510, 512 has a contact region 511, 513 for
connection with external electronics. The second substrate 508 is inverted and
25  placed over the first substrate 500, with the spacer 504 between, so that the working
electrode 502 and the two counter electrodes 510, 512 are facing in the region of the
channel 506.

      In some instances, the counter electrode 510 nearest an entrance 514
of the channel 506 has a surface area within the sample chamber that is at least two
30  times larger than the other counter electrode 512, and may be at least five or ten

49

times larger. The non-leachable or diffusible redox mediator and/or second electron transfer agent can be provided on either the first or second substrates 500, 508 in a region corresponding to the channel 506, as described above.

The working electrode and counter electrodes can be formed to cover
5    the entire channel region (except for a small space between the two counter electrodes). In this embodiment, the sample chamber and measurement zone are effectively the same and have the same volume. In other embodiments, the measurement zone has, for example, 80% or 90% of the volume of the sample chamber. It will be understood that similar sensors could be made using one counter
10   electrode or three or more counter electrodes. It will also be understood that multiple working electrodes may also be provided on the sensor.

One example of a method for making the thin film sensors is described with respect to the sensor arrangement displayed in Figures 18A to 18C and can be used to make a variety of other sensor arrangements, including those
15   described before. A substrate, such as a plastic substrate, is provided. The substrate can be an individual sheet or a continuous roll on a web. This substrate can be used to make a single sensor or to make multiple sensors. The multiple sensors can be formed on a substrate 1000 as working electrodes 1010 and counter electrode(s) 1020. In some embodiments, the substrate can be scored and folded to bring the
20   working electrodes 1010 and counter electrodes 1020 together to form the sensor. In some embodiments, as illustrated in Figure 31A, the individual working electrodes 1010 (and, in a separate section, the counter electrode(s) 1020) can be formed next to each other on the substrate 1000, to reduce waste material, as illustrated in Figure 31A. In other embodiments, the individual working electrodes 1010 (and, in a
25   separate section, the counter electrode(s) 1020) can be spaced apart, as illustrated in Figure 31B. The remainder of the process is described for the manufacture of multiple sensors, but can be readily modified to form individual sensors.

Carbon or other electrode material (e.g., metal, such as gold or platinum) is formed on the substrate to provide a working electrode for each sensor.
30   The carbon or other electrode material can be deposited by a variety of methods including printing a carbon or metal ink, vapor deposition, and other methods.

50

Optionally, a non-conductive material, such as a non-conductive ink, can be formed adjacent the working electrode to provide a planar surface along the path of travel of the sample fluid. The non-conductive material is suitable for creating a smooth surface to facilitate filling by capillary action and/or for reducing

5    the likelihood that air bubbles will become entrapped near the working electrode. This non-conductive material can be colored or colorless and may be formed on the substrate by printing or other techniques. The non-conductive material may be deposited prior to or subsequent to the formation of the working electrode.

The counter electrode or counter electrodes are formed on the

10    substrate. The counter electrode(s) are formed by depositing carbon or other electrode material onto the substrate. In one embodiment, the material of the counter electrode(s) is a Ag/AgCl ink. The material of the counter electrode(s) may be deposited by a variety of methods including printing or vapor deposition. In some embodiments, the counter electrodes are formed using different materials and/or one

15    electrode is a counter or counter/reference electrode and the other electrode is a reference or counter/reference electrode. In one embodiment, the working electrodes are formed on a first half of a polymer sheet or web and the counter electrodes are formed on a second half of the polymer sheet or web so that the sheet or web can be folded to superimpose the working and counter electrodes in a facing arrangement.

20    A second non-conductive material may be deposited adjacent and/or between the counter electrode(s) to provide a planar surface along the path of travel of the sample fluid. This may be particularly desirable in the region between the counter electrodes that will be part of the sample chamber to planarize the surface of the sample chamber. The non-conductive material is suitable for creating a smooth

25    surface to facilitate filling by capillary action and/or for reducing the likelihood that air bubbles will become entrapped between or near the counter electrode(s). This non-conductive material can be colored or colorless and may be formed on the by printing or other techniques. The non-conductive material may be deposited prior to or subsequent to the formation of the counter electrode(s).

30    An adhesive spacer is formed over at least one of the substrate/working electrode and substrate/counter electrode(s). The adhesive spacer

51

may be a single layer of adhesive or a double-sided adhesive tape (e.g., a polymer carrier film with adhesive disposed on opposing surfaces). To form the channel, the spacer, optionally provided with one or more release liners, may be cut (e.g., die-cut) to remove the portion of the adhesive corresponding to the channel prior to

5    disposing the spacer on the substrate. Alternatively, the adhesive may be printed or otherwise disposed on the substrate according to a pattern which defines the channel region. The thickness of the spacer typically determines the spacing between the working and counter electrodes. When the uniformity of this spacing among sensors is necessary (e.g., for coulometric measurements), uniformity in the thickness of the

10   spacer is important. Preferably, the thickness does not vary more than ± 5% over the individual sensor and/or among individual sensors in a batch.

The non-leachable or diffusible redox mediator and/or second electron transfer agent are disposed onto the substrate in at least the sample chamber region. If either or both of these components is non-leachable, that component or

15   components must be disposed on the working electrode. If either or both of these components is diffusible, that component or components can be disposed on any surface of the substrate in the channel region. The redox mediator and/or second electrode transfer agent can be disposed independently or together on the substrate prior to or after disposition of the spacer. The redox mediator and/or second

20   electrode transfer agent may be disposed by a variety of methods including, for example, screen printing, ink jet printing, spraying, painting, striping along a row or column of aligned and/or adjacent electrodes, and the like. Other components may be deposited separately or with the redox mediator and/or second electrode transfer agent including, for example, surfactants, polymers, polymer films, preservatives,

25   binders, buffers, and cross-linkers.

After disposing the spacer, redox mediator, and second electron transfer agent, the substrate can be folded to form the sensor. The faces of the substrate are joined by the adhesive of the spacer. After bringing the faces together, the sensor can be cut out using a variety of methods including, for example, die

30   cutting, slitting, or otherwise cutting away the excess substrate material and separating the individual sensors. In some embodiments, a combination of methods

52

may be used. For example, some features may be die cut, while the remainder of the
sensor is cut by slitting. As another alternative, the sensor components (e.g., the
components illustrated in Figures 18A and 18C) may first be cut out of the
substrates and then brought together to form the sensor by adhesively joining the
5    two components using the spacer adhesive.

The embodiment of a sensor illustrated in Figures 18A to 18C is an
example of a tip-fill sensor. An alternative sensor construction is illustrated in
Figures 19A to 19C. This is a side-fill sensor. Figure 19A illustrates a first
substrate 520 with a working electrode 522. Figure 19B illustrates a spacer 524
10   defining a channel 526. Figure 19C (inverted with respect to Figures 19A and 19B
to illustrate the electrodes) illustrates a second substrate 528 with three counter (or
counter/reference) electrodes 530, 532, 534.

This sensor can be manufactured as described above. The symmetric
disposition of the counter electrodes allow the sensor to be filled from either the left
15   or right side for convenience of left-handed and right-handed people. It will be
understood, however, that similar sensor arrangements can be formed using one,
two, or four or more counter electrode(s) and/or two or more working electrodes.
The scalloped regions 536, 538 may be formed, for example, by die cutting and may,
at least in some instances, be precisely controlled to provide a reproducible channel
20   length. As an alternative arrangement, the sides of the sensor may be straight to
allow the sensor to be cut out from the remainder of the substrate and/or from other
sensors by slitting the substrate in parallel directions using, for example, a gang
arbor blade system. As illustrated in Figures 19A, 19B, and 19C, the edges of the
sensor can define edges of the sample chamber and/or measurement zone. By
25   accurately controlling the distance between cuts, variability in sample chamber
volume can often be reduced. In some instances, these cuts are preferably parallel to
each other, as parallel cuts may be the easiest to make reproducibly.

Figures 20A, 20B, and 20C illustrate another example of a side-
filling sensor arrangement. Figure 20A illustrates a first substrate 540 with a
30   working electrode 542. Figure 20B illustrates a spacer 544 defining a channel 546.

53

Figure 20C (inverted with respect to Figures 20A and 20B) illustrates a second substrate 548 with three counter (or counter/reference) electrodes 550, 552, 554.

Figures 21A, 21B, and 21C illustrate another example of a tip-filling sensor arrangement. Figure 21A illustrates a first substrate 560 with a working

5 electrode 562. Figure 21B illustrates a spacer 564 defining a channel 566. Figure 21C (inverted with respect to Figures 21A and 21B) illustrates a second thin film substrate 568 with two counter (or counter/reference) electrodes 570, 572. A vent hole 574 (indicated as a shaded region in Figure 21C) is provided through the second substrate. In the illustrated embodiment, this vent hole 574 is made through only the

10 substrate 568 that carries the counter electrode(s) and, optionally, the spacer 564. In this embodiment, the vent hole may be formed by, for example, die cutting a portion of the substrate. This die cut may remove a portion of at least one counter electrode, but a sufficient amount of the counter electrode should remain for contact with the sample in the channel and for electrical connection to a contact at the other end of

15 the sensor. In another embodiment, the vent hole 574 may be made through all of the layers or through the first substrate and not the second substrate.

Another embodiment is illustrated in Figures 22A, 22B, and 22C, with a different shape. This sensor includes a first substrate 579 with at least one working electrode 580, as illustrated in Figure 22A. The sensor also includes a

20 spacer 581 with a channel 582 formed in the spacer 581, as shown in Figure 22B. The sensor further includes a second substrate 583 with two counter electrodes 584, 585, as shown in Figure 22C (inverted with respect to Figures 22A and 22B). A venting aperture 586 is cut typically through all of the layers and extends from a side of the sensor. In some embodiments, the venting aperture and the front portion 587

25 of the sensor are simultaneously cut with a reproducible distance between the venting aperture and the front portion 587 of the sensor to provide a reproducible length for the channel 582 and the working electrode 580. Figures 22A, 22B, and 22C also illustrate another feature that can be used with any sensor arrangement. An indentation 588 may be formed at the filling opening of the channel 582 to facilitate

30 the drawing of fluid into the sensor. In this configuration, the fluid is not provided with a flat face, but rather an indented face that may aid in wicking or capillary

54

filling of the channel (i.e., sample chamber). This configuration may also reduce the likelihood that the user of the sensor will block the channel during collection of the sample. A flat faced sensor might be blocked by pressing the tip of the sensor edgewise against the skin.

5          Figures 23A, 23B, and 23C illustrate another example of a side-filling sensor arrangement. Figure 23A illustrates a first substrate 640 with a working electrode 642. Figure 23B illustrates a spacer 644 defining a channel 646. Figure 23C (inverted with respect to Figures 23A and 23B) illustrates a second substrate 648 with three counter (or counter/reference) electrodes 650, 652, 654.

10       This sensor can be formed by making straight cuts of the substrates. The sensors can be made adjacent to one another, as illustrated in Figure 31A, which may produce less waste material. The length of the channel 646 is typically defined by the two parallel cuts along the sides 656, 658 of the sensors. Another optional processing advantage, particularly if the sensor are formed adjacent to each other, is that the

15       redox mediator and/or second electron transfer agent can be disposed in the channel by striping a continuous stream of these components along a row or column of adjacent sensors. This may result in better efficiency and less waste of the redox mediator and/or second electron transfer agent, as compared to other techniques, such as individually placing these components within the individual channels.

20       Figures 24A, 24B, and 24C illustrate another sensor configuration. This sensor includes a first substrate 600 with at least one working electrode 602, as illustrated in Figure 24A. The sensor also includes a spacer 604 with a channel 606 formed in the spacer 604, as shown in Figure 24B. The sensor further includes a second substrate 608 with two counter electrodes 610, 612, as shown in Figure 24C

25       (inverted with respect to Figures 24A and 24B). The sensor may also include, for example, an indicator, such as a slot 614 or an extension 616 from the body of the sensor that indicates to the user which side should be placed adjacent to the sample. This may be particularly important where the sensor reading is only correct when sample enters from a particular side.

30       Figure 24B also illustrates another optional feature that may be used in any of the sensor configurations. In this illustration, the sample chamber 606 is

55

not formed using straight lines, but there is an expanded region 618 within the sample chamber. This permits larger sample chambers without forming larger openings. This expanded region can be formed as any shape including circular, square, rectangular, and other regular and irregular shapes.

5          Figure 25 is an example of an assembled sensor illustrating another alternative sensor arrangement for a side-fill sensor 620. This sensor includes extensions 622 from the sensor body 624 to indicate to a user where the openings for the sample chamber 626 are provided.

          One optional feature is illustrated in Figure 32 which is an edge-on

10    view of the sensor from the inside of the meter. Figure 32 illustrates a first substrate 1120 and a second substrate 1130 that extend into the meter from the remainder of the sensor 1100 (i.e., portion 1140 is recessed with respect to substrates 1120 and 1130 in Figure 32). Examples of this configuration are illustrated in Figures 18A-18C and 24A-24C. Typically, the sensor 1100 is coupled to a meter 1110 that

15    includes contact pads (not shown) that contact the contact regions (e.g., regions 503, 511, and 513 in Figures 18A and 18C) of the electrodes of the sensor 1100. The end of the sensor 1100 which contains the contact regions can be slid into the meter 1110. It is typically important that the contact pads of the meter 1110 make contact with the correct contact regions of the sensor so that the working electrode and

20    counter electrode(s) are correctly coupled to the meter. In some instances, the sensor is configured so that the contact region for the working electrode on the first substrate 1120 has a different width, w1, than width, w2, for the contact region of the second substrate 1130 carrying the counter electrode(s). Examples of electrode configurations with this structure are provided in Figures 18A-18C and 24A-24C.

25    To ensure proper insertion of the sensor 1100 into the meter 1110, the meter 1110 may include a raised area 1140 that prevents or hinders the insertion of the sensor in an improper direction. For example, the width, w2, of the contact region of the second substrate 1130 may be wider than the width, w1, of the contact region of the first substrate 1120, as illustrated in Figure 32. In this instance, the raised area 1140

30    is positioned to allow sensor 1100 to be slid into the meter so that the first substrate 1120 is next to the surface 1150 from which the raised area 1140 protrudes, but

56

would prevent or hinder having the second substrate 1130 next to the surface 1150 from which the raised area 1140 protrudes. Objects other than a raised area can also be used to guide the user in correct introduction of the sensor into the meter.

5    **Integrated Sample Acquisition and Analyte Measurement Device**

Many approaches are known in the art for acquiring and/or transporting a small sample from the body to a sensor. These include, for example, U.S. Patent Numbers 5,746,217; 5,820,570; 5857983; and 5879311, incorporated herein by reference. Any of these sample acquisition and/or transporting methods

10    may be employed with the sensor of the current invention.

In a preferred embodiment of the invention, an analyte measurement device 52 constructed according to the principles of the present invention includes a sensor 20, as described hereinabove, combined with a sample acquisition apparatus 50 to provide an integrated sampling and measurement device. The sample

15    acquisition apparatus 50 illustrated in Figure 6, includes, for example, a skin piercing member 54, such as a lancet, attached to a resilient deflectable strip 56 (or other similar device, such as a spring) which may be pushed to inject the lancet into a patient's skin to cause blood flow.

The resilient strip 56 is then released and the skin piercing member

20    54 retracts. Blood flowing from the area of skin pierced by member 54 can then be transported, for example, by the wicking action of sorbent material 34, into sensor 20 for analysis of the analyte. The analyte measurement device 52 may then be placed in a reader, not shown, which connects a coulometer or other electrochemical analysis equipment to the electrode tabs 23, 25 to determine the concentration of the

25    analyte by electroanalytical means. Preferably, the analyte measurement device is enclosed within the reader when connected to the coulometer or other electrochemical analysis equipment.

In a preferred embodiment, the integrated sample acquisition and analyte measurement device comprises a lancing instrument that holds a lancet and

30    measurement strip. The lancing instrument preferably requires active cocking. By

57

requiring the user to cock the device prior to use, the risk of inadvertently triggering
the lancet is minimized.

      Preferably, the lancing instrument is automatically triggered when the
lancing instrument is pressed firmly against the skin with an adequate amount of
5    pressure. As is already known in the art, a larger sample of body fluid such as blood
or interstitial fluid is expressed when pressure is applied around a site where a hole
has been created the skin. For example, see the above-mentioned U.S. patents to
Integ and Amira as well as the tip design of the lancing instruments sold by Becton
Dickenson. All of these lancing devices have a protruding ring that surrounds the
10   lancing site to create pressure that forces sample out of the wound. However, all of
these devices require the user to apply adequate pressure to the wound site to express
the sample, and all of the lancing instruments are triggered by a button push by the
user. Design of an appropriate pressure trigger is well-known to one skilled in the
art.

15       Preferably, the lancing instrument will also permit the user to adjust
the depth of penetration of the lancet into the skin. Such devices are already
commercially available from companies such as Boehringer Mannheim and Palco.
This feature allows users to adjust the lancing device for differences in skin
thickness, skin durability, and pain sensitivity across different sites on the body and
20   across different users.

