IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-753-JJF |
| v. | ) ) ) | |
| ABBOTT DIABETES CARE, INCORPORATED and ABBOTT DIABETES CARE SALES CORPORATION, | ) ) ) ) ) | |
| BAYER HEALTHCARE, LLC, | ) ) | |
| DIAGNOSTICS DEVICES, INC., | ) ) | |
| LIFESCAN, INCORPORATED, and | ) ) | |
| NOVA BIOMEDICAL CORPORATION, | ) ) | |
| Defendants. | ) | |

**LIFESCAN INC.'S MOTION TO SEVER AND PARTIAL OPPOSITION
TO ABBOTT'S MOTION TO STAY PENDING REEXAMINATION**

Defendant/Counter-Plaintiff LifeScan Incorporated ("LifeScan") hereby moves the Court pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure for an order severing the claims against LifeScan brought by Plaintiffs/Counter-Defendants Roche Diagnostics Operations, Inc. ("Roche") and Corange International Limited ("Corange") (collectively "Plaintiffs") from the claims against the other five Defendants in the above-captioned action for discovery, pre-trial proceedings, and trial. The grounds for LifeScan's motion are set forth in the accompanying Memorandum of Law in Support of LifeScan's Motion to Sever. Additionally, LifeScan hereby opposes Abbott Diabetes Care, Inc.'s and Abbott Diabetes Care Sales Corporation's (collectively Abbott's) Motion to Stay Pending Reexamination of the Patents-in-

Suit (D.I. 36) to the extent a stay is requested as to claims pending between Plaintiffs and LifeScan.

LifeScan respectfully requests that the Court grant its motion to sever, deny Abbott's Motion to Stay to the extent it pertains to claims pending between Plaintiffs and LifeScan, Inc., and enter the proposed Order attached as Exhibit A hereto.

                                      CONNOLLY BOVE LODGE & HUTZ LLP

                                      /s/ Mary W. Bourke
                                      Mary W. Bourke (#2356)
                                      R. Eric Hutz (#2702)
                                      Kristen Healey Cramer (#4512)
                                      1007 N. Orange Street
                                      P.O. Box 2207
                                      Wilmington, DE 19899
                                      (302) 658-6305
                                      mbourke@cblh.com

                                      *Attorneys for Defendant LifeScan, Inc.*

Dated: January 28, 2008

584723

## CERTIFICATE OF SERVICE

      I, Mary W. Bourke, Esquire, hereby certify that on January 28, 2008, I caused to be served by electronic service the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited*

Daniel A. Boehnen
Grantland G. Drutchas
Gary E. Hood
Nicole Keenan
Paula S. Fritsch
Sherri L. Oslick
Jeffrey P. Armstrong
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited*

John W. Shaw
Jeffrey Thomas Castellano
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendant Bayer Healthcare, LLC*

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Defendant Nova Biomedical Corporation*

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation.*

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Diagnostic Devices Inc.*

Wesley E. Overson
Rachel Krevans
Jason R. Bartlett
Parisa Jorjani
Daniel P. Muino
Morrisson & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Defendant Bayer Healthcare, LLC*

Kenneth P. George
Joseph M. Casino
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
*Attorneys for Defendant Bayer Healthcare, LLC*

I further certify that on January 28, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail to the following non-registered participants:

Kirk A. Vander Leest
Edward A. Mas II
Stephen F. Sherry
James M. Hafertepe
Merle S. Elliott
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, IL 60661
*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation*

Ashley L. Ellis
Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
*Attorneys for Defendant Diagnostic Devices Inc.*

Bradford J. Badke
Sona De
Michael Kahn
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
*Attorneys for Defendant Nova Biomedical Corporation*

Nancy Tinsley
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250
*Attorney for Plaintiff Roche Diagnostics Operations, Inc. and Corange International Limited*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

*Attorneys for Defendant LifeScan Incorporated*

582887

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-753-JJF |
| v. | ) ) ) | |
| ABBOTT DIABETES CARE, INCORPORATED and ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING LIFESCAN INC.'S MOTION TO SEVER
AND DENYING ABBOTT'S MOTION TO STAY PENDING REEXAMINATION
AS IT PERTAINS TO LIFESCAN, INC.**

Upon consideration of LifeScan, Inc.'s Motion to Sever, and any opposition thereto,

IT IS THIS ___ DAY OF _____, 2008 HEREBY ORDERED that LifeScan, Inc.'s Motion to Sever is GRANTED and the claims of Roche Diagnostic Operations, Inc. and Corange International Limited against LifeScan, Inc. and the counterclaims of LifeScan, Inc. against Roche Diagnostic Operations, Inc. and Corange International Limited are severed for discovery, pre-trial proceedings, and trial. Any stay granted with respect to Abbott Diabetes Care, Inc.'s and Abbott Diabetes Sales Corp.'s Motion to Stay (D.I. 36) does not apply to the severed claims between Plaintiffs and LifeScan, Inc.

_____
The Honorable Joseph J. Farnan, Jr.