**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Mary W. Bourke**
Partner
TEL (302) 888 6305
FAX (302) 658 5614
EMAIL mbourke@cblh.com
REPLY TO Wilmington Office

February 13, 2008

**By Hand and E-filing**
The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
United States District Court
844 King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

Re:   *Roche Diagnostic Operations, Inc. et al. v. Abbott Diabetes Care, Inc., et al.*, C.A. No. 07-753-JJF (D. Del.)

Dear Judge Farnan:

In light of the directive given by the Court at the Rule 16 Scheduling Conference on February 8, 2008, Defendant Lifescan, Inc. hereby withdraws its Motion to Sever and Partial Opposition to Abbott's Motion to Stay, which LifeScan filed on January 28, 2008 (D.I. # 59).

Respectfully submitted,

Mary W. Bourke (# 2356)

cc:   Case Manager Debbie Krett (by hand delivery)
      Counsel for Plaintiffs-- Daniel A. Boehnen, Esq. (via email)
      Counsel for Defendants (via email)

591929