# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 15, 2008

The Honorable Joseph J. Farnan, Jr.      <u>VIA ELECTRONIC FILING</u>
United States District Court
844 King Street
Wilmington, DE 19801

    Re:     *Roche Diagnostics Operations, Inc. et al. v. Abbott Diabetes Care, Inc.*
             C.A. No. 07-753-JJF

Dear Judge Farnan:

    Plaintiffs and defendant Diagnostic Devices, Inc. ("DDI") jointly submit the enclosed proposed scheduling order for the Court's consideration. Except for paragraph 7, Plaintiffs and DDI have agreed to the enclosed scheduling order regarding DDI's motion to dismiss for lack of personal jurisdiction and related jurisdictional discovery requested by Plaintiffs. The parties' respective positions with respect to paragraph 7 are bolded for the Court's convenience.

                              Respectfully,

                              */s/ Lauren E. Maguire*

                              Lauren E. Maguire

Enclosure
188323.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. <br> and CORANGE INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT DIABETES CARE, INCORPORATED, <br> ABBOTT DIABETES CARE SALES CORPORATION, <br> BAYER HEALTHCARE LLC, DIAGNOSTIC <br> DEVICES INC., LIFESCAN INCORPORATED, <br> NOVA BIOMEDICAL CORPORATION, and <br> SANVITA INCORPORATED, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-753-JJF |

**[PROPOSED] SCHEDULING ORDER REGARDING DIAGNOSTIC DEVICES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

This matter came before the Court in relation to the Motion by Diagnostic Devices, Inc. ("DDI") to Dismiss for Lack of Personal Jurisdiction (the "Motion").

IT IS SO ORDERED that the following schedule shall apply to the Court's consideration of the Motion:

1. By no later than February 18, 2008, Plaintiffs shall provide to DDI evidence of the purchase of one or more products in Delaware, including the date of purchase, the location of purchase and the vendor.

2. DDI shall serve its full responses and objections, including DDI's responsive documents if any, to Plaintiffs' previously served discovery requests by no later than February 28, 2008.

3. Within twenty (20) days from Plaintiffs' receipt of DDI's responses, including DDI's responsive documents if any, DDI shall produce one or more of its representatives for

deposition(s) in response to notice(s) by Plaintiffs. The deposition(s) of DDI or its representative(s) shall take place in Charlotte, North Carolina and shall relate only to personal jurisdiction of DDI in Delaware, including but not necessarily limited to DDI's contacts, direct or indirect, directed to Delaware.

4. Plaintiffs' answering brief in response to the Motion shall be due no later than thirty (30) days from plaintiffs' receipt of DDI's responses to discovery requests, including DDI's responsive documents if any.

5. DDI's reply brief shall be due no later than ten (10) days from receipt of Plaintiffs' answering brief.

6. Discovery taken in connection with this jurisdictional motion shall not count against any discovery event limitations that may be set forth in any other Scheduling Order of this Court.

7. **DDI's Position**: **DDI should not be subject to merits-based discovery until the Court has ruled on the Motion.**

**Plaintiffs' Position**: **Merits-based discovery is not stayed pending the Court's ruling on the Motion.**

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| /s/ Philip A. Rovner | /s/ Lauren E. Maguire |
| Philip A. Rovner (I.D. #3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com<br>*Attorney for Plaintiffs Roche Diagnostics Operations Inc, and Corange International Limited* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>*Attorneys for Defendant Diagnostic Devices, Inc.* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

188321.1