IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROCHE DIAGNOSTICS OPERATIONS, INC.   )
and CORANGE INTERNATIONAL            )
LIMITED,                             )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            )      C.A. No. 07-753-JJF
                                     )
ABBOTT DIABETES CARE INC., ABBOTT    )
DIABETES CARE SALES CORPORATION,     )
BAYER HEALTHCARE, LLC, DIAGNOSTIC    )
DEVICES, INC., LIFESCAN, INC.,       )
NOVA BIOMEDICAL CORPORATION, and     )
SANVITA INCORPORATED,                )
                                     )
            Defendants.              )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Matthew A. Anderson of McAndrews, Held & Malloy, Ltd., 500 West Madison

Street, Chicago, Illinois 60661, to represent defendants, Abbott Diabetes Care Inc. and Abbott

Diabetes Care Sales Corporation, in this matter.

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Defendants*
Dated: February 21, 2008
*Abbott Diabetes Care Inc. and Abbott Diabetes*
*Care Sales Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                                United States District Judge

2

CERTIFICATION

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

        ☐     has been paid to the Clerk of the Court; or

        ☒     will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 20, 2008

Matthew A. Anderson
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
manderson@mcandrews-ip.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I caused to be served by electronic service and

hand delivery the foregoing document and electronically filed the same with the Clerk of Court

using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Mary W. Bourke
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

John W. Shaw
Jeffrey T. Castellano
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven J. Balick
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

I hereby certify that on February 21, 2008, the foregoing document was sent via

electronic mail to the following non-registered participants:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert
 & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606

Ashley L. Ellis
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202

Wesley E. Overson
Rachel Krevans
Jason R. Bartlett
Parisa Jorjani
Daniel P. Muino
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Bradford J. Badke
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704

Joseph M. Casino
Kenneth P. George
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY   10016

Nancy Tinsley, Esquire
Roche Diagnostics
9115 Hague Road
Indianapolis, IN   46250

Anne Shea Gaza (#4093)
gaza@rlf.com