# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORPORATION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS ABBOTT DIABETES CARE INC.'S AND ABBOTT DIABETES CARE SALES CORPORATION'S SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF THEIR MOTION TO STAY PENDING REEXAMINATION

Pursuant to District of Delaware Local Rule 7.1.2(b), defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation (collectively, "Abbott") submit a copy of the office actions issued by the U.S. Patent & Trademark Office ("PTO") in connection with the requests for reexamination of the patents-in-suit, which were initiated on behalf of Abbott. In the office actions, the PTO granted reexamination of both Roche patents-in-suit as to all issued patent claims. Copies of the office actions are attached hereto as Exhibits A and B. In light of this recent development, and for the myriad reasons set forth in its moving papers, Abbott respectfully urges the Court to grant the Motion to Stay Pending Reexamination.

OF COUNSEL:
Edward A. Mas II
Stephen F. Sherry
Kirk Vander Leest
James M. Hafertepe
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 N. King Street
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Abbott Diabetes Care Inc. and
Abbott Diabetes Care Sales Corporation*

Dated:  February 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I caused to be served by electronic service and

hand delivery the foregoing document and electronically filed the same with the Clerk of Court

using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Mary W. Bourke
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

John W. Shaw
Jeffrey T. Castellano
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven J. Balick
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE   19899

I hereby certify that on February 22, 2008, the foregoing document was sent via

electronic mail to the following non-registered participants:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert
 & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606

Ashley L. Ellis
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202

Wesley E. Overson
Rachel Krevans
Jason R. Bartlett
Parisa Jorjani
Daniel P. Muino
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Joseph M. Casino
Kenneth P. George
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY   10016

Bradford J. Badke
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704

Nancy Tinsley, Esquire
Roche Diagnostics
9115 Hague Road
Indianapolis, IN   46250

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

# EXHIBIT A

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

John T. Callahan
Sughrue Mion, PLLC
2100 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20037

# DOCKETED

FEB 21 2008

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/010,079*.

PATENT NO. *7276146*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/010,079 | 12/14/2007 | 7276146 | A9805 | 9230 |

41577      7590      02/15/2008

WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY LLP
111 MONUMENT CIRCLE, SUITE 3700
INDIANAPOLIS, IN  46204-5137

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  |  |

DATE MAILED: 02/15/2008

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS
JOHN T. CALLAHAN
SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVE., SUITE 800
WASHINGTON, D.C. 20037

Date:

MAILED

FEB 1 5 2008

CENTRAL REEXAMINATION UNIT

## EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. : 90010079
PATENT NO. : 7276146
ART UNIT : 3991

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. 90/010,079 | Patent Under Reexamination 7276146 | |
|---|---|---|---|
| | Examiner Alan Diamond | Art Unit 3991 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>14 December 2007</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,    b)☒ PTO/SB/08, ⅗℀c)☐ Other: _____

1. ☒   The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional): TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐   The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)).  **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

    a) ☐  by Treasury check or,

    b) ☐  by credit to Deposit Account No. _____,  or

    c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Alan  Diamond
Primary Examiner
Art Unit: 3991

cc:Requester ( if third party requester )

Application/Control Number:                                              Page 2
90/010,079
Art Unit: 3991

### *Decision on Reexamination Request*

1.      A substantial new question of patentability affecting claims 1-62 of United States

Patent Number 7,276,146 to Wilsey is raised by the request for *ex parte* reexamination.

The request for reexamination is Third Party requested.

### *Extension of Time*

2.      Extensions of time under 37 CFR 1.136(a) will not be permitted in these

proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and

not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that

*ex parte* reexamination proceedings "will be conducted with special dispatch" (37

CFR 1.550(a)). Extensions of time in *ex parte* reexamination proceedings are provided

for in 37 CFR 1.550(c).

### *Substantial New Question of Patentability (SNQ)*

3.      The presence or absence of a "substantial new question of patentability"

determines whether or not reexamination is ordered.

        For a "substantial new question of patentability" to be present, it is only

necessary that :

        A) the prior art patents and/or printed publications raise a substantial new

question of patentability regarding at least one claim, i.e., the teaching of the (prior art)

patents and printed publications is such that a reasonable examiner would consider the

teaching to be important in deciding whether or not the claim is patentable; and

Application/Control Number:                              Page 3
90/010,079
Art Unit: 3991

B) the same question of patentability as to the claim has not been decided by the

Office in a previous examination of the patent or in a final holding of invalidity by the

Federal Courts in a decision on the merits involving the claim.

