IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC., CORANGE INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABBOTT DIABETES CARE INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, NOVA BIOMEDICAL CORPORATION,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-753 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## O R D E R

WHEREAS, the Court has reviewed and considered the proposed scheduling schemes submitted by the parties;

WHEREAS, the Court finds that the Defendant's proposal more closely addresses the Court's suggestions made during the February 8, 2008 Rule 16 Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's proposal is adopted.

2. A final proposed Rule 16 Scheduling Order shall be submitted by **March 6, 2008**.

  February 28, 2008                                                                   *Joseph J. Farnan Jr.*
        DATE                                                             UNITED STATES DISTRICT JUDGE