IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. and CORANGE INTERNATIONAL LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE, INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE LLC, DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, and NOVA BIOMEDICAL CORPORATION, | | |
| Defendants. | | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 28th day of February, 2008, **DEFENDANT DIAGNOSTIC DEVICES, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE  19899-0951 | HAND DELIVERY |
| Daniel A. Boehnen, Esquire<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive<br>Chicago, IL  60606 | VIA ELECTRONIC MAIL |
| Nancy Tinsley, Esquire<br>Roche Diagnostics<br>9115 Hague Road<br>Indianapolis, IN  46250 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Edward A. Mas, II, Esquire<br>McAndrews Held & Malloy Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661 | **VIA ELECTRONIC MAIL** |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Wesley E. Overson, Esquire<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | **VIA ELECTRONIC MAIL** |
| Kenneth P. George, Esquire<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 | **VIA ELECTRONIC MAIL** |
| Mary W. Bourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Bradford J. Badke, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | **VIA ELECTRONIC MAIL** |

                                              ASHBY & GEDDES

                                              */s/ Lauren E. Maguire*

                                              _____

                                              Steven J. Balick (I.D. #2114)
                                              John G. Day (I.D. #2403)
                                              Lauren E. Maguire (I.D. #4261)
                                              500 Delaware Avenue, 8th Floor
                                              P.O. Box 1150
                                              Wilmington, DE  19899
                                              302-654-1888
                                              sbalick@ashby-geddes.com
                                              jday@ashby-geddes.com
                                              lmaguire@ashby-geddes.com

                                              *Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*

Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated:  February 28, 2008
187575.1