IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC.<br>and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED,<br>ABBOTT DIABETES CARE SALES CORPORATION,<br>BAYER HEALTHCARE LLC, DIAGNOSTIC<br>DEVICES INC., LIFESCAN INCORPORATED, and<br>NOVA BIOMEDICAL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-753-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 28th day of February, 2008, **DEFENDANT DIAGNOSTIC DEVICES, INC.'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-46)** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE  19899-0951 | **HAND DELIVERY** |
| Daniel A. Boehnen, Esquire<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive<br>Chicago, IL  60606 | **VIA ELECTRONIC MAIL** |
| Nancy Tinsley, Esquire<br>Roche Diagnostics<br>9115 Hague Road<br>Indianapolis, IN  46250 | **VIA ELECTRONIC MAIL** |

Frederick L. Cottrell, III, Esquire　　　　　　　　　　　　　　　HAND DELIVERY
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Edward A. Mas, II, Esquire　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
McAndrews Held & Malloy Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661

John W. Shaw, Esquire　　　　　　　　　　　　　　　HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Wesley E. Overson, Esquire　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Kenneth P. George, Esquire　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016

Mary W. Bourke, Esquire　　　　　　　　　　　　　　　HAND DELIVERY
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Rodger D. Smith, II, Esquire　　　　　　　　　　　　　　　HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Bradford J. Badke, Esquire　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*

Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated: February 28, 2008
187575.1