## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 07-753-JJF ) |
| v. | ) ) |
| ABBOTT DIABETES CARE, INCORPORATED and ABBOTT DIABETES CARE SALES CORPORATION, | ) ) ) ) |
| BAYER HEALTHCARE, LLC, | ) ) |
| DIAGNOSTICS DEVICES, INC., | ) ) |
| LIFESCAN, INCORPORATED, and | ) ) |
| NOVA BIOMEDICAL CORPORATION, | ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 3, 2008, true and correct copies of LifeScan, Inc.'s Responses and Objections to Roche Diagnostics Operations, Inc.'s and Corange International Limited's First Set of Interrogatories (Nos. 1-16) and LifeScan Inc.'s Responses and Objections to Roche Diagnostics Operations, Inc.'s and Corange International Limited's First Set of Requests for the Production of Documents and Things (Nos. 1-119) were caused to be served upon the following counsel in the manner indicated:

**BY HAND AND EMAIL**
Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited*

**BY EMAIL**
Daniel A. Boehnen
Grantland G. Drutchas
Gary E. Hood
Nicole Keenan
Paula S. Fritsch
Sherri L. Oslick
Jeffrey P. Armstrong
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited*

**BY HAND AND EMAIL**
John W. Shaw
Jeffrey Thomas Castellano
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendant Bayer Healthcare, LLC*

**BY HAND AND EMAIL**
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Defendant Nova Biomedical Corporation*

**BY HAND AND EMAIL**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation.*

**BY HAND AND EMAIL**
Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Diagnostic Devices Inc.*

| | |
|---|---|
| **BY EMAIL**<br>Wesley E. Overson<br>Rachel Krevans<br>Jason R. Bartlett<br>Parisa Jorjani<br>Daniel P. Muino<br>Morrisson & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>*Attorneys for Defendant Bayer*<br>*Healthcare, LLC* | **BY EMAIL**<br>Kenneth P. George<br>Joseph M. Casino<br>Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016<br>*Attorneys for Defendant Bayer*<br>*Healthcare, LLC* |
| **BY EMAIL**<br>Nancy Tinsley<br>Roche Diagnostics<br>9115 Hague Road<br>Indianapolis, IN 46250<br>*Attorney for Plaintiff Roche Diagnostics*<br>*Operations, Inc. and Corange*<br>*International Limited* | **BY EMAIL**<br>Kirk A. Vander Leest<br>Edward A. Mas II<br>Stephen F. Sherry<br>James M. Hafertepe<br>Merle S. Elliott<br>Matthew A. Anderson<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, Suite 3400<br>Chicago, IL 60661<br>*Attorneys for Defendants Abbott*<br>*Diabetes Care Inc. and Abbott Diabetes*<br>*Care Sales Corporation* |
| **BY EMAIL**<br>Bradford J. Badke<br>Sona De<br>Michael Kahn<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Attorneys for Defendant Nova*<br>*Biomedical Corporation* | **BY EMAIL**<br>Ashley L. Ellis<br>Michael G. Adams<br>Parker Poe Adams & Bernstein LLP<br>Three Wachovia Center, Suite 3000<br>401 South Tryon Street<br>Charlotte, NC 28202<br>*Attorneys for Defendant Diagnostic*<br>*Devices Inc.* |

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

*Attorneys for Defendant LifeScan Incorporated*

**CERTIFICATE OF SERVICE**

        I, Mary W. Bourke, Esquire, hereby certify that on March 3, 2008, I caused to be served by electronic service the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited*

Daniel A. Boehnen
Grantland G. Drutchas
Gary E. Hood
Nicole Keenan
Paula S. Fritsch
Sherri L. Oslick
Jeffrey P. Armstrong
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited*

John W. Shaw
Jeffrey Thomas Castellano
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendant Bayer Healthcare, LLC*

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Defendant Nova Biomedical Corporation*

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation.*

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Diagnostic Devices Inc.*

| | |
|---|---|
| Wesley E. Overson<br>Rachel Krevans<br>Jason R. Bartlett<br>Parisa Jorjani<br>Daniel P. Muino<br>Morrisson & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>*Attorneys for Defendant Bayer*<br>*Healthcare, LLC* | Kenneth P. George<br>Joseph M. Casino<br>Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016<br>*Attorneys for Defendant Bayer*<br>*Healthcare, LLC* |
| Nancy Tinsley<br>Roche Diagnostics<br>9115 Hague Road<br>Indianapolis, IN 46250<br>*Attorney for Plaintiff Roche Diagnostics*<br>*Operations, Inc. and Corange*<br>*International Limited* | Kirk A. Vander Leest<br>Edward A. Mas II<br>Stephen F. Sherry<br>James M. Hafertepe<br>Merle S. Elliott<br>Matthew A. Anderson<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, Suite 3400<br>Chicago, IL 60661<br>*Attorneys for Defendants Abbott Diabetes*<br>*Care Inc. and Abbott Diabetes Care*<br>*Sales Corporation* |

I further certify that on March 3, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail to the following non-registered participants:

| | |
|---|---|
| Bradford J. Badke<br>Sona De<br>Michael Kahn<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Attorneys for Defendant Nova*<br>*Biomedical Corporation* | Ashley L. Ellis<br>Michael G. Adams<br>Parker Poe Adams & Bernstein LLP<br>Three Wachovia Center, Suite 3000<br>401 South Tryon Street<br>Charlotte, NC 28202<br>*Attorneys for Defendant Diagnostic*<br>*Devices Inc.* |

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

*Attorneys for Defendant LifeScan Incorporated*

595481