IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-753-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March, 2008, **DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-17) TO DEFENDANTS ABBOTT DIABETES CARE INC. AND ABBOTT DIABETES CARE SALES CORPORATION** was served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899-0951
provner@potteranderson.com
Counsel for Plaintiffs

VIA ELECTRONIC MAIL

Daniel A. Boehnen, Esq.                     VIA ELECTRONIC MAIL and
McDonnell Boehnen Hulbert & Berghoff LLP    U.S. MAIL
300 South Wacker Drive
Chicago, IL 60606
boehnen@mbhb.com
Counsel for Plaintiffs

Nancy Tinsley, Esq.                         VIA ELECTRONIC MAIL
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250
nancy.tinsley@roche.com
Counsel for Plaintiffs

Steve J. Balick, Esq.                       VIA ELECTRONIC MAIL
Ashy & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
Counsel for Defendant
Diagnostic Devices, Inc.

T. Cole Peterson                            VIA ELECTRONIC MAIL
Corporate Counsel
Diagnostic Devices, Inc.
14255 49th Street, Suite 301
Clearwater, FL 33762
Cole.Peterson@ccsmed.com
Counsel for Defendant
Diagnostic Devices, Inc.

John W. Shaw, Esq.                          VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
Counsel for Defendant
Bayer Healthcare, LLC

| | |
|---|---|
| Wesley E. Overson, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>woverson@mofo.com<br>Counsel for Defendant<br>Bayer Healthcare, LLC | VIA ELECTRONIC MAIL |
| Kenneth P. George, Esq.<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016<br>kgeorge@arelaw.com<br>Counsel for Defendant<br>Bayer Healthcare, LLC | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esq.<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>mbourke@cblh.com<br>Counsel for Defendant<br>Lifescan, Inc. | VIA ELECTRONIC MAIL |
| Rodger D. Smith, II, Esq.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>rsmith@mnat.com<br>Counsel for Defendant<br>Nova Biomedical Corp. | VIA ELECTRONIC MAIL |
| Bradford J. Badke, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>jim.badke@ropesgray.com<br>Counsel for Defendant<br>Nova Biomedical Corp. | VIA ELECTRONIC MAIL |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>provner@potteranderson.com<br>Counsel for Plaintiffs | VIA ELECTRONIC MAIL |
| Daniel A. Boehnen, Esq.<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive<br>Chicago, IL 60606<br>boehnen@mbhb.com<br>Counsel for Plaintiffs | VIA ELECTRONIC MAIL and U.S. MAIL |
| Nancy Tinsley, Esq.<br>Roche Diagnostics<br>9115 Hague Road<br>Indianapolis, IN 46250<br>nancy.tinsley@roche.com<br>Counsel for Plaintiffs | VIA ELECTRONIC MAIL |
| Steve J. Balick, Esq.<br>Ashy & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>Counsel for Defendant<br>Diagnostic Devices, Inc. | VIA ELECTRONIC MAIL |
| T. Cole Peterson<br>Corporate Counsel<br>Diagnostic Devices, Inc.<br>14255 49th Street, Suite 301<br>Clearwater, FL 33762<br>Cole.Peterson@ccsmed.com<br>Counsel for Defendant<br>Diagnostic Devices, Inc. | VIA ELECTRONIC MAIL |

John W. Shaw, Esq.                          VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
Counsel for Defendant
Bayer Healthcare, LLC

Wesley E. Overson, Esq.                     VIA ELECTRONIC MAIL
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
woverson@mofo.com
Counsel for Defendant
Bayer Healthcare, LLC

Kenneth P. George, Esq.                     VIA ELECTRONIC MAIL
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY  10016
kgeorge@arelaw.com
Counsel for Defendant
Bayer Healthcare, LLC

Mary W. Bourke, Esq.                        VIA ELECTRONIC MAIL
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
mbourke@cblh.com
Counsel for Defendant
Lifescan, Inc.

Rodger D. Smith, II, Esq.                   VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
Counsel for Defendant
Nova Biomedical Corp.

Bradford J. Badke, Esq.  
Ropes & Gray LLP  
1211 Avenue of the Americas  
New York, NY 10036-8704  
jim.badke@ropesgray.com  
Counsel for Defendant  
Nova Biomedical Corp.

<u>VIA ELECTRONIC MAIL</u>

_____  
Anne Shea Gaza (#4093)