IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT DIABETES CARE INC., ~~ABBOTT DIABETES CARE SALES CORPORATION,~~ ~~BAYER HEALTHCARE, LLC,~~ ~~DIAGNOSTIC DEVICES, INC.,~~ LIFESCAN, INC., and NOVA BIOMEDICAL CORPORATION,<br><br>    Defendants. | C.A. No. 07-753-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March, 2008, ABBOTT'S RESPONSES TO ROCHE'S FIRST SET OF REQUESTS FOR DEFENDANTS ABBOTT DIABETES CARE INC. AND ABBOTT DIABETES CARE SALES CORPORATION FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-127) was served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esq.      VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899-0951
provner@potteranderson.com
Counsel for Plaintiffs

Daniel A. Boehnen, Esq.      VIA ELECTRONIC MAIL and
McDonnell Boehnen Hulbert & Berghoff LLP      U.S. MAIL
300 South Wacker Drive
Chicago, IL 60606
boehnen@mbhb.com
Counsel for Plaintiffs

Nancy Tinsley, Esq.                          <u>VIA ELECTRONIC MAIL</u>
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250
nancy.tinsley@roche.com
Counsel for Plaintiffs

Steve J. Balick, Esq.                        <u>VIA ELECTRONIC MAIL</u>
Ashy & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
Counsel for Defendant
Diagnostic Devices, Inc.

T. Cole Peterson                             <u>VIA ELECTRONIC MAIL</u>
Corporate Counsel
Diagnostic Devices, Inc.
14255 49th Street, Suite 301
Clearwater, FL 33762
Cole.Peterson@ccsmed.com
Counsel for Defendant
Diagnostic Devices, Inc.

John W. Shaw, Esq.                           <u>VIA ELECTRONIC MAIL</u>
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
Counsel for Defendant
Bayer Healthcare, LLC

Wesley E. Overson, Esq.                      <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
woverson@mofo.com
Counsel for Defendant
Bayer Healthcare, LLC

Kenneth P. George, Esq.          VIA ELECTRONIC MAIL
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
kgeorge@arelaw.com
Counsel for Defendant
Bayer Healthcare, LLC

Mary W. Bourke, Esq.          VIA ELECTRONIC MAIL
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
mbourke@cblh.com
Counsel for Defendant
Lifescan, Inc.

Rodger D. Smith, II, Esq.          VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
Counsel for Defendant
Nova Biomedical Corp.

Bradford J. Badke, Esq.          VIA ELECTRONIC MAIL
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
jim.badke@ropesgray.com
Counsel for Defendant
Nova Biomedical Corp.

                                                                                                                                                /s/ Anne Shea Gaza
                                                                                                                                                Anne Shea Gaza (#4093)

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Philip A. Rovner, Esq.                          VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899-0951
provner@potteranderson.com
Counsel for Plaintiffs

Daniel A. Boehnen, Esq.                         VIA ELECTRONIC MAIL and
McDonnell Boehnen Hulbert & Berghoff LLP        U.S. MAIL
300 South Wacker Drive
Chicago, IL 60606
boehnen@mbhb.com
Counsel for Plaintiffs

Nancy Tinsley, Esq.                             VIA ELECTRONIC MAIL
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250
nancy.tinsley@roche.com
Counsel for Plaintiffs

Steve J. Balick, Esq.                           VIA ELECTRONIC MAIL
Ashy & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
Counsel for Defendant
Diagnostic Devices, Inc.

T. Cole Peterson                                VIA ELECTRONIC MAIL
Corporate Counsel
Diagnostic Devices, Inc.
14255 49th Street, Suite 301
Clearwater, FL 33762
Cole.Peterson@ccsmed.com
Counsel for Defendant
Diagnostic Devices, Inc.

| | |
|---|---|
| John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>Counsel for Defendant<br>Bayer Healthcare, LLC | VIA ELECTRONIC MAIL |
| Wesley E. Overson, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>woverson@mofo.com<br>Counsel for Defendant<br>Bayer Healthcare, LLC | VIA ELECTRONIC MAIL |
| Kenneth P. George, Esq.<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016<br>kgeorge@arelaw.com<br>Counsel for Defendant<br>Bayer Healthcare, LLC | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esq.<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>mbourke@cblh.com<br>Counsel for Defendant<br>Lifescan, Inc. | VIA ELECTRONIC MAIL |
| Rodger D. Smith, II, Esq.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>rsmith@mnat.com<br>Counsel for Defendant<br>Nova Biomedical Corp. | VIA ELECTRONIC MAIL |

Bradford J. Badke, Esq.　　　　　　　VIA ELECTRONIC MAIL
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
jim.badke@ropesgray.com
Counsel for Defendant
Nova Biomedical Corp.

　　　　　　　　　　　　　　　　　/s/ Anne Shea Gaza
　　　　　　　　　　　　　　　　　Anne Shea Gaza (#4093)