IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORP., BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORP., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 07-753-JJF ) ) ) ) ) ) ) ) ) |

**ROCHE'S MOTION FOR EXTENSION OF TIME
TO OPPOSE DEFENDANT DDI'S MOTION TO DISMISS,
PENDING RULING ON RELATED DISCOVERY MOTIONS**

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
Christina L. Brown
Eric R. Moran
Jessica L. Lunney
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorney for Plaintiffs
Roche Diagnostics Operations, Inc. and
Corange International Limited*

Dated: March 17, 2008

Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Ltd. (collectively "Roche") hereby move to extend the time in which to file their answering brief against defendant Diagnostic Devices, Inc.'s ("DDI") motion to dismiss for lack of personal jurisdiction (D.I. 44). Roche's grounds are as follows.

This patent infringement suit was filed on November 27, 2007 (D.I. 1). On January 11, 2008, defendant DDI filed a motion to dismiss for lack of personal jurisdiction (D.I. 44). On February 15, 2008, the parties filed a proposed order (D.I. 73), setting forth the parameters for discovery on personal jurisdiction and also setting a proposed briefing schedule. Although that proposed order has not yet been entered, the dates set forth therein with respect to DDI's motion to dismiss (D.I. 44) have been subsequently mooted by defendant DDI's refusal to respond in any meaningful fashion to Roche's discovery requests carefully tailored to the personal jurisdiction issues.

As a result of DDI's refusal to provide meaningful discovery, Roche has filed a motion to compel interrogatory responses, document production, and deposition testimony; that motion is filed contemporaneously herewith. Also, DDI recently filed a motion for protective order (D.I. 97), seeking an order that unduly restricts Roche's discovery on the discovery issues.

As may be seen in Roche's motion to compel (and also in DDI's motion for protective order), the parties request the Court's assistance in ruling on the scope of discovery related to personal jurisdiction. However, because DDI has refused to respond meaningfully to Roche's discovery requests, and has refused to proceed with any depositions until the Court has ruled on its motion for protective order (D.I. 97), Roche cannot complete and file its Answering Brief opposing DDI's motion to dismiss (D.I. 44) within the time frame previously established. (The parties need additional time to obtain the Court's ruling on the discovery dispute, and thereafter

to complete the discovery, including the deposition(s) of DDI. Depending on the discovery eventually produced by DDI, some follow-up discovery may be required from third parties, such as DDI's distributors, all of which is explained in the briefs on the pending discovery motions.)

For the above reasons, Roche asks that the briefing schedule on DDI's motion to dismiss (D.I. 44) be held in abeyance pending the outcome of the parties' discovery cross-motions, which are both noticed for hearing on April 11, 2008. Once the Court rules on the discovery motions, the parties will better understand the length of time needed to complete discovery on the jurisdiction dispute. The parties can then promptly submit a proposed briefing schedule to the Court for completing DDI's motion to dismiss (D.I. 44).

Counsel for Roche has discussed the issue of the briefing schedule with counsel for DDI; DDI's counsel has indicated that DDI does not agree with the present motion but would agree to extend the opposition brief to ten days after Roche's depositions of DDI witness(es). However, Roche believes its proposal is more workable and takes into account the potential need for follow-up after such deposition(s), including third-party discovery.

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
Christina L. Brown
Eric R. Moran
Jessica L. Lunney
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Dated: March 17, 2008
855533

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com

*Attorney for Plaintiffs*
*Roche Diagnostics Operations, Inc. and*
*Corange International Limited*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 17, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
mbourke@cblh.com

**BY HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

I hereby certify that on March 17, 2008 the foregoing document to the following non-registered participants:

Edward A. Mas, II, Esq.
Stephen F. Sherry, Esq.
Kirk Vander Leest, Esq.
James M. Hafertepe, Esq.
Merle S. Elliott, Esq.
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, IL  60661
emas@mcandrews-ip.com
ssherry@mcandrews-ip.com
kvanderleest@mcandrews-ip.com
jhafertepe@mcandrews-ip.com
melliott@mcandrews-ip.com

