**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-753-JJF ) |
| ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORP., BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORP., | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ROCHE'S ANSWERING BRIEF IN OPPOSITION TO
DDI'S MOTION FOR A PROTECTIVE ORDER**

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
Christina L. Brown
Eric R. Moran
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001


Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorney for Plaintiffs*
*Roche Diagnostics Operations, Inc. and*
*Corange International Limited*


Dated: March 31, 2008

## TABLE OF CONTENTS

I.    Nature and Stage of the Proceedings ............................................................................2

II.   Summary of the Argument............................................................................................3

III.  Statement of Facts........................................................................................................3

IV. ARGUMENT..................................................................................................................5

    A.  The Case Law Supports the Exercise of Personal Jurisdiction,
       and Roche Is Entitled To Take the Requested Discovery on This Issue .......................5

    B.  DDI's Design and Marketing Efforts Directed to the U.S. Market
       (Including Delaware) and DDI's Website Development and Use
       Are Clearly Relevant.........................................................................................................6

    C.  DDI's Distribution Channels Are Directly Relevant......................................................7

    D.  Roche Is Entitled To Discovery Regarding DDI's Agents and DDI's Sales................8

    E.  DDI's Cases Do Not Foreclose Jurisdictional Discovery  ............................................8

V.    CONCLUSION...............................................................................................................10

# TABLE OF AUTHORITIES

## CASES

*Beverly Hills Fan Co. v. Royal Sovereign Corp.*,
21 F.3d 1558 (Fed. Cir. 1994)..................................................................................5, 7, 10

*Bielicki v. Pakistan Nat'l Shipping Corp.*,
1987 WL 13342 (E.D. Pa. July 1, 1987).......................................................................10

*Commissariat á L'Énergie Atomique v. Chi Mei Optoelectronics Corp.*,
394 F.3d 1315 (Fed. Cir. 2005).......................................................................................6

*Dent v. Cunningham*,
786 F.2d 173 (3d Cir. 1986)..........................................................................................10

*E.I. duPont de Nemours & Co. v. Rhodia Fiber & Resin Intermediates, S.A.S.*,
197 F.R.D. 112 (D. Del. 2000) ........................................................................................8

*Hansen v. Neumueller GmbH*,
163 F.R.D. 471 (D. Del. 1995) .....................................................................................6, 9

*Intel Corp. v. Broadcom Corp.*,
167 F. Supp. 2d 692 (D. Del. 2001).................................................................................5

*Intel Corp. v. Silicon Storage Technology, Inc.*,
20 F. Supp. 2d 690 (D. Del. 1998)................................................................................8, 9

*Motorola Inc. v. PC-Tel, Inc.*,
58 F. Supp. 2d 349 (D. Del. 1999)....................................................................................7

*Tracinda Corp. v. DaimlerChrysler AG*,
197 F. Supp. 2d 86 (D. Del. 2002)...................................................................................9

*Tristrata Tech., Inc. v. Emulgen Labs.*,
2008 WL 508600 (D. Del. Feb. 25, 2008) ...................................................................5, 7

*World Wide Volkswagen Corp. v. Woodson*,
444 U.S. 286 (1980)..........................................................................................................9

## RULES

Fed. R. Civ. P. 8....................................................................................................................6

Defendant Diagnostic Devices, Inc. ("DDI") has moved for a protective order barring Roche from taking certain jurisdictional discovery relevant to DDI's contacts with Delaware. DDI's objections to Roche's discovery requests, and its motion for a protective order, posit that DDI is shielded from personal jurisdiction because (i) it has set up a business model wherein it does not sell any of its products directly to end users (rather, DDI sells its products through resellers and distributors) and (ii) it does not know anything about the "who, what, where, when, or how" its distributors sell its products.

Roche responded by offering to go to DDI's distributors to get this information, but DDI refused to provide names and identifying documents and information for its distributors to Roche. DDI balked, claiming that information about its distributors is irrelevant because DDI does not "control" its distributors. DDI further contends that it has no idea where or how its distributors sell DDI products. There is no doubt that DDI does not prohibit its distributors from selling DDI products into Delaware; rather, DDI contends only that it has no idea whether any of them do so.

Both the Federal Circuit and the Supreme Court have squarely rejected the position DDI advances here. Where, as here, the defendant has established distribution channels that result in marketing and sales in Delaware, the defendant's activity gives rise to personal jurisdiction over the defendant in Delaware under the stream of commerce theory. At a minimum, Roche is entitled to take discovery to learn the identity of DDI's distributors, the full extent of DDI's relationship with its distributors, DDI's involvement in the distributors' marketing and sales directed toward Delaware residents, and DDI's distributors' sales in Delaware.

## I.    Nature and Stage of the Proceedings

In response to DDI's motion to dismiss, D.I. 44, Roche sought discovery directed to this

Court's personal jurisdiction over DDI.  On January 29, 2008 Roche served interrogatories and

document requests focused on the stream of commerce theory of personal jurisdiction, including

DDI's establishment of distribution channels that give rise to the sale of accused products in

Delaware, the marketing efforts of DDI and its distributors nationally and in Delaware, and

issues related to  personal jurisdiction.  Exhs. A, B.[1]  Roche also served a 30(b)(6) notice, again

directed to information establishing personal jurisdiction under the stream of commerce theory

and  personal jurisdiction.  Exh. E.

In its discovery responses, served February 28, 2008, DDI refused to answer any requests

that were not specifically related to its own direct contacts within Delaware's borders.  Exhs. C,

D.  Indeed, DDI has refused to identify *any* of its distributors.  DDI admits that its products are

on sale nationally through various sources, such as online internet retailers, *see* Exh. C, DDI's

answer to Interrogatory 8, and that its distributors may have sold DDI products to customers in

Delaware.  DDI's PO motion, p. 8.  Nevertheless, DDI refuses to produce documents or provide

information on its nationwide distribution channels or provide a 30(b)(6) witness to answer

questions regarding DDI's distribution channels.

The parties' counsel discussed the scope of the requested discovery, and Roche offered

to narrow the scope of its discovery of DDI's distributors based on the geographic regions served

---

[1]  Where possible, Roche refers to Exhibits A through G submitted with Diagnostic Devices,
Inc.'s Motion for Protective Order (hereinafter "DDI's PO motion").  The parties stipulated to
discovery on the issue of personal jurisdiction; the joint letter to the Court and the draft
scheduling order for that discovery are attached hereto as Exhibit H.

by those distributors. However, DDI claims total ignorance as to the activities of its distributors and therefore refused to disclose even the identity of its distributors.

## II.  Summary of the Argument

1.      Roche is entitled to discovery relating to DDI's distribution channels.

2.      Roche is entitled to discovery regarding DDI's sales and marketing efforts to the U.S. market (including Delaware), including, *e.g.,* DDI's website development and use.

3.      Roche is entitled to discover (i) DDI's sales revenues and (ii) relationships between DDI (or its agents and alter egos) and distributors and those distributors' contacts with Delaware.

## III. Statement of Facts

DDI may be incorporated in North Carolina, but its blood glucose products are sold in Delaware through numerous online retailers and brick-and-mortar stores. Roche has purchased DDI products in Delaware from online retailers and also from a brick-and-mortar store.

The online presence of DDI's products extends from numerous online retailers selling DDI's products to DDI's own interactive website, www.prodigymeter.com, which is accessible to customers anywhere in the United States. DDI's own interactive website even provides downloadable software to be used in conjunction with the DDI PRODIGY® blood glucose monitoring products. Exh. I. DDI's website also provides (i) advertising for the infringing DDI products, (ii) detailed UPC item number information, (iii) nationwide toll-free telephone numbers, and (iv) email addresses for customer and technical support, international sales, and professional support. *Id.*

DDI represents that it has never directly sold any of its products to anyone in Delaware and that it has no way of knowing whether anyone in Delaware has ever accessed or used its

website during the purchase or use of its product. However, DDI's business structure and marketing strategy serve markets that include Delaware. DDI has employees targeting the "North East Territory" of the United States, who are tasked with calling on healthcare companies, increasing account penetration, and prospecting for new accounts. *See* Exh. C, DDI's answer to Interrogatory 5.[2] DDI employees also target national sales accounts, which certainly include Delaware. *Id.* One of DDI's sales employees is responsible for ensuring that DDI products are placed in every major managed formulary. *Id.* Another DDI retail manager is responsible for growth and development of major retail chain pharmacies, developing relationships with major chain pharmacy distributors, getting DDI products loaded in their catalogues, and developing campaigns and strategies to drive business in the major retail chain pharmacy market. *Id.*

DDI advertises in such nationwide publications as *Voice of the Diabetic*, *Diabetes Health*, and various Veterans' Affairs and trade show publications. *See* Exh. C, DDI's answer to Interrogatory 7. Indeed, DDI has provided absolutely no evidence suggesting a desire or plan to exclude Delaware (or any State) from its business efforts. To the contrary, DDI defines itself as "a world leader" in blood glucose products. Exh. I.

DDI also reaches out to customers through the materials shipped with its products. DDI's product package includes a meter and test strips, a user's manual with the DDI name and logo, a DDI corporate address in Florida, and a DDI website address. Exh. J. DDI's product package also includes a Daily Log, which states prominently on the cover that "DDI Customer Care is available to answer your questions 9:00 am to 5:00 pm (EST) 1-800-243-2636" and suggest that users "Visit our Website." Exh. K. The Quick Reference Guide, also distributed by

---

[2] Delaware is apparently included within DDI's "North East Territory," given that DDI's sales force is divided between the "North East Territory" and the "South East Territory." *See* Exh. C, DDI's answer to Interrogatory 5.

DDI with the product, contains similar information and informs users that "*Prodigy*™ Technical Support is available to answer your questions 9:00a.m. to 5:00 pm (EST)." Exh. L.

And as noted above, DDI's products are sold through numerous on-line retailers, all of whom are accessible in the Delaware market. DDI has even admitted that its products are on sale nationally through such online retailers. *See* Exh. C, DDI's answer to Interrogatory 8.

## IV.  ARGUMENT

### A.  The Case Law Supports the Exercise of Personal Jurisdiction, and Roche Is Entitled To Take the Requested Discovery on This Issue

The marketing campaigns and channels of distribution that DDI has established fit squarely within the "causes tortious injury in the State by an act or omission in the State" prong of the Delaware long-arm statute. *Tristrata Tech., Inc. v. Emulgen Labs.*, 2008 WL 508600, at *4 (D. Del. Feb. 25, 2008) (citing Del. Code Ann. tit. 10, § 3104(c) (2008)).  The exercise of personal jurisdiction based on such established marketing and distribution channels comports with due process because when DDI "placed the accused [product] in the stream of commerce, [it] knew the likely destination of the products, and [its] conduct and connections with the forum state were such that [it] should reasonably have anticipated being haled into court there." *Beverly Hills Fan Co. v. Royal Sovereign Corp.*, 21 F.3d 1558, 1566 (Fed. Cir. 1994).

Roche has made a *prima facie* showing of personal jurisdiction under this controlling case law, entitling it to full discovery on issues of personal jurisdiction.  DDI does not dispute that Roche has been able to purchase DDI products, such as at a Shop Rite store in Wilmington. *See, e.g.* Exh. M, Shop Rite sales receipt.  Such purchase definitively establishes at least a *prima facie* showing of jurisdiction. *See Beverly Hills Fan*, 21 F.3d at 1563 (holding that, because patent infringement is a continuing tort, even post-filing sales are relevant), *followed in Intel Corp. v. Broadcom Corp.*, 167 F. Supp. 2d 692, 703 (D. Del. 2001).

