IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE, INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE LLC, DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, and NOVA BIOMEDICAL CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DIAGNOSTIC DEVICES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OPPOSE DDI'S MOTION TO DISMISS**

Defendant Diagnostic Devices, Inc. ("DDI") opposes Plaintiffs' motion to extend the time in which to file their answering brief against defendant (the "Motion") on the grounds that Plaintiffs should not be allowed an unlimited and indefinite time to prepare and file their brief, in total disregard to their previous agreement with DDI.

On February 15, 2008, DDI and Plaintiffs agreed to, and jointly submitted, a proposed order that provided Plaintiffs with ten days from the time of taking DDI's deposition(s) to file their answering brief to DDI's Motion to Dismiss. (See D.I. 73, a copy of the proposed order is attached as <u>Exhibit A</u>). Plaintiffs thereafter noticed the deposition of five DDI representatives. *See* D.I. 89, 92-95. However, Plaintiffs have not yet taken DDI's deposition because of the discovery dispute pending between the parties.

Plaintiffs have now asked the court to disregard the proposed order agreed to by the parties and hold the briefing schedule for DDI's motion to dismiss open for an unlimited period

{00206323;v1}                                    1

of time so that Plaintiffs can pursue their overbroad discovery. This request is both unreasonable and would be unfair to DDI, as it allows Plaintiffs exceptionally more time to respond to DDI's Motion to Dismiss than is allowed under the Local Rules for the District of Delaware.

DDI's counsel has spoken with Plaintiffs' counsel and suggested a compromise deadline of ten (10) days after Plaintiffs conduct the depositions of the noticed DDI witnesses, but Plaintiffs refused to compromise. DDI's proposal is to simply hold in place the already agreed upon schedule of the parties, which Plaintiffs entered into knowing that they would be performing jurisdictional discovery.

Accordingly, DDI requests that Plaintiffs' Motion be denied and that the Court enter an order requiring Plaintiffs to file their answering brief to DDI's Motion to Dismiss within ten (10) days after Plaintiffs' last deposition of the DDI witnesses.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*

Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated: April 4, 2008

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. and CORANGE INTERNATIONAL LIMITED, </br></br>Plaintiffs,</br></br>v.</br></br>ABBOTT DIABETES CARE, INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE LLC, DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, NOVA BIOMEDICAL CORPORATION, and SANVITA INCORPORATED,</br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-753-JJF |

### [PROPOSED] SCHEDULING ORDER REGARDING DIAGNOSTIC DEVICES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

This matter came before the Court in relation to the Motion by Diagnostic Devices, Inc. ("DDI") to Dismiss for Lack of Personal Jurisdiction (the "Motion").

IT IS SO ORDERED that the following schedule shall apply to the Court's consideration of the Motion:

1. By no later than February 18, 2008, Plaintiffs shall provide to DDI evidence of the purchase of one or more products in Delaware, including the date of purchase, the location of purchase and the vendor.

2. DDI shall serve its full responses and objections, including DDI's responsive documents if any, to Plaintiffs' previously served discovery requests by no later than February 28, 2008.

3. Within twenty (20) days from Plaintiffs' receipt of DDI's responses, including DDI's responsive documents if any, DDI shall produce one or more of its representatives for

deposition(s) in response to notice(s) by Plaintiffs. The deposition(s) of DDI or its representative(s) shall take place in Charlotte, North Carolina and shall relate only to personal jurisdiction of DDI in Delaware, including but not necessarily limited to DDI's contacts, direct or indirect, directed to Delaware.

4. Plaintiffs' answering brief in response to the Motion shall be due no later than thirty (30) days from plaintiffs' receipt of DDI's responses to discovery requests, including DDI's responsive documents if any.

5. DDI's reply brief shall be due no later than ten (10) days from receipt of Plaintiffs' answering brief.

6. Discovery taken in connection with this jurisdictional motion shall not count against any discovery event limitations that may be set forth in any other Scheduling Order of this Court.

7. **DDI's Position: DDI should not be subject to merits-based discovery until the Court has ruled on the Motion.**

**Plaintiffs' Position: Merits-based discovery is not stayed pending the Court's ruling on the Motion.**

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| /s/ Philip A. Rovner | /s/ Lauren E. Maguire |
| Philip A. Rovner (I.D. #3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com<br>*Attorney for Plaintiffs Roche Diagnostics Operations Inc, and Corange International Limited* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>*Attorneys for Defendant Diagnostic Devices, Inc.* |

2

SO ORDERED this \_\_\_\_\_ day of _____, 2008.

188321.1

_____
United States District Judge

3