## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-753-JJF ) |
| ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORP., BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORP., | ) ) ) ) ) ) ) |
| Defendants. | ) |

### DECLARATION OF NANCY TINSLEY

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorney for Plaintiffs*
*Roche Diagnostics Operations, Inc. and*
*Corange International Limited*

Dated: April 11, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORP., BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORP., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Declaration of Nancy Tinsley**

I, Nancy Tinsley declare as follows:

1. I received a Bachelors of Science degree in Chemistry from Purdue University in 1982.

2. I received a Juris Doctor degree from Indiana University School of Law – Indianapolis in 1990.

3. Until January 1, 2008, I was a partner at the law firm of Baker & Daniels (Indianapolis), working in the firm's litigation department, specializing in patent litigation.

4. In 2007, I was chosen as one of the Top 25 Indiana Female Super Lawyers based on my work in the field of patent litigation. I have been included in Best Lawyers in America from 2003-2008. In 2006, I was selected for Lawdragon 500, America's Leading Trial Lawyers. I have been an Indiana Bar Fellow since 2000, and received the Indiana State Bar Association Presidential Citation in 2000. I am also a member of the American Intellectual Property Law Association's Alternative Dispute Resolution Neutral Registry.

5. On January 14, 2008, I began working at Roche Diagnostics Operations, Inc. ("Roche") as the director of patent litigation. In this position, I am responsible for

managing Roche's patent litigation, including coordinating Roche's legal arguments during all pre-trial and trial phases and negotiating and advising Roche regarding settlement of litigation matters.   Other than the level of responsibility, the type and character of my work for Roche as an in-house lawyer varies little from the work I routinely performed for clients as outside counsel up until a few months ago.

6.  I do not have any competitive decision-making responsibilities for Roche.  In particular, I do not provide any advice, participate in, or have any role in Roche's decisions about pricing, marketing, product design, or scientific research made in light of similar or corresponding information about a competitor in blood glucose products.

7.  I have filed an appearance on behalf of Roche in this case, and am therefore subject to this Court's jurisdiction for purposes of enforcement of any provision of the Protective Order. I am serving as one of the trial counsel for Roche in this action. Depending upon my time constraints, Roche anticipates that I may take and defend depositions in this action, and may participate in presenting its case at trial.

8.  I will maintain any confidential documents that are provided to me in connection with this litigation on my personal hard drive or in password-protected files that only I can access within Roche.

9.  Impeding my ability to have access to all documents in the case – including but not limited to HIGHLY CONFIDENTIAL documents – will preclude me from being fully involved in managing the litigation for Roche, prevent me from performing the job for which I was hired, and deny Roche its choice of counsel in this action.


I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on this 11th day of April, 2008


/s/ Nancy Tinsley
Nancy Tinsley

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 11, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
mbourke@cblh.com

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**BY HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

I hereby certify that on April 11, 2008 the foregoing document was sent by E-mail

to the following non-registered participants:

Edward A. Mas, II, Esq.
Stephen F. Sherry, Esq.
Kirk Vander Leest, Esq.
James M. Hafertepe, Esq.
Merle S. Elliott, Esq.
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, IL 60661
emas@mcandrews-ip.com
ssherry@mcandrews-ip.com
kvanderleest@mcandrews-ip.com
jhafertepe@mcandrews-ip.com
melliott@mcandrews-ip.com

Kenneth P. George, Esq.
Joseph M. Casino, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
kgeorge@arelaw.com
jcasino@arelaw.com

Bradford J. Badke, Esq.
Sona De, Esq.
Michael Kahn, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Jim.badke@ropesgray.com
Sona.de@ropesray.com
Michael.kahn@ropesgray.com

Wesley E. Overson, Esq.
Rachel Krevans, Esq.
Jason R. Bartlett, Esq.
Parisa Jorjani, Esq.
Daniel P. Muino, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
woverson@mofo.com
rkrevans@mofo.com
jasonbartlett@mofo.com
pjorjani@mofo.com
dmuino@mofo.com

Michael G. Adams, Esq.
Ashley L. Ellis, Esq.
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com