## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD., ) | )<br>)<br>) |
| Plaintiffs, ) | )<br>) |
| v. ) | ) C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORP., BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORP., ) | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## ORDER

The Court, having considered the unopposed Motion of Roche Diagnostics Operations, Inc. and Corange International Ltd. to file an Amended Complaint, IT IS ORDERED THAT the Motion is GRANTED and the Amended Complaint is deemed filed and served as of the date of this Order.

Dated: April 15, 2008

United States District Judge