THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 07-753 JJF |

**DEFENDANT NOVA BIOMEDICAL CORP.'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF A PROTECTIVE ORDER**

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                    Rodger D. Smith II (#3778)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    (302) 658-9200
                                    rsmith@mnat.com
                                    *Attorneys for Defendant*
                                    *Nova Biomedical Corporation*

OF COUNSEL:

Bradford J. Badke
Sona De
Michael P. Kahn
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704

April 28, 2008

**I.      INTRODUCTION**

Defendant Nova Biomedical Corporation ("Nova") hereby joins in Defendants Bayer Healthcare, LLC ("Bayer") and Lifescan, Inc.'s ("Lifescan") Answering Brief In Opposition To Plaintiffs' Motion For Entry Of A Protective Order. In further support of entry of the protective order proposed by Bayer and Lifescan, Nova adds the following separate statement as to why Plaintiff Roche Diagnostics Operations, Inc. ("Roche") employees involved in patent prosecution should not have access to Defendants' CONFIDENTIAL information, and only Roche's outside counsel should have access to Defendants' HIGHLY CONFIDENTIAL information. This safeguard is required in light of Roche's past behavior with respect to Nova's confidential information that demonstrates that there is a real possibility of similar misuse here.

**II.     ROCHE'S HISTORY OF CONFIDENTIAL INFORMATION MISUSE**

As this Court is aware, Nova has asserted counterclaims in this action based on Roche's past misuse of Nova's confidential and proprietary information. D.I. 72, ¶¶ 1-22, 37-46. Specifically, Roche misappropriated Nova's trade secrets, engaged in unfair competition, and committed conversion by using Nova's confidential and proprietary information in the development of Roche's competing blood glucose products. D.I. 72, ¶¶ 37-46.

As Nova will demonstrate in this action, pursuant to a confidentiality agreement, Roche was given access to Nova's confidential and proprietary information for the purpose of evaluating a potential business relationship with Nova for the distribution of Nova's blood glucose monitoring strips. This confidential and proprietary information included a product demonstration of Nova's blood glucose monitoring strip technology, a description of Nova's manufacturing process, Nova's product specifications, Nova's design of the product, and unpublished copies of two then-pending Nova patent applications (which were comprehensively

studied by Roche's in-house legal counsel). Notwithstanding its obligations under the confidentiality agreement, Roche used the confidential and proprietary information disclosed to it by Nova to develop its own glucose monitoring strips. D.I. 72, ¶¶ 1-22.

Given Roche's history of misusing Nova's confidential information, Nova is justifiably concerned about: (a) providing its CONFIDENTIAL information to employees of Roche who are involved in patent prosecution; and (b) providing its HIGHLY CONFIDENTIAL information to any employee of Roche.

### III. CONCLUSION

For the foregoing reasons, in addition to those stated by Defendants Bayer and Lifescan, Roche's motion for entry of a protective order should be denied, and a protective order in the form proposed in Bayer and Lifescan's Answering Brief should be entered.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendant*
*Nova Biomedical Corporation*

OF COUNSEL:

Bradford J. Badke
Sona De
Michael P. Kahn
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704

April 28, 2008
2308740

## **CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on April 28, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>
>Frederick L. Cottrell, III, Esquire
>Richards Layton & Finger PA
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>
>Steven J. Balick, Esquire
>Ashby & Geddes
>
>John W. Shaw, Esquire
>Young Conaway Stargatt & Taylor LLP

I also certify that copies were caused to be served on April 28, 2008, upon the following in the manner indicated:

**BY HAND AND EMAIL**

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE  19801
>
>Frederick L. Cottrell, III, Esquire
>Richards Layton & Finger PA
>One Rodney Square
>920 North King Street
>Wilmington, DE  19801
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

Daniel A. Boehnen, Esquire
Grantland G. Drutchas, Esquire
McDonnell Boehnen Hulbert & Bergoff LLP
300 South Wacker Drive
Chicago, IL  60606
boehnen@mbhb.com
drutchas@mbhb.com

Michael G. Adams, Esquire
Ashley L. Ellis, Esquire
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC  28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

Edward A. Mas II, Esquire
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Chicago, IL  60661
emas@mcandrews-ip.com

Rachel Krevans, Esquire
Wesley E. Overson, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
rkrevans@mofo.com
woverson@mofo.com

- 3 -

       Kenneth P. George
       Joseph M. Casino
       Amster Rothstein & Ebenstein LLP
       90 Park Avenue
       New York, NY  10016
       kgeorge@arelaw.com
       jcasino@arelaw.com

       */Rodger D. Smith II*
       Rodger D. Smith II (#3778)
       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       (302) 658-9200
       rsmith@mnat.com

- 3 -