IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC.<br>and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED,<br>ABBOTT DIABETES CARE SALES CORPORATION,<br>BAYER HEALTHCARE LLC, DIAGNOSTIC<br>DEVICES INC., LIFESCAN INCORPORATED, and<br>NOVA BIOMEDICAL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-753-JJF |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 1st day of May, 2008, **DEFENDANT DIAGNOSTIC DEVICES, INC.'S INITIAL DISCLOSURES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE  19899-0951 | <u>HAND DELIVERY</u> |
| Daniel A. Boehnen, Esquire<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive<br>Chicago, IL  60606 | <u>VIA ELECTRONIC MAIL</u> |
| Nancy Tinsley, Esquire<br>Roche Diagnostics<br>9115 Hague Road<br>Indianapolis, IN  46250 | <u>VIA ELECTRONIC MAIL</u> |

{00187575;v1}

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Edward A. Mas, II, Esquire<br>McAndrews Held & Malloy Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 | VIA ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Wesley E. Overson, Esquire<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | VIA ELECTRONIC MAIL |
| Kenneth P. George, Esquire<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY  10016 | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | HAND DELIVERY |
| Bradford J. Badke, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704 | VIA ELECTRONIC MAIL |

                      ASHBY & GEDDES

                      */s/ Lauren E. Maguire*

                      _____
                      Steven J. Balick (I.D. #2114)
                      John G. Day (I.D. #2403)
                      Lauren E. Maguire (I.D. #4261)
                      500 Delaware Avenue, 8th Floor
                      P.O. Box 1150
                      Wilmington, DE  19899
                      302-654-1888
                      sbalick@ashby-geddes.com
                      jday@ashby-geddes.com
                      lmaguire@ashby-geddes.com

                      *Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*

Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated:  May 1, 2008