IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, NOVA BIOMEDICAL CORPORATION,<br><br>Defendants. | C. A. No. 07-753 JJF |

### DEFENDANTS ABBOTT DIABETES CARE INC.'S AND ABBOTT DIABETES CARE SALES CORP.'S RULE 12(b)(6) MOTION TO DISMISS INFRINGEMENT CLAIMS UNDER SECTIONS 271(b), (c), AND (f)

Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited (collectively "Roche") filed this action on November 21, 2007 against Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation (collectively "Abbott"), as well as several other entities, asserting infringement of two recently-issued patents: United States Patent Nos. 7,276,146 ("the 146 patent") and 7,276,147 ("the 147 patent") (collectively "the patents in suit").[1]  Abbott timely answered that Complaint on January 11, 2008. (D.I. 40.)

On April 11, 2008, Roche submitted an unopposed motion for leave to file an Amended Complaint (D.I. 132.)  The Amended Complaint provides greater detail regarding Roche's

---

[1] The other defendants are: (i) Bayer HealthCare, LLC; (ii) Diagnostics Devices, Inc.; (iii) LifeScan, Inc.; and (iv) Nova Biomedical Corp.

infringement allegations, including identifying additional accused products and the specific statutory bases for infringement under 35 U.S.C. § 271 upon which Roche relies. (D.I. 132 at 2.) The Court granted Roche's motion and deemed the Amended Complaint (D.I. 142.) filed and served as of April 15, 2008. (D.I. 141.) By agreement with Roche, Abbott's response to the Amended Complaint is due twenty (20) days thereafter – May 5, 2008. (D.I. 132 at 2.)

In the Amended Complaint, Roche alleges, *inter alia*, that Abbott is an infringer of the patents in suit based upon 35 U.S.C. §§ 271(b), (c), and (f).[2] These sections of the Patent Statute provide patentees with a cause of action against defendants who participate in or encourage infringement but do not directly infringe the patent. *BMC Resources, Inc. v. Paymentech, L.P.*, 498 F.3d 1373, (Fed. Cir. 2007) ("Where a defendant participates in infringement but does not directly infringe, the patent law provides remedies under principles of indirect infringement."). Pursuant to Fed. R. Civ. P. 12(b)(6), Abbott now respectfully moves this Court for an order dismissing Roche's allegations based upon those sections of the Patent Statute for failure to state a claim upon which relief can be granted. The Court should enter the requested dismissal order for the following reasons:

1.  The two Roche patents in suit contain <u>only method claims</u> – no apparatus claims. As a matter of law, a method claim can only be directly infringed by a single entity that alone performs all the steps of the claim. *Fromson v. Advance Offset Plate, Inc.*, 720 F. 2d 1565, 1568 (Fed. Cir. 1985).

---

[2] Roche alleges that Abbott is also somehow a direct infringer of the patents in suit based upon 35 U.S.C. § 271(a). That allegation of direct infringement, however, is not part of this dismissal motion. Abbott's present motion is directed to the other statutory grounds cited as bases for Roche's additional infringement theories against Abbott.

2.  If all the steps of the claimed method are not performed, or cannot be performed, by a single entity, no cause of action arises for infringement under 35 U.S.C. §§ 271(b), (c), or (f). *BMC*, 498 F.3d at 1380.

3.  Since Roche's method claims require multiple entities to perform different steps when a patient determines the glucose concentration in their blood, there can be no direct infringement under those circumstances as a matter of law.

4.  Therefore, Roche's Amended Complaint fails to state a claim against Abbott for which relief can be granted under 35 U.S.C. §§ 271(b), (c), or (f). Accordingly, those infringement allegations should be dismissed with prejudice.

Further argument, legal authorities, and evidence supporting this motion are provided in the opening brief filed concurrently herewith and its accompanying exhibits.

A proposed order is submitted herewith and attached hereto.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp.*

OF COUNSEL:
Edward A. Mas II
Stephen F. Sherry
Kirk Vander Leest
James M. Hafertepe
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Dated: May 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Mary W. Bourke
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on May 5, 2008, the foregoing document was sent via electronic mail to the following non-registered participants:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert
 & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

Ashley L. Ellis
Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202

Wesley E. Overson
Rachel Krevans
Parisa Jorjani
Daniel P. Muino
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Joseph M. Casino
Kenneth P. George
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY  10016

Bradford J. Badke
Sona De
Michael Kahn
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC., CORANGE INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, NOVA BIOMEDICAL CORPORATION, <br><br> Defendants. | C. A. No. 07-753 JJF |

**[PROPOSED] ORDER GRANTING DEFENDANTS ABBOTT DIABETES CARE INC.'S AND ABBOTT DIABETES CARE SALES CORP.'S MOTION TO DISMISS INFRINGEMENT CLAIMS UNDER SECTIONS 271(b), (c), AND (f)**

At Wilmington this _____ day of _____, 2008, having considered Defendants Abbott Diabetes Care Inc.'s And Abbott Diabetes Care Sales Corp.'s Rule 12(b)(6) Motion To Dismiss Roche's infringement claims based on 35 U.S.C. §§ 271 (b), (c), and (f) and related papers,

IT IS HEREBY ORDERED that Defendants Abbott Diabetes Care Inc.'s and Abbott Diabetes Care Sales Corp.'s Rule 12(b)(6) Motion is GRANTED. Roche's patent infringement claims against Abbott Diabetes Care Inc.'s and Abbott Diabetes Care Sales Corp. based upon 35 U.S.C. §§ 271 (b), (c), and (f) are hereby dismissed with prejudice.

_____
Judge Joseph J. Farnan, Jr.

## LOCAL RULE 7.1.1 CERTIFICATE

Pursuant to District of Delaware Local Rule 7.1.1, the undersigned counsel hereby certifies that it has contacted counsel for Plaintiffs in this suit and conferred on the issues raised in this motion. Counsel for Plaintiffs has indicated that Plaintiffs oppose the relief sought by this motion.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp.*

OF COUNSEL:
Edward A. Mas II
Stephen F. Sherry
Kirk Vander Leest
James M. Hafertepe
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Dated: May 5, 2008