IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTCARE, LLC DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, NOVA BIOMEDICAL CORPORATION,<br><br>Defendants. | C. A. No. 07-753 JJF |

## NOTICE OF DEFENDANTS ABBOTT DIABETES CARE INC.'S AND ABBOTT DIABETES CARE SALES CORP.'S RULE 12(b)(6) MOTION TO DISMISS INFRINGEMENT CLAIMS UNDER SECTIONS 271(b), (c), AND (f)

To:

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

John W. Shaw (#3362)
Jeffrey T. Castellano (#4837)
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert
  & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

Wesley E. Overson
Rachel Krevans
Jason R. Bartlett
Parisa Jorjani
Daniel P. Muino
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

| | |
|---|---|
| Adam Wyatt Poff (#3990)<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | T. Cole Peterson<br>Corporate Counsel<br>14255 49th Street, Suite 301<br>Clearwater, FL 33762 |
| Mary W. Bourke (#2356)<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-1347 | Ashley L. Ellis<br>Parker Poe Adams & Bernstein LLP<br>Three Wachovia Center, Suite 3000<br>401 South Tryon Street<br>Charlotte, NC 28202 |
| Rodger D. Smith, II (#3778)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Bradford J. Badke<br>Ropes & Gray<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |

PLEASE TAKE NOTICE that Defendants Abbott Diabetes Care Inc.'s and Abbott Diabetes Sales Corp.'s Rule 12(b)(6) Motion To Dismiss Infringement Claims Under Sections 271(b), (c), and (f), dated May 5, 2008 (D.I. 170), shall be presented to the Court on June 6, 2008 at 10:00 a.m. or as soon thereafter as counsel may be heard.

| | |
|---|---|
| OF COUNSEL:<br>Edward A. Mas II<br>Stephen F. Sherry<br>Kirk Vander Leest<br>James M. Hafertepe<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, Illinois 60661<br>(312) 775-8000 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |
| Dated: May 5, 2008 | *Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp.* |

RLF1-3279923-1

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Mary W. Bourke
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on May 5, 2008, the foregoing document was sent via electronic mail to the following non-registered participants:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert
 & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

Ashley L. Ellis
Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202

Wesley E. Overson
Rachel Krevans
Parisa Jorjani
Daniel P. Muino
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Joseph M. Casino
Kenneth P. George
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY  10016

Bradford J. Badke
Sona De
Michael Kahn
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com