IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORP., BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORP.,<br><br>Defendants. | C.A. No. 07-753-JJF<br><br>DEMAND FOR JURY TRIAL |

## STIPULATED ORDER

WHEREAS, in response to the original complaint in this action, Defendant Diagnostic Devices Inc. ("DDI") moved to dismiss for lack of personal jurisdiction, and plaintiffs ("Roche") and DDI proposed a schedule providing for the taking of jurisdictional discovery prior to the completion of briefing on the motion to dismiss (D.I. 73);

WHEREAS, disputes over the scope of jurisdictional discovery arose, which resulted in motions by both DDI and Roche (D.I.s 97 and 109, respectively), and a dispute over the schedule for the completion of briefing on the motion to dismiss also arose, which resulted in a motion for extension of time by Roche (D.I. 110), all of which motions are awaiting action by the Court;

WHEREAS, Roche subsequently amended its complaint (D.I. 142), and DDI has refiled its motion to dismiss for lack of personal jurisdiction, now directed at the amended complaint (D.I. 168), but which is in substance the same motion to dismiss that DDI previously filed against the original complaint;

WHEREAS the Court docket now reflects that Roche's answering papers in opposition to the motion to dismiss the amended complaint are due on May 22, 2008 (D.I. 169);

WHEREAS, DDI and Roche agree that the aforementioned motions concerning the scope of jurisdictional discovery and the schedule for the completion of briefing on the motion to dismiss the original complaint (D.I.s 97, 109, and 110) all should remain applicable to the motion to dismiss the amended complaint, and that Roche's answering brief should not be due on May 22, 2008, but should be due on the date determined by the Court when it resolves Roche's motion for extension of time (D.I. 110); now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that Roche's answering papers in opposition to DDI's motion to dismiss (D.I. 168) are not due on May 22, 2008 as reflected in D.I. 169, but shall be due on a schedule to be determined by the Court when it decides Roche's pending motion for extension of time (D.I. 110).

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorney for Plaintiffs*<br>*Roche Diagnostics Operations, Inc. and*<br>*Corange International Limited* | By: /s/ Steven J. Balick<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br><br>*Attorneys for Defendant*<br>*Diagnostic Devices, Inc.* |

IT IS SO ORDERED this _____ day of May 2008.

_____
United States District Judge

865935

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on May 22, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
mbourke@cblh.com

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**BY HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com


I hereby certify that on May 22, 2008 the foregoing document was sent by E-mail to the following non-registered participants:

Edward A. Mas, II, Esq.
Stephen F. Sherry, Esq.
Kirk Vander Leest, Esq.
James M. Hafertepe, Esq.
Merle S. Elliott, Esq.
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, IL 60661
emas@mcandrews-ip.com
ssherry@mcandrews-ip.com
kvanderleest@mcandrews-ip.com
jhafertepe@mcandrews-ip.com
melliott@mcandrews-ip.com

Kenneth P. George, Esq.
Joseph M. Casino, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
kgeorge@arelaw.com
jcasino@arelaw.com

Bradford J. Badke, Esq.
Sona De, Esq.
Michael Kahn, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Jim.badke@ropesgray.com
Sona.de@ropesgray.com
Michael.kahn@ropesgray.com

Wesley E. Overson, Esq.
Rachel Krevans, Esq.
Jason R. Bartlett, Esq.
Parisa Jorjani, Esq.
Daniel P. Muino, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
woverson@mofo.com
rkrevans@mofo.com
jasonbartlett@mofo.com
pjorjani@mofo.com
dmuino@mofo.com

Michael G. Adams, Esq.
Ashley L. Ellis, Esq.
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com