IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. and CORANGE INTERNATIONAL LIMITED,   )<br>Plaintiffs,   )<br>v.   )<br>ABBOTT DIABETES CARE, INCORPORATED,   )<br>ABBOTT DIABETES CARE SALES CORPORATION,   )<br>BAYER HEALTHCARE LLC, DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, and NOVA BIOMEDICAL CORPORATION,   )<br>Defendants.   ) | | C.A. No. 07-753-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 23rd day of May, 2008, **DIAGNOSTIC DEVICES, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS** were served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                                   HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899-0951

Daniel A. Boehnen, Esquire                              VIA ELECTRONIC MAIL
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

Nancy Tinsley, Esquire                                      VIA ELECTRONIC MAIL
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250

Frederick L. Cottrell, III, Esquire                       HAND DELIVERY
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

{00187575;v1}

| | |
|---|---|
| Edward A. Mas, II, Esquire<br>McAndrews Held & Malloy Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 | VIA ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Wesley E. Overson, Esquire<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | VIA ELECTRONIC MAIL |
| Kenneth P. George, Esquire<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY  10016 | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | HAND DELIVERY |
| Bradford J. Badke, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704 | VIA ELECTRONIC MAIL |

        ASHBY & GEDDES

        */s/ Lauren E. Maguire*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Lauren E. Maguire (I.D. #4261)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE  19899
        302-654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        lmaguire@ashby-geddes.com

        *Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*

Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated:  May 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Daniel A. Boehnen, Esquire<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 | VIA ELECTRONIC MAIL |
| Nancy Tinsley, Esquire<br>Roche Diagnostics<br>9115 Hague Road<br>Indianapolis, IN 46250 | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Edward A. Mas, II, Esquire<br>McAndrews Held & Malloy Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661 | VIA ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Wesley E. Overson, Esquire<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Kenneth P. George, Esquire<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY  10016 | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | HAND DELIVERY |
| Bradford J. Badke, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704 | VIA ELECTRONIC MAIL |

*/s/ Lauren E. Maguire*

Lauren E. Maguire