IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. )<br>and CORANGE INTERNATIONAL LIMITED, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ABBOTT DIABETES CARE, INCORPORATED, )<br>ABBOTT DIABETES CARE SALES CORPORATION, )<br>BAYER HEALTHCARE LLC, DIAGNOSTIC )<br>DEVICES INC., LIFESCAN INCORPORATED, and )<br>NOVA BIOMEDICAL CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 07-753-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 23rd day of May, 2008, **DIAGNOSTIC DEVICES, INC.'S FIRST SET OF REQUESTS TO PLAINTIFFS FOR THE PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND THINGS** were served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                                                           HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE  19899-0951

Daniel A. Boehnen, Esquire                                                    VIA ELECTRONIC MAIL
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606

Nancy Tinsley, Esquire                                                           VIA ELECTRONIC MAIL
Roche Diagnostics
9115 Hague Road
Indianapolis, IN  46250

{00187575;v1}

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Edward A. Mas, II, Esquire<br>McAndrews Held & Malloy Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661 | VIA ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Wesley E. Overson, Esquire<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | VIA ELECTRONIC MAIL |
| Kenneth P. George, Esquire<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | HAND DELIVERY |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | HAND DELIVERY |
| Bradford J. Badke, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | VIA ELECTRONIC MAIL |

          ASHBY & GEDDES

          */s/ Lauren E. Maguire*

          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          Lauren E. Maguire (I.D. #4261)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE  19899
          302-654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          lmaguire@ashby-geddes.com

          *Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*

Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated:  May 23, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE  19899-0951 | HAND DELIVERY |
| Daniel A. Boehnen, Esquire<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive<br>Chicago, IL  60606 | VIA ELECTRONIC MAIL |
| Nancy Tinsley, Esquire<br>Roche Diagnostics<br>9115 Hague Road<br>Indianapolis, IN  46250 | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Edward A. Mas, II, Esquire<br>McAndrews Held & Malloy Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 | VIA ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Wesley E. Overson, Esquire<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Kenneth P. George, Esquire<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY  10016 | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | HAND DELIVERY |
| Bradford J. Badke, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704 | VIA ELECTRONIC MAIL |

*/s/ Lauren E. Maguire*

Lauren E. Maguire