IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT DIABETES CARE, INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 07-753-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 28, 2008, copies of: 1) Defendant Bayer Healthcare, LLC's Second Set of Requests to Plaintiffs for Production of Documents (No. 43); 2) Defendant Bayer Healthcare, LLC's Second Set of Interrogatories to Plaintiffs (No. 4); and 3) Defendant Bayer Healthcare, LLC's First Set of Requests for Admission to Plaintiffs (Nos. 1-14) were served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Steven J. Balick, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899


**BY E-MAIL**

Daniel A. Boehnen, Esquire [boehnen@mbhm.com]
Grantland G. Drutchas, Esquire [drutchas@mbhb.com]
Gary E. Hood, Esquire [hood@mbhb.com]
Nicole Keenan, Esquire [keenan@mbhb.com]
Paula S. Fritsch, Esquire [Fritsch@mbhb.com]
Sherri L. Oslick, Esquire [oslick@mbhb.com]
Jeffrey P. Armstrong [armstrongj@mbhb.com]
McDonnell Boehnen Hulbert & Bergoff LLP
300 South Wacker Drive
Chicago, IL  60606

Bradford J. Badke, Esquire [jim.badke@ropesgray.com]
Sona De, Esquire [sona.de@ropesgray.com]
Michael Kahn, Esquire [michael.kahn@ropesgray.com]
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

      Michael G. Adams, Esquire [mikeadams@parkerpoe.com]
      Ashley L. Ellis, Esquire [ashleyellis@parkerpoe.com]
      Parker Poe Adams & Bernstein LLP
      Three Wachovia Center, Suite 3000
      401 South Tryon Street
      Charlotte, NC  28202

      Edward A. Mas II, Esquire [emas@mcandrews-ip.com]
      Stephen F. Sherry, Esquire [ssherry@mcandrews-ip.com]
      Kirk A. Vander Leest, Esquire [kvanderleest@mcandrews-ip.com]
      James M. Hafertepe, Esquire [jhafertepe@mcandrews-ip.com]
      Merle S. Elliott, Esquire [melliott@mcandrews-ip.com]
      McAndrews, Held & Malloy, Ltd.
      500 West Madison Street
      Chicago, IL  60661

Additionally, I hereby certify that on May 28, 2008, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served on counsel in the manner indicated above.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ *Jeffrey T. Castellano*
                John W. Shaw (No. 3362)
                Jeffrey T. Castellano (No. 4837)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19801
                (302) 571-6600
                jcastellano@ycst.com
                *Attorneys for Defendant Bayer Healthcare, LLC*

OF COUNSEL:

Rachel Krevans
Wesley E. Overson
Parisa Jorjani
Daniel P. Muino
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Kenneth P. George
Joseph M. Casino
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000

Dated: May 28, 2008