IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-753-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS ASSERTED (1) BY ROCHE AGAINST ABBOTT AND (2) BY ABBOTT AGAINST ROCHE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Counter-claim Defendants Roche Diagnostics Operations Inc. and Corange International Ltd. (collectively "Roche") and Defendants and Counter-claim Plaintiffs Abbott Diabetes Care, Inc. and Abbott Diabetes Care Sales Corp. (collectively "Abbott") file this Stipulation and [Proposed] Order of Dismissal With Prejudice as to All Claims Asserted (1) By Roche Against Abbott and (2) By Abbott Against Roche, and would respectfully show as follows:

    1.    Roche and Abbott have settled all of the claims and causes of action that were asserted in this case (a) by Roche against Abbott and (b) by Abbott against Roche.

    2.    All taxable costs, expenses and attorneys' fees shall be borne by the party incurring same.

3. The parties accordingly stipulate that the claims and causes of action that were asserted in this case by (a) by Roche against Abbott and (b) by Abbott against Roche be dismissed with prejudice.

4. The parties acknowledge and agree that this stipulation does not affect any claim or cause of action that Roche alleges against any other defendant.

Respectfully submitted,

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
provner@potteranderson.com

Of Counsel:
Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606
(312) 913-0001

*Attorneys for Roche Diagnostics Operations, Inc. and Corange International Limited*

/s/ Anne Shea Gaza
Fredrick L. Cottrell III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, Delaware  19899
(302) 651-7700

Of Counsel:
Edward A. Mas II
Stephen F. Sherry
Kirk Vander Leest
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
(312) 775-8000

*Attorneys for Abbott Diabetes Care Inc. and Abbott Diabetes Sales Corp..*

Date:  May 28, 2008

SO ORDERED this _____ day of _____, 2008.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Mary W. Bourke
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on May 28, 2008, the foregoing document was sent via electronic mail to the following non-registered participants:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert
 & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

Ashley L. Ellis
Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202

RLF1-3232745-1

Wesley E. Overson
Rachel Krevans
Parisa Jorjani
Daniel P. Muino
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Joseph M. Casino
Kenneth P. George
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY   10016

Bradford J. Badke
Sona De
Michael Kahn
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com