IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-753-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **WITHDRAWAL OF PENDING MOTIONS BY ABBOTT DEFENDANTS**

Defendants Abbott Diabetes Care, Inc. and Abbott Diabetes Care Sales Corp. (collectively "Abbott") hereby withdraw the following pending motions:

1. Abbott's Motion to Stay Pending Reexamination of the Patents-in-Suit (D.I. 36); and

2. Abbott's Rule 12(b)(6) Motion to Dismiss Infringement Claims under Sections 271(b), (c), and (f) (D.I. 170).

|  |  |
|---|---|
| Of Counsel:<br>Edward A. Mas II<br>Stephen F. Sherry<br>Kirk Vander Leest<br>James M. Hafertepe<br>McANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, Suite 3400<br>Chicago, Illinois 60661<br>(312) 775-8000<br><br>Date: May 28, 2008 | /s/ Anne Shea Gaza<br>Fredrick L. Cottrell III (#2555)<br>cottrell@RLF.com<br>Anne Shea Gaza (#4093)<br>gaza@RLF.com<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19899<br>(302) 651-7700<br><br>*Attorneys for Abbott Diabetes Care Inc. and Abbott Diabetes Sales Corp.* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Mary W. Bourke
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on May 28, 2008, the foregoing document was sent via electronic mail to the following non-registered participants:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert
 & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

Ashley L. Ellis
Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202

Wesley E. Overson
Rachel Krevans
Parisa Jorjani
Daniel P. Muino
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Joseph M. Casino
Kenneth P. George
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY  10016

Bradford J. Badke
Sona De
Michael Kahn
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com