IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC. and CORANGE INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT DIABETES CARE INC., ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-753-JJF ) ) ) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS ASSERTED (1) BY ROCHE AGAINST ABBOTT AND (2) BY ABBOTT AGAINST ROCHE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Counter-claim Defendants Roche Diagnostics Operations Inc. and Corange International Ltd. (collectively "Roche") and Defendants and Counter-claim Plaintiffs Abbott Diabetes Care, Inc. and Abbott Diabetes Care Sales Corp. (collectively "Abbott") file this Stipulation and [Proposed] Order of Dismissal With Prejudice as to All Claims Asserted (1) By Roche Against Abbott and (2) By Abbott Against Roche, and would respectfully show as follows:

1. Roche and Abbott have settled all of the claims and causes of action that were asserted in this case (a) by Roche against Abbott and (b) by Abbott against Roche.

2. All taxable costs, expenses and attorneys' fees shall be borne by the party incurring same.

RLF1-3287326-1

3. The parties accordingly stipulate that the claims and causes of action that were asserted in this case by (a) by Roche against Abbott and (b) by Abbott against Roche be dismissed with prejudice.

4. The parties acknowledge and agree that this stipulation does not affect any claim or cause of action that Roche alleges against any other defendant.

Respectfully submitted,

| | |
|---|---|
| /s/ Philip A. Rovner | /s/ Anne Shea Gaza |
| Philip A. Rovner (#3215) | Fredrick L. Cottrell III (#2555) |
| POTTER ANDERSON & CORROON LLP | cottrell@RLF.com |
| Hercules Plaza | Anne Shea Gaza (#4093) |
| P.O. Box 951 | gaza@RLF.com |
| Wilmington, DE 19899-0951 | RICHARDS, LAYTON & FINGER |
| (302) 984-6000 | One Rodney Square |
| provner@potteranderson.com | 920 N. King Street |
| | Wilmington, Delaware 19899 |
| | (302) 651-7700 |
| Of Counsel: | Of Counsel: |
| Daniel A. Boehnen | Edward A. Mas II |
| Grantland G. Drutchas | Stephen F. Sherry |
| McDonnell Boehnen Hulbert & Berghoff LLP | Kirk Vander Leest |
| 300 South Wacker Drive | McANDREWS, HELD & MALLOY, LTD. |
| Chicago, IL 60606 | 500 West Madison Street, Suite 3400 |
| (312) 913-0001 | Chicago, Illinois 60661 |
| | (312) 775-8000 |
| *Attorneys for Roche Diagnostics Operations, Inc. and Corange International Limited* | *Attorneys for Abbott Diabetes Care Inc. and Abbott Diabetes Sales Corp..* |

Date: May 28, 2008

SO ORDERED this 29 day of May, 2008.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge