IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROCHE DIAGNOSTICS OPERATIONS INC. and CORANGE INTERNATIONAL LIMITED,

Plaintiffs,

v.

BAYER HEALTHCARE LLC, DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, and NOVA BIOMEDICAL CORPORATION,

Defendants.

C.A. No. 07-753-JJF

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 13th day of June, 2008, **DIAGNOSTIC DEVICES, INC.'S OBJECTIONS TO ROCHE DIAGNOSTICS OPERATIONS, INC. AND CORANGE INTERNATIONAL LTD.'S PHASE ONE INTERROGATORIES (NOS. 1-15)** were served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899-0951

HAND DELIVERY

Daniel A. Boehnen, Esquire
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

VIA ELECTRONIC MAIL

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

HAND DELIVERY

Wesley E. Overson, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

VIA ELECTRONIC MAIL

Kenneth P. George, Esquire
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016

VIA ELECTRONIC MAIL

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

HAND DELIVERY

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

HAND DELIVERY

Bradford J. Badke, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

VIA ELECTRONIC MAIL

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*

Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated: June 13, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Philip A. Rovner, Esquire — HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899-0951

Daniel A. Boehnen, Esquire — VIA ELECTRONIC MAIL
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

John W. Shaw, Esquire — HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Wesley E. Overson, Esquire — VIA ELECTRONIC MAIL
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Kenneth P. George, Esquire — VIA ELECTRONIC MAIL
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016

Mary W. Bourke, Esquire — HAND DELIVERY
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Rodger D. Smith, II, Esquire — HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Bradford J. Badke, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

VIA ELECTRONIC MAIL

*/s/ Lauren E. Maguire*

Lauren E. Maguire