IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS INC. and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-753-JJF |
| BAYER HEALTHCARE LLC, DIAGNOSTIC DEVICES INC., LIFESCAN INCORPORATED, and NOVA BIOMEDICAL CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of June, 2008, **DIAGNOSTIC DEVICES, INC.'S OBJECTIONS TO ROCHE DIAGNOSTICS OPERATIONS, INC. AND CORANGE INTERNATIONAL LTD.'S PHASE ONE REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-140)** were served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                                                           HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE  19899-0951

Daniel A. Boehnen, Esquire                                                     VIA ELECTRONIC MAIL
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606

John W. Shaw, Esquire                                                             HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

{00187575;v1}

| | |
|---|---|
| Wesley E. Overson, Esquire<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | VIA ELECTRONIC MAIL |
| Kenneth P. George, Esquire<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY  10016 | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | HAND DELIVERY |
| Bradford J. Badke, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Diagnostic Devices, Inc.*

*Of Counsel:*

Michael G. Adams
Ashley L. Ellis
Morgan H. Rogers
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
704-372-9000

Dated:  June 13, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Daniel A. Boehnen, Esquire<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 | VIA ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Wesley E. Overson, Esquire<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | VIA ELECTRONIC MAIL |
| Kenneth P. George, Esquire<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 | VIA ELECTRONIC MAIL |
| Mary W. Bourke, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | HAND DELIVERY |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | HAND DELIVERY |

{00187575;v1}     4

Bradford J. Badke, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

<u>VIA ELECTRONIC MAIL</u>

*/s/ Steven J. Balick*

_____

Steven J. Balick