IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 07-753 JJF<br><br>**REDACTED – PUBLIC VERSION** |

## DECLARATION OF SIMON A. FITZPATRICK

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendant*
  *Nova Biomedical Corporation*

OF COUNSEL:

Bradford J. Badke
Sona De
Michael P. Kahn
Simon A. Fitzpatrick
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Original Filing Date: June 16, 2008
Redacted Filing Date: June 24, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, et al., <br><br> Defendants. | Civil Action No. 07-753 JJF |

## DECLARATION OF SIMON A. FITZPATRICK

I, Simon A. Fitzpatrick, do hereby declare:

1. I am an Associate of the law firm of Ropes & Gray, LLP, counsel of record for defendant Nova Biomedical Corporation ("Nova").

2. Unless otherwise stated as being on information and belief, the facts stated in this declaration are based on my personal knowledge.

3. Attached as Exhibit "A" is a true and correct copy of a confidentiality agreement executed by Nova and F. Hoffman-LaRoche, Ltd on September 8, 1999.

4. Attached as Exhibit "B" is a true and correct copy of Nova's production documents bearing the production numbers, NB 0015367-87.

2

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of June, 2008.

By: _____
Simon A. Fitzpatrick

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 24, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>
>Frederick L. Cottrell, III, Esquire
>Richards Layton & Finger PA
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>
>Steven J. Balick, Esquire
>Ashby & Geddes
>
>John W. Shaw, Esquire
>Young Conaway Stargatt & Taylor LLP

I also certify that copies were caused to be served on June 24, 2008, upon the following in the manner indicated:

### BY EMAIL

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE 19801
>
>Frederick L. Cottrell, III, Esquire
>Richards Layton & Finger PA
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Daniel A. Boehnen, Esquire
Grantland G. Drutchas, Esquire
McDonnell Boehnen Hulbert & Bergoff LLP
300 South Wacker Drive
Chicago, IL  60606
boehnen@mbhb.com
drutchas@mbhb.com

Michael G. Adams, Esquire
Ashley L. Ellis, Esquire
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC  28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

Edward A. Mas II, Esquire
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Chicago, IL  60661
emas@mcandrews-ip.com

Rachel Krevans, Esquire
Wesley E. Overson, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
rkrevans@mofo.com
woverson@mofo.com

2

Kenneth P. George
Joseph M. Casino
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
kgeorge@arelaw.com
jcasino@arelaw.com

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com

3

# EXHIBIT A

## Agreement

F. HOFFMANN-LA ROCHE LTD, Grenzacherstrasse 124, CH-4070 Basel, Switzerland (hereinafter called "ROCHE")

and

NOVA BIOMEDICAL, Waltham, USA (hereinafter called "NOVA")

---

WHEREAS, the parties have developed and possess certain proprietary information relating to

**point of care technology**
(hereinafter called "Information");

WHEREAS, the parties desire to share their Information for the purpose of evaluating and determining their interest therein;

WHEREAS, the parties are willing to disclose to each other said Information for evaluation and determination of their interest therein;

NOW, THEREFORE, the parties hereto agree as follows:

1. The parties will, after execution of this Agreement, provide each other with the Information.

2. The Information will be disclosed to the other party with the express understanding that neither party will be obligated to enter into any further agreement relating to Information. In addition, nothing in this Agreement shall be construed as granting any license or right in and to Information to either party.

3. It is understood that the Information disclosed by either party to the other party is proprietary to the party disclosing the Information and either party will treat Information received from the other party for a period of five (5) years after execution of this Agreement in the same manner as it would treat its own proprietary information and will not divulge the Information to third parties or use any Information for any other purpose than its evaluation except as follows:

    a) to the extent such Information is public knowledge or after disclosure hereunder becomes public knowledge through no fault of the party receiving the Information; or

20. SEP. 1999 15:17:51     ROCHE KAU DD 41 61 6872510 2113                NR.NR. 2211 P. S. 2/2

   b) to the extent such information can be shown by ROCHE to have been in ROCHE's possession or control prior to the date of disclosure hereunder; or

   c) to the extent such information is received by ROCHE from any third party without any obligation to NOVA, or

   d) to the extent ROCHE can establish subsequent to the disclosure by NOVA that such information was independently developed by ROCHE without recourse to information disclosed hereunder.

Affiliated companies of ROCHE as well as consultants of ROCHE are not considered third parties in the meaning of Art. 3, provided they assume the same secrecy obligations and are therefore bound to the secrecy obligations of ROCHE. However, the term "Affiliated Company" shall not include Genentech Inc., 1 DNA Way, South San Francisco, CA 94080-4990, U.S.A.

4. ROCHE will advise NOVA within three (3) months from the date of the disclosure of information hereunder whether ROCHE is interested in negotiating a further agreement. Should ROCHE not be interested in negotiating a further agreement, all information disclosed to ROCHE by NOVA under this Agreement shall be returned to NOVA, if so requested by NOVA, except that one copy may be kept for archive purposes.

5. It is agreed and understood that any information in oral form disclosed by NOVA to ROCHE hereunder will not be subject to the terms hereof unless reduced to writing within ninety (90) days after the disclosure by NOVA and such writing be given to ROCHE within such ninety (90) day period.

6. This Agreement shall be governed in all respects by the laws of Switzerland.

Basel, this Sept 1, 1999          F. HOFFMANN-LA ROCHE LTD

                                                 ppa A. Maurer

Waltham, this Sept 8, 1999        NOVA BIOMEDICAL

# EXHIBIT B

REDACTED