IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD., </br></br>   Plaintiffs, </br></br>   v. </br></br> ABBOTT DIABETES CARE, INC., </br> ABBOTT DIABETES CARE SALES CORP., </br> BAYER HEALTHCARE, LLC, </br> DIAGNOSTIC DEVICES, INC., </br> LIFESCAN, INC., and </br> NOVA BIOMEDICAL CORP., </br></br>   Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 07-753-JJF </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 27, 2008, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

> ROCHE'S RESPONSES TO BAYER HEALTHCARE, LLC'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS (NOS. 1-14)
>
> ROCHE'S RESPONSES TO BAYER HEALTHCARE, LLC'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NO. 43)
>
> ROCHE'S RESPONSES TO BAYER HEALTHCARE, LLC'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS (NO. 4)

### BY HAND DELIVERY AND E-MAIL

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

Mary W. Bourke, Esq.  
Connolly Bove Lodge & Hutz LLP  
The Nemours Building  
1007 N. Orange Street  
Wilmington, DE 19801  
mbourke@cblh.com  

Rodger D. Smith, Esq.  
Morris, Nichols, Arsht & Tunnell LLP  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
rsmith@mnat.com  

**BY E-MAIL**

Bradford J. Badke, Esq.  
Sona De, Esq.  
Michael Kahn, Esq.  
Ropes & Gray LLP  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Jim.badke@ropesgray.com  
Sona.de@ropesray.com  
Michael.kahn@ropesgray.com  
Simon.fitzpatrick@ropesgray.com  

Wesley E. Overson, Esq.  
Rachel Krevans, Esq.  
Jason R. Bartlett, Esq.  
Parisa Jorjani, Esq.  
Daniel P. Muino, Esq.  
Morrison & Foerster LLP  
425 Market Street  
San Francisco, CA 94105-2482  
woverson@mofo.com  
rkrevans@mofo.com  
jasonbartlett@mofo.com  
pjorjani@mofo.com  
dmuino@mofo.com  

Kenneth P. George, Esq.  
Joseph M. Casino, Esq.  
Amster, Rothstein & Ebenstein LLP  
90 Park Avenue  
New York, NY 10016  
kgeorge@arelaw.com  
jcasino@arelaw.com  

Michael G. Adams, Esq.  
Ashley L. Ellis, Esq.  
Parker Poe Adams & Bernstein LLP  
Three Wachovia Center, Suite 3000  
401 South Tryon Street  
Charlotte, NC 28202  
mikeadams@parkerpoe.com  
ashleyellis@parkerpoe.com

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001


Dated: June 27, 2008
871866

POTTER ANDERSON & CORROON LLP


By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com

*Attorney for Plaintiffs*
*Roche Diagnostics Operations, Inc. and*
*Corange International Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 27, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
mbourke@cblh.com

**BY HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

I hereby certify that on June 27, 2008 the foregoing document was sent by E-mail to the following non-registered participants:

Bradford J. Badke, Esq.
Sona De, Esq.
Michael Kahn, Esq.
Simon Fitzpatrick, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Jim.badke@ropesgray.com
Sona.de@ropesray.com
Michael.kahn@ropesgray.com
Simon.fitzpatrick@ropesgray.com

Wesley E. Overson, Esq.
Rachel Krevans, Esq.
Jason R. Bartlett, Esq.
Parisa Jorjani, Esq.
Daniel P. Muino, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
woverson@mofo.com
rkrevans@mofo.com
jasonbartlett@mofo.com
pjorjani@mofo.com
dmuino@mofo.com

Kenneth P. George, Esq.
Joseph M. Casino, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
kgeorge@arelaw.com
jcasino@arelaw.com

Michael G. Adams, Esq.
Ashley L. Ellis, Esq.
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

-2-