## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROCHE DIAGNOSTICS OPERATIONS, INC.,  )
and CORANGE INTERNATIONAL LIMITED,   )
                                      )
            Plaintiffs,               )        Civil Action No. 07-753-JJF
                                      )
        v.                            )
                                      )
ABBOTT DIABETES CARE, INCORPORATED    )
and ABBOTT DIABETES CARE SALES        )
CORPORATION,                          )
BAYER HEALTHCARE, LLC,                )
DIAGNOSTICS DEVICES, INC.,            )
LIFESCAN, INCORPORATED, and           )
NOVA BIOMEDICAL CORPORATION,          )
                                      )
            Defendants.               )

## LIFESCAN, INC.'S MOTION TO EXTEND DISCOVERY PERIOD

Defendant, LifeScan, Inc. ("LifeScan") hereby moves for an Order to extend the Phase I document discovery deadline for a period of twenty-eight (28) days until July 25, 2008. The requested extension would be limited solely to LifeScan's completion of that production. LifeScan makes this request in light of the voluminous nature of Plaintiffs' Roche Diagnostics Operations, Inc. ("Roche") and Corange International Limited ("Corange") (collectively "Plaintiffs") document requests. LifeScan is in the process of diligently searching for and collecting documents in response to Plaintiffs' requests, but requires additional time in order to complete these tasks.

Before moving this Court, LifeScan contacted Plaintiffs pursuant to D. Del. LR 7.1.1 to obtain its consent for this reasonable extension. Plaintiffs offered LifeScan a two (2) week extension of time, until July 11, 2008, to respond to the requests for production. The proposed two week extension included attached conditions which LifeScan is unable to meet. The parties

did not agree on the extension of time to respond to the requests for production. In view of the volume of documents that LifeScan has gathered, and is reviewing and processing in response to Plaintiffs' document requests, Plaintiffs' offer of two (2) weeks is insufficient and does not afford LifeScan enough time to complete its collection efforts and respond to Plaintiffs' requests for production.

This is the first request for extension by LifeScan. LifeScan does not make this request for purposes of delay. LifeScan has been diligent in its document collection and production efforts, and it is simply impossible for LifeScan to meet the scheduled deadline.

The grounds for LifeScan's Motion are set forth in the accompanying Opening Brief in Support of LifeScan, Inc's Motion to Extend Discovery Period. LifeScan respectfully requests that the Court grant its Motion and enter the proposed Order attached as Exhibit A hereto. The certifications required by D. Del. LR 7.1.1 and 16.5 are attached hereto as Exhibits B and C.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-6305
mbourke@cblh.com

*Attorneys for Defendant LifeScan, Inc.*

Dated: June 27, 2008

619583

## CERTIFICATE OF SERVICE

I, Mary W. Bourke, Esquire, hereby certify that on June 27, 2008, I caused to be served by electronic service the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Plaintiffs Roche Diagnostic
Operations, Inc. and Corange
International Limited*

Daniel A. Boehnen
Grantland G. Drutchas
Gary E. Hood
Nicole Keenan
Paula S. Fritsch
Sherri L. Oslick
Jeffrey P. Armstrong
Christina L. Brown
Sean M. Sullivan
Richard A. Machonkin
Eric R. Moran
Christopher M. Cavan
Patrick G. Gattari
Benjamin R. Huber
Paul S. Tully
McDonnell Boehnen Hulbert &
Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
*Attorneys for Plaintiffs Roche
Diagnostic Operations, Inc. and
Corange International Limited*

John W. Shaw
Jeffrey Thomas Castellano
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendant Bayer
Healthcare, LLC*

Kenneth P. George
Joseph M. Casino
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
*Attorneys for Defendant Bayer
Healthcare, LLC*

Wesley E. Overson
Rachel Krevans
Jason R. Bartlett
Parisa Jorjani
Daniel P. Muino
Matthew W. dos Santos
Amy C. Dachtler
Morrisson & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Defendant Bayer
Healthcare, LLC*

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Diagnostic
Devices Inc.*

Nancy Tinsley
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250
*Attorney for Plaintiff Roche Diagnostics
Operations, Inc. and Corange
International Limited*

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Defendant Nova
Biomedical Corporation*

Kirk A. Vander Leest
Edward A. Mas II
Stephen F. Sherry
James M. Hafertepe
Merle S. Elliott
Matthew A. Anderson
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, IL 60661
*Attorneys for Defendants Abbott
Diabetes Care Inc. and Abbott Diabetes
Care Sales Corporation*

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Defendants Abbott Diabetes
Care Inc. and Abbott Diabetes Care
Sales Corporation.*

I further certify that on June 27, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail to the following non-registered participants:

Bradford J. Badke
Sona De
Michael Kahn
Simon A. Fitzpatrick
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
*Attorneys for Defendant Nova
Biomedical Corporation*

Ashley L. Ellis
Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
*Attorneys for Defendant Diagnostic
Devices Inc.*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

*Attorneys for Defendant LifeScan, Inc.*

619583

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-753-JJF |
| v. | ) ) | |
| ABBOTT DIABETES CARE, INCORPORATED and ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING LIFESCAN INC.'S MOTION TO EXTEND DISCOVERY PERIOD

Upon consideration of LifeScan, Inc.'s Motion to Extend Discovery Period, and any

opposition thereto,

IT IS THIS ___ DAY OF _____, 2008 HEREBY ORDERED that LifeScan, Inc.'s

Motion to Extend Discovery Period is GRANTED, and the deadline for LifeScan, Inc. to

produce documents in Phase 1 is set as July 25, 2008.


_____

The Honorable Joseph J. Farnan, Jr.

**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-753-JJF |
| v. | ) ) ) | |
| ABBOTT DIABETES CARE, INCORPORATED and ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE UNDER D. DEL. LR 16.4

Pursuant to D. Del. LR 16.4, I hereby certify that I have sent a copy of LIFESCAN, INC.'S MOTION TO EXTEND DISCOVERY PERIOD to our client.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

*Attorneys for Defendant LifeScan, Inc.*

Dated: June 27, 2008

**EXHIBIT C**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-753-JJF |
| v. | ) ) | |
| ABBOTT DIABETES CARE, INCORPORATED and ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE UNDER D. DEL. LR 7.1.1

Pursuant to D. Del. LR 7.1.1, I hereby certify that counsel for Defendant Lifescan, Inc. has discussed the subject of LIFESCAN, INC.'S MOTION TO EXTEND DISCOVERY PERIOD with counsel for Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited and has not been able to reach agreement on the matters therein.

CONNOLLY BOVE LODGE & HUTZ LLP


/s/ Mary W. Bourke
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

*Attorneys for Defendant LifeScan, Inc.*

Dated: June 27, 2008