IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED and ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION,<br><br>Defendants. | Civil Action No. 07-753-JJF |

**NOTICE OF LIFESCAN, INC.'S MOTION TO EXTEND DISCOVERY PERIOD**

PLEASE TAKE NOTICE that Defendant LifeScan, Inc.'s Motion to Extend Discovery Period shall be presented to this Court on September 12, 2008 at 10:00 a.m. or as soon thereafter as counsel may be heard.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ R. Eric Hutz
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-6305
mbourke@cblh.com

*Attorneys for Defendant LifeScan, Inc.*

Dated: June 27, 2008