# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 07-753-JJF<br>) |
| v. | )<br>) |
| ABBOTT DIABETES CARE, INCORPORATED and ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 27, 2008, true and correct copies of LIFESCAN, INC.'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO ROCHE DIAGNOSTICS OPERATIONS, INC.'S AND CORANGE INTERNATIONAL LIMITED'S FIRST SET OF INTERROGATORIES (NOS. 1-2) were caused to be served upon the following counsel in the manner indicated:

| | |
|---|---|
| **BY HAND AND EMAIL**<br>Philip A. Rovner<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited* | **BY EMAIL**<br>Daniel A. Boehnen<br>Grantland G. Drutchas<br>Gary E. Hood<br>Nicole Keenan<br>Paula S. Fritsch<br>Sherri L. Oslick<br>Jeffrey P. Armstrong<br>Christopher M. Cavan<br>Patrick G. Gattari<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive<br>Chicago, IL 60606<br>*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited* |

1

**BY HAND AND EMAIL**
John W. Shaw
Jeffrey Thomas Castellano
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendant Bayer Healthcare, LLC*

**BY HAND AND EMAIL**
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Defendant Nova Biomedical Corporation*

**BY EMAIL**
Ashley L. Ellis
Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
*Attorneys for Defendant Diagnostic Devices Inc.*

**BY HAND AND EMAIL**
Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Diagnostic Devices Inc.*

**BY EMAIL**
Wesley E. Overson
Rachel Krevans
Jason R. Bartlett
Parisa Jorjani
Daniel P. Muino
Morrisson & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Defendant Bayer Healthcare, LLC*

**BY EMAIL**
Kenneth P. George
Joseph M. Casino
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
*Attorneys for Defendant Bayer Healthcare, LLC*

**BY EMAIL**
Nancy Tinsley
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250
*Attorney for Plaintiff Roche Diagnostics Operations, Inc. and Corange International Limited*

**BY EMAIL**
Bradford J. Badke
Sona De
Michael Kahn
Simon A. Fitzpatrick
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
*Attorneys for Defendant Nova Biomedical Corporation*

2

| | |
|---|---|
| **BY EMAIL** | **BY HAND AND EMAIL** |
| Kirk A. Vander Leest | Frederick L. Cottrell, III |
| Edward A. Mas II | Anne Shea Gaza |
| Stephen F. Sherry | Richards, Layton & Finger |
| James M. Hafertepe | One Rodney Square |
| Merle S. Elliott | P.O. Box 551 |
| Matthew A. Anderson | Wilmington, DE 19899 |
| McAndrews, Held & Malloy, Ltd. | *Attorneys for Defendants Abbott Diabetes* |
| 500 West Madison Street, Suite 3400 | *Care Inc. and Abbott Diabetes Care* |
| Chicago, IL 60661 | *Sales Corporation.* |
| *Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corporation* | |

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

*Attorneys for Defendant LifeScan Incorporated*

## CERTIFICATE OF SERVICE

I, Mary W. Bourke, Esquire, hereby certify that on June 27, 2008, I caused copies of the foregoing document to be served on the following counsel in the manner indicated:

**BY HAND AND EMAIL**
Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited*

**BY EMAIL**
Daniel A. Boehnen
Grantland G. Drutchas
Gary E. Hood
Nicole Keenan
Paula S. Fritsch
Sherri L. Oslick
Jeffrey P. Armstrong
Benjamin Huber
Paul S. Tully
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
*Attorneys for Plaintiffs Roche Diagnostic Operations, Inc. and Corange International Limited*

**BY HAND AND EMAIL**
John W. Shaw
Jeffrey Thomas Castellano
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendant Bayer Healthcare, LLC*

**BY HAND AND EMAIL**
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Defendant Nova Biomedical Corporation*

**BY EMAIL**
Nancy Tinsley
Roche Diagnostics
9115 Hague Road
Indianapolis, IN 46250
*Attorney for Plaintiff Roche Diagnostics Operations, Inc. and Corange International Limited*

**BY HAND AND EMAIL**
Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Diagnostic Devices Inc.*

**BY EMAIL**
Wesley E. Overson
Rachel Krevans
Jason R. Bartlett
Parisa Jorjani
Daniel P. Muino
Morrisson & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Defendant Bayer*
*Healthcare, LLC*

**BY EMAIL**
Kenneth P. George
Joseph M. Casino
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
*Attorneys for Defendant Bayer*
*Healthcare, LLC*

**BY EMAIL**
Bradford J. Badke
Sona De
Michael Kahn
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
*Attorneys for Defendant Nova*
*Biomedical Corporation*

**BY EMAIL**
Ashley L. Ellis
Michael G. Adams
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC 28202
*Attorneys for Defendant Diagnostic*
*Devices Inc.*

**BY EMAIL**
Kirk A. Vander Leest
Edward A. Mas II
Stephen F. Sherry
James M. Hafertepe
Merle S. Elliott
Matthew A. Anderson
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, IL 60661
*Attorneys for Defendants Abbott*
*Diabetes Care Inc. and Abbott Diabetes*
*Care Sales Corporation*

**BY HAND AND EMAIL**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Defendants Abbott Diabetes*
*Care Inc. and Abbott Diabetes Care*
*Sales Corporation.*

CONNOLLY BOVE LODGE & HUTZ LLP

<u>/s/ Mary W. Bourke</u>
Mary W. Bourke (#2356)
R. Eric Hutz (#2702)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-1347

*Attorneys for Defendant LifeScan Incorporated*

619762

6