      In a more preferred embodiment, the lancing instrument and the test
reader are integrated into a single device. To operate the device the user need only
insert a disposable cartridge containing a measurement strip and lancing device into
the integrated device, cock the lancing instrument, press it against the skin to
25   activate it, and read the result of the measurement. Such an integrated lancing
instrument and test reader simplifies the testing procedure for the user and
minimizes the handling of body fluids.

      Figure 26 illustrates another example of an integrated sample
acquisition and sensor device 700. The integrated sample acquisition and sensor
30   device 700 includes a housing 702, a skin piercing member (e.g., a lancet) 704, a
piercing/collecting aperture 706, an optionally removable sensor 708, a sensor guide

58

710, and a retraction mechanism 714 for the skin piercing member. This device 700 can be designed for reuse (e.g., by making the skin piercing member 704 and sensor 708 removable) or for single use.

5      The housing 702 may be formed of a variety of materials including metal and plastic. The housing 702 may include a hinge 716 or other configuration (e.g., adhesive or interlocking parts) for holding portions of the housing together.

The piercing/collecting aperture 706 is provided in the housing 702 to allow the skin piercing member 704 to extend through the aperture 706 and pierce the skin of a user, thereby causing blood (or other body fluid) flow. The sensor 708

10     also extends to the edge or out of the aperture 706 to collect the blood (or other body fluid) through an opening (not shown) in the tip of the sensor. This may allow the user to pierce the skin and collect the fluid sample without moving the device 700. Alternatively, separate apertures may be provided for the skin piercing member 704 and sensor 708. The sensor guide may be formed in the housing 702 or added to the

15     housing to guide the sensor 708 into place if the sensor is inserted into and through the housing and/or to support the sensor within the housing and during sample collection.

The skin piercing member 704 may include an actuator (not shown) that includes a mechanism that allows for cocking and releasing the skin piercing

20     member 704 or the skin piercing member may be actuated externally. For example, a sensor reader (not shown) or other device may be coupled to the sample acquisition and sensor device, the sensor reader or other device including a mechanism that cocks and/or releases the skin piercing member 704.

The retraction mechanism 714 of the device 700 may be, for example,

25     a spring or resilient metal strip that retracts the skin piercing member 704 back into the housing after piercing the skin of the user. This may allow for unobstructed collection of the sample and/or prevent further piercing of the skin of the user or others to reduce or prevent contamination or infection caused by transfer of body fluids or other harmful agents. Alternatively, retraction of the skin piercing member

30     may be accomplished using an external device or apparatus.

59

One example of operation includes cocking the skin piercing member 704 and then releasing the skin piercing member 704 so that it extends out of the housing 702 through the piercing/collecting aperture 706 and pierces the skin of the user. The skin piercing element 704 optionally pushes the sensor out of the way

5    while extending out of the housing. The skin piercing element 704 is retracted back within the housing 702 using the retraction mechanism 714. Upon retraction of the skin piercing element, the sensor collects a sample fluid from the pierced skin through an opening in the sensor 708.

If a sensor reader is used, the sensor reader may also be configured to

10   couple with a contact end of the sensor. The sensor reader may include a potentiostat or other component to provide a potential and/or current for the electrodes of the sensor. The sensor reader may also include a processor (e.g., a microprocessor or hardware) for determining analyte concentration from the sensor signals. The sensor reader may include a display or a port for coupling a display to

15   the sensor. The display may display the sensor signals and/or results determined from the sensor signals including, for example, analyte concentration, rate of change of analyte concentration, and/or the exceeding of a threshold analyte concentration (indicating, for example, hypo- or hyperglycemia). This sensor reader may be used in conjunction with the integrated sample acquisition and sensor device or the sensor

20   reader may be used with the sensor alone, the contacts of the sensor making connection with contacts in the sensor reader.

**Operation of the Sensor**

An electrochemical sensor of the invention may be operated with or

25   without applying a potential. In one embodiment, the electrochemical reaction occurs spontaneously and a potential need not be applied between the working and counter electrodes.

In another embodiment, a potential is applied between the working and counter electrodes. Yet the potential does not need to remain constant. The

30   magnitude of the required potential is dependent on the redox mediator. The potential at which the electrode poises itself, or where it is poised by applying an

60

external bias, and where the analyte is electrolyzed is typically such that the electrochemical reaction is driven to or near completion, but it is, preferably, not oxidizing enough to result in significant electrochemical reaction of interferents, such as urate, ascorbate, and acetaminophen, that may affect the signal measured.

5    For non-leachable redox mediators, the potential is typically between about -350 mV and about +400 mV versus the standard calomel electrode (SCE). Preferably, the potential of the redox mediator is more negative than +100 mV, more preferably the potential is more negative than 0 mV, and most preferably the potential is about – 150 mV versus SCE.

10         When an external potential is applied, it may be applied either before or after the sample has been placed in the sample chamber. If the measurement zone comprises only a portion of the sample chamber then the potential is preferably applied after the sample has come to rest in the sample chamber to prevent electrolysis of sample passing through the measurement zone as the sample chamber

15    is filling. Alternatively, in the case where the measurement zone comprises most or all of the sample chamber, the potential, optionally, may be applied before or during the filling of the sample chamber without affecting the accuracy of the assay. When the potential is applied and the sample is in the measurement zone, an electrical current will flow between the working electrode and the counter electrode. The

20    current is a result, at least in part, of the electrolysis of the analyte in the sample. This electrochemical reaction occurs via the redox mediator and the optional second electron transfer agent. For many biomolecules, B, the process is described by the following reaction equations:

$$nA(ox) + B \xrightarrow{\text{enzyme}} nA(red) + C \qquad (1)$$

25

$$nA(red) \longrightarrow nA(ox) + ne^- \qquad (2)$$

Biochemical B is oxidized to C by redox mediator species A in the presence of an appropriate enzyme. Then the redox mediator A is oxidized at the electrode. Electrons are collected by the electrode and the resulting current is measured. The measured current may also include a background current resulting in a measured

61

background charge, due, at least in part, to the shuttling of a diffusible redox mediator between the working electrode and the counter electrode. This background current can be minimized or accounted for, as described above.

5    As an example, one sensor of the present invention is based on the reaction of a glucose molecule with two $[Os(dmo\text{-}phen)_2(NMI)Cl]^{2+}$ cations, where dmo-phen is 4,8-dimethoxy phenanthroline and NMI is N-methyl-imidazole, in the presence of glucose oxidase to produce two $[Os(dmo\text{-}phen)_2(NMI)Cl]^{+}$ cations, two protons, and an oxidation product of glucose, for example, gluconolactone or another ketone. The amount of glucose present is assayed by electrooxidizing the

10   $[Os(dmo\text{-}phen)_2(NMI)Cl]^{+}$ cations to $[Os(dmo\text{-}phen)_2(NMI)Cl]^{2+}$ cations and measuring the total charge passed.

Those skilled in the art will recognize that there are many different reactions that will provide the same result; namely the electrolysis of an analyte through a reaction pathway incorporating a redox mediator. Equations (1) and (2)

15   are a non-limiting example of such a reaction.


## Coulometry

In a preferred embodiment of the invention, coulometry is used to determine the concentration of the analyte. This measurement technique utilizes

20   current measurements obtained at intervals over the course of the assay, to determine analyte concentration. These current measurements are integrated over time to obtain the amount of charge, Q, passed to or from the electrode. Q is then used to calculate the concentration of the analyte ($C_A$) by the following equation (when the redox mediator is non-leachable):

25   $$C_A = Q/nFV \qquad\qquad (3a)$$

where n is the number of electron equivalents required to electrolyze the analyte, F is Faraday's constant (approximately 96,500 coulombs per equivalent), and V is the volume of sample in the measurement zone. When using a diffusible mediator, the concentration of the analyte can be obtained from the following equation:

62

$$C_A = (Q_{tot} - Q_{back})/nFV \qquad (3b)$$

where $Q_{tot}$ is the total charge transferred during the measurement and $Q_{back}$ is the amount of charge transferred that was not due to the analyte, e.g., charge transferred by the shuttling of the diffusible mediator between the working electrode and the

5      counter electrode. In at least some instances, the sensor is constructed so that the background charge is at most 5 times the size of the charge generated by electrolysis of an amount of analyte. Preferably, the background signal is at most 200%, 100%, 50%, 25%, 10%, or 5% of the charge generated by electrolysis of the analyte.

One example of a method for determining the ratio of background

10     signal to signal generated by electrolysis of the analyte is described as follows for the facing electrode pairs. If the shuttling of the redox mediator is not disabled by the applied potential, the charge that results from the shuttling of the redox mediator may be represented by the following formula:

$$Q_{back} = (A\ F\ D_M\ C_M/\ d)\ (t\ n_M)$$

15     where A is the area of the working electrode; F is Faraday's constant (96,500 coulombs/equivalent); $D_M$ is the effective diffusion coefficient of the redox mediator; $C_M$ is the concentration of the redox mediator in the measurement zone; d is the distance separating facing electrodes; t is the amount of time for the measurement; and $n_M$ is the number of electrons gained or lost by the redox

20     mediator.

Additionally, the charge of the analyte, for example, glucose, when the analyte is electrooxidized to about 90% completion in the measurement period may be represented by the following formula:

$$Q_G = A\ d\ (0.90)\ C_G\ n_G\ F$$

25     where A is the area of the working electrode; d is the distance separating facing electrodes; $C_G$ is the concentration of glucose; n is the number of electrons needed to electrolyze the analyte (e.g., 2 electrons per glucose molecule); and F is Faraday's constant. When $C_G$ is 5 mM (or $5 \times 10^{-6}$ moles/cm$^3$), t is 60 seconds, $n_G$ is 2, and $n_M$ is 1, the ratio of charge from the redox mediator to the charge from electrooxidation

30     of the analyte may be represented by the following formula:

63

$$Q_{Back}/Q_G = (D_M C_M/d^2)(t \, n_M/(0.9 \, n_G \, C_G)) = (D_M C_M / d^2) \times (6.7 \times 10^6)$$

For example, if the ratio of $Q_{Back}/Q_G$ is 5, then $(D_M C_M)/ d^2$ is $7.5 \times 10^{-7}$ moles/(cm$^3$ sec). Also for example, if the ratio of $Q_{Back}/Q_G$ is 1, then $(D_M C_M)/ d^2$ is $1.5 \times 10^{-7}$ moles/(cm$^3$ sec). Still another example, if the ratio is 0.1, then $(D_M C_M)/ d^2$ is $1.5 \times$

5      $10^{-8}$ moles/(cm$^3$ sec). Thus, depending on the ratio desired, a sensor may be configured to have the desired ratio by choosing $D_M$, $C_M$, and d accordingly. For example, the concentration of the redox mediator may be reduced (i.e., $C_M$ may be reduced). Alternatively, or additionally, the diffusion of the redox mediator may be reduced by, for example, having a barrier to the flow of the diffusible mediator to the

10     counter electrode (i.e., reduce the effective diffusion coefficient of the redox mediator—$D_M$). Other sensor configurations are also suitable for controlling the ratio of background signal to signal generated by the analyte and will be described below.

The background charge, $Q_{back}$, can be accounted for in a variety of

15     ways. $Q_{back}$ can be made small, for example, by using only limited amounts of diffusible redox mediator; by providing a membrane over the counter electrode that limits diffusion of the redox mediator to the counter electrode; or by having a relatively small potential difference between the working electrode and the counter electrode. Other examples of sensor configurations and methods suitable for

20     reducing $Q_{back}$ include those already described such as sensors having a redox mediator reaction rate at the working electrode that is significantly faster than that at the counter electrode; immobilizing the redox mediator on the working electrode; having the redox mediator become immobilized on the counter or counter/reference electrode upon its reaction at the counter or counter/reference electrode; or slowing

25     the diffusion of the redox mediator.

Alternatively, the sensor may be calibrated individually or by batch to determine a calibration curve or a value for $Q_{back}$. Another option is to include a second electrode pair that is missing an item necessary for electrolysis of the analyte, such as, for example, the second electron transfer agent, so that the entire signal

30     from this second electrode pair corresponds to $Q_{back}$.

64

For coulometric measurements, at least 20% of the analyte is electrolyzed. Preferably at least 50%, more preferably at least 80%, and even more preferably at least 90% of the analyte is electrolyzed. In one embodiment of the invention, the analyte is completely or nearly completely electrolyzed. The charge
5   can then be calculated from current measurements made during the electrochemical reaction, and the concentration of the analyte is determined using equation (3a) or (3b). The completion of the electrochemical reaction is typically signaled when the current reaches a steady-state value. This indicates that all or nearly all of the analyte has been electrolyzed. For this type of measurement, at least 90% of the
10  analyte is typically electrolyzed, preferably, at least 95% of the analyte is electrolyzed and, more preferably, at least 99% of the analyte is electrolyzed.

For coulometry, it is typically desirable that the analyte be electrolyzed quickly. The speed of the electrochemical reaction depends on several factors, including the potential that is applied between the electrodes and the kinetics
15  of reactions (1) and (2). (Other significant factors include the size of the measurement zone and the presence of sorbent in the measurement zone.) In general, the larger the potential, the larger the current through the cell (up to a transport limited maximum) and therefore, the faster the reaction will typically occur. However, if the potential is too large, other electrochemical reactions may
20  introduce significant error in the measurement. Typically, the potential between the electrodes as well as the specific redox mediator and optional second electron transfer agent are chosen so that the analyte will be almost completely electrolyzed in less than 5 minutes, based on the expected concentration of the analyte in the sample. Preferably, the analyte will be almost completely electrolyzed within about
25  2 minutes and, more preferably, within about 1 minute.

In another embodiment of the invention, the analyte is only partially electrolyzed. The current is measured during the partial reaction and then extrapolated using mathematical techniques known to those skilled in the art to determine the current curve for the complete or nearly complete electrolysis of the
30  analyte. Integration of this curve yields the amount of charge that would be passed

65

if the analyte were completely or nearly completely electrolyzed and, using equation
(3a) or (3b), the concentration of the analyte is calculated.

     Although coulometry has the disadvantage of requiring the volume of
the measured sample be known, coulometry is a preferred technique for the analysis

5    of the small sample because it has the advantages of, for example, no temperature
dependence for the measurement, no enzyme activity dependence for the
measurement, no redox-mediator activity dependence for the measurement, and no
error in the measurement from depletion of analyte in the sample. As already
described above, coulometry is a method for determining the amount of charge

10   passed or projected to pass during complete or nearly complete electrolysis of the
analyte. One coulometric technique involves electrolyzing the analyte on a working
electrode and measuring the resulting current between the working electrode and a
counter electrode at two or more times during the electrolysis. The electrolysis is
complete when the current reaches a steady state. The charge used to electrolyze the

15   sample is then calculated by integrating the measured currents over time and
accounting for any background signal. Because the charge is directly related to the
amount of analyte in the sample there is no temperature dependence of the
measurement. In addition, the activity of the enzyme does not affect the value of the
measurement, but only the time required to obtain the measurement (i.e., less active

20   enzyme requires a longer time to achieve complete electrolysis of the sample) so that
decay of the enzyme over time will not render the analyte concentration
determination inaccurate. And finally, the depletion of the analyte in the sample by
electrolysis is not a source of error, but rather the objective of the technique.
(However, the analyte need not be completely electrolyzed if the electrolysis curve is

25   extrapolated from the partial electrolysis curve based on well-known electrochemical
principles.)


### Non-Coulometric Assays

    Although coulometric assays are useful, those skilled in the art will

30   recognize that a sensor of the invention may also utilize potentiometric,
amperometric, voltammetric, and other electrochemical techniques to determine the

66

concentration of an analyte in a sample. The measurements obtained by these non-coulometric methods may not be temperature independent as are coulometric measurements.

In addition, the measurements obtained by these non-coulometric
5    electrochemical techniques may be sensitive to the amount of active enzyme provided in the sensor. If the enzyme deactivates or decays over time, the resulting measurements may be affected. This may limit the shelf life of such sensors unless the enzyme is very stable.

Finally, the measurements obtained by non-coulometric
10   electrochemical techniques, such as steady-state amperometry, may be negatively affected if a substantial portion of the analyte and/or redox mediator is electrolyzed during the measurement period. An accurate steady-state measurement may not be obtainable unless there is sufficient analyte and/or redox mediator so that only a relatively small portion of the analyte and/or redox mediator is electrolyzed during
15   the measurement process. This may be challenging in a sample size of no more than 1 μl.

It may be desirable in some instances to utilize non-coulometric assays, such as amperometric or potentiometric measurement techniques. For example, coulometry requires that the volume of the measured sample be known.
20   And, the volume of the sample in the measurement zone of a small volume sensor (i.e., no more than one microliter) may be difficult to accurately reproduce if the manufacturing tolerances of one or more dimensions of the measurement zone have significant variances.