A SNQ may be based solely on old art where the old art is being

presented/viewed in a new light, or in a different way, as compared with its use in the

earlier concluded examination(s), in view of a material new argument or interpretation in

the request. (MPEP 2242).

### Request

4.      **The request indicates the Requester considers that WO 00/20626
(hereinafter "WO '626") raises a substantial new question of patentability with
respect to claims 1-14, 16-54 and 59-62 of Wilsey.**

It is agreed that consideration of WO '626 raises a substantial new question of

patentability as to claims 1-14, 16-54 and 59-62 of Wilsey. Page 61, line 1, through

page 122, line 18, of the request for reexamination are hereby incorporated by

reference for their explanation of the teaching provided in WO '626 that was not

presented in the prosecution of the application which became the Wilsey patent,  There

is a substantial likelihood that a reasonable examiner would consider this teaching

important in deciding whether or not claims 1-14, 16-54 and 59-62 of Wilsey were

patentable. Accordingly, WO '626 raises a substantial new question of patentability as

to claims 1-14, 16-54 and 59-62, which question has not been decided in a previous

examination of the Wilsey patent.

Application/Control Number:                                    Page 4
90/010,079
Art Unit: 3991

5.    **The request indicates the Requester considers that WO '626 in view of**

**Pottgen *et* al (U.S. Patent 6,153,069, hereinafter "Pottgen '069") raises a**

**substantial new question of patentability with respect to claims 15 and 55-58 of**

**Wilsey.**

It is agreed that consideration of WO '626 in view of Pottgen '069 raises a

substantial new question of patentability as to claims 15 and 55-58 of Wilsey. Page

123, line 1, through page 130, line 8, of the request for reexamination are hereby

incorporated by reference for their explanation of the teachings provided in WO '626

and Pottgen '069 that were not presented in the prosecution of the application which

became the Wilsey patent. There is a substantial likelihood that a reasonable examiner

would consider these teachings important in deciding whether or not claims 15 and 55-

58 of Wilsey were patentable. Accordingly, WO '626 in view of Pottgen '069 raises a

substantial new question of patentability as to claims 15 and 55-58, which question has

not been decided in a previous examination of the Wilsey patent.

### *Use of Old Art*

6.    The above substantial new questions of patentability based on WO '626 alone

and WO '626 in view of Pottgen '069 are based solely on patents and/or printed

publications already cited/considered in an earlier concluded examination of the patent

being reexamined. On November 2, 2002, Public Law 107-273 was enacted. Title III,

Subtitle A, Section 13105, part (a) of the Act revised the reexamination statute by

adding the following new last sentence to 35 U.S.C. 303(a) and 312(a):

Application/Control Number:                                   Page 5
90/010,079
Art Unit: 3991


"The existence of a substantial new question of
patentability is not precluded by the fact that a patent or
printed publication was previously cited by or to the Office or
considered by the Office."


For any reexamination ordered on or after November 2, 2002, the effective date
of the statutory revision, reliance on previously cited/considered art, i.e., "old art," does
not necessarily preclude the existence of a substantial new question of patentability
(SNQ) that is based exclusively on that old art. Rather, determinations on whether a
SNQ exists in such an instance shall be based upon a fact-specific inquiry done on a
case-by-case basis.

In the present instance, there exists a SNQ based solely on WO '626 (alone) and
based solely on WO '626 in view of Pottgen '069. A discussion of the specifics now
follows:

Each of the substantial new questions of patentability relies upon WO '626. As
noted on page 7 of the Request, neither Patent Owner nor the Examiner commented on
WO '626 when it was filed as part on an Information Disclosure Statement (IDS) in the
application which became the Wilsey patent; and the equivalent to WO '626 (i.e., U.S.
6,338,790) was filed in another IDS where it was asserted by Patent Owner that said
equivalent "does not disclose a method of measuring an analyte in a sample by
detecting the time at which the liquid sample enters the cavity and within 10 seconds of

Application/Control Number:                                Page 6
90/010,079
Art Unit: 3991

that time obtaining a readout of the concentration of the analyte in the liquid sample."

However, Figure 17 of WO '626 shows something different than was asserted by Patent

Owner. In particular, as explained at pages 8-11 of the Request, Figure 17 of WO '626

demonstrates a method of determining glucose concentration in a blood sample in a

time period of less than 10 second, e.g. a readout time of only about 3 seconds. This

teaching was never presented during prosecution of the Wilsey patent, and thus, WO

'626 is being viewed in a new light compared to how it was viewed during the

prosecution of Wilsey.