Kenneth P. George, Esq.
Joseph M. Casino, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
kgeorge@arelaw.com
jcasino@arelaw.com

Bradford J. Badke, Esq.
Sona De, Esq.
Michael Kahn, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Jim.badke@ropesgray.com
Sona.de@ropesray.com
Michael.kahn@ropesgray.com

Wesley E. Overson, Esq.
Rachel Krevans, Esq.
Jason R. Bartlett, Esq.
Parisa Jorjani, Esq.
Daniel P. Muino, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
woverson@mofo.com
rkrevans@mofo.com
jasonbartlett@mofo.com
pjorjani@mofo.com
dmuino@mofo.com

Michael G. Adams, Esq.
Ashley L. Ellis, Esq.
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. and CORANGE INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORP., BAYER HEALTHCARE LLC, DIAGNOSTIC DEVICES INC., LIFESCAN INC., and NOVA BIOMEDICAL CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-753-JJF |

**NOTICE OF MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT DDI'S MOTION TO DISMISS, PENDING RULING ON RELATED DISCOVERY MOTIONS**

PLEASE TAKE NOTICE that Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Ltd. ("Roche") will present Roche's Motion For Extension of Time to Oppose Defendant DDI's Motion to Dismiss, Pending Ruling on Related Discovery Motions to the Court on Friday, April 11, 2008 at 10:00 a.m.

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
Christina L. Brown
Eric R. Moran
Jessica L. Lunney
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Dated: March 17, 2008
855497

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorney for Plaintiffs*
*Roche Diagnostics Operations, Inc. and*
*Corange International Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD., </br></br>Plaintiffs,</br></br>vs.</br></br>ABBOTT DIABETES CARE, INC.,</br>ABBOTT DIABETES CARE SALES CORP.,</br>BAYER HEALTHCARE, LLC,</br>DIAGNOSTIC DEVICES, INC.,</br>LIFESCAN, INC., and</br>NOVA BIOMEDICAL CORP.,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)  C.A. No. 07-753-JJF</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that counsel have discussed the subject matter of the attached motion, but that an agreement could not be reached.

| | |
|---|---|
| OF COUNSEL:</br></br>Daniel A. Boehnen</br>Grantland G. Drutchas</br>Christina L. Brown</br>Eric R. Moran</br>Jessica L. Lunney</br>McDonnell Boehnen Hulbert & Berghoff LLP</br>300 South Wacker Drive</br>Chicago, IL 60606</br>(312) 913-0001</br></br>Dated: March 17, 2008</br>855557 | POTTER ANDERSON & CORROON LLP</br></br>By: _____</br>Philip A. Rovner (#3215)</br>Hercules Plaza</br>P.O. Box 951</br>Wilmington, DE 19899-0951</br>(302) 984-6000</br>provner@potteranderson.com</br></br>*Attorney for Plaintiffs*</br>*Roche Diagnostics Operations, Inc. and*</br>*Corange International Limited* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT DIABETES CARE, INC.,<br>ABBOTT DIABETES CARE SALES CORP.,<br>BAYER HEALTHCARE, LLC,<br>DIAGNOSTIC DEVICES, INC.,<br>LIFESCAN, INC., and<br>NOVA BIOMEDICAL CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-753-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

This _____ day of _____, 2008, Plaintiffs Roche Diagnostics Operations Inc. and Corange International Limited having filed a motion to extend the briefing schedule on defendant DDI's motion to dismiss for lack of personal jurisdiction, and after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Roche's motion to extend the briefing schedule is **GRANTED.**

Upon entering of the Court's rulings on Roche's motion to compel discovery and DDI's motion for protective order, the parties will submit a proposed briefing schedule.

_____
United States District Judge