5

**B.  DDI's Design and Marketing Efforts Directed to the U.S. Market (Including Delaware) and DDI's Website Development and Use Are Clearly Relevant**

The Federal Circuit gave instruction on the proper scope of jurisdictional discovery when it vacated a District Court of Delaware decision dismissing an action for lack of personal jurisdiction and remanded the matter for discovery.  *Commissariat à L'Énergie Atomique v. Chi Mei Optoelectronics Corp.*, 394 F.3d 1315, 1324 (Fed. Cir. 2005).  And the discovery allowed therein is exactly what Roche seeks here:

- "the defendant's intent and purpose to serve the Delaware market, including . . . 'ongoing relationships with retailers in Delaware'";
- defendant's "knowledge that its products were being shipped to Delaware";
- "its design and marketing efforts directed to the U.S. market (including Delaware)";
- "more information on the defendant's e-solution platform"; and
- "the existence of marketing arrangements and demonstration that the website serves as a 'channel[ ] for providing regular advice to customers in the forum State.'"

*Commissariat à L'Énergie Atomique*, 394 F.3d at 1323 (citing *Asahi Metals Indus. Co. v. Superior Court*, 480 U.S. 102, 112 (1987)).[3]  As such, Roche is entitled to its requested discovery, which is all reasonably calculated to lead to admissible evidence.[4]

DDI asks the Court to limit Roche's discovery to "only those topics that (i) directly relate to DDI, and not Additional Corporations; and (ii) directly relate to DDI's contacts with Delaware, and not with any other state."  DDI is attempting to deny Roche the same discovery specifically held to be appropriate by the Federal Circuit: discovery into DDI's effective intent and purpose to serve the Delaware market, including ongoing relationships with retailers in Delaware; DDI's actual or constructive knowledge that its products were being offered for sale

---

[3]  DDI relied on the vacated district court opinion from *Commisariat* in its opening brief in support of its motion to dismiss.  D.I. 45, pp. 3-4.

[4]  DDI argues that Roche's jurisidictional discovery should be limited to facts alleged in the Complaint.  However, personal jurisdiction need not be specifically pled.  *See Hansen v. Neumueller GmbH*, 163 F.R.D. 471, 474 (D. Del. 1995) (cited by DDI); *see also* Fed. R. Civ. P. 8.  Nonetheless, Roche outlined grounds for personal jurisdiction in the Complaint, D.I. 1, citing sales and purposeful availment of the privileges of conducting activities in Delaware.

or sold in Delaware; DDI's design and marketing efforts directed to the U.S. market (including Delaware); and information regarding DDI's development and use of its website to service customers throughout the United States, including Delaware.

### C. DDI's Distribution Channels Are Directly Relevant

DDI's attempts to preclude discovery into its nationwide distribution channels are unreasonable: clearly, personal jurisdiction may be premised on indirect contacts. In *Beverly Hills Fan*, the Federal Circuit held that the defendant's establishment of nationwide distribution channels, including sales that brought the defendant's product into the jurisdiction, was clearly relevant to personal jurisdiction under the stream of commerce theory. 21 F.3d at 1564. Similarly, DDI's connections with third party distributors that sell into Delaware, creating a product designed for tens of thousands of consumers within Delaware,[5] and directly interacting with Delaware consumers through a website are all relevant facts for the personal jurisdiction inquiry. *Motorola Inc. v. PC-Tel, Inc.*, 58 F. Supp. 2d 349 (D. Del. 1999). Furthermore, DDI's counsel indicated in the March 10, 2008 teleconference that DDI has not prohibited its distributors from selling to Delaware.

For another example, Roche seeks the identity of, and information regarding, DDI distributors in the neighboring states of Maryland and Pennsylvania. This scope of discovery is a straightforward recognition that distributors operating in Philadelphia and neighboring Maryland are very likely to sell into Delaware. Such sales figures, in Delaware and elsewhere, are relevant to personal jurisdiction. *Tristrata*, 2008 WL 508600 at *1; *Motorola*, 58 F. Supp. 2d at n4.

The full scope of discovery that DDI has so far denied Roche is laid out in more detail in the memorandum supporting Roche's co-pending motion to compel. D.I. 109. In the end, DDI's

---

[5] According to the Delaware Diabetes Coalition, Delaware is home to 70,000 diabetics. Exh. N.

7

position that it should only produce discovery with respect to its personal direct contacts with Delaware is far too narrow and does not comport with *Commissariat.*

### D. Roche Is Entitled To Discovery Regarding DDI's Agents and DDI's Sales

Roche has also sought discovery regarding DDI's national sales and its contacts with third parties who are agents, alter egos, or suppliers of DDI. Delaware sales and national sales are directly relevant to general personal jurisdiction. *See, e.g., E.I. duPont de Nemours & Co. v. Rhodia Fiber & Resin Intermediates, S.A.S.*, 197 F.R.D. 112, 121 (D. Del. 2000) (substantial revenue derived from Delaware is a proper inquiry under the general jurisdiction prong of the Delaware long-arm statute). No doubt DDI will argue that the sales of DDI products to Delaware residents is de minimus or otherwise inconsequential. But DDI has also refused to provide Roche with its sales figures, thereby depriving Roche of the opportunity to determine what percentage of DDI's sales are attributable to Delaware.

The relationships between DDI and its agents, alter egos, and suppliers, and their contacts with Delaware, are also relevant to the jurisdiction inquiry. *See, e.g., id.* at 122 (exercising personal jurisdiction over corporate defendant under agency theory and discussing the availability of an alter ego theory of personal jurisdiction).

### E. DDI's Cases Do Not Foreclose Jurisdictional Discovery

As support for its position, DDI relies on *Intel Corp. v. Silicon Storage Technology, Inc.*, 20 F. Supp. 2d 690 (D. Del. 1998) ("*Silicon Storage Technology*"), for the proposition that acts must be directed at residents of the forum state. *Silicon Storage Technology* involved an accused product for which there were "***no prospective customers***" in Delaware. 20 F. Supp. 2d at 693 (emphasis added). The defendant in *Silicon Storage Technology* manufactured particularized components of computer chips that were not of use to general consumers, but instead were only

used by manufacturers in the assembly of computer components; there were apparently no such manufacturers in Delaware. *Id.* at 693. Thus, the *Silicon Storage Technology* Court discounted the effect of defendant's advertising that incidentally entered Delaware. *Id.* at 696. In stark contrast, DDI's products are used by diabetic consumers themselves, of which there are 70,000 in Delaware. Exh. N.

Indeed, *Silicon Storage Technology* actually supports Roche's jurisdictional discovery: there, the Court dismissed for lack of personal jurisdiction *only after* significant jurisdictional discovery, such as depositions and production of financial reports, contracts, and advertisements—the very types of discovery DDI is seeking to preclude. 20 F. Supp. 2d at 691.

DDI likewise has failed to allege any facts similar to those in *World Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286 (1980), that would foreclose discovery. Although DDI cites this case for the proposition that an isolated sale is not enough for personal jurisdiction, the Supreme Court actually confirmed the propriety of the exercise of "personal jurisdiction over a corporation that delivers its products into the stream of commerce with the expectation that they will be purchased by consumers in the forum State." *World Wide Volkswagen*, 444 U.S. at 297 (declining to exercise personal jurisdiction in Oklahoma over a New York car distributor and a New York car dealer – neither of which had any commercial presence outside New York, New Jersey, and Connecticut – when a car they sold in New York was driven into Oklahoma and involved in an accident).

DDI misapprehends the law of personal jurisdiction to the extent it improperly cites and relies on several non-patent cases governed by Third Circuit precedent rather than Federal Circuit precedent. *See Hansen*, 163 F.R.D. at 472 (a non-patent case following Third Circuit precedent); *Tracinda Corp. v. DaimlerChrysler AG*, 197 F. Supp. 2d 86, 94 (D. Del. 2002) (a

non-patent case following Third Circuit precedent, yet holding that "[a] defendant may be subject to the Court's jurisdiction if he *caused an effect in the forum by an act done elsewhere*") (emphasis added); *Bielicki v. Pakistan Nat'l Shipping Corp.*, 1987 WL 13342 (E.D. Pa. July 1, 1987) (unpublished personal injury case); *Dent v. Cunningham*, 786 F.2d 173 (3d Cir. 1986) (a non-patent case following Third Circuit precedent).    Personal jurisdiction in a patent case is of course governed by Federal Circuit case law. *Beverly Hills Fan*, 21 F.3d at 1564-65.

## V.    CONCLUSION

For at least the foregoing reasons, Roche respectfully requests that the Court deny DDI's motion for a protective order and grant Roche's motion to compel.

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
Christina L. Brown
Eric R. Moran
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Dated: March 31, 2008
858070

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorney for Plaintiffs*
*Roche Diagnostics Operations, Inc., and*
*Corange International Limited*

10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 31, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
mbourke@cblh.com

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**BY HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

I hereby certify that on March 31, 2008 the foregoing document was sent by E-mail to the following non-registered participants:

Edward A. Mas, II, Esq.
Stephen F. Sherry, Esq.
Kirk Vander Leest, Esq.
James M. Hafertepe, Esq.
Merle S. Elliott, Esq.
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, IL  60661
emas@mcandrews-ip.com
ssherry@mcandrews-ip.com
kvanderleest@mcandrews-ip.com
jhafertepe@mcandrews-ip.com
melliott@mcandrews-ip.com

Kenneth P. George, Esq.
Joseph M. Casino, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY  10016
kgeorge@arelaw.com
jcasino@arelaw.com

Bradford J. Badke, Esq.
Sona De, Esq.
Michael Kahn, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Jim.badke@ropesgray.com
Sona.de@ropesgray.com
Michael.kahn@ropesgray.com

Wesley E. Overson, Esq.
Rachel Krevans, Esq.
Jason R. Bartlett, Esq.
Parisa Jorjani, Esq.
Daniel P. Muino, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
woverson@mofo.com
rkrevans@mofo.com
jasonbartlett@mofo.com
pjorjani@mofo.com
dmuino@mofo.com

Michael G. Adams, Esq.
Ashley L. Ellis, Esq.
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

-2-

# Exhibit H

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 15, 2008

The Honorable Joseph J. Farnan, Jr.                    VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, DE 19801

    *Re:*    *Roche Diagnostics Operations, Inc. et al. v. Abbott Diabetes Care, Inc.*
           C.A. No. 07-753-JJF

Dear Judge Farnan:

    Plaintiffs and defendant Diagnostic Devices, Inc. ("DDI") jointly submit the enclosed proposed scheduling order for the Court's consideration. Except for paragraph 7, Plaintiffs and DDI have agreed to the enclosed scheduling order regarding DDI's motion to dismiss for lack of personal jurisdiction and related jurisdictional discovery requested by Plaintiffs. The parties' respective positions with respect to paragraph 7 are bolded for the Court's convenience.