As described for coulometric measurements, the background signal
25   resulting from the shuttling of the redox mediator between the electrodes can be a source of measurement error in amperometric or potentiometric assays of samples of no more than 1 μL in thin layer electrochemical cells. In general, it is desirable that the mediator does not shuttle between a pair of electrodes more than ten times in the period of the measurement, preferably not more than once, and more preferably not
30   more than 0.1 times, on average. To decrease error arising from background signal, methods and sensor configurations similar to, and in some cases identical to, those

WO 00/20626                                                    PCT/US99/23425

67

used for coulometric measurements may be used. Examples include all of the methods and structures described above, such as performing the electrochemical assay at relatively low applied potential, electrooxidizing the analyte at negative applied potentials or electroreducing the analyte at positive applied potentials, using

5    a counter electrode at which the redox mediator reacts relatively slowly (particularly as compared to the reaction of the redox mediator at the working electrode), and/or using a redox mediator that undergoes an irreversible reaction at the counter electrode. Other examples are discussed below.

As described for coulometric measurements, it is preferred that the

10   sensor be designed and operated so that the background signal is at most five times the size of the signal generated by electrolysis of the analyte. Preferably, the background signal is at most 200%, 100%, 50%, 25%, 10%, or 5% of the signal generated by electrolysis of an amount of analyte. The amount of analyte against which the background signal is compared is described above in the section entitled

15   "Background Signal." In the case of amperometry, the signal generated by electrolysis of an amount of analyte is the current at the time or times at which the measurement is taken. In the case of potentiometry, the signal generated by electrolysis of an amount of analyte is the potential at the time or times at which the measurement is taken.

20   Under a given set of operating conditions, for example, temperature, cell geometry, and electrode size, the magnitude of the background current, $I_{back}$, is given by the following expression:

$$i_{back} = KC_M D_M / d$$

where:  K is a proportionality constant; $C_M$ is the concentration of the mediator in the

25   measurement zone; $D_m$ is the effective diffusion coefficient of the mediator in the measurement zone under normal operating conditions; and d is the distance between the electrodes.

It is desirable to reduce background current for non-coulometric assays. The sensor configurations and methods described above are generally useful

30   and include, for example, using low concentrations of the redox mediator and/or the second electron transfer agent (e.g., enzyme) relative to the concentration of the

68

analyte and/or using a large redox mediator having a relatively low effective diffusion constant. Other useful methods described above include methods for reducing the diffusion of the redox mediator by, for example, having a barrier (e.g., a charged or polar barrier) to the flow of the diffusible mediator or using a redox

5    mediator having a relatively low effective diffusion constant.

In some instances, the effective diffusion coefficient is no more than about $1 \times 10^{-6}$ cm$^2$/sec, no more than about $1 \times 10^{-7}$ cm$^2$/sec, or no more than about $1 \times 10^{-8}$ cm$^2$/sec. Moreover, in some cases, the product of $C_M D_M$ (the concentration of redox mediator times the effective diffusion coefficient) is no more than about $1 \times$

10    $10^{-12}$ moles/cm·sec, no more than about $1 \times 10^{-13}$ moles/cm·sec, or no more than about $1 \times 10^{-14}$ moles/cm·sec.

The following provides a specific example for the case of an amperometric measurement of glucose carried out for 60 seconds during which time 10% of the glucose is electrolyzed in a 1 microliter cell with facing electrodes

15    separated by a distance of d = 0.01 cm. If the measurement was carried out under the following conditions: a glucose concentration of, $C_G = 5$ mM (or $5 \times 10^{-6}$ moles/cm$^3$), an area of A = 0.1 cm$^2$, a number of electrons from the redox mediator of $n_M = 1$, and a number of electrons from glucose $n_G = 2$, then the background current generated by the redox mediator and by the glucose is determined as follows.

20
$$i_{back} = A \, F \, n_M \, D_M \, C_M/d$$
$$= (0.1) \, (96,500) \, (1) \, D_M \, C_M/(0.01)$$
$$= 9.65 \times 10^5 \, C_M \, D_M$$

$$i_G = n_G \, A \, d(0.1) \, F \, C_G/t$$
25
$$= (2) \, (0.01) \, (0.1) \, (96,500) \, (5 \times 10^{-6})/60 = 1.61 \; \mu amps$$

Thus if $i_{back}/i_G = 5$, the value of $C_M D_M$ equal $8.34 \times 10^{-12}$ moles/cm$^2$ sec. As another example, if $i_{back}/i_G = 0.5$, the value of $C_M D_M$ equal $8.34 \times 10^{-13}$ moles/cm$^2$ sec. Additionally if $i_{back}/i_G = 0.05$, the value of $C_M D_M$ equal $8.34 \times 10^{-14}$

30    moles/cm$^2$ sec.

69

In some amperometric or potentiometric embodiments, the redox mediator circulation is decreased by separating the working electrode from the counter or counter/reference electrode such that the distance through which the redox mediator would diffuse during the measurement period is no greater than, for

5    example, the distance between the electrodes. A redox mediator can diffuse a distance equal to $(D_m t)^{1/2}$, where $D_m$ is the effective diffusion coefficient for the medium between the electrodes and t is time. For a measurement time period of 30 seconds and a redox mediator with effective diffusion coefficient between $10^{-5}$ and $10^{-6}$ cm$^2$/second, the electrodes should be separated by at least 100μm, preferably at

10    least 200μm, and even more preferably at least 400μm.

One method of separating the working and counter electrodes is to use a thicker spacer between the electrodes. One alternative method is illustrated in Figure 27. In this embodiment, the working electrode 740 is disposed on a first substrate 742 and the counter electrode 744 is disposed on a second substrate 746

15    (alternatively, the electrodes may be disposed on the same substrate). The working electrode 742 and the counter electrode 744 are offset so that the effective distance, d, between the two electrodes is greater than the thickness, w, of the spacer layer 748. In one embodiment, the distance between the electrodes, d, is selected to be in the range of 25 to 1000 μm, 50 to 500 μm, or 100 to 250 μm.

20    Additionally or alternatively, in the case of steady-state amperometry and potentiometry, background signal may be controlled by limiting the rate of electrolysis such that the rate is slow enough to prevent the analyte concentration from decreasing by more than about 20%, 10%, or 5% or less, during a measurement period, e.g., 30 second, 1 minute, 5 minutes, or 10 minutes. In some instances, to

25    control the rate of electrolysis the concentration or activity of the second electron transfer agent may be reduced and/or the working electrode area may be reduced.

For example, the second electron transfer agent can be an enzyme and the enzyme activity can be a limiting factor for the electrolysis rate. If, for example, the analyte concentration is 5mM glucose (i.e., $5 \times 10^{-9}$ moles of glucose in 1 μl) and

30    no more than 10% of the glucose ($5 \times 10^{-10}$ moles) is to be electrooxidized during a 30-second measurement period, the current should not exceed $3.3 \times 10^{-6}$ amperes for

70

1μL.  One unit of an enzyme is that amount of the enzyme which catalyzes

electrolysis of 1 μmole of its substrate in 60 seconds at pH of 7.4 at 37° C in HEPES

buffer.  Accordingly, for glucose, a current of up to 3.3 x $10^{-3}$ amperes in 1 $cm^3$ (i.e.,

1 mL) can be generated.  Therefore, the maximum amount of enzyme used in a

5    sensor that limits the amount of electrolysis by controlling the amount of enzyme

should be 1 unit/$cm^3$ or less.

The rate of electrolysis may also be limited by using a relatively

small working electrode area.  When the working electrode area is sufficiently small

(e.g., no more than about 0.01 $cm^2$, no more than about 0.0025 $cm^2$, or no more than

10    about 0.001 $cm^2$), then radial diffusion of analyte to the electrode may result in a

steady-state current, at a constant applied potential, that is representative of the

analyte concentration.  For circular electrodes, the appropriate surface area may be

achieved using an electrode with a radius of no more than 60μm, no more than 30μ

m, or no more than 20μm.  Radial diffusion of the analyte includes transport of

15    analyte from all directions and not just from the direction normal to the electrode

surface and can, therefore, reduce or prevent depletion of analyte near the electrode

surface.  A small electrode on a planar surface permits radial diffusion.  In a sensor

having a larger surface area electrodes, the transport of analyte to the electrode may

be modeled as semi-infinite linear diffusion instead of radial diffusion.  Thus, the

20    transport of the analyte to the electrode is dominated by diffusion from the direction

normal to the electrode surface.  As a result, the reduced transport rate is typically

unable to overcome the depletion of analyte near the electrode surface, and at

constant applied potential the current decreases with time, t, according to $t^{-1/2}$.

For a potentiometric assay of the type proposed by Yarnitzky and

25    Heller, J. Phys. Chem., 102:10057-61 (1998), in which the potential varies linearly

with the analyte concentration, the concentration of the analyte and/or redox

mediator in a particular oxidation state should vary no more than about 20% during

the assay.  If the concentration varies by more than 20%, then the diffusion of the

analyte or redox mediator should be controlled by, for example, controlling

30    temperature and/or volume of the sample chamber and/or measurement zone.

71

     While this description has described electrolysis of an analyte, one skilled in the art would recognize that the same devices and techniques would also be suitable for measurements of the average oxidation state of the mediator, such as, for example, in Cottrell types of reactions.

**Air-oxidizable Redox Mediators**

     In a sensor having a redox mediator, a potential source of measurement error is the presence of redox mediator in an unknown mixed oxidation state (i.e., mediator not reproducibly in a known oxidation state). The charge passed when the redox mediator is electrooxidized or electroreduced at the working electrode is affected by its initial oxidation state. Referring to equations (1) and (2) discussed above under the section entitled "Operation of the Sensor," the current not attributable to the oxidation of biochemical B will flow because of electrooxidation of that portion of the redox mediator, A, that is in its reduced form prior to the addition of the sample. Thus, it may be important to know the oxidation state of the analyte prior to introduction of the sample into the sensor. Furthermore, it is desirable that all or nearly all of the redox mediator have the same state or extent of oxidation prior to the introduction of the sample into the sensor.

     Each redox mediator has a reduced form or state and an oxidized form or state. It is preferred that the amount of redox mediator in the reduced form prior to the introduction of sample be significantly smaller than the expected amount of analyte in a sample in order to avoid a significant background contribution to the measured current. In this embodiment of the invention, the molar amount of redox mediator in the reduced form prior to the introduction of the analyte is preferably no more than, on a stoichiometric basis, about 10%, and more preferably no more than about 5%, and most preferably no more than 1%, of the molar amount of analyte for expected analyte concentrations. (The relative molar amounts of analyte and redox mediator are compared based on the stoichiometry of the applicable redox reaction. If, for example, two moles of redox mediator are needed to electrolyze one mole of analyte, then the molar amount of redox mediator in the reduced form prior to introduction of the analyte is preferably no more than 20% and more preferably no

72

more than about 10% and most preferably no more than about 2% of the molar
amount of analyte for expected analyte concentrations.) Methods for controlling the
amount of reduced mediator are discussed below.

In another aspect of the invention, it is preferred that the ratio of the
5    amounts of oxidized redox mediator to reduced redox mediator, prior to introduction
of the sample in the sensor, be relatively constant between similarly constructed
sensors. Any deviation from holding the ratio relatively constant may increase the
scatter of the results obtained for the same sample with multiple similarly made
sensors. For this aspect of the invention, the percentage of the redox mediator in the
10   reduced form prior to introduction of the sample in the sensor varies by no more
than about 20% and preferably no more than about 10% between similarly
constructed sensors.

One method of controlling the amount of reduced redox mediator
prior to the introduction of the sample in the sensor is to provide an oxidizer to
15   oxidize the reduced form of the mediator. One of the most convenient oxidizers is
$O_2$. Oxygen is usually readily available to perform this oxidizing function. Oxygen
can be supplied by exposing the sensor to air. In addition, most polymers and fluids
absorb $O_2$ from the air unless special precautions are taken. Typically, at least 90%
of an air-oxidizable (i.e., $O_2$ oxidizable) mediator in the solid state is in the oxidized
20   state upon storage or exposure to air for a useful period of time, e.g., one month or
less, and preferably, one week or less, and, more preferably, one day or less. The air
oxidation may take place in either the solid state or as a solution stored for a time
period sufficient to air oxidize the mediator before deposition on the sensor. In the
case of air oxidizable redox mediators in solution, it is desirable that the time
25   required to achieve at least 80%, preferably at least 90%, oxidation of the redox
mediator is at least 10 times the expected duration of the assay and is also less than
the pot life of the solution. Preferably, at least 80%, more preferably at least 90%, of
the redox mediator is air oxidized in less than 1 week, preferably, in less than 1 day,
more preferably, in less than 8 hours, and even more preferably, in less than 1 hour.

30   While it is desirable to bring the mediators of the sensors
manufactured in a single batch to the same state or extent of oxidation, it is not

73

necessary that the mediator be completely oxidized to the higher-valent state.
Additionally, it is desirable that the air oxidation of the dissolved redox mediator
should not be so fast that air-oxidation during the assay can interfere with or
introduce error into the measurements.

5          Suitable mediators which are both air-oxidizable (i.e., $O_2$-oxidizable)
and have electron transfer capabilities have been described hereinabove. One
particular family of useful mediators are osmium complexes which are bound to
electron-rich nitrogen-containing heterocycles or a combination of electron-rich
nitrogen-containing heterocycles and halides. Electron-rich nitrogen-containing

10    heterocycles include, but are not limited to, imidazole derivatives and pyridine or
phenanthroline derivatives that contain electron-donating substituents such as alkyl,
alkoxy, amino, alkylamino, amido and mercapto groups. Preferably, the osmium
complexes have no more than one halide coordinated to the metal, so that the
mediators are overall positively charged and thus are water soluble. An example is

15    osmium complexed with mono-, di-, and polyalkoxy-2,2'-bipyridine. Other
examples include mono-, di-, and polyalkoxy-1,10-phenanthroline, where the alkoxy
groups have a carbon to oxygen ratio sufficient to retain solubility in water, are air-
oxidizable. These osmium complexes typically have two substituted bipyridine or
substituted phenanthroline ligands, the two ligands not necessarily being identical.

20    These osmium complexes are further complexed with a monomeric or polymeric
ligand with one or more nitrogen-containing heterocycles, such as pyridine and
imidazole. Preferred polymeric ligands include poly(4-vinyl pyridine) and, more
preferably, poly(1-vinyl imidazole) or copolymers thereof. $[Os[4,4'$-dimethoxy-
2,2'-bipyridine$]_2Cl]^{+/+2}$ complexed with a poly(1-vinyl imidazole) or poly(4-vinyl

25    pyridine) has been shown to be particularly useful as the $Os^{+2}$ cation is oxidizable by
$O_2$ to $Os^{+3}$. Similar results are expected for complexes of $[Os(4,7$-dimethoxy-1,10-
phenanthroline$)_2Cl]^{+/+2}$, and other mono-, di-, and polyalkoxy bipyridines and
phenanthrolines, with the same polymers. Other halogen groups such as bromine
may be substituted for chlorine. Similar results are also expected for complexes

30    comprising the following structures, as specified above:

74

A complication associated with air-oxidizable mediators arises if the air oxidation of the redox mediator is so fast that a substantial portion of the analyte-reduced redox mediator is oxidized by $O_2$ during an analyte assay. This will result in

5    an inaccurate assay as the amount of analyte will be underestimated because the mediator will be oxidized by air rather than by its electrooxidation at the electrode. It is preferred that the reaction of the redox mediator with $O_2$ proceeds more slowly than the electrooxidation of the mediator, because if the air oxidation of the mediator were fast, then dissolved air and the in-diffusion of air might affect the outcome of

10    the measurement.

Because typically the assay takes about 10 minutes or less, preferably 5 minutes or less, and most preferably about 1 minute or less, it is preferred that the mediator, though air oxidizable in storage, will not be oxidized by dissolved oxygen during the time of the assay. Thus, mediators that are not air oxidized in 1 minute,

15    and preferably not even in 10 minutes when dissolved in plasma or in serum, are preferred. Typically, less than 5%, and preferably less than 1%, of the reduced mediator should be oxidized by air during an assay.

The reaction rate of the air oxidation of the mediator can be controlled through choice of an appropriate complexing polymer. For example, the

20    oxidation reaction is much faster for $[Os(4,4'-dimethoxy-2,2'-bipyridine)_2Cl]^{+/+2}$ coordinatively coupled to poly(1-vinyl imidazole) than for the same Os complex coupled to poly(4-vinyl pyridine). The choice of an appropriate polymer will depend on the expected analyte concentration and the potential applied between the electrodes, both of which determine the rate of the electrochemical reaction.

25    Thus, in one embodiment of the invention, the preferred redox mediator has the following characteristics: 1) the mediator does not react with any molecules in the sample or in the sensor other than the analyte (optionally, via a second electron transfer agent); 2) nearly all of the redox mediator is oxidized by an oxidizer such as $O_2$ prior to introduction of the sample in the sensor; and 3) the

75

oxidation of the redox mediator by the oxidizer is slow compared to the electrooxidation of the mediator by the electrode.