### Duty to Disclose

7.      The patent owner is reminded of the continuing responsibility under 37 CFR

1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent

proceeding, involving Patent No. 7,276,146 throughout the course of this reexamination

proceeding. The third party requestor is also reminded of the ability to similarly apprise

the Office of any such activity or proceeding throughout the course of this reexamination

proceeding. See MPEP §§ 2207, 2282 and 2286.


### Correspondence

14.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Alan Diamond whose telephone number is (571) 272-

1338. The examiner can normally be reached on Monday through Friday from 5:30

a.m. to 2:00 p.m.

Application/Control Number:                                    Page 7
90/010,079
Art Unit: 3991

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Deborah Jones can be reached on (571) 272-1535.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).


### Notice Re Patent Owner's Correspondence Address

Effective May 16, 2007, 37 CFR 1.33(c) has been revised to provide that:

The patent owner's correspondence address for all communications in an *ex parte*
reexamination or an *inter partes* reexamination is designated as the correspondence
address of the patent.

> *Revisions and Technical Corrections Affecting Requirements for Ex Parte
> and Inter Partes Reexamination*, 72 FR 18892 (April 16, 2007)(Final Rule)

**The correspondence address for any pending reexamination proceeding not
having the same correspondence address as that of the patent is, by way of this
revision to 37 CFR 1.33(c), <u>automatically changed to that of the patent file</u> as of
the effective date.**

This change is effective for any reexamination proceeding which is pending before the
Office as of May 16, 2007, <u>including the present reexamination proceeding</u>, and to any
reexamination proceeding which is filed after that date.

Parties are to take this change into account when filing papers, and direct
communications accordingly.

Application/Control Number:                                        Page 8
90/010,079
Art Unit: 3991

In the event the patent owner's correspondence address listed in the papers (record) for
the present proceeding is different from the correspondence address of the patent, it is
strongly encouraged that the patent owner affirmatively file a Notification of Change of
Correspondence Address in the reexamination proceeding and/or the patent (depending
on which address patent owner desires), to conform the address of the proceeding with
that of the patent and to clarify the record as to which address should be used for
correspondence.

Telephone Numbers for reexamination inquiries:

Reexamination and Amendment Practice            (571) 272-7703
Central Reexam Unit (CRU)                       (571) 272-7705
Reexamination Facsimile Transmission No.        (571) 273-9900

Please mail any communications to:
        Attn: Mail Stop "Ex Parte Reexam"
        Central Reexamination Unit
        Commissioner for Patents
        P. O. Box 1450
        Alexandria VA   22313-1450

Please FAX any communications to:
        (571) 273-9900
        Central Reexamination Unit

Please hand-deliver any communications to:
        Customer Service Window
        Attn:  Central Reexamination Unit
        Randolph Building, Lobby Level
        401 Dulany Street
        Alexandria, VA  22314

Signed:

Alan Diamond                                DEBORAH D. JONES
Primary Examiner                            CRU SPE-AU 3991
Art Unit 3991
(571) 272-1338

                        JERRY D. JOHNSON
                        PRIMARY EXAMINER
                        CRU - AU 3991

MODIFIED PTO/SB/08 A & B (08-03)

| Substitute for Form 1449 A & B/PTO | | | *Complete if Known* | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | ~~Reexam of USP 7,276,146~~ 90/010,079 |
| | | | Confirmation Number | Not yet determined |
| | | | Filing Date | December 14, 2007 |
| | | | First Named Inventor | Christopher D. WILSEY |
| | | | Art Unit | ~~Not yet assigned~~ 3991 |
| | | | Examiner Name | ~~Not yet assigned~~ Diamond |
| Sheet | 1 | of | 1 | Attorney Docket Number | A9805 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document |
|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | |
| ADD | | US 6,153,069 | A | 11-28-2000 | Pottgen et al. |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Translation[6] |
|---|---|---|---|---|---|---|---|
| | | Country Code[3] | Number[4] | Kind Code[5] *(if known)* | | | |
| ADD | | WO | 00/20626 | A1 | April 13, 2000 | THERASENSE, INC | — |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city, and/or country where published. | Translation[6] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | *(signature)* | | Date Considered | 2/12/08 |
|---|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609  Draw line through citation if not in conformance and not considered  Include copy of this form with next communication to applicant

[1]Applicant's unique citation designation number (optional).  [2]See Kind Codes of USPTO Patent Documents at www.uspto.gov, MPEP 901 04 or follow the hyperlink from the title of the document to the intranet.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST. 3)  [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST 16 if possible  [6] Applicant is to indicate here if English language Translation is attached.