           Respectfully,

           */s/ Lauren E. Maguire*

           Lauren E. Maguire

Enclosure
188323.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC.<br>and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE, INCORPORATED,<br>ABBOTT DIABETES CARE SALES CORPORATION,<br>BAYER HEALTHCARE LLC, DIAGNOSTIC<br>DEVICES INC., LIFESCAN INCORPORATED,<br>NOVA BIOMEDICAL CORPORATION, and<br>SANVITA INCORPORATED, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] SCHEDULING ORDER REGARDING DIAGNOSTIC DEVICES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

This matter came before the Court in relation to the Motion by Diagnostic Devices, Inc. ("DDI") to Dismiss for Lack of Personal Jurisdiction (the "Motion").

IT IS SO ORDERED that the following schedule shall apply to the Court's consideration of the Motion:

1. By no later than February 18, 2008, Plaintiffs shall provide to DDI evidence of the purchase of one or more products in Delaware, including the date of purchase, the location of purchase and the vendor.

2. DDI shall serve its full responses and objections, including DDI's responsive documents if any, to Plaintiffs' previously served discovery requests by no later than February 28, 2008.

3. Within twenty (20) days from Plaintiffs' receipt of DDI's responses, including DDI's responsive documents if any, DDI shall produce one or more of its representatives for

deposition(s) in response to notice(s) by Plaintiffs.   The deposition(s) of DDI or its representative(s) shall take place in Charlotte, North Carolina and shall relate only to personal jurisdiction of DDI in Delaware, including but not necessarily limited to DDI's contacts, direct or indirect, directed to Delaware.

4.  Plaintiffs' answering brief in response to the Motion shall be due no later than thirty (30) days from plaintiffs' receipt of DDI's responses to discovery requests, including DDI's responsive documents if any.

5.  DDI's reply brief shall be due no later than ten (10) days from receipt of Plaintiffs' answering brief.

6.  Discovery taken in connection with this jurisdictional motion shall not count against any discovery event limitations that may be set forth in any other Scheduling Order of this Court.

7.  **DDI's Position:  DDI should not be subject to merits-based discovery until the Court has ruled on the Motion.**

**Plaintiffs' Position:  Merits-based discovery is not stayed pending the Court's ruling on the Motion.**

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner

Philip A. Rovner (I.D. #3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
provner@potteranderson.com
*Attorney for Plaintiffs Roche Diagnostics
Operations Inc, and Corange International
Limited*

ASHBY & GEDDES

/s/ Lauren E. Maguire

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendant Diagnostic Devices, Inc.*

2

SO ORDERED this _____ day of _____, 2008.

188321.1

_____
United States District Judge

# Exhibit I





# PRODIGY

Distributor Login | Warranty Registration | Careers

**1.800.366.5901**

Home | Product Information | Data Management | Healthcare Professionals | Diabetic Resources | Contact us

## Prodigy Eject Meter







**Video Tutorials**

---

**Greater Comfort**

Prodigy offers you the option to test with blood from your arms, thighs or hands which have fewer nerve endings than your fingertips. This means less pain because these Alternate Test Sites are less sensitive than your fingers.

*Pending Approval*

### Smaller Blood Sample Required

using a smaller amount of blood for testing. This means you can use extra-fine gauge lancets, which can help reduce the pain and discomfort associated with frequent testing. Prodigy uses just a very small drop of blood - only 0.6 microliters, to give accurate test results. This sample size is smaller than that required by most meters available today.

### Fast Results

Accurate, fast results in just 6 seconds.

### Memory and Data Management

Prodigy can store up to 450 tests with date and time. Prodigy's downloading capability allows simple downloading of test results in your computer helping you track changes in your blood glucose level over time.

| | |
|---|---|
| **Name** | Prodigy Eject |
| **Model** | 51800 |
| **Construction** | Amperometric Biosensor |
| **Dimension** | 75mm X 45mm X 16mm |
| **Weight** | 48.5 g |
| **Power source** | 1 x CR2032 3V |
| **Battery life** | Over 500 determinants |
| **Display** | Large LCD (44.5mm X 34.5mm) |
| **External Output** | Standard RS232 PC interface |
| **Code control** | E2PROM chip (24 insert Codes & 1 external code ) |
| **Auto system function check** | Yes |
| **Auto ambient temperature compensation** | Yes( °C or °F) |
| **Memory** | 450 measurement results with date& time ( data retention while battery replacement) |
| **Automatic Strip Ejection Function** | Yes |
| **Delete memory function** | Yes |
| **Auto electrode inserting detection** | Yes |
| **Auto sample loading detection** | Yes |
| **Auto reaction time count down** | Yes |
| **Auto turn-off after 3 minute without future action** | Yes |
| **Auto low power indication** | Yes |
| **Operational temperature warning** | Yes |
| **Day average** | For 7,14,21,28,60,90 Days average |
| **Kentones body warning** | Yes(above 240mg/dl ) |
| **Control solution calibration** | Yes |
| **Memory delete** | Yes |
| **Automatic Alarm Function for Control Solution Test** | Yes |
| **New !** **Indicate functions:** Low:Uncomfortable Normal :Smile High:Sad | Low:<70mg/dl(3.9mmol/L) Normal :70-120mg/dl(3.9-6.7mmol/L) High:>120mg/dl(6.7mmol/L) |
| **New !** **Speaker** | No |

DDI Prodigy Eject Meter

PC Cable | Prodigy Advance Meter | Prodigy Advance Meter | Prodigy Audio Meter | Prodigy Audio Meter | Prodigy Eject Meter | Prodigy Duo Meter | Test Strips | Control Solution |
Control Solution | Prodigy VitalSigns | Prodigy Autocode Meter | Prodigy Voice

 Diagnostic Devices Inc.

Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us

DDI Prodigy Duo Meter

http://www.prodigymeter.com/prodDetails.cfm?itemid=202

# PRODIGY

**Home | Product Information | Data Management | Healthcare Professionals | Diabetic Resources | Contact us**

## Prodigy Duo Meter





### TALKING METER

Audible prompts to guide you through each step, and audible test results. Ideal for the visually impaired.

### ALTERNATE SITE TESTING

Approved for testing from fingers, palms, forearms, upper-arms, thighs and calves.

### TINY BLOOD SAMPLE

Requires only 0.6 microliter of blood.

### QUICK RESULTS

Six seconds only.

### CAPILLARY ACTION STRIPS

Our easy-to-use test strip draws the right amount of blood.

### MEMORY

Stores 450 test results with date and time, and gives 7, 14, 21, 28, 60, and 90 day averages. 90-day average is equivalent to HbA1c.

### DATA MANAGEMENT

Download data to your personal computer with our free software.



**2 in 1 meter**

Monitor both your blood glucose and your blood pressure with one easy-to-use device. Ideal for the visually impaired.



**Video Tutorials**

**Prodigy® Duo** The close relationship of diabetes and hypertension makes it important for persons with diabetes to monitor their blood pressure. With Prodigy® Duo you can monitor both your blood glucose and your blood pressure with one easy-to-use device.


**Built-In Audio.** Prodigy® Duo makes monitoring your blood glucose level easier than ever. An essential tool for the visually impaired, the audio function is also perfect for all who prefer the spoken word to a digital display. Audio prompts guide you through each step of using your meter and testing your blood, and when the test is done you hear the results. The meter

**Fast Results.** Accurate, fast, audible results in just 6 seconds.


**Greater comfort.** Prodigy® Duo offers the option to test with blood from your palms, forearms, upper-arms, thighs, or calves, which have fewer nerve endings than your fingertips.

**Memory and Data Management.** Prodigy® Duo can store up to 450 tests with date and time, and gives 7, 14, 21, 28, 60, and 90 day averages. Exclusive 90 day average gives HbA1c equivalent. Prodigy®'s free software allows simple downloading of test results to your computer helping you to track changes in your blood glucose level over time.



**Smaller Blood Sample Required.** Prodigy® Duo requires an 0.6 microliter drop of blood -- smaller than most meters available today. This allows you to use extra-fine gauge lancets and significantly reduce your pain and discomfort.

| 0.6 microliter | 2 microliters | 4 microliters |
|---|---|---|
| PRODIGY® METERS | OTHER METERS | |

**Patented flip-top bottle design with built-in desiccant.** Maintains integrity of strips at temperatures up to 104°F. Flip-top lid for easy handling.

| | CATALOG NUMBER | PRODUCT DESCRIPTION | UPC NUMBER | NDC NUMBER | PACKAGING | CASE CUBE (CBF) |
|---|---|---|---|---|---|---|
| | 51970 | DUO Kit | 384840519701 | 8484-051970 | 5 Kits per case | 0.515 |
| | 52400 | PRODIGY® PERSONAL Strips 50 Strips/Vial | 384840524002 | 8484-052400 | 50 Strips / Vial, 200 Vials / Case | 1.09 |
| | 53310 | Control Solution LOW 4 mL | 384840533103 | 8484-053310 | 20 Bottles / Case | 0.021 |
| | 53350 | Control Solution HIGH 4 mL | 384840533509 | 8484-053350 | 20 Bottles / Casee | 0.021 |

PC Cable | Prodigy Advance Meter | Prodigy Advance Meter | Prodigy Audio Meter | Prodigy Audio Meter | Prodigy Eject Meter | Prodigy Duo Meter | Test Strips | Control Solution | Control Solution | Prodigy VitalSigns | Prodigy Autocode Meter | Prodigy Voice



**Diagnostic Devices Inc.**                    Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us 

# PRODIGY

## Control Solution





Control Solution is used to test the accuracy of your meter and test strips. Applied to a test strip, control solution confirms that the meter's test results are in the expected range printed on the test strip vial. Control solution tests should be performed at least once a week, every time a new vial of test strips is opened, and whenever you suspect the meter or test strips may not be functioning properly.

Our Control Solution is a red liquid that contains a fixed amount of glucose that resembles blood. The purpose of Control Solution is three-fold:

- To practice testing, without having to use blood.

- To insure that your meter and test strips are working together properly.

- To check that you are following the correct testing procedure.

| Description | Packaging |
|---|---|
| Control Solution Low **Item # 053310** | Each |
| Control Solution High **Item # 053350** | Each |

 Diagnostic Devices Inc.

# PRODIGY

**Home | Product Information | Data Management | Healthcare Professionals | Diabetic Resources | Contact us**

## Prodigy Autocode Meter





### TALKING METER

Audible prompts to guide you through each step, and audible test results. Ideal for the visually impaired.

### ALTERNATE SITE TESTING

Approved for testing from fingers, palms, forearms, upper-arms, thighs and calves.

### TINY BLOOD SAMPLE

Requires only 0.6 microliter of blood.

### QUICK RESULTS

Six seconds only.

### CAPILLARY ACTION STRIPS

Our easy-to-use test strip draws the right amount of blood.

### MEMORY

Stores 450 test results with date and time, and gives 7, 14, 21, 28, 60, and 90 day averages. 90-day average is equivalent to HbA1c.

### DATA MANAGEMENT

Download data to your personal computer with our free software.



No Coding
Eliminates the risk of false readings due to user forgetting to code the meter or coding the meter incorrectly.



**Video Tutorials**

**The Prodigy® Autocode.** Eliminate the need to calibrate your meter to the strip. Prodigy® AutoCode performs this timeconsuming test for you, and avoids the danger of false results caused by coding errors.