Alternatively, if the redox mediator is to be oxidized in the presence of the analyte and electroreduced at the electrode, a reducer rather than an oxidizer

5    would be required. The same considerations for the appropriate choice of reducer and mediator apply as described hereinabove for the oxidizer.

The use of stable air-oxidizable redox mediators in the electrochemical sensors of the invention provides an additional advantage during storage and packaging. Sensors of the invention which include air-oxidizable redox

10    mediators can be packaged in an atmosphere containing molecular oxygen and stored for long periods of time, e.g., greater than one month, while maintaining at least 80% and preferably at least 90% of the redox species in the oxidized state.


### Use of the Air-Oxidizable Mediators in Optical Sensors

15    The air-oxidizable redox species of the present invention can be used in other types of sensors. The osmium complexes described hereinabove are suitable for use in optical sensors, due to the difference in the absorption spectra, luminescence and/or fluorescence characteristics of the complexed $Os^{+2}$ and $Os^{+3}$ species. Absorption, transmission, reflection, luminescence and/or fluorescence

20    measurements of the redox species will correlate with the amount of analyte in the sample (after reaction between an analyte and the redox species, either directly, or via a second electron transfer agent such as an enzyme). In this configuration, the molar amount of redox mediator should be greater, on a stoichiometric basis, than the molar amount of analyte reasonably expected to fill the measurement zone of the

25    sensor.

Standard optical sensors, including light-guiding optical fiber sensors, and measurement techniques can be adapted for use with the air-oxidizable mediators. For example, the optical sensors of the invention may include a light-transmitting or light reflecting support on which the air-oxidizable redox species,

30    and preferably an analyte-responsive enzyme, is coated to form a film. The support film forms one boundary for the measurement zone in which the sample is placed.

76

The other boundaries of the measurement zone are determined by the configuration of the cell. Upon filling the measurement zone with an analyte-containing sample, reduction of the air-oxidizable mediator by the analyte, preferably via reaction with the analyte-responsive enzyme, causes a shift in the mediator's oxidation state that is

5    detected by a change in the light transmission, absorption, or reflection spectra or in the luminescence and/or fluorescence of the mediator at one or more wavelengths of light.


**Multiple Electrode Sensors and Calibration**

10              Multiple electrode sensors may be used for a variety of reasons. For example, multiple electrode sensors may be used to test a variety of analytes using a single sample. One embodiment of a multiple electrode sensor, shown in Figure 5, has one or more sample chambers which in turn may contain one or more working electrodes 22 with each working electrode 22 defining a different measurement zone.

15   If the redox mediator is non-leachable, one or more of the working electrodes have the appropriate chemical reagents, for example, an appropriate enzyme, to test a first analyte and one or more of the remaining working electrodes have appropriate chemical reagents to test a second analyte. The chemical reagents (e.g., redox mediator and/or second electron transfer agent) can be deposited as a sensing layer

20   on the working electrode or, if diffusible reagents are used, they can be deposited on any surface of the sample chamber or placed in the sample. For example, a multiple electrode sensor might include 1) one or more working electrodes having glucose oxidase in the sensing layer to determine glucose concentration and 2) one or more working electrodes having lactate oxidase in the sensing layer to determine lactate

25   concentration.

              Multiple electrode sensors may also be used to improve the precision of the resulting readings. The measurements from each of the working electrodes (all or which are detecting the same analyte) can be averaged together to obtain a more precise reading. In some cases, measurements may be rejected if the

30   difference between the value and the average exceeds a threshold limit. This threshold limit may be, for example, determined based on a statistical parameter,

WO 00/20626                                                    PCT/US99/23425

77

such as the standard deviation of the averaged measurements. The average may then be recalculated while omitting the rejected values. Furthermore, subsequent readings from an electrode that produced a rejected value may be ignored in later tests if it is assumed that the particular electrode is faulty. Alternatively, a particular

5    electrode may be rejected only after having a predetermined number of readings rejected based on the readings from the other electrodes.

In addition to using multiple electrode sensors to increase precision, multiple measurements may be made at each electrode and averaged together to increase precision. This technique may also be used with a single electrode sensor to

10   increase precision.

Errors in assays may occur when mass produced sensors are used because of variations in the volume of the measurement zone of the sensors. Two of the three dimensions of the measurement zone, the length and the width, are usually relatively large, between about 1-5 mm. Electrodes of such dimensions can be

15   readily produced with a variance of 2% or less. The submicroliter measurement zone volume requires, however, that the third dimension be smaller than the length or width by one or two order of magnitude. As mentioned hereinabove, the thickness of the sample chamber is typically between about 50 and about 200 μm. Manufacturing variances in the thickness may be on the order of 20 to 50 μm.

20   Therefore, it may be desirable that a method be provided to accommodate for this uncertainty in the volume of sample within the measurement zone.

In one embodiment of the invention, depicted in Figure 5, multiple working electrodes 42, 44, 46 are provided on a base material 48. These electrodes are covered by another base, not shown, which has counter electrodes, not shown,

25   disposed upon it to provide multiple facing electrode pairs. The variance in the separation distance between the working electrode and the counter electrode among the electrode pairs on a given sensor is significantly reduced, because the working electrodes and counter electrodes are each provided on a single base with the same spacer 28 between each electrode pair (see Figure 3).

30   One example of a multiple electrode sensor that can be used to accurately determine the volume of the measurement zones of the electrode pairs and

WO 00/20626                                                    PCT/US99/23425

78

that is also useful in reducing noise is presented herein. In this example, one of the
working electrodes 42 is prepared with a non-leachable redox mediator and a non-
leachable second electron transfer agent (e.g., an enzyme). Sorbent material may be
disposed between that working electrode 42 and its corresponding counter electrode.

5    Another working electrode 44 includes non-leachable redox mediator, but no second
electron transfer agent on the electrode. Again, this second electrode pair may have
sorbent material between the working electrode 44 and the corresponding counter
electrode. An optional third working electrode 46 has no redox mediator and no
second electron transfer agent bound to the electrode, nor is there sorbent material

10   between the working electrode 46 and its corresponding counter electrode. A similar
configuration can be constructed using diffusible redox mediator and/or diffusible
second electron transfer agent although diffusible components are not limited to
being disposed on the working electrode. In some instances, the distance between
electrode pairs is sufficient that redox mediator and/or enzyme do not substantially

15   diffuse between electrode pairs within the measurement period and/or in the time
period from introduction of the same sample into the sample chamber to the end of
the measurement.

        The sensor error caused by redox mediator in a non-uniform
oxidation state prior to the introduction of the sample can be measured by

20   concurrently electrolyzing the sample in the measurement zones that are proximate
electrodes 42 and 44. At electrode 42, the analyte is electrolyzed to provide the
sample signal. At electrode 44, the analyte is not electrolyzed because of the
absence of the second electron transfer agent (assuming that a second electron
transfer agent is necessary). However, a charge will pass (and a current will flow)

25   due to the electrolysis of the redox mediator that was in a mixed oxidation state (i.e.,
some redox centers in the reduced state and some in the oxidized state) prior to the
introduction of the sample and/or the shuttling of a diffusible redox mediator
between the working electrode and the counter electrode. The small charge passed
between the electrodes in this second electrode pair can be subtracted from the

30   charge passed between the first electrode pair to substantially remove the error due
to the oxidation state of the redox mediator and/or to remove the background current

79

caused by a diffusible redox mediator. This procedure also reduces the error associated with other electrolyzed interferents, such as ascorbate, urate, and acetaminophen, as well as errors associated with capacitive charging and faradaic currents.

5          The thickness of the sample chamber can be determined by measuring the capacitance, preferably in the absence of any fluid, between electrode 46 (or any of the other electrodes 42, 44 in the absence of sorbent material) and its corresponding counter electrode. The capacitance of an electrode pair depends on the surface area of the electrodes, the interelectrode spacing, and the dielectric

10        constant of the material between the plates. The dielectric constant of air is unity which typically means that the capacitance of this electrode configuration is a few picofarads (or about 100-1000 picofarads if there is fluid between the electrode and counter electrode given that the dielectric constant for most biological fluids is approximately 75). Thus, since the surface area of the electrodes are known,

15        measurement of the capacitance of the electrode pair allows for the determination of the thickness of the measurement zone to within about 1-5%.

          The amount of void volume in the sorbent material, can be determined by measuring the capacitance between electrode 44 (which has no second electron transfer agent) and its associated counter electrode, both before and

20        after fluid is added. Upon adding fluid, the capacitance increases markedly since the fluid has a much larger dielectric constant. Measuring the capacitance both with and without fluid allows the determination of the spacing between the electrodes and the void volume in the sorbent, and thus the volume of the fluid in the reaction zone.

          Other electrode configurations can also use these techniques (i.e.,

25        capacitance measurements and coulometric measurements in the absence of a critical component) to reduce background noise and error due to interferents and imprecise knowledge of the volume of the interrogated sample. Protocols involving one or more electrode pairs and one or more of the measurements described above can be developed and are within the scope of the invention. For example, only one

30        electrode pair is needed for the capacitance measurements, however, additional electrode pairs may be used for convenience.

80

### Fill Indicator

When using a sample chamber that is filled with 1 μL or less of fluid, it is often desirable to be able to determine when the sample chamber is filled.

5    Figures 18A-18C illustrate one sensor having a fill indicator structure. Figure 18A illustrates a first substrate 500 upon which a working electrode 502 is printed. A spacer 504 (Figure 18B), such as, for example, a layer of adhesive or a double-sided tape, is formed over the first substrate 500 and working electrode 502 with a channel 506 formed in the layer to provide a sample chamber. A second substrate 508 is

10   printed with two counter electrodes 510, 512, as shown in Figure 18C (inverted with respect to Figures 18A and 18B to show the electrode side up). In some instances, the counter electrode 510 nearest an entrance 514 of the channel 506 has a surface area within the sample chamber that is at least two times larger than the other counter electrode 512, and preferably at least five or ten times larger.

15   The sensor can be indicated as filled by observing a signal between the second counter electrode 512 and the working electrode 502 as the sensor fills with fluid. When fluid reaches the second counter electrode 512, the signal from that counter electrode should change. Suitable signals for observing include, for example, voltage, current, resistance, impedance, or capacitance between the second

20   counter electrode 512 and the working electrode 502. Alternatively, the sensor may be observed after filling to determine if a value of the signal (e.g., voltage, current, resistance, impedance, or capacitance) has been reached indicating that the sample chamber is filled.

In alternative embodiments, the counter electrode and/or working

25   electrode may be divided into two or more parts and the signals from the respective parts observed to determine whether the sensor has been filled. In one example, the working electrode is in a facing relationship with the counter electrode and the indicator electrode. In another example, the counter electrode, working electrode, and indicator electrode are not in a facing relationship, but may be, for example,

30   side-by-side. In other cases, a second electrode pair may be used with signals from the second electrode pair being monitored for changes and/or for approaching a

81

particular value to determine that the sensor has filled. Typically, the indicator electrode is further downstream from a sample inlet port than the working electrode and counter electrode.

For side-fill sensors, such as those illustrated in Figures 19A-19C and
5   20A-20C, two indicator electrodes may be disposed on either side of the primary counter electrode. This permits the user to fill the sample chamber from either the left or right side with an indicator electrode disposed further upstream. This three-electrode configuration is not necessary. Side-fill sensors can also have a single indicator electrode and, preferably, some indication as to which side should be
10  placed in contact with the sample fluid.

In one embodiment, the use of three counter/reference electrodes and/or indicator electrodes, detects when the sample chamber begins to fill and when the sample chamber has been filled to prevent partial filling of the sample chamber. In this embodiment, the two indicator electrodes are held at a different potential than
15  the largest counter/reference electrode. The start and completion of filling of the sample chamber is indicated by the flow of current between the indicator and counter/reference electrodes.

In other instances, the potential of each of the counter/reference electrodes may be the same. When the potential at all three counter/reference
20  electrodes is the same for example, 0 volts, then as the measurement zone begins to fill, the fluid allows for electrical contact between a working electrode and the first counter/reference electrode, causing a current at the first counter/reference electrode due to the reaction of the analyte with the enzyme and the mediator. When the fluid reaches the third counter/reference electrode, another current may be measured
25  similar to the first counter/reference electrode indicating that the measurement zone is full. When the measurement zone is full, the three counter/reference electrodes may be shorted together or their signals may be added or otherwise combined.

The indicator electrode may also be used to improve the precision of the analyte measurements according to the methods described above for multiple
30  electrode sensors. The indicator electrode may operate as a working electrode or as a counter electrode or counter/reference electrode. In the embodiment of Figures

82

18A-18C, the indicator electrode 512 can act as a second counter or counter/reference electrode with respect to the working electrode 502. Measurements from the indicator electrode/working electrode pair can be combined (for example, added to and/or averaged) with those from the first counter or

5    counter/reference electrode/working electrode pair to obtain more accurate measurements. In one embodiment, the indicator electrode may operate as a second working electrode with the counter electrode or counter/reference electrode. In another embodiment, the indicator electrode may operate as a second working electrode with a second counter electrode or counter/reference electrode. In still

10   another embodiment, the indicator electrode may operate as a second counter electrode or counter/reference electrode with a second working electrode.

The sensor or a sensor reader may include a sign (e.g., a visual sign or auditory signal) that is activated in response to the indicator electrode to alert the user that the measurement zone has been filled. In some instances, the sensor or a

15   sensor reader may be configured to initiate a reading when the indicator electrode indicates that the measurement zone has been filled with or without alerting the user. The reading can be initiated, for example, by applying a potential between the working electrode and the counter electrode and beginning to monitor the signals generated at the working electrode.

20

**Heating of Sample**

The sample may be heated to increase the rate of diffusion, oxidation, or reduction of the analyte. This heating may be accomplished by a variety of techniques including placing the sensor in a heated environment or applying a

25   heating unit to the sensor.

Another technique includes providing a thermal heating element, such as, for example, a wire or an ink that is capable of converting electrical energy into heat energy, on the sensor. This wire or ink can be applied, for example, on the opposite side of a base material, such as a polymer film, from one or more of the

30   working, counter, reference, or counter/reference electrodes, or applied around the periphery of the working, counter, reference, or counter/reference electrodes. In

83

some instances, the sample may be heated up to 5 to 20°C above an initial
temperature. In other instances, the temperature of the sample may not be known
but a constant amount of power or current may be applied to the wire or ink.

5                              **EXAMPLES**

The invention will be further characterized by the following
examples. These examples are not meant to limit the scope of the invention which
has been fully set forth in the foregoing description. Variations within the concepts
of the invention are apparent to those skilled in the art.

10

**Example 1**
**Preparation of a Small Volume *in vitro* Sensor**
**for the Determination of Glucose Concentration**

15              A sensor was constructed corresponding to the embodiment of the
invention depicted in Figure 1. The working electrode was constructed on a Mylar™
film (DuPont), the Mylar™ film having a thickness of 0.175 mm and a diameter of
about 2.5 cm. An approximately 12 micron thick carbon pad having a diameter of
about 1 cm was screen printed on the Mylar™ film. The carbon electrode was

20    overlaid with a water-insoluble dielectric insulator (Insulayer) having a thickness of
12 μm, and a 4 mm diameter opening in the center.

The center of the carbon electrode, which was not covered by the
dielectric, was coated with a non-leachable redox mediator. The redox mediator was
formed by complexing poly(1-vinyl imidazole) with Os(4,4'-dimethoxy-2,2'-

25    bipyridine)$_2$Cl$_2$ followed by cross-linking glucose oxidase with the osmium polymer
using polyethylene glycol diglycidyl ether (PEGDGE) as described in Taylor et al.,
*J. Electroanal. Chem.*, 396:511 (1995). The ratio of osmium to imidazole
functionalities in the redox mediator was approximately 1:15. The mediator was
deposited on the working electrode in a layer having a thickness of 0.6 μm and a

30    diameter of 4 mm. The coverage of the mediator on the electrode was about 60 μ
g/cm$^2$ (dry weight). A spacer material was placed on the electrode surrounding the

84

mediator-covered surface of the electrode. The spacer was made of
polytetrafluoroethylene (PTFE) and had a thickness of about 0.040 mm.

A sorbent material was placed in contact with the mediator-covered
surface of the working electrode. The sorbent was made of nylon (Tetko Nitex
5   nylon 3-10/2). The sorbent had a diameter of 5 mm, a thickness of 0.045 mm, and a
void volume of about 20%. The volume of sample in the measurement zone was
calculated from the dimensions and characteristics of the sorbent and the electrode.
The measurement zone had a diameter of 4 mm (the diameter of the mediator
covered surface of the electrode) and a thickness of 0.045 mm (thickness of the
10  nylon sorbent) to give a volume of 0.57 µL. Of this space, about 80% was filled
with nylon and the other 20% was void space within the nylon sorbent. This
resulting volume of sample within the measurement zone was about 0.11 µL.