[Page 1 of 1]

7404-441 JBM.206582

PTO/SB/08A (1?
Approved for use through 10/31/2002. OMB 0651-0031 ⊙
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449/PTO | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | | | C mplete if Known | |
|---|---|---|---|---|---|---|
| | | Application Number | | | | |
| | | Filing Date | | March 5, 2003 | | |
| | | First Named Inventor | | Christopher D. Wisey | | |
| | | Art Unit | | | | |
| | | Examiner Name | | | | |
| Sheet | 1 | of | 2 | Attorney Docket Number | 7404-473 BMID-9968C-US | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | 4,759,828 | 07-26-1988 | Young et al. | |
| | | 5,049,487 | 09-17-1991 | Phillips et al. | |
| | | 5,250,439 | 10-05-1993 | Musho et al. | |
| | | 5,437,999 | 08-01-1995 | Diebold et al. | |
| | | 5,611,900 | 03-18-1997 | Worden et al | |
| | | 5,658,443 | 08-19-1997 | Yamamoto et al | |
| | | 6,004,441 | 12-21-1999 | Fujiwara et al | |
| | | 6,042,714 | 03-28-2000 | Lin et al | |
| | | 6,120,676 | 09-19-2000 | Heller et al. | |
| | | RE36,991 | 12-19-2000 | Yamamoto et al. | |
| | | 6,193,873 | 02-27-2001 | Ohara et al | |
| | | 6,241,862 | 06-05-2001 | McAleer et al. | |
| | | 6,258,229 | 07-10-2001 | Winarta et al. | |
| | | 6,284,125 | 09-04-2001 | Hodges et al. | |
| | | 6,338,790 | 01-15-2002 | Feldman et al. | |
| | | 2002/0092612 | 07-18-2002 | Davies et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | WO 95/22597 | 08-01-1995 | | | |
| | | WO 97/30344 | 08-21-1997 | | | |
| | | WO 98/35225 | 08-13-1998 | | | |
| | | EP 859 230 | 08-19-1998 | | | ✓ |
| | | EP 964 059 | 12-15-1999 | | | |
| | | WO 00/73778 | 12-07-2000 | | | |
| | | WO 01/73124 | 10-04-2001 | | | |

| Examiner Signature | *al* | Date Considered | 2/13/08 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, D.C. 20231.

7404-441.JBM 208592

PTO/SB/08A (1)

Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | Complete if Known |  |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | |
| | Filing Date | March 5, 2003 |
| | First Named Inventor | Christopher D. Wisey |
| | Art Unit | |
| *(use as many sheets as necessary)* | Examiner Name | |
| Sheet 2 | of 2 | Attorney Docket Number | 7404-473 BMID-9968C-US |

| OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher, city and/or country where published | T² |
| | | Chiba, K.; Ohsaka, T.; Ohnuki, Y.; and Oyama, N., *"Electrochemical Preparation of a Ladder Polymer Containing Phenazine Rings"*, J. Electroanal. Chem., 219 (1987) 117-124 | |
| | | Bartlett, P.N. and Whitaker, R.G., *"Electrochemical Immobilisation of Enzymes: Part I. Theory"*, J. Electroanal. Chem., 224 (1987) 27-35 | |
| | | Bartlett, P.N. and Whitaker, R.G., *"Electrochemical Immobilisation of Enzymes: Part II. Glucose Oxidase Immobilised in Poly-N-Methylpyrrole"*, J. Electroanal. Chem, 224 (1987) 37-48 | |
| | | Malitesta, Cosimino; Palmisano, Francesco*; Torsi, Luisa; and Zambonin Pier Giorgio, "Glucose Fast-Response Amperometric Sensor Based on Glucose Oxidase Immobilized in an Electropolymerized Poly(o-phenylenediamine) Film", Anal. Chem. 1990, 62, 2735-2740 | |
| | | Gregg, Brian A. and Heller, Adam, *"Cross-Linked Redox Gels Containing Glucose Oxidase for Amperometric Biosensor Applications"*, Anal. Chem. 1990, 62, 258-263 | |
| | | Lee, Jae-Suk; Nakahama, Seiichi; and Hirao, Akira, "A New Glucose Sensor Using Microporous Enzyme Membrane", *Sensors and Actuators B, 3 (1991) 215-219* | |
| | | Burke, David W. and Surridge, Nigel A., "Improved-Accuracy Biosensor Strip for Accu-Chek™ Advantage ®", presented orally at ACS Boston Meeting (~1993-1994) | |
| | | Miao, Y.; Chia, L.S.; Goh, N.K.; and Tan, S.N., "Amperometric Glucose Biosensor Based on Immobilization of Glucose Oxidase in Chitosan Matrix Cross-Linked with Glutaraldehyde", *Electroanalysis 2001, 13, No. 4* | |
| | | Lifescan product brochure for OneTouch® Ultra™ Test Strip | |
| | | Photocopies of the front and back portions of the commercial product marketed by Lifescan as the OneTouch made public at least as early as 2001 | |
| | | Owner's Booklet entitled "The Comfort of Control" by Lifescan | |
| | | "Quick Start Guide" for the OneTouch® Ultra™ Blood Glucose Monitoring System | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | 2/13/08 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, D.C. 20231.