**Built-In Audio.** Prodigy® AutoCode makes monitoring your blood glucose level easier than ever. An essential tool for the visually impaired, the audio function is also perfect for all who prefer the spoken word to using of using your meter and testing your blood, and when the test is done you hear the results. The meter

**Fast Results.** Accurate, fast, audible results in just 6 seconds.



6 SECONDS

**Greater comfort.** Prodigy® AutoCode offers the option to test with blood from your palms, forearms, upper-arms, thighs, or calves, which have fewer nerve endings than your fingertips.



**Memory and Data Management.** Prodigy® AutoCode can store up to 450 tests with date and time, and gives 7, 14, 21, 28, 60, and 90 day averages. Exclusive 90 day average gives HbA1c equivalent. Prodigy®'s free software allows simple downloading of test results to your computer helping you to track changes in your blood glucose level over time.

**Smaller Blood Sample Required.** Prodigy® AutoCode requires an 0.6 microliter drop of blood – smaller than most meters available today. This allows you to use extra-fine gauge lancets and significantly reduce your pain and discomfort.

| 0.6 microliter | 2 microliters | 4 microliters |
| --- | --- | --- |
| PRODIGY® METERS | OTHER METERS | |

**Patented flip-top bottle design with built-in desiccant.** Maintains integrity of strips at temperatures up to 104ºF. Flip-top lid for easy handling.



PC Cable | Prodigy Advance Meter | Prodigy Advance Meter | Prodigy Audio Meter | Prodigy Audio Meter | Prodigy Eject Meter | Prodigy Duo Meter | Test Strips | Control Solution |
Control Solution | Prodigy VitalSigns | Prodigy Autocode Meter | Prodigy Voice

 **Diagnostic Devices Inc.**          Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us 

DDI Prodigy Audio Meter                                    http://www.prodigymeter.com/prodDetails.cfm?itemid=201

# PRODIGY

Distributor Login | Warranty Registration | Careers
1.800.366.5901

Home | Product Information | Data Management | Healthcare Professionals | Diabetic Resources | Contact us

## Prodigy Audio Meter





### ALTERNATE SITE TESTING

Approved for testing from fingers, palms, forearms, upper-arms, thighs and calves.

### TINY BLOOD SAMPLE

Requires only 0.6 microliter of blood.

### QUICK RESULTS

Six seconds only.

### CAPILLARY ACTION STRIPS

Our easy-to-use test strip draws the right amount of blood.

### MEMORY

Stores 450 test results with date and time, and gives 7, 14, 21, 28, 60, and 90 day averages. 90-day average is equivalent to HbA1c.

### DATA MANAGEMENT

Download data to your personal computer with our free software.



**Prodigy® Audio** blood glucose meter gives you audible prompts for easy testing and audible test results. Prodigy® Audio has the latest technology for blood glucose monitoring, is easy to use, will give fast and accurate results with a minimal sample of blood, and is small and lightweight for portable convenience. Prodigy® Audio allows alternate site testing, to reduce your pain, and has advanced memory and data management capabilities, with free software available from www.prodigymeter.com, to give you and your healthcare professionals powerful graphic tools to manage your diabetes.



**Built-In Audio.** Prodigy® Audio makes monitoring your blood glucose level easier than ever. An essential tool for the visually impaired, the audio function is also perfect for all who prefer the spoken word to a digital display. Audio prompts guide you through each step of using your meter and testing your blood, and when the test is done you hear the results. The meter



**Fast Results.** Accurate, fast, audible results in just 6 seconds.

**Greater comfort.** Prodigy® Audio offers the option to test with blood from your palms, forearms, upper-arms, thighs, or calves, which have fewer nerve endings than your fingertips.



**Memory and Data Management.**
Prodigy® Audio can store up to 450 tests with date and time, and gives 7, 14, 21, 28, 60, and 90 day averages. Exclusive 90 day average gives HbA1c equivalent. Prodigy®'s free software allows simple downloading of test results to your computer helping you to track changes in your blood glucose level over time.



**Smaller Blood Sample Required.** Prodigy® Audio requires an 0.6 microliter drop of blood – smaller than most meters available today. This allows you to use extra-fine gauge lancets and significantly reduce your pain and discomfort.

| 0.6 microliter | 2 microliters | 4 microliters |
| --- | --- | --- |
| PRODIGY® METERS | | OTHER METERS |

**Patented flip-top bottle design with built-in desiccant.** Maintains integrity of strips at temperatures up to 104°F. Flip-top lid for easy handling.



| | CATALOG NUMBER | PRODUCT DESCRIPTION | UPC NUMBER | NDC NUMBER | PACKAGING | CASE CUBE (CBF) |
|---|---|---|---|---|---|---|
| | 51720 | AUDIO Meter | 384840517202 | 8484-051720 | 10 meters per case | 0.948 |
| | 51750 | AUDIO Kit | 384840517509 | 8484-051750 | 10 Kits per case | 0.948 |
| | 52400 | PRODIGY® PERSONAL Strips 50 Strips/Vial | 384840524002 | 8484-052400 | 50 Strips / Vial, 200 Vials / Case | 1.09 |
| | 53310 | Control Solution LOW 4 mL | 384840533103 | 8484-053310 | 20 Bottles / Case | 0.021 |
| | 53350 | Control Solution HIGH 4 mL | 384840533509 | 8484-053350 | 20 Bottles / Casee | 0.021 |

PC Cable | Prodigy Advance Meter | Prodigy Advance Meter | Prodigy Audio Meter | Prodigy Audio Meter | Prodigy Eject Meter | Prodigy Duo Meter | Test Strips | Control Solution | Control Solution | Prodigy VitalSigns | Prodigy Autocode Meter | Prodigy Voice



Diagnostic Devices Inc.                    Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us

# PRODIGY

## Prodigy Advance Meter





### ALTERNATE SITE TESTING

Approved for testing from fingers, palms, forearms, upper-arms, thighs and calves.

### TINY BLOOD SAMPLE

Requires only 0.6 microliter of blood.

### QUICK RESULTS

Six seconds only.

### CAPILLARY ACTION STRIPS

Our easy-to-use test strip draws the right amount of blood.

### MEMORY

Stores 450 test results with date and time, and gives 7, 14, 21, 28, 60, and 90 day averages. 90-day average is equivalent to HbA1c.

### DATA MANAGEMENT

Download data to your personal computer with our free software.



**Video Tutorials**


Ideal for Managed Care!

**Prodigy® Advance** has the latest technology for blood glucose monitoring, is easy to use, and will give fast, accurate results with a minimal sample of blood - more comfort and more convenience at a lower cost. Prodigy® Advance has a large screen display for easy reading, and is small and lightweight for portable convenience. Prodigy® Advance allows alternate site testing to reduce your pain, and has advanced memory and data management capabilities, with free software available from www.prodigymeter.com, to give you and your healthcare professionals powerful graphic tools to manage your diabetes.

**Smaller Blood Sample Required.** Prodigy® Advance requires an 0.6 microliter drop of blood – smaller than most meters available today. This allows you to use extra-fine gauge lancets and significantly reduce your pain and discomfort.



| 0.6 microliter | 2 microliters | 4 microliters |
| PRODIGY® METERS | | OTHER METERS |

**Greater comfort.** Prodigy® Advance offers the option to test with blood from your palms, forearms, upper-arms, thighs, or calves, which have fewer nerve endings than your fingertips.



**Memory and Data Management.** Prodigy® Advance can store up to 450 tests with date and time, and gives 7, 14, 21, 28, 60, and 90 day averages. Exclusive 90 day average gives HbA1c equivalent. Prodigy®'s free software allows simple downloading of test results to your computer helping you to track changes in your blood glucose level over time.

**Fast Results.** Accurate, fast, audible results in just 6 seconds.

**Patented flip-top bottle design with built-in desiccant.** Maintains integrity of strips at temperatures up to 104ºF. Flip-top lid for easy handling.



| | | | | | | |
|---|---|---|---|---|---|---|
| | 51650 | ADVANCE Kit | 384840516502 | 8484-051650 | 10 Kits per case | 0.948 |
|  | 52400 | PRODIGY® PERSONAL Strips 50 Strips/Vial | 384840524002 | 8484-052400 | 50 Strips / Vial, 200 Vials / Case | 1.09 |
| | 53310 | Control Solution LOW 4 mL | 384840533103 | 8484-053310 | 20 Bottles / Case | 0.021 |
| | 53350 | Control Solution HIGH 4 mL | 384840533509 | 8484-053350 | 20 Bottles / Casee | 0.021 |

PC Cable | Prodigy Advance Meter | Prodigy Advance Meter | Prodigy Audio Meter | Prodigy Audio Meter | Prodigy Eject Meter | Prodigy Duo Meter | Test Strips | Control Solution | Control Solution | Prodigy VitalSigns | Prodigy Autocode Meter | Prodigy Voice

**DDI** Diagnostic Devices Inc.                    Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us 

DDI Prodigy Voice

http://www.prodigymeter.com/prodDetails.cfm?itemid=214

# PRODIGY

Distributor Login | Warranty Registration | Careers
**1.800.366.5901**

Home | Product Information | Data Management | Healthcare Professionals | Diabetic Resources | Contact us

## Prodigy Voice

### NOW AVAILABLE



*A specially designed blood glucose monitoring system that allows total independence for the blind.*

The PRODIGY® Voice a totally audible blood glucose monitoring system specially designed for the blind. Our NEW features were developed with the help of National Blind Associations and Certified Diabetes Educators.

**No Coding.** You will never need to code the meter. Simply insert the test strip and the meter turns on automatically. You get safe accurate test results everytime.

**Totally Audible Features.** The Prodigy® Voice will "talk" the user through all set-ups, step-by-step, including audible test results, audible meter status, audible averages, and memory records with date and time.

**REPEAT Button.** Allows the user to check and hear the last message or test result.

**Set Button.** Allows the user to audibly set up all the functions of the meter step-by-step.

**Easy to Identify Buttons with Finger Touch.** The buttons on the Prodigy® Voice have raised imprints to allow the blind user to easily identify the buttons with gentle touch.

**Eject Button.** Safely ejects the used test strip with a push upward.

**Fast Results.** Accurate, fast, audible test results in just 6 seconds.

**Greater Comfort.** Prodigy® Voice offers you the option to test with blood from your palms, forearms, upper-arms, thighs and calves, which have fewer nerve endings than your fingertips.

**Audible Memory and Data Management.** Prodigy® Voice can store up to 450 audible test results with date and time, and gives 7, 14, 21, 28, 60, and 90 day audible averages. Prodigy's FREE software allows simple downloading of test results to your computer helping you and your Diabetes healthcare professional to track changes in your blood glucose level over time.

**Smaller Blood Sample Required.** Prodigy® Voice requires only 0.6 microliter drop of blood – smaller then most meters available today. This allows you to use extra fine gauge lancets and significantly reduce your pain and discomfort.



**Test Strip Port:** Easy to locate the indention with finger to insert test strip. The meter automatically turns ON when the user inserts the test strip.