A counter/reference electrode was placed in contact with the spacer
and the side of the sorbent opposite to the working electrode so that the two
15  electrodes were facing each other. The counter/reference electrode was constructed
on a Mylar™ film having a thickness of 0.175 mm and a diameter of about 2.5 cm
onto which a 12 micron thick layer of silver/silver chloride having a diameter of
about 1 cm was screen printed.

The electrodes, sorbent, and spacer were pressed together using plates
20  on either side of the electrode assembly. The plates were formed of polycarbonate
plastic and were securely clamped to keep the sensor together. The electrodes were
stored in air for 48 hours prior to use.

Tabs extended from both the working electrode and the
counter/reference electrode and provided for an electrical contact with the analyzing
25  equipment. A potentiostat was used to apply a potential difference of +200mV
between the working and counter/reference electrodes, with the working electrode
being the anode. There was no current flow between the electrodes in the absence of
sample, which was expected, as no conductive path between the electrodes was
present.

30         The sample was introduced via a small tab of nylon sorbent material
formed as an extension from the nylon sorbent in the sample chamber. Liquid was

85

wicked into the sorbent when contact was made between the sample and the sorbent tab. As the sample chamber filled and the sample made contact with the electrodes, current flowed between the electrodes. When glucose molecules in the sample came in contact with the glucose oxidase on the working electrode, the glucose molecules

5    were electrooxidized to gluconolactone. The osmium redox centers in the redox mediator then reoxidized the glucose oxidase. The osmium centers were in turn reoxidized by reaction with the working electrode. This provided a current which was measured and simultaneously integrated by a coulometer (EG&G Princeton Applied Research Model #173).

10          The electrochemical reaction continued until the current reached a steady state value which indicated that greater than 95% of the glucose had been electroreduced. The current curve obtained by measurement of the current at specific intervals was integrated to determine the amount of charge passed during the electrochemical reaction. These charges were then plotted versus the known

15   glucose concentration to produce a calibration curve.

The sensor was tested using 0.5 μL aliquots of solutions containing known concentrations of glucose in a buffer of artificial cerebrospinal fluid or in a control serum (Baxter-Dade, Monitrol Level 1, Miami, FL) in the range of 3 to 20 mM glucose. The artificial cerebrospinal fluid was prepared as a mixture of the

20   following salts: 126 mM NaCl, 27.5 mM NaHCO$_3$, 2.4 mM KCl, 0.5 mM KH$_2$PO$_4$, 1.1 mM CaCl$_2$·2H$_2$O, and 0.5 mM Na$_2$SO$_4$.

The results of the analyses are shown in Table 1 and in Figure 7. In Table 1, Q$_{avg}$ is the average charge used to electrolyze the glucose in 3-6 identical test samples (Figure 7 graphs the charge for each of the test samples) and the 90%

25   rise time corresponds to the amount of time required for 90% of the glucose to be electrolyzed. The data show a sensor precision of 10-20%, indicating adequate sensitivity of the sensor for low glucose concentrations, as well as in the physiologically relevant range (30 μg/dL - 600 μg/dL).

86

**TABLE 1**
**Sensor Results Using Glucose Oxidase**

|  | Number of Samples Tested | $Q_{avg}$ (TC) | 90% rise time (sec) |
|---|---|---|---|
| buffer only | 4 | 9.9 ± 1.8 | 13 ± 6 |
| 3 mM glucose/buffer | 5 | 17.8 ± 3.5 | 19 ± 5 |
| 6 mM glucose/buffer | 4 | 49.4 ± 4.9 | 25 ± 3 |
| 10 mM glucose/buffer | 6 | 96.1 ± 12.4 | 36 ± 17 |
| 15 mM glucose/buffer | 5 | 205.2 ± 75.7 | 56 ± 23 |
| 20 mM glucose/buffer | 4 | 255.7 ± 41.0 | 62 ± 17 |
|  |  |  |  |
| 4.2 mM glucose/serum | 3 | 44.2 ± 4.3 | 44 ± 3 |
| 15.8 mM glucose/serum | 3 | 218.2 ± 57.5 | 72 ± 21 |

5          The average measured values of glucose concentration were fit by
one or more equations to provide a calibration curve. Figure 8 shows the calibration
curves for the glucose/buffer data of Table 1. One of the 15.0 mM glucose
measurements was omitted from these calculations because it was more than two
standard deviations away from the average of the measurements. The higher glucose
10        concentrations (10-20 mM) were fit by a linear equation. The lower glucose
concentrations were fit by a second order polynomial.

Figure 9 shows the data of Table 1 plotted on an error grid developed
by Clarke et al., *Diabetes Care*, 5, 622-27, 1987, for the determination of the
outcome of errors based on inaccurate glucose concentration determination. The
15        graph plots "true" glucose concentration vs. measured glucose concentration, where
the measured glucose concentration is determined by calculating a glucose
concentration using the calibration curves of figure 8 for each data point of figure 7.
Points in zone A are accurate, those in zone B are clinically acceptable, and those in
zones C, D, and E lead to increasingly inappropriate and finally dangerous
20        treatments.

WO 00/20626                                                          PCT/US99/23425

87

There were 34 data points. Of those data points 91% fell in zone A, 6% in zone B, and 3 % in zone C. Only one reading was determined to be in zone C. This reading was off-scale and is not shown in figure 9. Thus, 97% of the readings fell in the clinically acceptable zones A and B.

5          The total number of Os atoms was determined by reducing all of the Os and then electrooxidizing it with a glucose-free buffer in the sample chamber. This resulted in a charge of $59.6 \pm 5.4 \, \mu C$. Comparison of this result with the glucose-free buffer result in Table 1 indicated that less than 20% of the Os is in the reduced form prior to introduction of the sample. The variability in the quantity of

10    osmium in the reduced state is less than 5% of the total quantity of osmium present.

### Example 2
### Response of the Glucose Sensor to Interferents

15          A sensor constructed in the same manner as described above for Example 1 was used to determine the sensor's response to interferents. The primary electrochemical interferents for blood glucose measurements are ascorbate, acetaminophen, and urate. The normal physiological or therapeutic (in the case of acetaminophen) concentration ranges of these common interferents are:

20          ascorbate: 0.034 - 0.114 mM

acetaminophen: 0.066 - 0.200 mM

urate (adult male): 0.27 - 0.47 mM

Tietz, in: *Textbook of Clinical Chemistry*, C.A. Burtis and E.R. Ashwood, eds., W.B. Saunders Co., Philadelphia 1994, pp. 2210-12.

25          Buffered glucose-free interferent solutions were tested with concentrations of the interferents at the high end of the physiological or therapeutic ranges listed above. The injected sample volume in each case was 0.5 μL. A potential of +100 mV or +200 mV was applied between the electrodes. The average charge ($Q_{avg}$) was calculated by subtracting an average background current obtained

30    from a buffer-only (i.e., interferent-free) solution from an average signal recorded with interferents present. The resulting average charge was compared with the

WO 00/20626                                                    PCT/US99/23425

88

signals from Table 1 for 4 mM and 10 mM glucose concentrations to determine the
percent error that would result from the interferent.

**TABLE 2**
5    **Interferent Response of Glucose Sensors**

| Solution | E (mV) | n | $Q_{ave}$ (TC) | Error @ 4 mM glucose | Error @ 10 mM glucose |
|---|---|---|---|---|---|
| 0.114 mM ascorbate | 100 | 4 | 0.4 | 2% | <1% |
| 0.114 mM ascorbate | 200 | 4 | -0.5 | 2% | <1% |
|  |  |  |  |  |  |
| 0.2 mM acetaminophen | 100 | 4 | 0.1 | <1% | <1% |
| 0.2 mM acetaminophen | 200 | 4 | 1.0 | 5% | 1% |
|  |  |  |  |  |  |
| 0.47 mM urate | 100 | 4 | 6.0 | 30% | 7% |
| 0.47 mM urate | 200 | 4 | 18.0 | 90% | 21% |

          These results indicated that ascorbate and acetaminophen were not
significant interferents for the glucose sensor configuration, especially for low
10    potential measurements. However, urate provided significant interference. This
interference can be minimized by calibrating the sensor response to a urate
concentration of 0.37 mM, e.g., by subtracting an appropriate amount of charge as
determined by extrapolation from these results from all glucose measurements of the
sensor. The resulting error due to a 0.10 mM variation in urate concentration (the
15    range of urate concentration is 0.27 - 0.47 in an adult male) would be about 6% at 4
mM glucose and 100mV.

89

### Example 3

#### Sensor with Glucose Dehydrogenase

A sensor similar to that described for Example 1 was prepared and
used for this example, except that glucose oxidase was replaced by pyrroloquinoline
5    quinone glucose dehydrogenase and a potential of only +100 mV was applied as
opposed to the +200 mV potential in Example 1. The results are presented in Table
3 below and graphed in Fig. 10.

### TABLE 3
#### Sensor Results Using Glucose Dehydrogenase

10

| | n | $Q_{avg}$ (TC) | 90% rise time (s) |
|---|---|---|---|
| buffer | 4 | 21.7 ± 5.2 | 14 ± 3 |
| 3 mM glucose/buffer | 4 | 96.9 ± 15.0 | 24 ± 6 |
| 6 mM glucose/buffer | 4 | 190.6 ± 18.4 | 26 ± 6 |
| 10 mM glucose/buffer | 4 | 327.8 ± 69.3 | 42 ± 9 |

The results indicated that the charge obtained from the glucose
dehydrogenase sensor was much larger than for the comparable glucose oxidase
sensor, especially for low concentrations of glucose. For 4 mM glucose
15    concentrations the measurements obtained by the two sensors differed by a factor of
five. In addition, the glucose dehydrogenase sensor operated at a lower potential,
thereby reducing the effects of interferent reactions.

In addition, the results from Table 3 were all fit by a linear calibration
curve as opposed to the results in Example 1, as shown in Fig. 10. A single linear
20    calibration curve is greatly preferred to simplify sensor construction and operation.

Also, assuming that the interferent results from Table 2 are applicable
for this sensor, all of the interferents would introduce an error of less than 7% for a 3
mM glucose solution at a potential of 100 mV.

90

## Example 4
### Determination of Lactate Concentration in a Fluid Stream

The sensor of this Example was constructed using a flow cell

5    (BioAnalytical Systems, Inc. # MF-1025) with a glassy carbon electrode. A redox mediator was coated on the electrode of the flow cell to provide a working electrode. In this case, the redox mediator was a polymer formed by complexing poly(1-vinyl imidazole) with $Os(4,4'$-dimethyl-2,2'-bipyridine$)_2Cl_2$ with a ratio of 1 osmium for every 15 imidazole functionalities. Lactate oxidase was cross-linked with the

10   polymer via polyethylene glycol diglycidyl ether. The mediator was coated onto the electrode with a coverage of 500 $\mu g/cm^2$ and a thickness of 5 Tm. The mediator was covered by a polycarbonate track-etched membrane (Osmonics-Poretics #10550) to improve adherence in the flow stream. The membrane was then overlaid by a single 50 Tm thick spacer gasket (BioAnalytical Systems, Inc. #MF-1062) containing a

15   void which defined the sample chamber and corresponding measurement zone. Assembly of the sensor was completed by attachment of a cell block (BioAnalytical Systems, Inc. #MF-1005) containing the reference and auxiliary electrodes of the flow cell.

The sample chamber in this case corresponded to a 50 Tm thick

20   cylinder (the thickness of the spacer gasket) in contact with a mediator-coated electrode having a surface area of 0.031 $cm^2$. The calculated volume of sample in the measurement zone of this sensor was approximately 0.16 TL.

The flow rate of the fluid stream was 5 TL/min. A standard three electrode potentiostat was attached to the cell leads and a potential of +200 mV was

25   applied between the redox mediator-coated glassy carbon electrode and the reference electrode. This potential was sufficient to drive the enzyme-mediated oxidation of lactate.

As the fluid stream flowed through the sensor, a steady-state current proportional to the lactate concentration was measured. At periodic intervals the

30   fluid flow was stopped and current was allowed to flow between the electrodes until approximately all of the lactate in the measurement zone was electrooxidized, as

91

indicated by the achievement of a stabilized, steady-state current. The total charge, Q, required for lactate electrooxidation was found by integration of the differential current registered from the flow stoppage until the current reached a steady-state. The concentration was then calculated by the following equation:

$$[lactate] = Q/2FV \qquad (4)$$

where V is the volume of sample within the measurement zone and F is Faraday's constant.

This assay was performed using lactate solutions having nominal lactate concentrations of 1.0, 5.0, and 10.0 mM. The measured concentrations for the assay were 1.9, 5.4, and 8.9 mM respectively.


### Example 5
### Determination of the Oxidation State of Os(4,4'-dimethoxy-2,2'-bipyridine)$_2$Cl$^{+/+2}$ Complexed with poly(1-vinyl imidazole)

A sensor having a three electrode design was commercially obtained from Ecossensors Ltd., Long Hanborough, England, under the model name "large area disposable electrode". The sensor contained parallel and coplanar working, reference and counter electrodes. The working surface area (0.2 cm$^2$) and counter electrodes were formed of printed carbon and the reference electrode was formed of printed Ag/AgCl. A redox mediator was coated on the carbon working electrode. The redox mediator was formed by complexation of poly(1-vinyl imidazole) with Os(4,4'-dimethoxy-2,2'-bipyridine)$_2$Cl$_2$ in a ratio of 15 imidazole groups per Os cation followed by cross linking the osmium polymer with glucose oxidase using polyethylene glycol diglycidyl ether.

The electrode was cured at room temperature for 24 hours. The coplanar electrode array was then immersed in a buffered electrolyte solution, and a potential of +200 mV (sufficient for conversion of Os(II) to Os(III),) was applied between the working electrode and the reference electrode.

Upon application of the potential, an undetectable charge of less than 1 μC was passed. Subsequent reduction and reoxidation of the redox mediator

92

yielded a charge for conversion of all Os from Os(II) to Os(III) of 65 TC. Therefore, more than 98% of the Os cations in the redox mediator were in the desired oxidized Os(III) state.

5

## Example 6
### Determination of the Oxidation State of the Os(4,4'-dimethoxy-2,2'-bipyridine)$_2$Cl$^{+/+2}$ Complexed with poly(4-vinyl pyridine)

10          A similar experiment to that of Example 5 was conducted with the same working/counter/reference electrode configuration except that the redox mediator on the working electrode was changed to a complex of Os(4,4'-dimethoxy-2,2'-bipyridine)$_2$Cl$_2$ with poly(4-vinyl pyridine), with 12 pyridine groups per Os cation, cross linked with glucose oxidase via polyethylene glycol diglycidyl ether.

15          Two sensors were constructed. The electrodes of the two sensors were cured at room temperature for 24 hours. The electrodes were then immersed in a buffered electrolyte solution and a potential of +200 mV was applied between the working and reference electrodes.

          Upon application of the potential to the electrodes, a charge of 2.5 TC and 3.8 TC was passed in the two sensors, respectively. Subsequent reduction and reoxidation of the redox mediators yielded oxidation charges of 27.9 TC and 28.0 TC, respectively. Therefore, the sensors originally contained 91% and 86% of the Os cations in the desirable oxidized Os(III) state.

25          ## Example 7
### Optical Sensor

          An optical sensor is constructed by applying a film of redox polymer with crosslinked enzyme onto a light-transparent support such as a glass slide. The quantity of redox mediator is equal to or greater than (in a stoichiometric sense) the maximum quantity of analyte expected to fill the measurement zone. The spacer material, sorbent and facing support are securely clamped. The sample chamber is

93

adapted to transmit light through the assembled sensor to an optical density detector or to a luminescence and/or fluorescence detector. As sample fills the sample chamber and the redox mediator is oxidized, changes in the absorption, transmission, reflection or luminescence and/or fluorescence of the redox mediator in the chamber

5    are correlated to the amount of glucose in the sample.


## Example 8
## Blood Volumes from Upper Arm Lancet Sticks

10              The forearm of a single individual was pierced with a lancet multiple times in order to determine the reproducibility of blood volumes obtained by this method. Despite more than thirty lancet sticks in the anterior portion of each forearm and the dorsal region of the left forearm, the individual identified each stick as virtually painless.

15              The forearm was pierced with a Payless Color Lancet. The blood from each stick was collected using a 1 µL capillary tube, and the volume was determined by measuring the length of the blood column. The volumes obtained from each stick are shown below in Table 4.