# EXHIBIT B

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

John T. Callahan
Sughrue Mion, PLLC
2100 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20037

**DOCKETED**

FEB 2 1 2008

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/010,080*.

PATENT NO. *7276147*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/010,080 | 12/14/2007 | 7276147 | A9806 | 9236 |

| 41577        7590        02/15/2008 | EXAMINER |
|---|---|
| WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY LLP 111 MONUMENT CIRCLE, SUITE 3700 INDIANAPOLIS, IN 46204-5137 | |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 02/15/2008

Please find below and/or attached an Office communication concerning this application or proceeding.

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS
JOHN T. CALLAHAN
SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVE., N.W. SUITE 800
WASHINGTON, D.C. 20037

Date:

FEB 1 5 2008

CENTRAL REEXAMINATION UNIT

## EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. : 90010080
PATENT NO. : 7276147
ART UNIT : 3991


Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. | Patent Under Reexamination | |
|---|---|---|---|
| | 90/010,080 | 7276147 | |
| | Examiner | Art Unit | |
| | Alan Diamond | 3991 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>14 December 2007</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐  PTO-892,    b)☒  PTO/SB/08, ☐c)☐  Other: _____

1. ☒    The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐    The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

a) ☐  by Treasury check or,

b) ☐  by credit to Deposit Account No. _____,  or

c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Alan  Diamond
Primary Examiner
Art Unit: 3991

cc:Requester ( if third party requester )

Application/Control Number:                                          Page 2
90/010,080
Art Unit: 3991

## *Decision on Reexamination Request*

1.      A substantial new question of patentability affecting claims 1-69 of United

States Patent Number 7,276,147 to Wilsey is raised by the request for *ex parte*

reexamination.  The request for reexamination is Third Party requested.


## *Extension of Time*

2.      Extensions of time under 37 CFR 1.136(a) will not be permitted in these

proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant"

and not to parties in a reexamination proceeding.  Additionally, 35 U.S.C. 305

requires that *ex parte* reexamination proceedings "will be conducted with special

dispatch" (37 CFR 1.550(a)).  Extensions of time in *ex parte* reexamination

proceedings are provided for in 37 CFR 1.550(c).


## *Substantial New Question of Patentability (SNQ)*

3.      The presence or absence of a "substantial new question of patentability"

determines whether or not reexamination is ordered.

        For a "substantial new question of patentability" to be present, it is only

necessary that :

        A) the prior art patents and/or printed publications raise a substantial new

question of patentability regarding at least one claim, i.e., the teaching of the

(prior art) patents and printed publications is such that a reasonable examiner

would consider the teaching to be important in deciding whether or not the claim

is patentable; and

Application/Control Number:                                          Page 3
90/010,080
Art Unit: 3991

B) the same question of patentability as to the claim has not been decided

by the Office in a previous examination of the patent or in a final holding of

invalidity by the Federal Courts in a decision on the merits involving the claim.

A SNQ may be based solely on old art where the old art is being

presented/viewed in a new light, or in a different way, as compared with its use in

the earlier concluded examination(s), in view of a material new argument or

interpretation in the request. (MPEP 2242).

### Request

4.    **The request indicates the Requester considers that WO 00/20626**

**(hereinafter "WO '626") raises a substantial new question of patentability**

**with respect to claims 1-12, 16-61 and 65-69 of Wilsey.**

It is agreed that consideration of WO '626 raises a substantial new

question of patentability as to claims 1-12, 16-61 and 65-69 of Wilsey. Page 73,

line 4 through page 139, line 19, of the request for reexamination are hereby

incorporated by reference for their explanation of the teaching provided in WO

'626 that was not presented in the prosecution of the application which became

the Wilsey patent. There is a substantial likelihood that a reasonable examiner

would consider this teaching important in deciding whether or not claims 1-12,

16-61 and 65-69 of Wilsey were patentable. Accordingly, WO '626 raises a

substantial new question of patentability as to claims 1-12, 16-61 and 65-69,

which question has not been decided in a previous examination of the Wilsey

patent.