**Eject Button:** Allows the user to eject the used test strip easily and safely with the push of a button.

**Up Button:** Increases the value of active setting, recall memory or averages.

**Repeat Button:** Allows the user to replay the last message or test result.

**Down Button:** Decrease the value of active setting, recall memory or averages.

**Main Button:** Enter Memory recall mode.

**Set Button:** Allows the user to audibly set up all functions of the meter, step-by-step.

**Ear Phone Jack:** Allows you to test with audible privacy.

**SPEAKER:** A Clear and pleasant voice talks to you.

**Data Port:** Used to download the meters test results to your computer with Prodigy's FREE software.



**With Prodigy® You Only Need a Tiny Drop of Blood**

| 0.6 microliter Prodigy | 1 microliter One Touch® Ultra | 4 microliters Accu-Chek® Advantage |

**Download Prodigy Voice Brochures**

Prodigy Voice Brochure Outside
Prodigy Voice Brochure Inside
Prodigy Voice Flyer

---

PC Cable | Prodigy Advance Meter | Prodigy Advance Meter | Prodigy Audio Meter | Prodigy Audio Meter | Prodigy Eject Meter | Prodigy Duo Meter | Test Strips | Control Solution | Control Solution | Prodigy VitalSigns | Prodigy Autocode Meter | Prodigy Voice

 **Diagnostic Devices Inc.**   Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us 

# PRODIGY

## Test Strips



**Prodigy Quick Draw strips make the test easy and accurate**



- Easy to handle

- Flip-Top bottle design: Opens, closes and handles easily.

- Patented bottle design with built-in desiccant: Keeps strips fresh after opening.

- Capillary Action Technology and Visual confirmation: You can see how quick a Prodigy strip automatically draws the right amount of blood for an accurate reading.

**Capillary Action**



The blood sample is automatically drawn into the test strip

**Visual Verification**

 

Good Sample        Sample Too Small

PC Cable | Prodigy Advance Meter | Prodigy Advance Meter | Prodigy Audio Meter | Prodigy Audio Meter | Prodigy Eject Meter | Prodigy Duo Meter | Test Strips | Control Solution |
Control Solution | Prodigy VitalSigns | Prodigy Autocode Meter | Prodigy Voice

**DDI** Diagnostic Devices Inc.

Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us 

DDI Data Management                                      http://www.prodigymeter.com/download.cfm

# PRODIGY

Home  |  Product Information  |  Data Management  |  Healthcare Professionals  |  Diabetic Resources  |  Contact us

## Data Management

**Free Download!**

 Download
File size: 2.95 MB



### Our Software is Easy to Use



Using our data cable, you can download your results directly to your computer. It turns meter readings into visual reports, helping users understand trends to improve diabetes self-management. Just some of our key features:

- Facilitates diabetes self-management by providing patients with a simple-to-use diabetes management program and easy-to-understand charts and graphs.

- Provides health care professionals with a powerful, graphical tool for counseling patients, reviewing trends, and developing diabetes management strategies.

- Enables data sharing across a hospital or health system, enabling effective collaboration.

- Supports all Prodigy® meters.

- PC Compatible.

   

**Software Screenshots**

**DDI** Diagnostic Devices Inc.    Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us

1 of 1                                                           3/31/2008 11:49 AM

# PRODIGY

Distributor Login | Warranty Registration | Careers

1.800.366.5901

**Home | Product Information | Data Management | Healthcare Professionals | Diabetic Resources | Contact us**

## Contact Information

**Headquarter**
Diagnostic Devices, Inc.
9300 Harris Corners Parkway Suite 450
Charlotte, NC 28269
**1.800.366.5901** Phone
**1.704.285.6480** Fax

**Customer Support**
Hours:
Monday – Friday 8:30 am – 5:30 pm EST
**1.800.366.5901** Toll Free
**1.877.847.3419** Fax

**Technical Support**
Hours:
Monday – Friday 8:30 am – 5:30 pm EST
**1.800.243.2636** Toll Free
**1.704.285.6476** Fax

**E-mail Addresses:**
Customer Service:        **customerservice@prodigymeter.com**
Technical Support:       **techsupport@prodigymeter.com**
Professional Support:    **professional@prodigymeter.com**
Sales:                   **sales@prodigymeter.com**
International Sales:      **intlsales@prodigymeter.com**

 Diagnostic Devices Inc.

Home | Product Information | Data Management | Healthcare Professionals | Warranty Registration | Contact us

# Exhibit J



*User's Manual*

*Prodigy*

**Blood Glucose Monitoring System**





**DDI**

**Diagnostic Devices, Inc.**



**Dear Prodigy System Owner:**

You have chosen one of the best blood glucose monitoring systems available. This booklet has important information about the system. Please read it carefully.

Your system provides you with accurate, plasma-calibrated test results. This feature makes it easy for you and your doctor to compare your meter results with laboratory results.

Blood glucose monitoring plays an important role in diabetes control. A long-term study showed that keeping blood glucose levels close to normal can reduce the risk of diabetes complications by up to 60%.* The results you get with the system can help you and your healthcare professional monitor and adjust your treatment plan to gain better control of your diabetes.

A warranty registration card is included with your system. Please complete it and mail it to us.

* American Diabetes Association position statement on the Diabetes Control and Complications Trial (1993).

1



The system is intended for use outside the body (in vitro diagnostic use). It should be used only for testing glucose (sugar) and only with fresh capillary whole blood samples. The system is intended for use in the home and in clinical settings. It should not be used for the diagnosis of diabetes or for the testing of newborns.

---

**CAUTION:**

*Before using any product to test your blood sugar (blood glucose), read all instructions and practice the test. Do all quality control checks as directed and consult with a diabetes healthcare professional. These recommendations apply to all blood glucose monitoring systems and are supported by the Diabetes Educator Section of the Canadian Diabetes Association.*

---

2



## Important Information

- Severe dehydration and excessive water loss may cause false low results. If you believe you are suffering from severe dehydration, consult a healthcare professional immediately.

- Test results below 60 mg/dL (3.3 mmol/L) mean low blood glucose (hypoglycemia). Test results greater than 240 mg/dL (13.3 mmol/L) mean high blood glucose (hyperglycemia). If you get results below 60 mg/dL or above 240 mg/dL, and do not have symptoms, first repeat the test. If you have symptoms or continue to get results that fall below 60 mg/dL or above 240 mg/dL, follow the treatment advice of your healthcare professional.

- If you are experiencing symptoms that are not consistent with your blood glucose test results and you have followed all instructions described in the Prodigy owner's booklet, call your healthcare professional.

- A red blood cell count (hematocrit) that is very high (above 60%) or very low (below 20%) can cause false results.

- Elevated blood triglyceride, reducing substances such as uric acid and ascorbic acid at normal blood concentration, or acetaminophen, dopa, methyldopa, L-dopa, and tolbutamide at normal blood concentrations do not significantly affect the test results.

- This system maybe used at altitudes up to 10,742 feet (3275m) without an effect on test results.

3

## TABLE OF CONTENTS

| | |
|---|---|
| IMPORTANT INFORMATION | 03 |
| GETTING STARTED | 05 |
| The Prodigy Blood Glucose Monitoring System | 05 |
| Prodigy Blood Glucose Meter | 06 |
| Meter Display Segments | 07 |
| Prodigy Test Strips | 08 |
| BEFORE TESTING | 10 |
| Checking the Display | 10 |
| Coding the Meter | 10 |
| Checking the System With Prodigy Control Solutions | 12 |
| TESTING YOUR BLOOD | 17 |
| Step-by-Step Test Procedure | 17 |
| Special Messages | 19 |
| Using the Meter Memory | 20 |
| COMPARING METER AND LABORATORY RESULTS | 22 |
| SETTING THE METER AND DELETING THE MEMORY | 24 |
| Setting the Time, Date, Unit of measurement, | 25 |
| Unit of temperature and Memory deletion | |
| Downloading Test results to your PC | 27 |
| CARING FOR YOUR METER | 27 |
| Maintenance | 27 |
| Power | 28 |
| DISPLAY MESSAGES AND | 29 |
| PROBLEM - SOLVING GUIDE | |
| SPECIFICATIONS | 31 |
| Performance Characteristics | 31 |
| WARRANTY | 32 |
| EXPECTED TEST RESULTS | 33 |
| SYMBOL INFORMATION | 34 |

4



## GETTING STARTED
### The Prodigy Diabetes Blood Glucose Test System

The Prodigy system consists of three main products: the Prodigy blood glucose meter, Prodigy test strips, and Prodigy control solutions. These products have been designed, tested, and proven to work together as a system to produce accurate blood glucose test results. Use only Prodigy test strips and Prodigy control solutions with the blood glucose meter.

> **CAUTION:**
>
> *Check your system to be sure the outer carton seal is not missing or broken. If either of these conditions occurred, please return your system to the place of purchase.*

5



### Prodigy Blood Glucose Meter



**TEST SLOT**
The test slots is where you insert the test strip for testing. The meter will turn on automatically when you insert a test strip.

**SET BUTTON**
The Set button (in the back of the meter) is used to set the date, time, units and other meter functions.

**DISPLAY**
Your test results are displayed here. The display guides you through the test using symbols and simple messages.

**MAIN BUTTON**
The main button in front of the meter is used to set up the meter, enter the memory mode, change the value of date and time, unit setting, memory deleting and to turn the meter on and off.



**CODE BUTTON**
The code button at the side is used to CODE the meter to the strip.

6

*Prodigy* 

## Meter Display Segments



**TEST STRIP SYMBOL**
Flashes when you turn the meter on.
The symbol stays on when the strip
has been inserted.

**BLOOD DROP SYMBOL**
Appears when the meter is ready for you to
add blood to strip.

**CODE**
Displayed with the code number
currently in the meter.

**TEMPERATURE SYMBOL**
Appears with ambient
temperature.

**LOW SYMBOL**
Appears when test result
is lower than normal.

**DATE & TIME**

**HIGH SYMBOL**
Appears when test result
is higher than normal.

**CTL SYMBOL**
Appears when in control solution test. Its result
won't be stored in the memory.

**VOICE ON/OFF**
Indicates voice on/off.
(Only for meter model No. 51720)

**TEST RESULT AREA**
Test results appears here.
(A decimal point appears when
the unit of measurement is
millimoles per litre.)

**LOW BATTERY SYMBOL**
Appears when it is time to
change the batteries.

**UNITS OF MEASUREMENT**
Depending upon how the meter
is set, either mmol/L or mg/dL
will appear with the test result.

**KETONE WARNING**
When your blood glucose test
result is above 13.3mmol/L
(240mg/dL), this symbol will
appear with "?" sign on the
display.

**HAPPY FACE**
Appears when test
result is normal.

**MEMORY SYMBOL**
Indicates a test result
store in memory.



7

---

*Prodigy*

## Prodigy Test Strips

Your system measures the amount of sugar
(glucose) in whole blood. Blood is applied to
the absorbent hole of the test strip and is
automatically drawn into the reaction cell
where the reaction takes place.

The test strip consists of the following parts:

**CONTACT BARS**
Insert this end of the test strip into the meter.
Push it in firmly until it will go no further.

**TEST STRIP HANDLE**
Hold this part to insert the test strip into the slot.

**CONFIRMATION WINDOW**
This is where you confirm if enough blood has
been applied to the absorbent channel of the strip.

**ABSORBENT CHANNEL**
Apply a drop of blood here, the blood will be
drawn automatically.

See pages 17 ~ 19, Testing Your Blood,
for complete instructions.    8



## Important Test Strip Information

- Store test strip packages in a cool, dry place below 104°F (40°C). Keep away from direct sunlight and heat.

- Store your test strips in their original vial only.

- After removing a test strip from the vial, immediately replace the vial cap and close it tightly.