94

## Table 4

### Volume of Lancet Sticks

|  | Left Anterior Forearm, (nL) | Right Anterior Forearm, (nL) | Left Dorsal Forearm, (nL) |
|---|---|---|---|
| 1 | 180 | 190 | 180 |
| 2 | 250 | 180 | 300 |
| 3 | 170 | 120 | 310 |
| 4 | 150 | 100 | 300 |
| 5 | 100 | 210 | 60 |
| 6 | 50 | 140 | 380 |
| 7 | 90 | 120 | 220 |
| 8 | 130 | 140 | 200 |
| 9 | 120 | 100 | 380 |
| 10 |  | 100 | 320 |
| 11 |  |  | 260 |
| 12 |  |  | 250 |
| 13 |  |  | 280 |
| 14 |  |  | 260 |
| Avg. | $138 \pm 58$ nL | $140 \pm 40$ nL | $264 \pm 83$ nL |

## Example 9
### A Sensor with Diffusible Redox Mediator

A sensor was formed by printing graphite ink (Graphite #G4491, Ercon, Wareham, MA ) on a polyester substrate. A mixture of 5.5 $\mu g/cm^2$ [Os(dimethyoxybipyridine)$_2$(vinylimidazole)Cl]Cl, 23.7 $\mu g/cm^2$ PQQ-glucose dehydrogenase, and 18.2 $\mu g/cm^2$ Zonyl FSO® surfactant (E. I. duPont de Nemours & Co., Inc., Wilmington, DE) were deposited on a portion of the working electrode. A 150 $\mu m$ thick pressure sensitive adhesive tape was then applied to the working electrode leaving only a portion of the working electrode exposed to form a sample chamber. A second polyester film with a counter electrode disposed on the film was provided over the pressure sensitive adhesive tape. The counter electrode was formed by disposing Ag/AgCl ink (Silver/Silver Chloride #R414, Ercon, Wareham, MA) over the second polyester film. The Ag/AgCl counter electrode was coated with approximately 100 $\mu g/cm^2$ of methylated poly(vinylimidazole) crosslinked using PEGDGE.

95

## Example 10
### Measuring Glucose using Sensor with Diffusible Redox Mediator
### at a Potential of 0 V.

5

Sensors were formed as described in Example 9 and used to measure glucose/buffer solutions at 0, 90, 180, 270, and 360 mg/dL glucose concentration. The charge measured over time for each of these solutions is graphed in Figure 15. In the absence of glucose, the sensor indicates about 3 mg/dL glucose concentration.

10    Figure 16 illustrates the measured charge versus glucose concentration for three sensors at each glucose concentration. The measured charge varies linearly with glucose concentration similar to what is observed for sensors using non-leachable redox mediator.

15

## Example 11
### Other Sensors Formed Using Diffusible Redox Mediator

Sensors A and B were formed by printing graphite ink (Graphite #G4491, Ercon, Wareham, MA) on a polyester substrate. For Sensor A, a mixture of

20    $8.0 \ \mu g/cm^2$ [Os(dimethyoxybipyridine)$_2$(vinyl imidazole)Cl]Cl, $34.7 \ \mu g/cm^2$ PQQ-glucose dehydrogenase, and $26.6 \ \mu g/cm^2$ Zonyl FSO® surfactant (E.I. duPont de Nemours & Co., Inc., Wilmington, DE) were deposited on a portion of the working electrode. For Sensor B, a mixture of $24 \ \mu g/cm^2$ [Os(dimethyoxybipyridine)$_2$(vinyl imidazole)Cl]Cl, $104 \ \mu g/cm^2$ PQQ-glucose dehydrogenase, and $80 \ \mu g/cm^2$ Zonyl

25    FSO® surfactant (E.I. duPont de Nemours & Co., Inc., Wilmington, DE) were deposited on a portion of the working electrode. A $200 \ \mu m$ pressure sensitive adhesive tape was then formed over the working electrode of each sensor leaving only a portion of the working electrode exposed to form a sample chamber. A second polyester film with a counter electrode disposed on the film was provided

30    over the pressure sensitive adhesive tape. The counter electrode of each sensor was formed by disposing Ag/AgCl ink (Silver/Silver Chloride #R414, Ercon, Wareham, MA) over the second polyester film. The Ag/AgCl counter electrode was coated

96

with approximately 100 μg/cm² of methylated poly(vinylimidazole) crosslinked
using PEGDGE.


## Example 12
## Varying the Amount of Diffusible Redox Mediator in the Sensor

5

Sensors A and B were each tested to determine the amount of time
required for electrolysis of the analyte. Figure 17 illustrates the results. Increasing
the amount of diffusible redox mediator in the sample decreases the response time of
10    the sensor.


## Example 13
## Clinical Accuracy of the Small Volume Sensor

15            The sensor of this Example was constructed corresponding to the
embodiment of the invention depicted in Figures 24A, 24B, and 24C. The carbon
working electrode was printed on a Melinex™ polyester film (DuPont, Wilmington,
Delaware), as described in Example 11. The carbon electrode was coated with 18 μ
g/cm² Os[(MeO)₂bpy]₂(1-vinyl imidazole)Cl₃, 162 μg/cm² GDH (Toyobo, Japan),
20    1.35 μg/cm² PQQ (Fluka, Mila, Wisconsin), and 60 μg/cm² Zonyl FSO (DuPont,
Wilmington, Delaware). The coatings were applied to the working electrode at 18°C
and in 50% relative humidity. An adhesive (50 μm thickness) was placed on the
carbon electrode surrounding the coated surface and forming a channel having a
width of about 0.04 inches.

25            Two Ag/AgCl counter/reference electrodes were printed on a second
Melinex™ polymer film, as described in Example 11. The film was then brought
into contact with the adhesive and the working electrode film so that the working
electrode and two counter electrodes were facing each other. The counter/reference
electrodes were coated with 142 μg/cm² methylated polyvinyl imidazole, 18 μg/cm²
30    PEGDGE (PolySciences, Warington, Pennsylvania), and 7 μg/cm² Zonyl FSO
(DuPont, Wilmington, Delaware). One of the counter electrodes, upstream of the
other counter electrode, was used as an indicator electrode to determine when the

sample chamber was full. The sensors were laminated by three passes with a hand roller and aged for three days at room temperature over $CaSO_4$.

The sensors were constructed so that when sufficient current flowed between indicator and counter/reference electrodes, an external circuit emitted a
5   visual signal indicating that the channel overlying the working electrode was full of blood.

A few days prior to using the sensors, dry capacitance measurements were taken to determine the uniformity of the sample chamber volume. The variation in capacitance reflected misalignment of electrodes and/or variation in
10   adhesive thickness. The mean capacitance measured was 7.49 pF with a standard deviation of 0.28 pF or 3.8%. The maximum capacitance measured was 8.15 pF and the minimum capacitance measured was 6.66 pF.

The sensors were used to determine the glucose concentration in blood samples obtained from 23 people. In the study, the people ranged from 26 to
15   76 years of age, fourteen were men, and nine were women. Six of the people were diagnosed with Type 1 diabetes, sixteen were diagnosed with Type 2 diabetes, and one person was unknown regarding diabetic status. The people studied had an average hematocrit of 40.7% with a standard deviation of 3.9%. The maximum hematocrit was 49% and the minimum hematocrit was 33.2%.

20   One blood sample for each person was collected by pricking the finger of the subject. A small volume sensor was filled with this residual blood.

Three blood samples for each person were then collected in small volume sensors by using a 2mm Carelet™ to lance the arm. If an adequate sample was not obtained in 10 seconds, the area around the puncture wound was kneaded,
25   and then the sensor was filled. Sixteen of the sixty-nine samples required that the wound be kneaded.

Three blood samples per person were collected by venipuncture. YSI blood glucose measurements and hematocrit measurements were taken on at least one sample. Forty-six small volume sensors were also filled with blood from these
30   samples.

98

Measurements from the sensor were performed at an applied potential of 0 mV. BAS potentiostats (CV50W, West Lafayette, Indiana) were "on" before any sample was applied, so that as the strips filled, electrolysis was immediate. Current collection was for 150 seconds (this charge is termed "complete"

5    electrolysis), although most assays were essentially complete well before 150 seconds. No results were discarded. Three successive sensor blood glucose measurements were taken.

Measurements for the control samples were performed using YSI blood glucose measurement (Yellow Springs Instruments, Model 2300 Chemical

10    Glucose Analyzer).

The data was plotted against YSI venous results and a linear function was determined from the data. All data was collected from "complete" (150 second) electrolysis of glucose in the sensor.

Figure 28 shows the data for 69 small volume sensors tested on blood

15    obtained from the arm. $R^2$ was 0.947, the average CV (coefficient of variation) was 4.8%, and the RMS (root mean square) CV was 5.7%.

Figure 29 shows the data for 23 small volume sensors tested on blood obtained from the finger. $R^2$ was 0.986.

Figure 30 shows the data for 46 small volume sensors tested on

20    venous blood. $R^2$ was 0.986. The average CV was 3.8%. The RMS CV was 4.6%.

The invention has been described with reference to various specific and preferred embodiments and techniques. However, it will be apparent to one of ordinarily skill in the art that many variations and modifications may be made while

25    remaining within the spirit and scope of the invention.

All publications and patent applications in this specification are indicative of the level of ordinary skill in the art to which this invention pertains. All publications and patent applications are herein incorporated by reference to the same extent as if each individual publication or patent application was specifically

30    and individually incorporated by reference.

99

## WE CLAIM:

1.      A sensor for determining the concentration of an analyte in a sample fluid, the sensor comprising:

an electrode pair comprising a working electrode and a counter electrode, wherein at least a portion of the working electrode is within a distance of no more than 200 μm of a portion of the counter electrode and, optionally, the counter electrode is a counter/reference electrode;

an optional reference electrode;

a sample chamber for holding the sample fluid in electrolytic contact with the working electrode, the counter electrode, and the reference electrode, if present , the sample chamber comprising a measurement zone positioned adjacent to the working electrode, the counter electrode, and the reference electrode, if present, wherein the measurement zone is sized to contain a volume of no more than about 1 μL of sample fluid and, optionally, the sample chamber is sized to contain no more than about 1 μL of sample fluid; and

an analyte-responsive enzyme and a diffusible redox mediator disposed in the measurement zone;

wherein the sensor is configured and arranged so that a background signal generated by the diffusible redox mediator is no more than five times a signal generated by oxidation or reduction of an average normal physiological amount of analyte.

2.      A sensor for determining the concentration of an analyte in a sample fluid, the sensor comprising:

an electrode pair comprising a working electrode and a counter electrode, wherein at least a portion of the working electrode is within a distance of no more than 200 μm of a portion of the counter electrode and, optionally, the counter electrode is a counter/reference electrode;

an optional reference electrode;

a sample chamber for holding the sample fluid in electrolytic contact with the

# EXHIBIT L, PART 3

100

working electrode, the counter electrode, and the reference electrode, if present , the
sample chamber comprising a measurement zone positioned adjacent to the working
electrode, the counter electrode, and the reference electrode, if present, wherein the
measurement zone is sized to contain a volume of no more than about 1 μL of
sample fluid and, optionally, the sample chamber is sized to contain no more than
about 1 μL of sample fluid; and

an analyte-responsive enzyme and a diffusible redox mediator disposed in
the measurement zone;

wherein the sensor is configured and arranged so that a background signal
generated by the diffusible redox mediator is no more than five times a signal
generated by oxidation or reduction of an amount of the analyte corresponding to an
average deviation from an average normal physiological amount of analyte.


3.    A sensor according to any of claims 1 and 2, wherein the sensor is configured
and arranged so that a background signal generated by the diffusible redox mediator
is the same or less than the signal generated by oxidation or reduction of the average
normal physiological amount of analyte and, preferably, no more than 25% of the
signal generated by oxidation or reduction of the expected amount of analyte and,
more preferably, no more than 5% of the signal generated by oxidation or reduction
of the expected amount of analyte.


4.    A sensor for determining the concentration of an analyte in a sample fluid,
the sensor comprising:

an electrode pair comprising a working electrode and a counter electrode,
wherein at least a portion of the working electrode is within a distance of no more
than 200 μm of a portion of the counter electrode and, optionally, the counter
electrode is a counter/reference electrode;

an optional reference electrode;

a sample chamber for holding the sample fluid in electrolytic contact with the
working electrode, the counter electrode, and the reference electrode, if present , the
sample chamber comprising a measurement zone positioned adjacent to the working

101

electrode, the counter electrode, and the reference electrode, if present, wherein the measurement zone is sized to contain a volume of no more than about 1 μL of sample fluid and, optionally, the sample chamber is sized to contain no more than about 1 μL of sample fluid; and

an analyte-responsive enzyme and a diffusible redox mediator disposed in the measurement zone;

wherein the analyte is glucose and the sensor is configured and arranged so that a background signal generated by the diffusible redox mediator is no more than five times a signal generated by oxidation or reduction of 5 mM glucose.

5.    A sensor according to any of claims 1 to 4, wherein the sensor comprises

(a)    a first substrate having a proximal end and a distal end, the first substrate defining a first side edge and a second side edge of the electrochemical sensor extending from the proximal end to the distal end of the first substrate, the distal end being configured and arranged for insertion into a sensor reader;

(b)    a second substrate disposed over the first substrate, the working electrode being disposed on one of the first and second substrates and the counter electrode being disposed on one of the first and second substrates;

(c)    a spacer disposed between the first and second substrates and defining a first aperture along the first side edge of the sensor and a second aperture along the second side edge of the sensor, the sample chamber extending from the first aperture to the second aperture; and

(d)    at least one indicator electrode disposed on at least one of the first and second substrates and positioned relative to the sample chamber to determine when the sample chamber contains sample.

6.    A sensor according to any of claims 1 to 4, wherein the sensor comprises

(a)    a first substrate having a proximal end and a distal end, the distal end being configured and arranged for insertion into a sensor reader, the

102

first substrate defining a first side edge and a second side edge of the electrochemical sensor extending from the proximal end to the distal end of the first substrate;

(b)     a second substrate disposed over the first substrate, the working electrode being disposed on one of the first and second substrates and the counter electrode being disposed on one of the first and second substrates;

(c)     a spacer disposed between the first and second substrates and defining a first aperture along the proximal end of the sensor and a second aperture along the first side edge of the sensor, the a sample chamber extending from the first aperture to the second aperture; and

(d)     at least one indicator electrode disposed on at least one of the first and second substrates and positioned relative to the sample chamber to determine when the sample chamber contains sample.

7.     A sensor according to any of claims 1 to 4, wherein the sensor comprises an indicator electrode disposed in the sensor to indicate when the measurement zone contains sample.

8.     A sensor according to any of claim 5 to 7, wherein the indicator electrode is also a working electrode or a counter electrode.

9.     A sensor according to any of claims 5 to 8, further comprising a visual or auditory sign, coupled to the indicator electrode, that activates when the indicator electrode indicates that the measurement zone contains sample.

10.     A sensor according to any of claims 5 to 9, wherein the indicator electrode is disposed in facing relationship to one of the working electrode or the counter electrode.

WO 00/20626                                                PCT/US99/23425

103

11.    A sensor according to any of claims 1 to 10, wherein the sensor comprises at least two indicator electrodes disposed in the sensor, wherein a first indicator electrode indicates when the measurement zone is beginning to fill with sample and a second indicator electrode indicates when the measurement zone is substantially filled with sample.

12.    A sensor according to any of claims 1 to 11, wherein the sensor comprises at least two indicator electrodes disposed in the sensor, wherein two of the indicator electrodes comprise a first counter/indicator electrode and a second counter/indicator electrode with the counter electrode disposed between the first and second counter/indicator electrodes.

13.    A sensor according to any of claims 1 to 12, wherein the measurement zone and the sample chamber have a same volume.

14.    A sensor according to any of claims 1 to 3 and 5 to 13, wherein the analyte is glucose and the analyte-responsive enzyme is a glucose-responsive enzyme.

15.    A sensor according to any of claims 1 to 13, wherein the analyte is a drug.

16.    A sensor according to any of claims 1 to 15, wherein the measurement zone is bounded on at least two sides by the working electrode and the counter electrode and, optionally, the working electrode and counter electrode form a facing electrode pair with the measurement zone positioned between the working electrode and the counter electrode.

17.    A sensor according to any of claims 1 to 16, wherein the sensor is configured and arranged so that the mediator oxidizes the analyte and the half-wave potential of the redox mediator, as measured by cyclic voltammetry in 0.1 M NaCl at pH 7, is no more than about +100 millivolts relative to the potential of the counter/reference electrode.

104

18.    A sensor according to any of claims 1 to 17, wherein the sensor is configured and arranged so that the mediator oxidizes the analyte and the half-wave potential of the redox mediator, as measured by cyclic voltammetry in 0.1 M NaCl at pH 7, is about the same as the potential of the counter/reference electrode.

19.    A sensor according to any of claims 1 to 18, wherein the sensor is configured and arranged so that the mediator oxidizes the analyte and the half-wave potential of the redox mediator, as measured by cyclic voltammetry in 0.1 M NaCl at pH 7, is no more than about -150 millivolts relative to the potential of the counter/reference electrode.

20.    A sensor according to any of claims 1 to 19, wherein, within the sensor, the effective diffusion coefficient of the redox mediator through the sample fluid is less than the effective diffusion coefficient of the analyte through the sample fluid and, preferably, at least ten times less than the effective diffusion coefficient of the analyte through the sample fluid.

21.    A sensor according to any of claims 1 to 20, wherein the diffusible mediator has a molecular weight of at least 5,000 daltons.

22.    A sensor according to any of claims 1 to 21, wherein the sensor is configured and arranged so that the redox mediator is more readily electrolyzed on the working electrode than the counter electrode.