Application/Control Number:                                    Page 4
90/010,080
Art Unit: 3991

5.    **The request indicates the Requester considers that WO '626 in view**
**of Pottgen *et* al (U.S. Patent 6,153,069, hereinafter "Pottgen '069") raises a**
**substantial new question of patentability with respect to claims 13-15 and**
**62-64 of Wilsey.**

It is agreed that consideration of WO '626 in view of Pottgen '069 raises a

substantial new question of patentability as to claims 13-15 and 62-64 of Wilsey.

Page 140, line 1 through page 148, line 18, of the request for reexamination are

hereby incorporated by reference for their explanation of the teachings provided

in WO '626 and Pottgen '069 that were not presented in the prosecution of the

application which became the Wilsey patent.  There is a substantial likelihood

that a reasonable examiner would consider these teachings important in deciding

whether or not claims 13-15 and 62-64 of Wilsey were patentable.  Accordingly,

WO '626 in view of Pottgen '069 raises a substantial new question of patentability

as to claims 13-15 and 62-64, which question has not been decided in a previous

examination of the Wilsey patent.


### *Use of Old Art*

6.    The above substantial new questions of patentability based on WO '626

alone and WO '626 in view of Pottgen '069 are based solely on patents and/or

printed publications already cited/considered in an earlier concluded examination

of the patent being reexamined.  On November 2, 2002, Public Law 107-273 was

enacted. Title III, Subtitle A, Section 13105, part (a) of the Act revised the

Application/Control Number:                          Page 5
90/010,080
Art Unit: 3991

reexamination statute by adding the following new last sentence to 35 U.S.C.

303(a) and 312(a):

"The existence of a substantial new question of patentability is not precluded by

the fact that a patent or printed publication was previously cited by or to the

Office or considered by the Office."

For any reexamination ordered on or after November 2, 2002, the effective

date of the statutory revision, reliance on previously cited/considered art, i.e., "old

art," does not necessarily preclude the existence of a substantial new question of

patentability (SNQ) that is based exclusively on that old art.  Rather,

determinations on whether a SNQ exists in such an instance shall be based upon

a fact-specific inquiry done on a case-by-case basis.

In the present instance, there exists a SNQ based solely on WO '626

(alone) and based solely on WO '626 in view of Pottgen '069.  A discussion of the

specifics now follows:

Each of the substantial new questions of patentability relies upon WO

'626.  As noted on page 8 of the Request, neither Patent Owner nor the

Examiner commented on WO '626 when it was filed as part on an Information

Disclosure Statement (IDS) in the application which became the Wilsey patent;

and the equivalent to WO '626 (i.e., U.S. 6,338,790) was filed in another IDS

where it was asserted by Patent Owner that said equivalent "does not disclose a

Application/Control Number:                                          Page 6
90/010,080
Art Unit: 3991

method of measuring an analyte in a sample by detecting the time at which the

liquid sample enters the cavity and within 10 seconds of that time obtaining a

readout of the concentration of the analyte in the liquid sample." However,

Figure 17 of WO '626 shows something different than was asserted by Patent

Owner. In particular, as explained at pages 8-11 of the Request, Figure 17 of

WO '626 demonstrates a method of determining glucose concentration in a blood

sample in a time period of less than 10 second, e.g. a readout time of only about

3 seconds. This teaching was never presented during prosecution of the Wilsey

patent, and thus, WO '626 is being viewed in a new light compared to how it was

viewed during the prosecution of Wilsey.


### Duty to Disclose

7.      The patent owner is reminded of the continuing responsibility under 37

CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or

concurrent proceeding, involving Patent No. 7,276,147 throughout the course of

this reexamination proceeding. The third party requestor is also reminded of the

ability to similarly apprise the Office of any such activity or proceeding throughout

the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and

2286.


### Correspondence

14.     Any inquiry concerning this communication or earlier communications from

the examiner should be directed to Alan Diamond whose telephone number is

Application/Control Number:                                      Page 7
90/010,080
Art Unit: 3991

(571) 272-1338. The examiner can normally be reached on Monday through

Friday from 5:30 a.m. to 2:00 p.m.