- With clean, dry hands, you may touch the test strip anywhere on its surface when removing it from the vial or inserting it into the meter.

- Use each test strip immediately after removing it from the vial.

- Write the discard date on the vial label when you first open it. Discard remaining test strips 90 days after first opening date.

- Apply only blood sample or control solution to the absorbent hole. Applying other substances to the absorbent hole will cause inaccurate results.

- Do not use test strips beyond the expiration date printed on the package since they may cause inaccurate results.

- Do not bend, cut, or alter a test strip in any way.

---

**CAUTION:**

*Keep the test strips away from children; the strips can be a potential choking hazard. Never chew or swallow a test strip.*

9

---



## BEFORE TESTING

### Checking the Display

Each time you insert a test strip into the meter to turn the meter on , the meter will display "CH" with the strip symbol briefly. This tells you that the system is performing several self-checks.



---

For meter model No. 51720, you will hear a voice message, "the code number is (number)."

---

### Coding the Meter

The Code Button is used to calibrate the test strips with the meter for accurate results. Please code the meter before using it for the first time and then every time you change to another vial of test strips. Each time you test, check that the code number on the meter display matches the code number on the test strip vial.



**Code Button**

---

**CAUTION:**

*If the code number displayed on the meter does not match the number printed on the vial, test results may be inaccurate .*

---

10



## STEP 1 Enter the Code Mode

Start with the meter turned off. Press the Code Button. The Code symbol and "SEL" will appear on the LCD display, followed by the code number, with the number blinking.



## STEP 2 Match the Code Numbers

Compare the code number flashing on the LCD display with the code number on the test strip vial. If the two code numbers match, you may begin testing. If they do not match, follow Step 3. When you first use the meter, you need to code the meter before testing.



## STEP 3 Code the Meter

Press and release the Code Button to advance one number. When the code you need appears on the display, press the Main Button to set the code and turn off the meter.
If you do not press any button in two minutes, the meter will turn off automatically.



11



## Checking the System with Prodigy Control Solution

Prodigy control solutions are used to check that the meter and the test strips are working together as a system and that you are performing the test correctly. It is very important that you do this simple check routinely to make sure you get accurate results.

Prodigy control solutions contain a known amount of glucose that reacts with test strips. The Low and High level Control solutions are intended to check the monitoring system in different measurement ranges. Compare your control solution test results with the expected range printed on the test strip vial label.

Control solution should be used to :

• Practice the test procedure
• Make sure your meter and test strips are working together properly
• Ensure you are performing the test correctly

Before you use the meter to test your blood for the first time, practice the procedure using control solution. When you can do three tests in a row that are within the expected range, you are ready to test your blood.

Do a control solution test:

• When you begin using a new vial of test strips
• At least once a week
• Whenever you suspect that the meter or test strips are not working properly
• When your blood glucose test results are not consistent with how you feel, or when you think your results are not accurate
• If you drop the meter
• After you change the meter batteries

12



## Important Control Solution Test Information

- Use only Prodigy control solutions.
- Check the expiration date on the control solution vial. Do not use if expired.
- Control solution, meter, and test strips should come to room temperature (68-77°F / 20-25°C) before testing.
- Shake the vial, discard the first drop of control solution, and wipe off the dispenser tip to ensure a good sample and an accurate result.
- Use only for 90 days after first opening. Record the discard date (date opened plus 90 days) on the control solution vial. Discard after 90 days .
- Store the control solution tightly closed at temperatures below 86°F (30°C). Do not refrigerate.



> **CAUTION:**
>
> *The control solution range printed on the test strip vial is for Prodigy control solution only. It is used to test meter and test strip performance. It is not the recommended range for your blood glucose level.*

13



## How to do a control solution test:

### STEP 1 Insert Test Strip

Insert a test strip with contact bars end first and facing up, into the test port. (Contact bars must be inserted all the way into the meter or you may get an inaccurate test result.) The meter will turn on automatically. "CH" and strip symbol will appear briefly on the display. Then the ambient temperature is displayed, followed by the ● symbol with the code number. Be sure the code number on the display matches the code number on the test strip vial. If the code numbers do not match, code the meter correctly.



After the symbol appears on display, press the Main Button; "CTL" will appear on the display. With the "CTL" sign on the display, the meter will not store your test result in memory. If you decide not to perform a control solution test, the "CTL" sign will disappear when you press the Main Button again.



> **CAUTION:**
>
> *Every time you perform a control solution test, you must enter into the "CTL" test mode so that the test will not be stored in the meter memory.*

14



## STEP 2 Apply Control Solution

Shake the control solution vial well. Remove the cap. Squeeze the vial, discard the first drop, and wipe off the dispenser tip to ensure an accurate result. Squeeze the vial again to get another drop and place the drop on your finger tip first. Then, apply the drop to the absorbent hole of the test strip (where it meets the narrow channel) until the drop is drawn into the test strip, the confirmation window is filled, and the meter begins to count down.





correct



incorrect

> **CAUTION:**
>
> *To avoid contaminating the control solution with the content of the test strip, you have to place a drop of control solution on a clean surface or on your finger tip first. Then touch the test strip to the drop.*

15



## STEP 3 Result Appears in 6 Seconds.

The meter will count down and the control solution test result will appear. Compare the result with the range printed on the test strip vial . The result should fall within this range.

> For meter model No. 51720 you will hear a voice message, "the blood glucose is (number) (unit)".

### Comparing control solution results

If test results fall outside the range printed on the test strip vial, repeat the test. Out-of-range results may be caused by one or more of the following:

- Error in performing the test
- Failure to shake the control solution vial vigorously
- Expired or contaminated control solution
- Control solution that is too warm or too cold
- Failure to discard the first drop of control solution and wipe the dispenser tip clean
- Improper coding of the meter
- Test strip deterioration
- Meter malfunction

> **CAUTION:**
>
> *If you continue to get control solution test results that fall outside of the range printed on the vial, the system may not be working properly. Do not use the system to test your blood if you continue to get test results that fall outside of the range. If you are unable to resolve the problem, call the Technical Support Line at 1-800-243-2636.*

16



## TESTING YOUR BLOOD

Be sure to read this section and the test strip package insert found in the test strip box carefully before testing. Make sure you have all items needed to test:

A.  Blood Glucose Meter
B.  Test Strip
C.  Lancing Device
D.  Sterile Lancet

### Step-by-Step Test Procedure

**STEP 1 Insert the test strip**
Insert the test strip with contact bars end first and facing up into the test port fully. The bars must be all the way into the meter to avoid an inaccurate result. The meter will turn on automatically. "CH" and strip symbol will appear briefly on this display. Next, the ambient temperature will appear and followed by the symbol with the code number. Code the meter if necessary.



> For meter model No. 51720 you will hear a voice message: "please apply blood into the strip".

17



**STEP 2 Apply Sample**
Obtain a rounded drop of blood using a Lancing Device. The blood sample must be at least 0.6 microliter in volume (○actual size) or you may get an inaccurate test result. When the "♦" symbol appears on the display, apply the drop of blood to the absorbent hole of the test strip. Do not push your finger against the test strip or try to apply a smeared sample.

The blood should completely fill the confirmation window before the meter begins to count down. If the confirmation window does not fill completely before the meter begins to count down, do not add more blood to the test strip; discard the test strip and retest. If you have trouble filling the test strip, contact the technical support line.

> NOTE: If you do not apply a blood sample within 3 minutes, the meter will turn itself off. You must remove the test strip and insert it back into the meter to restart the test procedure.

**STEP 3 Accurate Results in 6 Seconds**
Your blood glucose test result will appear after the meter counts down. Blood glucose test results are automatically stored in the meter memory. Turn the meter off by removing the test strip. Discard the used test strip carefully to avoid contamination.

> For meter model No. 51720 you will hear a voice message, "the blood glucose is (number) (unit)".

The Prodigy meter provides accurate, plasma-calibrated test results that can be compared directly with laboratory results.

Plasma calibrated result (example)

18



## Special Messages

Some special symbols or messages will appear depending on your test result.

1) When below 20 mg/dL (1.1 mmol/L), "Lo" will appear on the meter display instead of numbers.



2) When between 20 to 70 mg/dL (1.1 and 3.9 mmol/L), the "low" symbol will appear with your test result.
Lo or "low" symbol indicates hypoglycemia (low blood glucose.) You should immediately treat hypoglycemia as recommended by your healthcare professional.



3) When within optimal range, which means 70 to 120 mg/dL (3.9 to 6.6 mmol/L), a smile will appear with your test result.



4) When between 120 to 240 mg/dL (6.6 and 13.3 mmol/L), the "high" symbol will appear with your test result.



5) When above 240 mg/dL (13.3 mmol/L), "KETONE?" symbol will appear on the meter display. This indicates there is a possibility of Ketone accumulation if you are type 1 diabetic. Please seek immediate medical assistance.



6) When above 600 mg/dL (33.3 mmol/L), "Hi" will appear on the meter display instead of number. This indicates severe hyperglycemia. Please seek immediate medical assistance.



19



## USING THE METER MEMORY

Your Meter stores the 450 most recent blood glucose test results with date and time in its memory. It also provides you with 7,14,21,28,60 and 90 day averages of your blood glucose test results. You can review the test results in memory with these easy steps.

### STEP 1 Enter the Memory Mode

With the meter turned off, press the main button twice. The 7 day average will appear, indicating that you are in the memory mode. If you continue to press The Main Button, the 14, 21, 28, 60 and 90 day average will appear. You can then review the last 450 tests in the memory.

The 7 day average is calculated from the blood glucose results obtained during the last 7 days. It also indicates how many blood glucose tests have been performed within this period, e.g., 58 (58 tests in the last 7 days).

When using the meter for the first time,
"---" will appear, showing that
there are no test results in memory.



20



The 14-day average is calculated from the blood glucose results obtained during the last 14 days. It, too, indicates how many blood glucose tests have been performed, e.g., 24 (24 tests in the last 14 days). When using the meter for the first time, "14 DAYa---" will appear, showing that there are no test results in memory . It's all the same to the 21, 28, 60 and 90 day average.

**STEP 2 Recall Test Results**
After the 90-day average, the most recent test result with date and time will be shown. Press the Main Button once and the next most recent test result will appear. Each time you press and release the main button, the meter will recall up to your last 450 test results in order. When the memory is full, the oldest result is dropped as the newest is added.

When reaching the last set of result, "End" will be shown on LCD display, and the meter turns off automatically.

> NOTE: If no button is pressed for 2 minutes, the meter will show "OFF" and turn off automatically.

**STEP 3 Exit The Memory Mode**
Press the Main Button for three seconds to turn off the meter.









---

Prodigy

# COMPARING METER AND LABORATORY RESULTS

Test results from meter and laboratory are both expressed in plasma-equivalent units. However, the result you obtain from your meter may differ somewhat from your laboratory result due to normal variation. Meter results can be affected by factors and conditions that do not affect laboratory results in the same way. (See test strip package insert for typical accuracy and precision data, and for important information on limitations.) To make an accurate comparison between meter and laboratory results, follow the guidelines below.