23.    A sensor according to any of claims 1 to 21, wherein the sensor comprises a molar amount of the redox mediator that is, on a stoichiometric basis, no more than an average normal physiological amount of the analyte and, preferably, the sensor comprises a molar amount of the redox mediator that is, on a stoichiometric basis, no more than 20% of an average normal physiological amount of the analyte.

105

24.    A sensor according to any of claims 1 to 23, wherein the working electrode has a surface area of no more than about $0.01 cm^2$ exposed in the measurement zone.

25.    A sensor according to any of claims 1 to 24, wherein the activity of the enzyme is no more than 1 unit/$cm^3$.

26.    A sensor according to any of claims 1 to 25, wherein the sensor is configured and arranged so that the diffusible redox mediator precipitates when reacted at the counter electrode.

27.    A sensor according to any of claims 1 to 26, wherein the sensor is configured and arranged so that a mathematical product of the effective diffusion coefficient of the redox mediator and the concentration of the redox mediator is no more than 1 x $10^{-12}$ moles $cm^{-1}$ $sec^{-1}$ when sample fluid fills the measurement zone.

28.    A sensor according to any of claims 1 to 27, wherein the diffusible redox mediator is disposed on the working electrode.

29.    A sensor according to any of claims 1 to 28, wherein the analyte-responsive enzyme is disposed on the working electrode.

30.    A sensor for determining a concentration of an analyte in a sample, the sensor comprising:

    (a)    a first substrate having a proximal end and a distal end, the first substrate defining a first side edge and a second side edge of the electrochemical sensor extending from the proximal end to the distal end of the first substrate, the distal end being configured and arranged for insertion into a sensor reader;

    (b)    a second substrate disposed over the first substrate;

    (c)    a spacer disposed between the first and second substrates and defining a first aperture along the first side edge of the sensor, a

106

second aperture along either the second side edge of the sensor or the proximal end of the sensor, and a sample chamber extending from the first aperture to the second aperture;

(d)     at least one working electrode disposed on at least one of the first and second substrates;

(e)     at least one counter electrode disposed on at least one of the first and second substrates, wherein the at least one working electrode and the at least one counter electrode are positioned relative to the sample chamber to generate an analyte-responsive signal when sample containing analyte is disposed in the sample chamber; and

(f)     at least one indicator electrode disposed on at least one of the first and second substrates and positioned relative to the sample chamber to determine when the sample chamber contains sample.

31.    A sensor for determining the concentration of an analyte in a sample, the sensor comprising:

an electrode pair comprising a working electrode and a counter electrode, optionally, the working electrode and counter electrode are disposed in a facing relationship;

a sample chamber comprising a measurement zone positioned adjacent to the working electrode and counter electrode, wherein the measurement zone is sized to contain a volume of no more than 1 μL of sample and, optionally, the sample chamber is sized to contain a volume of no more than 1 μL of sample;

redox mediator disposed in the sample chamber; and

an indicator electrode disposed in the sensor to indicate when the measurement zone contains sample and to aid in electrolysis of the analyte.

32.    A sensor according to any of claims 30 and 31, wherein the sensor comprises a first indicator electrode that indicates when the measurement zone is

107

beginning to fill with sample and a second indicator electrode indicates when the measurement zone is filled with sample.

33.    A sensor according to any of claims 31 and 32, further comprising

a first substrate upon which the working electrode is disposed;

a second substrate upon which the counter electrode is disposed;

a working electrode contact pad disposed on the first substrate and electrically coupled to the working electrode;

a counter electrode contact pad disposed on the second substrate and electrically coupled to the counter electrode; and

an indicator electrode contact pad electrically coupled to the indicator electrode, the indicator electrode and the indicator electrode contact pad being disposed on a one of the first and second substrates, the indicator electrode contact pad being disposed proximate to a one of the working electrode contact pad and the counter electrode contact pad;

wherein the working electrode contact pad, the counter electrode contact pad, and the indicator electrode contact pad are exposed for electrical connection to a meter by cutout regions defined by the first and second substrates.

34.    A sensor according to any of claims 30 to 33, wherein the sensor comprises at least two indicator electrodes disposed in the sensor, wherein two of the indicator electrodes comprise a first counter/indicator electrode and a second counter/indicator electrode with the counter electrode disposed between the first and second counter/indicator electrodes.

35.    A method for determining a concentration of an analyte in a sample, comprising the steps of:

contacting a sample with any of the electrochemical sensors of claims 1 to 34;

generating a sensor signal at the working electrode, wherein a background signal that is generated by the diffusible redox mediator is no more than five times a

108

signal generated by oxidation or reduction of an average normal physiological amount of analyte, and

determining the concentration of the analyte using the sensor signal.

36.    A method according to claim 35, wherein determining the concentration of the analyte comprises determining the concentration of the analyte by coulometry using the sensor signal.

37.    A method according to claim 35, wherein determining the concentration of the analyte comprises determining the concentration of the analyte by amperometry using the sensor signal.

38.    A method according to claim 35, wherein determining the concentration of the analyte comprises determining the concentration of the analyte by potentiometry using the sensor signal.

39.    A method according to any of claims 35 to 38, further comprising:

providing calibration data on a batch of the electrochemical sensors to a measurement instrument, said calibration data comprising information related to a magnitude of a background charge for the batch of the electrochemical sensors;

wherein the step of determining the concentration of the analyte comprises determining the concentration of the analyte using the sensor signal and the calibration data.

40.    A method for determining a concentration of an analyte in a sample, the method comprising the steps of:

contacting a sample with any of the electrochemical sensors of claims 5 to 12 and 30 to 34;

observing a signal from the indicator electrode to signify that the

measurement zone contains sample;

applying a potential between the working electrode and the counter electrode

109

to electrolyze the analyte in the sample;

generating an analyte-responsive signal from the sensor in response to

electrolysis of the analyte in the sample; and

determining the concentration of the analyte using the analyte-responsive

signal.

41.    A method of manufacturing any of the electrochemical sensors of claims 1 to
34, the method comprising:

(a)    forming a plurality of working electrodes on a first substrate;

(b)    forming a plurality of counter electrodes on a second substrate;

(c)    disposing a spacer layer on one of the first and second substrates;

(d)    removing a portion of the spacer layer to define sample chamber

regions;

(e)    laminating the first and second substrates together; and

(f)    separating a plurality of electrochemical sensors from the laminated
substrates, each electrochemical sensor comprising at least one of the working
electrodes, at least one of the counter electrodes, and at least one of the sample
chamber regions.

42.    A method according to claim 41, wherein the first substrate is a first region
of a substrate and the second substrate is a second region of the substrate and further
comprising

folding the substrate to overlay the first and second regions of the substrate.

43.    A method according to any of claims 41 and 42, wherein separating the
plurality of electrochemical sensors comprises cutting the first and second substrates
to separate the electrochemical sensors and to define the at least one end of the
sample chamber of the electrochemical sensors.

44.    A method according to any of claims 41 to 43, further comprising forming a
plurality of indicator electrodes on one of the first and second substrates.

WO 00/20626 PCT/US99/23425

110

45.    A method according to any of claims 41 to 44, wherein the portion of the spacer layer is removed to define the sample chamber regions after the spacer layer is disposed on one of the first and second substrates.

Case 1:07-cv-00753-JJF    Document 57-7    Filed 01/25/2008    Page 13 of 43

FIG. 1



2/28

FIG. 2





FIG. 3

4/28

PCT/US99/23425



FIG. 4

WO 00/20626                                                      PCT/US99/23425

5/28

FIG. 5



Case 1:07-cv-00753-JJF    Document 57-7    Filed 01/25/2008    Page 18 of 43



FIG. 6

WO 00/20626                                                                      PCT/US99/23425

7/28

FIG. 7



WO 00/20626

PCT/US99/23425

FIG. 8



WO 00/20626                                                    PCT/US99/23425

9/28



FIG. 9

WO 00/20626

PCT/US99/23425

FIG. 10



WO 00/20626                                                    PCT/US99/23425

11/28



FIG. 11A

FIG. 11B



FIG. 11C

SUBSTITUTE SHEET (RULE 26)

WO 00/20626                                                    PCT/US99/23425

12/28



FIG. 12A



FIG. 12B



FIG. 13A



FIG. 13B



FIG. 14A



FIG. 14B

WO 00/20626

PCT/US99/23425

13/28



FIG. 15

WO 00/20626                                          PCT/US99/23425

14/28



FIG. 16

$$y = 2.4028x + 13.973$$
$$R^2 = 0.9773$$

15/28



FIG. 17

WO 00/20626                                                PCT/US99/23425

16/28



FIG. 18A          FIG. 18B          FIG. 18C

WO 00/20626                                                    PCT/US99/23425

17/28



FIG. 19A            FIG. 19B            FIG. 19C

SUBSTITUTE SHEET (RULE 26)

WO 00/20626                                                    PCT/US99/23425

18/28



FIG. 20A          FIG. 20B          FIG. 20C

PCT/US99/23425

19/28



FIG. 21A          FIG. 21B          FIG. 21C

WO 00/20626                                    PCT/US99/23425

20/28



FIG. 22A          FIG. 22B          FIG. 22C

WO 00/20626                                                                PCT/US99/23425

21/28



FIG. 23A          FIG. 23B          FIG. 23C

WO 00/20626                                              PCT/US99/23425

22/28



FIG. 24A          FIG. 24B          FIG. 24C

WO 00/20626                                                      PCT/US99/23425

23/28



FIG. 27

FIG. 25



FIG. 32

WO 00/20626                                                    PCT/US99/23425

24/28



FIG. 26

WO 00/20626                                                    PCT/US99/23425

25/28

FIG. 28



WO 00/20626                                              PCT/US99/23425

26/28

FIG. 29



YSI (mg/dl)

WO 00/20626                                          PCT/US99/23425

27/28

FIG. 30



YSI (mg/dl)

SUBSTITUTE SHEET (RULE 26)

WO 00/20626                                              PCT/US99/23425

28/28



FIG. 31A



FIG. 31B

## INTERNATIONAL SEARCH REPORT

| | International Application No |
|---|---|
| | PCT/US 99/23425 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 7   C12Q1/00

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 7   C12Q   G01N

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | WO 98 35225 A (TOMASCO MICHAEL F ;HELLER ADAM (US); HELLER E & CO (US); SAY JAMES) 13 August 1998 (1998-08-13) the whole document | 1,2,4, 30,35, 40,41 |
| Y | VIDAL J C ET AL: "A chronoamperometric sensor for hydrogen peroxide based on electron transfer between immobilized horseradish peroxidase on a glassy carbon electrode and a diffusing ferrocene mediator" SENSORS AND ACTUATORS B,CH,ELSEVIER SEQUOIA S.A., LAUSANNE, vol. 21, no. 2, 1 August 1994 (1994-08-01), pages 135-141, XP004012315 ISSN: 0925-4005 abstract | 1,2,4, 30,35, 40,41 |
| | —/— | |

[X] Further documents are listed in the continuation of box C.     [X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 11 February 2000 | 18/02/2000 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31–70) 340–2040, Tx. 31 651 epo nl, Fax (+31–70) 340–3016 | Duchatellier, M |

Form PCT/ISA/210 (second sheet) (July 1992)

1

## INTERNATIONAL SEARCH REPORT

national Application No

PCT/US 99/23425

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category ° | Citation of document, with indication,where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | WO 91 09139 A (BOEHRINGER MANNHEIM CORP)<br>27 June 1991 (1991-06-27)<br>claim 1 | 1 |
| A | WO 97 00441 A (MEMTEC AMERICA CORP ;HODGES<br>ALASTAIR MCINDOE (AU); BECK THOMAS WIL)<br>3 January 1997 (1997-01-03)<br>claim 1 | 1 |
| A | US 5 695 947 A (LAU SHEK-HONG  ET AL)<br>9 December 1997 (1997-12-09)<br>abstract | 1 |

1

## INTERNATIONAL SEARCH REPORT

Information on patent family members

| | International Application No |
|---|---|
| Ir. ational Application No | PCT/US 99/23425 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| WO 9835225 | A | 13-08-1998 | AU<br>EP | 6157898 A<br>0958495 A | 26-08-1998<br>24-11-1999 |
| WO 9109139 | A | 27-06-1991 | AT<br>AU<br>AU<br>CA<br>DE<br>DE<br>EP<br>ES<br>US<br>US | 124990 T<br>634863 B<br>7171691 A<br>2069946 A<br>69020908 D<br>69020908 T<br>0505494 A<br>2075955 T<br>5508171 A<br>5288636 A | 15-07-1995<br>04-03-1993<br>18-07-1991<br>16-06-1991<br>17-08-1995<br>15-02-1996<br>30-09-1992<br>16-10-1995<br>16-04-1996<br>22-02-1994 |
| WO 9700441 | A | 03-01-1997 | AU<br>AU<br>CA<br>EP<br>JP | 712939 B<br>5992296 A<br>2222525 A<br>0873514 A<br>11509311 T | 18-11-1999<br>15-01-1997<br>03-01-1997<br>28-10-1998<br>17-08-1999 |
| US 5695947 | A | 09-12-1997 | NONE | | |

Form PCT/ISA/210 (patent family annex) (July 1992)

# EXHIBIT M

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 10/264,891 | WILSEY, CHRISTOPHER D. |
| | Examiner | Art Unit |
| | ALEX NOGUEROLA | 1753 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>RCE of 12/22/2006</u>.

2. ☒ The allowed claim(s) is/are <u>49-63,71 and 104-149</u>.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*    c) ☐ None    of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date <u>6/05/2007</u>

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☒ Other <u>See Continuation Sheet</u>.

**Continuation Sheet (PTOL-37)**

**Application No.  10/264,891**

Continuation of Attachment(s) 9. Other:  IDS of 3/26/2007 and IDS of 3/23/2007.

Application/Control Number: 10/264,891                                    Page 2
Art Unit: 1753

## DETAILED ACTION

### *Allowable Subject Matter*

1.      Claims 49-63, 71, and 104-149 are allowed.

2.      The following is an examiner's statement of reasons for allowance:

Applicant has overcome the prior art rejections by Rule 131 Declaration,
amendment, or argument in his responses.  Each of the independent claims, which are
claims 49 and 118, has several features that together render the combination of
limitations allowable. Each is a method of determining the concentration of glucose in a
blood sample that requires, *inter alia*, electrooxidizing or electroreducing an
electroactive reaction product at the working electrode and determining within 10
seconds after detecting the supplying of the sample to the sample chamber the
concentration of glucose in only between 0.1 µl and 1.0 µl of sample.

The Rule 131 Declaration ("Declaration"), filed December 22, 2006, asserts
reduction to practice to at least as early as March, 1997, and to at least as early as
March, 1998.  This Declaration supports reduction to practice for the claimed invention
to at least as early as March, 1998, but not to at least as early as March, 1997.  Except
for two graphs, Exhibit C, which is cited as support for reduction to practice to at least

as early as March, 1997 (for example, see paragraph 14 of the Declaration), only shows data for mediator/saline solution or glucose/saline solution, not glucose/blood sample. Exhibit C, pages 41 and 43, each present a graph of measurement results for glucose/blood. However, Exhibit C, page 41, is for current density at 27.5 seconds with a 20 second delay and Exhibit C, page 43, is for current density at 27. 5 seconds. Because Applicant has established reduction to practice under Rule 131 to at least as early as March, 1998, Davies et al. US 2002/0092612 A1 and Winarta et al. US 6,258,229 B1, which were previously base references in rejections, and Goto JP 11-94790, especially [0024] of the English language translation, which was not applied in any of the rejections and is cited on the Information Disclosure Statement of March 23, 2007, do not qualify as prior art.

EP 0467219 B1 was not applied in any rejections, but is listed on the Information Disclosure Statement of December 27, 2006. Unlike the invention of the independent claims in the instant application, the method of determining the concentration of glucose in a blood sample in EP 0467219 B1 does not involve electrooxidizing or electroreducing an electroactive reaction product at the working electrode. Instead, the electroactive reaction product, $H_2O_2$, which is produced by the reagent, glucose oxidase, reacting with glucose, chemically reacts with $2I^-$ to produce $I_2$ and $2H_2O$. The $I_2$ acts as a dopant that changes the conductivity of a polymer layer from which the glucose concentration can be determined. See page 12, lines 11-58.