If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, Deborah Jones can be reached on (571) 272-1535.

Information regarding the status of an application may be obtained from

the Patent Application Information Retrieval (PAIR) system. Status information

for published applications may be obtained from either Private PAIR or Public

PAIR. Status information for unpublished applications is available through

Private PAIR only. For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-

free).

### Notice Re Patent Owner's Correspondence Address

Effective May 16, 2007, 37 CFR 1.33(c) has been revised to provide that:

The patent owner's correspondence address for all communications in an *ex
parte* reexamination or an *inter partes* reexamination is designated as the
correspondence address of the patent.

> *Revisions and Technical Corrections Affecting Requirements for Ex
> Parte and Inter Partes Reexamination, 72 FR 18892 (April 16,
> 2007)(Final Rule)*

**The correspondence address for any pending reexamination proceeding
not having the same correspondence address as that of the patent is, by
way of this revision to 37 CFR 1.33(c), <u>automatically changed to that of the
patent file</u> as of the effective date.**

This change is effective for any reexamination proceeding which is pending
before the Office as of May 16, 2007, <u>including the present reexamination
proceeding</u>, and to any reexamination proceeding which is filed after that date.

Application/Control Number:                                    Page 8
90/010,080
Art Unit: 3991


Parties are to take this change into account when filing papers, and direct communications accordingly.

In the event the patent owner's correspondence address listed in the papers (record) for the present proceeding is different from the correspondence address of the patent, it is strongly encouraged that the patent owner affirmatively file a Notification of Change of Correspondence Address in the reexamination proceeding and/or the patent (depending on which address patent owner desires), to conform the address of the proceeding with that of the patent and to clarify the record as to which address should be used for correspondence.

Telephone Numbers for reexamination inquiries:

Reexamination and Amendment Practice          (571) 272-7703
Central Reexam Unit (CRU)                     (571) 272-7705
Reexamination Facsimile Transmission No.      (571) 273-9900

Please mail any communications to:
        Attn: Mail Stop "Ex Parte Reexam"
        Central Reexamination Unit
        Commissioner for Patents
        P. O. Box 1450
        Alexandria VA  22313-1450

Please FAX any communications to:
        (571) 273-9900
        Central Reexamination Unit

Please hand-deliver any communications to:
        Customer Service Window
        Attn:  Central Reexamination Unit
        Randolph Building, Lobby Level
        401 Dulany Street
        Alexandria, VA  22314

Signed:

Alan Diamond
Primary Examiner
Art Unit 3991
(571) 272-1338

DEBORAH D. JONES
CRU SPE-AU 3991

JERRY D. JOHNSON
PRIMARY EXAMINER
CRU - AU 3991

MODIFIED PTO/SB/08 A & B (08-03)

| Substitute for Form 1449 A & B/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | ~~Reexam of USP 7,276,147~~ 90/010,080 |
| | | Confirmation Number | Not yet determined |
| | | Filing Date | December 14, 2007 |
| | | First Named Inventor | Christopher D. WILSEY |
| | | Art Unit | ~~Not yet assigned~~ 3991 |
| | | Examiner Name | ~~Not yet assigned~~ Diamond |
| Sheet | 1 | of | 1 | Attorney Docket Number | A9806 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document |
|---|---|---|---|---|---|
| | | Number | Kind Code[2] *(if known)* | | |
| AD | | US 6,153,069 | A | 11-28-2000 | Pottgen et al. |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |
| | | US | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Translation[6] |
|---|---|---|---|---|---|---|---|
| | | Country Code[3] | Number[4] | Kind Code[5] *(if known)* | | | |
| AD | | WO | 00/20626 | A1 | April 13, 2000 | THERASENSE, INC | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city, and/or country where published. | Translation[6] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | *Q. D.* | Date Considered | 2/13/08 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional) [2]See Kind Codes of USPTO Patent Documents at www.uspto.gov, MPEP 901.04 or follow the hyperlink from the title of the document to the intranet. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST. 3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to indicate here if English language Translation is attached

7404-441 JBM.206582

PTO/SB/08A (1)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| | | |
|---|---|---|
| Sheet | 1 | of | 2 |