**Before you go to the lab:**
- Perform a control solution test to make sure that the meter is working properly
- It is best to fast for at least eight hours before doing comparison tests
- Take your meter with you to the lab

**While at the lab:**
- Make sure that the samples for both tests (the meter test and the lab test) are taken and tested within 15 minutes of each other



- Wash your hands before obtaining a blood sample
- Never use your meter with blood that has been collected in a gray-top test tube
- Use fresh capillary blood only

You may still have a variation from the result because blood glucose levels can change significantly over short periods, especially if you have recently eaten, exercised, taken medication, or experienced stress. In addition, if you have eaten recently, the blood glucose level from a finger stick can be up to 70 mg/dL (3.9 mmol/L) higher than blood drawn from a vein (venous sample ) used for a lab test[6].

Therefore, it is best to fast for eight hours before doing comparison tests. Factors such as the amount of red blood cells in the blood (a high or low hematocrit ) or the loss of body fluid (severe dehydration) may also cause a meter result to be different from a laboratory result.

References
1. Surwit, R.S., and Feinglos, M.N.:
   Diabetes Forecast (1988), April, 49-51.
2. Sacks, D.B.: "Carbohydrates. " Burtis,
   C.A., and Ashwood, E.R.( ed.), Tietz
   Textbook of Clinical Chemistry.
   Philadelphia: W.B. Saunders Company (1994),959.

23



## SETTING THE METER AND DELETING THE MEMORY

Before you start using the meter for first time you may need to setup the time, date, unit of measurement and unit of temperature and language. You also may need to enter the set mode and reset the meter if you need to change the time or if you remove the batteries.

**Setting the Time, Date, Unit of Measurement
Unit of Temperature and Memory Deletion**

To set the time, you must first enter the setting mode. Start with the meter off. Then press the Set Button located in the batteries compartment. The meter is now in the set mode.

**STEP 1. Set the Year**
First, all symbols on LCD will be displayed. Then the year will appear, with the number flashing. Press and release the Main Button to advance one year. To move faster, hold the Main Button down. With the correct year on the display, press the Set Button and the date will appear on the display with the month segment flashing.



**STEP 2. Set the Month**
Press and release the Main Button until the correct month appears. To move faster, hold the Main Button down. With the correct month on the display, press the setting button and the day segment will start flashing.



24



**STEP 3 Set the Day**
Press and release the Main Button until the correct day appears. To move faster, hold the Main Button down. With the correct day on the display, press the Set Button and the time will appear on the display with the hour segment flashing.

*Before setting the time, you must have first set the date.

**STEP 4 Set the Hour**
Press and release the Main Button to advance one hour. To move faster, hold the Main Button down. With the correct hour on the display, press the Set Button and the minutes segment will start flashing.

**STEP 5. Set the Minutes**
Press and release the Main Button to advance one minute. To move faster, hold the Main Button down. With the correct minute on the display, press the Set Button and the current unit of measurement will start flashing.



NOTE: Your meter displays 7, 14, 21, 28, 60 and 90 day averages which you can access from the meter memory. These averages are calculated from results obtained during the 7, 14, 21, 28, 60 and 90 days preceding the current date and time settings. When the date and time are changed, the 7, 14, 21, 28, 60 and 90 day averages may change.

Your meter can display test results in milligrams per deciliter (mg/dL) or millimoles per litre (mmol/L). The mg/dL unit is standard in the United States. The mmol/L unit is standard in Canada.

25



**STEP 6. Select mg/dL or mmol/L.**
Press and release the Main Button until the unit of measurement you are choosing appears on the display. Press the Set Button and the current unit of temperature will start flashing.



**STEP 7. Select °C or °F**
Press and release the Main Button until the unit of temperature you are choosing appears on the display. Press the Set Button and the meter will display "dEL" with flashing "mem" symbol.



**STEP 8. Delete memory and exit the setting mode**
"dEL" and flashing M symbol appears on the display. When you press the Main Button, "dEL" will flash too. Press the Main Button again to delete all the meter Memory records. When the meter displays the smile, it means that the memory is deleted. You can press the Set Button to turn off the meter. If you do not want to delete the memory, do not press the Main Button, but press the Set Button again to turn off the meter.



26



## DOWNLOADING TEST RESULTS
## TO YOUR COMPUTER

Prodigy allows you to download all your test results in your computer helping you or your health care professional track changes in your blood glucose level over time. To start downloading your results you need to connect the downloading cable* to your computer and to the Prodigy meter Download Port, and install a free software to your PC that will let you complete this process easily. You can get the free copy of this software on our web-site at: www.diagnosticdevicesinc.com
*Downloading cable sold separately.

## CARING FOR YOUR METER

### Maintenance

Your meter does not require special maintenance. As no blood or control solution comes in contact with the meter, there is no special cleaning required. Take care to avoid getting dirt, dust, blood, control solution or water inside the meter through the test port or data port. Store the meter in its carrying bag after each use. A cloth dampened with water and mild detergent can be used to wipe down the outside of the meter. Your meter is a precision instrument. Please handle it with care.

27



### Power

Your Prodigy Blood Glucose monitoring system uses two (2) AAA 1.5.V alkaline batteries (included with your system) that need to be installed in the meter before use. The new batteries will provide you with enough power to perform about 3,000 tests. When replacing the batteries, use only (2) AAA 1.5.V alkaline batteries.

The meter will alert you when the power is getting low by displaying two different messages:

1.   The symbol ⓘ appears on the display when the meter is turned on and all other display messages are functional. From the time the symbol first appears, there is enough power left for about 50 tests. The test results will be accurate, but it is time to change the batteries.

2.   The symbol ⓘ appears with the E-b symbol on the displays by itself. This means that the batteries will not provide enough power for a test. You must change the batteries.

### Replacing the batteries

a.   Make sure that the meter is turned off.
b.   Turn the meter over and locate the battery compartment.
c.   Press the buckle on battery cover and lift up to remove cover.
d.   Remove the old batteries. Insert two (2) AAA 1.5.V alkaline batteries, making sure you follow the batteries diagram for a proper installation.
e.   Replace battery cover back into place.

NOTE: Replacing the batteries does not affect the meter's memory (previous test results stored in memory). However, the time and date settings may need to be updated.

28



## DISPLAY MESSAGES AND PROBLEM-SOLVING GUIDE

Following is a summary of some display messages and symbols. These messages help to identify certain problems but do not appear in all cases when a problem has occurred. Improper use may cause an inaccurate result without producing an error message or a symbol. In the event of a problem, refer to the information under action.

| Message | What it means | Action |
|---|---|---|
| 1.)E-b | The symbol ⫿ appears with this message on the display by itself. This means that the batteries will not provide enough power for a test. | Replace the batteries at once. |
| 2.)E-U | Error message could be caused by a used test strip, or a temporary or permanent electronics problem occurred. | Repeat the test with a new test strip. If the error message appears again, please call the Technical Support Line at 1-800-243-2636. |
| 3.)E-t | The temperature of the environment, meter, or test strip was below or above the system operation range. You can not perform a test until the meter and test strip reach a temperature within the operation range of 50~104°F (10~40°C). | Repeat the test after the meter and test strip have reached a temperature within the operation range. |
| 4.)E-E | Error message indicates that there is a problem with the meter. | Review the instructions and try again with a new test strip. If the problem persists, please call the Technical Support Line at 1-800-243-2636. |

29



| Message | What it means | Action |
|---|---|---|
| 5.)E-O | Error message indicates that there may be a problem with the meter. | Repeat the test with a new test strip. If the problem persists, please call the Technical Support Line at 1-800-243-2636. |
| 6.)E-F | Error message indicates that you may have removed the strip after applying blood to the absorbent channel. | Review the instructions and try again with a new test strip. |
| 7.)E-A | Error message indicates that there is a problem with the meter. | Review the instructions and try again with a new test strip. If the problem persists, please call the Technical Support Line at 1-800-243-2636. |

*If the meter does not display a message after inserting a test strip:*

| PROBABLE CAUSE | WHAT TO DO |
|---|---|
| a. Batteries exhausted. | Replace the batteries. |
| b. Batteries incorrectly installed or absent | Check that the batteries are correctly installed following the diagram. |
| c. Test strip inserted upside down or incompletely | Insert the test strip correctly with the contact bars end first and facing up. |

*If the test does not start after applying the sample:*

| | |
|---|---|
| a. Insufficient blood sample | Repeat the test with a new test strip and larger sample. |
| b. Defective test strip | Repeat the test with a new test strip. |
| c. Sample applied after automatic shutoff (two minutes after last user action) | Repeat the test with a new test strip; apply sample only when "⬧" appears on the display. |
| d. Defective meter | Please call the Technical Support Line at 1-800-243-2636. |

30



## SPECIFICATIONS

Dimension: 41.6mm x 82.3mm x 21.4mm
Power source: two (2) AAA 1.5V alkaline batteries
Battery life: Over 3,000 determinants
Display: Large LCD
Memory : 450 measurement results with date and time
Auto electrode inserting detection
Auto sample loading detection
Auto reaction time count-down
Sleeping mode: Power consumption less than 20uA
Auto turn-off after 3 minutes without action
Temperature warning
Operating condition: 50°F~104°F (10°C ~40°C)
Operating humidity range: 10~90% R.H. (non-condensing)
Storage/Transportation condition: -4°F~158°F (-20°C ~70°C), 5%~95% R.H.
Measurement Units: Either mg/dL or mmol/L
Measurement Range: 20~600mg/dL (1.1~33.3mmol/L)

### Performance characteristics

* **Accuracy:** Whole blood glucose test results were compared with YSI-2300 glucose analyzers. 100% were with 15 mg/dL (0.83 mmol/L) at concentration < 75 mg/dL (4.2 mmol/L) and 100% with glucose concentration ≤ 75 mg/dL (4.2 mmol/L) were with ±20% of the reference values. The study shows that the Prodigy glucose monitoring system compares well with a laboratory system.
* **Precision:** This study shows the intermediate precision and repeatability of less than 5%.
* **Traceability of glucose monitoring system:** The results of Prodigy glucose monitoring system were compared to parallel results obtained on YSI 2300, which is the manufacturer's standard measurement procedure. The study shows that the Prodigy glucose monitoring system correlated very well with manufacturer's reference method.
* **The device has certified to meet the following standards:** 98/79/EC, IEC 60601-1, IEC 61010-1, IEC 60601-1-2, IEC61326, and ISO 15197

31



## WARRANTY

The Prodigy Blood Glucose Monitoring System is warranted to be free of defects in material and workmanship for a period of one (1) year from the date of purchase. This warranty extends only to the original purchaser and is not transferable.

For warranty assistance, please contact:

Diagnostic Devices Inc.
Technical Support
1-800-243-2636

32



## EXPECTED TEST RESULTS

| Time of day | Glucose range for people without diabetes (mg/dL) / (mmol/L) | Your target range (mg/dL) / (mmol/L) |
|---|---|---|
| Before breakfast | (70~105) / (3.9~5.8) | _____ (mg/dL) / (mmol/L) |
| Before lunch or dinner | (70~110) / (3.9~6.1) | _____ (mg/dL) / (mmol/L) |
| 1 hour after meals | Less than (160) / (8.9) | _____ (mg/dL) / (mmol/L) |
| 2 hours after meals | Less than (120) / (6.7) | _____ (mg/dL) / (mmol/L) |
| Between 2 and 4 AM | Greater than (70) / (3.9) | _____ (mg/dL) / (mmol/L) |

Source: Krall, L.P., and Beaser, R.S.: Joslin Diabetes Manual.
Philadelphia: Lea and Febiger (1989), 138.