Heller et al. US 6,120,676, which was previously used as a secondary reference in rejections against a number of claims because it teaches ways to make the

measurement time shorter, only provides data for measurements made with glucose/buffer and glucose/serum. See Table 1 in column 20. Moreover, the quickest response time disclosed is 19 ± 6 seconds, which is not within 10 seconds after detecting the sample as claimed and is for glucose/buffer (3 mM), not glucose/blood. Heller does disclose that for some types of electrooxidizing or electroreducing measurement techniques the glucose does not need to be substantially electrolyzed (col. 13:45-55 and col. 14:10-15), but because the glucose/serum measurement time is significantly longer than a comparable glucose/buffer measurement time (for example, 15.8 mM glucose/serum takes 72 ± 21 seconds for 90% electrolysis versus 15 mM glucose/buffer taking 56 ± 23 seconds for 90% electrolysis) there is no great likelihood that a reasonably accurate measurement on glucose/blood sample could be taken within 10 seconds after detecting the sample  even with much less than 90% electrolysis of the glucose.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application/Control Number: 10/264,891                                    Page 5
Art Unit: 1753

3.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to ALEX NOGUEROLA whose telephone number is (571) 272-

1343. The examiner can normally be reached on M-F 8:30 - 5:00.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, NAM NGUYEN can be reached on (571) 272-1342. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Alex Noguerola
Primary Examiner
AU 1753
July 3, 2007

# EXHIBIT N

| *Notice of Allowability* | Application No. | Applicant(s) |
| | 10/382,322 | WILSEY, CHRISTOPHER D. |
| | Examiner | Art Unit |
| | ALEX NOGUEROLA | 1753 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>RCE of 3/23/2007</u>.

2. ☒ The allowed claim(s) is/are <u>37-55 and 94-143</u>.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None   of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
         International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF
    INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

      1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
      Paper No./Mail Date _____ .

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of
   each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the
    attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date <u>3/23/2007</u>

4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☒ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☒ Other <u>See Continuation Sheet</u>.

**Continuation Sheet (PTOL-37)**                    **Application No. 10/382,322**

Continuation of Attachment(s) 9. Other:  IDS of 3/26/2007 and 06/05/2007.

Application/Control Number: 10/382,322                                    Page 2
Art Unit: 1753

## DETAILED ACTION

### EXAMINER'S AMENDMENT

1,    The application has been amended as follows: on page 1 of the specification, in

line 6, -- now abandoned -- has been inserted between "2002," and "which".

### *Allowable Subject Matter*

2.    Claims  37-55 and  94-143 are allowed. .

3.    The following is an examiner's statement of reasons for allowance:

Applicant · has  overcome·  the  prior  art  rejections  by  Rule  131  Declaration,

amendment, or argument in his responses. Each of the independent claims, which are

claims  37  and  110,  has  several  features  that  together  render  the  combination  of

limitations allowable.  Each is a method of determining the concentration of glucose in a

blood  sample  that  .requires,  *inter alia*,  electrooxidizing  or  electroreducing  an

electroactive  reaction  product  at  the  working  electrode  and  determining  within  10

seconds  after  detecting  the  supplying  of  the  sample  to  the  sample ·chamber  the.

concentration of glucose in less than about 1.0 µl of sample.

The Rule 131 Declaration ("Declaration"), filed March 05, 2003, asserts reduction to practice to at least as early as March, 1997, and at least as early as March, 1998. This Declaration supports reduction to practice for the claimed invention to at least as early as March, 1998, but not to at least as early as March, 1997.    Except for two graphs, Exhibit C, which is cited as support for reduction to practice to at least as early as March, 1997 (for example, see paragraph 14 of the Declaration), only shows data for mediator/saline solution or glucose/saline solution, not glucose/blood sample. Exhibit C, pages 41 and 43, each present a graph of measurement results for glucose/blood. However, Exhibit C, page 41, is for current density at 27.5 seconds with a 20 second delay and Exhibit C, page 43, is for current density at 27. 5 seconds.    Because Applicant has established reduction to practice under Rule 131 to at least as early as March, 1998, Davies et al. US 2002/0092612 A1 and Winarta et al. US 6,258,229 B1, and Goto JP 11-94790, especially [0024] of the English language translation (which was provided with the Information Disclosure Statement of March 23, 2007), do not qualify as prior art.

EP 0467219 B1 was not applied in any rejections, but is listed on the Information Disclosure Statement of December 27, 2006.    Unlike the invention of the independent claims in the instant application, the method of determining the concentration of glucose in a blood sample in EP 0467219 B1 does not involve electrooxidizing or electroreducing an electroactive reaction product at the working electrode.    Instead, the electroactive reaction product, $H_2O_2$, which is produced by the reagent, glucose oxidase, reacting with glucose, chemically reacts with $2I^-$ to produce $I_2$ and $2H_2O$. The $I_2$

acts as a dopant that changes the conductivity of a polymer layer from which the glucose concentration can be determined. See page 12, lines 11-58.

Heller et al. US 6,120,676, which was previously used as a secondary reference in rejections against a number of claims because it teaches ways to make the measurement time shorter, only provides data for measurements made with glucose/buffer and glucose/serum. See Table 1 in column 20. Moreover, the quickest response time disclosed is $19 \pm 6$ seconds, which is not within 10 seconds after detecting the sample as claimed and is for glucose/buffer (3 mM), not glucose/blood. Heller does disclose that for some types of electrooxidizing or electroreducing measurement techniques the glucose does not need to be substantially electrolyzed (col. 13:45-55 and col. 14:10-15), but because the glucose/serum measurement time is significantly longer than a comparable glucose/buffer measurement time (for example, 15.8 mM glucose/serum takes $72 \pm 21$ seconds for 90% electrolysis versus 15 mM glucose/buffer taking $56 \pm 23$ seconds for 90% electrolysis) there is no great likelihood that a reasonably accurate measurement on glucose/blood sample could be taken within 10 seconds after detecting the sample even with much less than 90% electrolysis of the glucose.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application/Control Number: 10/382,322                                    Page 5
Art Unit: 1753

4.      Any inquiry concerning this communication or earlier communications from the
examiner should be directed to ALEX NOGUEROLA whose telephone number is (571) 272-
1343. The examiner can normally be reached on M-F 8:30 - 5:00.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, NAM NGUYEN can be reached on (571) 272-1342. The fax phone number for the
organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the Patent
Application Information Retrieval (PAIR) system. Status information for published applications
may be obtained from either Private PAIR or Public PAIR. Status information for unpublished
applications is available through Private PAIR only. For more information about the PAIR
system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR
system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Alex Noguerola
Primary Examiner
AU 1753
July 3, 2007

# EXHIBIT O

# THE WALL STREET JOURNAL.

January 13, 2004

## Health

## Abbott Agrees to Pay $1.2 Billion to Buy Glucose-Test Maker

**By THOMAS M. BURTON**
Staff Reporter of THE WALL STREET JOURNAL

Abbott Laboratories agreed to pay $1.2 billion to buy TheraSense Inc., a fast-growing and innovative maker of blood glucose-monitoring tests and equipment for people with diabetes.

The acquisition will make Abbott a strong No. 3 in the competition with Roche Holding AG and Johnson & Johnson in the glucose-monitoring market. TheraSense also makes a product that continuously monitors glucose and, through a partnership, is working on another product that could pump insulin.

Thus, the acquisition of TheraSense vaults Abbott into the race with Medtronic Inc.'s MiniMed unit and others to make a so-called artificial pancreas, a system that both monitors blood glucose and directs the pump to administer the required amount of insulin.

TheraSense's revenue has leapt from $26.5 million in 2001 to $43.2 million in 2002 to $150.1 million in the first nine months of 2003.

The glucose-monitoring market, estimated at $5 billion in sales in 2003, is expected to keep growing as obesity, sedentary lifestyles and the aging U.S. population result in an increase in the number of people with diabetes.

On the Abbott news, TheraSense shares jumped 31%, or $6.34, to $26.64 at 4 p.m. in Nasdaq Stock Market trading. Abbott shares were up 24 cents at $44.43 in composite trading on the New York Stock Exchange.

The move answers one question that some on Wall Street had been asking -- whether Abbott would continue to invest heavily in divisions other than the pharmaceutical business. That speculation intensified last year when Abbott decided to spin off its hospital-products business, which now is expected to become an independent company called Hospira during the first half of this year.

The diagnostics business, of which Abbott's MediSense unit is a part, has had essentially flat sales in recent years partly because the Food and Drug Administration had ordered scores of Abbott diagnostic test kits off the market. However, the FDA recently said Abbott has come into compliance with the agency's manufacturing standards and many of those diagnostic products are now re-entering the market.

Abbott entered the glucose-monitoring field with the purchase of MediSense of Bedford, Mass., in 1996. The TheraSense acquisition gives Abbott access to test kits that require very small amounts of blood, which means the test is less painful than others. And the test can be administered on the forearm, upper arm and elsewhere, which can be less painful than traditional finger-stick tests.

For Abbott, the purchase also will provide access to new and potentially fast-growing products. Apart from the successful new drug Humira for rheumatoid arthritis, many of Abbott's other products are maturing, and some face patent expirations in the next couple of years.

# EXHIBIT P

1

1    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
2    EASTERN DIVISION

3    CHATSWORTH PRODUCTS, INC.,           )

4              Plaintiff,                 )
                                          )
5        vs.                              )    No. 04 C 4765
                                          )
6    PANDUIT CORP.,                       )    Chicago, Illinois
                                          )    December 6, 2007
7              Defendant.                 )    9:00 o'clock a.m.

8              TRANSCRIPT OF PROCEEDINGS
     BEFORE THE HONORABLE JAMES F. HOLDERMAN
9

10   APPEARANCES:

11   For the Plaintiff:        McANDREWS, HELD & MALLOW, P.C.
                               BY:  MR. STEVEN J. HAMPTON
12                                  MR. MATTHEW A. ANDERSON
                               Northwestern Atrium Center
13                             500 West Madison Street
                               Suite 3400
14                             Chicago, Illinois  60661
                               (312) 775-8000
15
16   For the Defendant:        McDONNELL, BOEHNEN, HULBERT
                               & BERGHOFF, LTD.
17                             BY:  MS. NICOLE ANNE KEENAN
                               300 South Wacker Drive
18                             32nd Floor
                               Chicago, Illinois  60606
19                             (312) 913-0001

20

21

22

23          COLLEEN M. CONWAY, CSR, CRR
               Official Court Reporter
24    219 South Dearborn Street, Room 2524-A
               Chicago, Illinois  60604
25                (312) 435-5594
          colleen_conway@ilnd.uscourts.gov

          Colleen M. Conway, Official Court Reporter

2

1           (Proceedings in open court.)

2               THE CLERK:  04 C 4765, Panduit versus Chatsworth,

3   for status.

4               MS. KEENAN:  Good morning, Your Honor.

5               Nicole Keenan for Panduit Corp.

6               MR. HAMPTON:  Good morning, Your Honor.

7               Steven Hampton and Matthew Anderson for Defendant

8   Chatsworth Products.

9               THE COURT:  Good morning.  What is the status

10  today?

11              MS. KEENAN:  The status is that Panduit is still

12  prosecuting the reissue application with the office.

13              We received a final office action pretty recently,

14  at the end of October, and we filed a response yesterday.

15              And we provided Chatsworth with a copy, and I have

16  a copy for the Court, if you're interested.

17              THE COURT:  All right.  I am.

18              MS. KEENAN:  Okay.

19              MR. HAMPTON:  Your Honor, every claim they asserted

20  to be infringed in this action has been rejected twice now.

21  That was the final action that Ms. Keenan was just referring

22  to.

23              THE COURT:  All right.  I would like to see that,

24  if I could, a copy of which is now being provided by

25  Panduit's counsel.

Colleen M. Conway, Official Court Reporter

3

1       (Document tendered to Court.)

2       THE COURT:  Yes?

3       MR. HAMPTON:  What they've done -- this case is --

4   the prosecution of this application has been extended twice.

5   What we understand from Panduit's counsel is that they'd like

6   an opportunity to have one more action on the application

7   from the Patent Office.

8       At this point, I -- that's fine, but our -- my

9   client obviously would like to see the light at the end of

10  the tunnel at this point.  It's been three years since the

11  case was ordered stayed for this proceeding to go forward in

12  the Patent Office.

13      So if that's -- if my understanding is correct --

14      MS. KEENAN:  Well --

15      MR. HAMPTON:  -- I guess what we're here to ask for

16  is that Panduit would like that action by the Patent Office,

17  which, based on recent action, looks to be something between

18  two to six months out.

19      MS. KEENAN:  And, Your Honor, as Mr. Hampton

20  indicated, we asked for that.  We've provided a declaration

21  this time with the response and some new evidence for the

22  examiner, and so we did ask for that request to have this

23  considered by the examiner and then whether we schedule

24  another status and revisit after the last action, which have

25  been coming fairly quickly.

4

1          THE COURT:  Well, I haven't had a chance to review
2     this, obviously, since it was just handed up to me.
3          But what is it that Chatsworth would like me to do
4     in connection with this litigation?
5          MR. HAMPTON:  Well, we think it should be
6     dismissed.  If Panduit's not willing to dismiss it with
7     prejudice, then it should be dismissed without prejudice, and
8     we would seek our attorneys' fees.
9          THE COURT:  All right.  Why shouldn't we do that at
10    this point?
11         MS. KEENAN:  Well, Your Honor, because we have this
12    last final office action with the examiner, we've been
13    receiving responses, now that there's a new examiner assigned
14    to the case, fairly quickly, so we just request that we have
15    this last response considered, especially considering we've
16    now attached a declaration with the additional evidence that
17    the examiner was requesting; and then within two, three, four
18    months, at most -- or hopefully at most, I can't predict what
19    the office is going to do, but we've been getting responses
20    within a couple months -- then revisit Chatsworth's request
21    depending on the examiner's response.
22         THE COURT:  Let me inquire.  I know we have that
23    website information about this litigation, but has Chatsworth
24    experienced any adverse impact in the marketplace because of
25    this litigation that you are aware of?

5

1        MR. HAMPTON:  That I'm aware of, no, Your Honor.

2   They -- because the case is pending, they annually have to

3   report they're the subject of litigation for this.

4        THE COURT:  Yes.

5        MR. HAMPTON:  But beyond that, I'm not aware of

6   anything, any additional impact that's been experienced.

7        THE COURT:  All right.  I know this is not part of

8   the PTO process, but since Chatsworth has been kept apprised,

9   would Chatsworth desire to have input into the reexamination

10  process?

11       MR. HAMPTON:  At this point, I don't see the point.

12  They're -- the Patent Office is taking the position that all

13  the claims are rejected in the matter --

14       THE COURT:  Well, the Patent Office --

15       MR. HAMPTON:  -- as I understand that.

16       THE COURT:  -- has taken that position up --

17       MR. HAMPTON:  They've taken --

18       THE COURT:  -- until now.

19       MR. HAMPTON:  -- different positions, yes.

20       THE COURT:  There is a new examiner in town.

21       MR. HAMPTON:  Right.

22       THE COURT:  I think I could order that, even though

23  I am not part of the process, having spoken with the folks

24  generally; not on this case, but having spoken with the folks

25  at the PTO.  I am just offering that as, perhaps, a

6

1    mitigating factor so that you would not feel isolated from

2    the reissuing process.

3              MR. HAMPTON:  Your Honor, at this point, I guess I

4    would ask to revisit that offer depending on how the Patent

5    Office acts on the papers that are already there.

6              THE COURT:  Okay.

7              MR. HAMPTON:  I'm afraid that if we were to file

8    something else now, it would just further delay the process.

9              THE COURT:  Okay.  All right.  I understand that

10   thought process as well.  Since you are not aware of any

11   adverse impact in the marketplace of where we are, we will

12   just go ahead and set the case for a further status

13   approximately six months from now.  We will see where the

14   Patent Office is at that point.

15             I will ask Panduit's counsel to please let the

16   Patent Office know that this case is stayed and remains

17   pending pursuant to that stay.

18             And, to some extent, part of the decision to issue

19   this stay was informal discussions years ago with the

20   commissioner and his people about this type of litigation

21   process.   It has been three years.  That is a long time.

22             My comments generally -- not related to this case,

23   but generally -- to the folks at the PTO is that we District

24   Judges, I think, would be willing to enter stays to allow the

25   Patent Office to further reexamine, but we would appreciate

Colleen M. Conway, Official Court Reporter

7

1    the Patent Office moving as expeditiously as possible in this

2    area.  I am not sure this is an example of expeditious

3    activity on the part of the Patent Office.

4            MR. HAMPTON:  No, Your Honor, I don't think so.

5            THE COURT:  All right.  We will set the case for a

6    further status on June 12, Thursday, June 12, at 9:00 a.m.

7    We will see where we are at that point.

8            MR. HAMPTON:  All right.

9            MS. KEENAN:  Thank you, Your Honor.

10           THE COURT:  Thank you.

11           MR. HAMPTON:  Thank you, Your Honor.

12        (Proceedings concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Colleen M. Conway, Official Court Reporter

1             C E R T I F I C A T E

2

3

4

5          I, Colleen M. Conway, do hereby certify that

6  the foregoing is a complete, true, and accurate transcript of

7  the proceedings had in the above-entitled case before the

8  Honorable JAMES F. HOLDERMAN, Chief Judge of said Court, at

9  Chicago, Illinois, on December 6, 2007.

10

11

12                                    1/9/08

13           Official Court Reporter        Date

          United States District Court

          Northern District of Illinois

14              Eastern Division

15

16

17

18

19

20

21

22

23

24

25

   Colleen M. Conway, Official Court Reporter