**Complete if Known**

| | |
|---|---|
| Application Number | |
| Filing Date | March 5, 2003 |
| First Named Inventor | Christopher D. Wilsey |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 7404-473 BMID-9998C-US |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number — Number-Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | 4,759,828 | 07-26-1988 | Young et al. | |
| | | 5,049,487 | 09-17-1991 | Phillips et al. | |
| | | 5,250,439 | 10-05-1993 | Musho et al. | |
| | | 5,437,999 | 08-01-1995 | Diebold et al. | |
| | | 5,611,900 | 03-18-1997 | Worden et al | |
| | | 5,658,443 | 08-19-1997 | Yamamoto et al. | |
| | | 6,004,441 | 12-21-1999 | Fujiwara et al. | |
| | | 6,042,714 | 03-28-2000 | Lin et al | |
| | | 6,120,676 | 09-19-2000 | Heller et al. | |
| | | RE36,991 | 12-19-2000 | Yamamoto et al. | |
| | | 6,193,873 | 02-27-2001 | Ohara et al | |
| | | 6,241,862 | 06-05-2001 | McAleer et al. | |
| | | 6,258,229 | 07-10-2001 | Winarta et al. | |
| | | 6,284,125 | 09-04-2001 | Hodges et al. | |
| | | 6,338,790 | 01-15-2002 | Feldman et al. | |
| | | 2002/0092612 | 07-18-2002 | Davies et al. | |

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T² |
|---|---|---|---|---|---|---|
| | | WO 95/22597 | 08-01-1995 | | | |
| | | WO 97/30344 | 08-21-1997 | | | |
| | | WO 98/35225 | 08-13-1998 | | | |
| | | EP 859 230 | 08-19-1998 | | | ✓ |
| | | EP 964 059 | 12-15-1999 | | | |
| | | WO 00/73778 | 12-07-2000 | | | |
| | | WO 01/73124 | 10-04-2001 | | | |

| Examiner Signature | *(signature)* | Date Considered | 2/13/08 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

7404-441 JBM.208592

PTO/SB/08A (1)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| | | | |
|---|---|---|---|
| Sheet | 2 | of | 2 |

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | March 5, 2003 |
| First Named Inventor | Christopher D. Wilsey |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 7404-473 BMID-9968C-US |

## OTHER PRIOR ART - NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s) publisher city and/or country where published | T² |
|---|---|---|---|
| | | Chiba, K.; Ohsaka, T.; Ohnuki, Y.; and Oyama, N., "Electrochemical Preparation of a Ladder Polymer Containing Phenazine Rings", J. Electroanal. Chem, 219 (1987) 117-124 | |
| | | Bartlett, P.N. and Whitaker, R.G., "Electrochemical Immobilisation of Enzymes: Part I. Theory", J. Electroanal. Chem., 224 (1987) 27-35 | |
| | | Bartlett, P.N. and Whitaker, R.G., "Electrochemical Immobilisation of Enzymes: Part II Glucose Oxidase Immobilised in Poly-N-Methylpyrrole", J. Electroanal. Chem., 224 (1987) 37-48 | |
| | | Malitesta, Cosimino; Palmisano, Francesco*; Torsi, Luisa; and Zambonin Pier Giorgio, "Glucose Fast-Response Amperometric Sensor Based on Glucose Oxidase Immobilized in an Electropolymerized Poly(o-phenylenediamine) Film", Anal. Chem. 1990, 62, 2735-2740 | |
| | | Gregg, Brian A. and Heller, Adam, "Cross-Linked Redox Gels Containing Glucose Oxidase for Amperometric Biosensor Applications", Anal. Chem. 1990, 62, 258-263 | |
| | | Lee, Jae-Suk; Nakahama, Seiichi; and Hirao, Akira, "A New Glucose Sensor Using Microporous Enzyme Membrane", Sensors and Actuators B, 3 (1991) 215-219 | |
| | | Burke, David W. and Surridge, Nigel A., "Improved-Accuracy Biosensor Strip for Accu-Chek™ Advantage ®", presented orally at ACS Boston Meeting (~1993-1994) | |
| | | Miao, Y.; Chia, L.S.; Goh, N.K.; and Tan, S.N., "Amperometric Glucose Biosensor Based on Immobilization of Glucose Oxidase in Chitosan Matrix Cross-Linked with Glutaraldehyde", Electroanalysis 2001, 13, No. 4 | |
| | | Lifescan product brochure for OneTouch® Ultra™ Test Strip | |
| | | Photocopies of the front and back portions of the commercial product marketed by Lifescan as the OneTouch made public at least as early as 2001 | |
| | | Owner's Booklet entitled "The Comfort of Control" by Lifescan | |
| | | "Quick Start Guide" for the OneTouch® Ultra™ Blood Glucose Monitoring System | |

| Examiner Signature | [signature] | Date Considered | 2/13/08 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, D.C. 20231.