33



Symbols convey information essential for proper use.

| Symbol | Referent |
|---|---|
|  | Do not re-use |
| 📖 | Consult operating Instruction |
| ☀ | Keep away from sunlight |
| ☂ | Keep dry |
| 🌡 | Temperature limitation |
| ⧗ | Use by |
| ⊶ | Date of manufacture |
| LOT | Batch code |
| REF | Catalogue number |
| SN | Serial number |
| CONTROL | Control |

34

Distributed by:





Diagnostic Devices, Inc.
P.O. Box 227397
Miami, FL 33122-7397 U.S.A.
TEL: 1-800-243-2636
FAX: 1-877-847-3419
www.diagnosticdevicesinc.com

# Exhibit K



# *Daily Log*

### For Recording 1 month of:
- Blood Glucose Test Results
- Insulin and Medication Doses
- Notes

NAME _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

PHONE _____

TEST DATES _____ FROM _____ TO _____

DOCTOR'S NAME _____ PHONE _____

DIABETES EDUCATOR'S NAME _____ PHONE _____

**EXAMPLE:**

Target Range for Blood Sugar ____ 80 - 120 before meals ____

#Within Target _____ #Above Target _____ #Below Target _____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|------|-----------|---|-------|---|--------|---|---------|---|-------|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | 88 | 15L 7H 6R | 60 | NONE | 120 | 7H 6R | 74 | 13L | 200 before run |
| COMMENTS | **Exercised at 1:00pm** | | | | | | | | 80 before run |
| **T** | 140 | 15L 7H 6R | 200 | NONE | 95 | 7H 6R | 134 | 13L | 78 before run |
| COMMENTS | **Exercised at 1:30pm** | | | | | | | | |
| **W** | | | | | | | | | |

**Target Range for Blood Sugar**_____

_____ **#Within Target**_____ **#Above Target**_____ **#Below Target**_____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|------|-----------|--|-------|--|--------|--|---------|--|-------|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **W** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **F** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **AVG** | | | | | | | | | |

**Target Range for Blood Sugar**_____

**#Within Target**_____ **#Above Target**_____ **#Below Target**_____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|------|------------------|---------------------|------------------|---------------------|------------------|---------------------|------------------|---------------------|------------------|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **W** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **F** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **AVG** | | | | | | | | | |

**Target Range for Blood Sugar**_____

**#Within Target**_____ **#Above Target**_____ **#Below Target**_____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **W** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **F** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **AVG** | | | | | | | | | |

**Target Range for Blood Sugar** _____

#Within Target_____  #Above Target_____  #Below Target_____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|------|-----------|---|-------|---|--------|---|---------|---|-------|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **W** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **F** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **AVG** | | | | | | | | | |

**Target Range for Blood Sugar**_____

**#Within Target**_____ **#Above Target**_____ **#Below Target**_____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **W** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **F** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **AVG** | | | | | | | | | |

**Target Range for Blood Sugar**_____

**#Within Target**_____  **#Above Target**_____  **#Below Target**_____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **W** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **F** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **AVG** | | | | | | | | | |

**Target Range for Blood Sugar**_____

**#Within Target**_____ **#Above Target**_____ **#Below Target**_____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **W** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **F** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **AVG** | | | | | | | | | |

**Target Range for Blood Sugar**_____

#**Within Target**_____    #**Above Target**_____    #**Below Target**_____

| DATE | BREAKFAST | | LUNCH | | DINNER | | BEDTIME | | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose | Insulin/ Medication | Blood Glucose |
| **M** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **W** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **T** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **F** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **S** | | | | | | | | | |
| COMMENTS | | | | | | | | | |
| **AVG** | | | | | | | | | |



### *Blood Glucose Monitoring System*

---

### Questions
DDI Customer Care is available to answer your
questions 9:00am to 5:00pm (EST)
1-800-243-2636

### Visit Our Website
www.diagnosticdevicesinc.com

---

*Diagnostic Devices, Inc.*

Lit# 2003 Rev.0 10/05



# Exhibit L

## Correct Blood Sampling and Recalling Test Results

**Applying the Blood Correctly**
Hold the blood drop to the edge of the strip and the channel will automatically wick as much blood as it needs. Be sure the absorbent channel is full. Do not smear blood onto the strip or try to place blood on the top of the strip.

OK

NOT OK

**Confirmation Window**
As shown in these illustrations, if the absorbent channel is not full, discard strip and repeat the test using a new test strip.

Full Channel OK

Not Full Channel NOT OK

**Recalling Test Results**
Your Meter stores the 450 most recent blood glucose test results with date and time in its memory. With the meter turned off, press the (M) Main Button twice. The 7 day average will appear, indicating that you are in the memory mode. If you continue to press The (M) Main Button, the 14, 21, 28, 60 and 90 day average will appear. You can then review the last 450 tests in the memory.



## Important Phone Numbers

*Prodigy™* Technical Support is available to answer your questions 9:00am to 5:00pm (EST) 1-800-243-2636

Healthcare Professional _____

Pharmacist _____

Diabetes Educator _____

Other _____

**DD/**
**Diagnostic Devices, Inc.**
P.O. Box 227397
Miami, Florida 33122-7397 U.S.A.
www.diagnosticdevicesinc.com

LI-#001 Rev0 11/05

*Quick Reference Guide*



# Prodigy
*Blood Glucose Monitoring System*

**DD/**
**Diagnostic Devices, Inc.**

## Important User's Information

### Blood Glucose Testing

This guide offers at-a-glance information about how to use your *Prodigy*™ Blood Glucose Monitoring System. It is recommended that you read the entire *Prodigy*™ User's Manual before using the System.

### Important Information When Testing

When using the *Prodigy*™ Blood Glucose Monitoring System, please follow these recommendations.

- Before and after getting blood samples or using the system, wash your hands and the intended sample site with soap and warm water. Rinse and dry thoroughly.
- Use only fresh capillary blood samples for testing.
- A lancet should be used only one time. DO NOT reuse lancets.
- Always use a new sterile lancet and keep the lancing device clean.

Note: For meter model No. 51720, you will hear voice messages.

## Coding Your Meter

*Please code the meter before using it for first time and every time you change to another vial of Prodigy™ Test Strips.*

### Step 1

Enter the Code Mode

Start with the meter turned off. Press the Code Button. The Code symbol and "888" will display on the LCD screen, followed by the code number, with the number blinking.



### Step 2

Match the Code Numbers

Compare the Code number on the meter display to the code number on the test strip vial, if the two code numbers match, your meter is properly coded. Press the (M) button to turn off the meter, if the two code numbers do not match, follow step 3.



### Step 3

Code the Meter

Press and release the Code Button repeatedly until the code number on the display matches the code number on the strip vial. Now your meter is coded, press the (M) button to turn off your meter.



## Blood Glucose Testing

### Step 1

Insert a new test strip into the meter every time you test. The meter turns on automatically and will display "QR" with the strip symbol. The meter will perform several self-checks then will display the CODE number.

Note: For meter model No. 51720, you will hear the CODE number.

### Step 2

Apply the blood sample when the "▲" symbol appears on the meter. Touch and hold the drop of blood to the strip absorbent channel until the confirmation window is completely filled and the meter beeps and starts counting down.

### Step 3

Accurate test results in 6 seconds.

Note: For meter model No. 51720, you will hear your test result message.

# Exhibit M



WELCOME TO SHOPRITE ON CONCORD PIKE
OUR PHONE NUMBER IS (302)477-3270

1/22/08 12:32PM 0558 035 0012 701

RX NO PLAN                    33.09
RX NO PLAN                    16.99
TAX        .00  BAL           49.08

--------------------------------------
TRANSACTION RECORD

AT: SHOPRITE OF BRANDYWINE
BRANDYWINE COMMONS
WILMINGTON, DE   19803

TERMINAL: 05580035  OPERATOR: 00000701
1/22/08 12:32 0558 35 0012 701

VISA .... .... ....

PURCHASE: $49.08 VISA

AUTH. #:      068868           SWIPED
REFERENCE #:    0159   DATE: 08/01/22
BATCH #:        0001   TIME: 12:32:20

MOO TRANSACTION APPROVED THANK YOU
--------------------------------------
VF    VISA                     49.08
1/22/08 12:32 PM 0558 35 0012 701

Ask the manager how our Price Plus
Club can save you money at ShopRite

Questions or comments?
Contact us at 1-800-SHOPRITE or
on the web at www.shoprite.com

Got Rewards? ShopRite Mastercard Does!
Pick up an application in store,online
at shoprite.com or call 1-888-327-3400

YOUR CASHIER TODAY:        PHARMACY

IF I DID NOT GREET OR THANK YOU, SEE
MY SUPERVISOR FOR A $1.00 COUPON

# Exhibit N

A Community of Support   ♦   A Program of Prevention   ♦   A Life of Balance

# DELAWARE DIABETES COALITION, INC.
## A DIABETES RESOURCE SITE FOR PEOPLE IN DELAWARE WITH DIABETES

**WHO WE ARE   CLINICAL GUIDELINES   PUBLICATIONS   SPECIAL EVENTS/MEETINGS   LINKS**

**About Diabetes**

**Your Resources**

**Office Visits & Care**

**Education Programs**

**Diabetes Educators**

**Endocrinologists**

**Home Health Agencies**

**Transportation**

**Diabetes Resources**

**Related Resources**

**Kid's Page**

**Medicare Information**

**Websites**

**Mail Order Pharmacies**

**Waste Disposal**

**Contact Us**

DELAWARE DIABETES COALITION
A NON PROFIT CORPORATION
P.O. BOX 235
MILTON, DE 19968
302-424-3007
1-866-737-1011
302-424-0531 (Fax)

## Welcome to the Delaware Diabetes Coalition
DEDiabetesCoalition.org

If you are one of the 70,000 people in Delaware with diabetes, you do not have to deal with your disease alone! The Delaware Diabetes Coalition is a non profit organization comprised of volunteers from all corners of our state. We include doctors, nurses, dietitians, pharmacists, educators, representatives of managed care organizations, a utilization review organization, Public Health and other non profit organization such as the American Diabetes Association, The Juvenile Diabetes and Research Foundation, and the American Heart Association. These community and professional representatives want you to receive care according to the **diabetes national standards** so you can live a healthier life with diabetes.

The mission of the Coalition is to improve the quality of life for people in Delaware affected by diabetes through awareness, prevention, identification of services and advocacy. This website is designed to be informative and to provide you with a valuable resource tool. The Delaware Diabetes Coalition publishes The Community Resource Guide for persons with diabetes which includes statewide resources for medical, nutritional, and professional services as well as educational and financial assistance. The information included will help you to know what questions to ask both your primary care provider and your insurance company.

To obtain a copy of the Resource Guide, please contact us at de.dm.coalition@comcast.net or call 302-424-3007 or out of town 866-737-1011.

**Delaware Diabetes Coalition**
*presents...*
**Diabetes Wellness EXPO 2007**
**Tuesday, November 13, 2007**
**10:00 a.m. - 3:00 p.m.**
**Sheraton Dover Hotel**

CLICK HERE FOR MORE INFORMATION

DIABETES COALITION

DISCLAIMER          WHO WE ARE :: CLINICAL GUIDELINES :: PUBLICATIONS :: EVENTS/MEETINGS :: LINKS