

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

July 1, 2008

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

      Re:    Roche Diagnostics Operations Incorporated, et al. v.
            Abbott Diabetes Care, Incorporated, et al.,
            D. Del., C.A. No. 07-753-JJF

Dear Judge Farnan:

      We represent plaintiffs Roche Diagnostics Operations Inc. and Corange International Limited (collectively "Roche") in the above-referenced action. We write to request that, in order to keep this matter on schedule for a mid-2009 trial (*see* February 8, 2008 Hearing Tr. at 40), the Court hold a status conference at Your Honor's earliest convenience.

      The timing of Roche's request is not mere happenstance. Your Honor is scheduled to hear Roche's Second Motion to Compel on Friday, July 11, the Court's next scheduled motion day. We respectfully suggest that, since most if not all parties will be in Wilmington for that hearing, Thursday, July 10 or Friday, July 11 may well be convenient dates for both the Court and the parties to discuss the issues that threaten to derail the present schedule.

      The Scheduling Order entered by the Court on April 24, 2008 (D.I. 147) divided discovery in this multi-defendant patent infringement action into phases; Phase I was limited to infringement and prior invention issues and Phase II was limited to invalidity issues. (D.I. 147, at ¶ 3.). Pursuant to ¶ 3(a)(i)(1) of the Scheduling Order, the parties were ordered to complete written Phase I discovery by June 27, 2008. Although Paragraph 3(a)(ii)(1) of the Scheduling Order provides that deposition discovery shall commence upon the completion of Phase I written discovery, that start date is threatened as a result of some outstanding issues regarding defendants' responses to Roche's Phase I written discovery requests. *See* Roche Motions to Compel (D.I. 135; 208); Defendant LifeScan's Motion to Extend Discovery Period (D.I. 219).

The Honorable Joseph J. Farnan, Jr.
July 1, 2008
Page 2

Accordingly, Roche respectfully requests that the Court set a status conference to some time within the next few weeks. In addition to the matters discussed above, the parties have competing proposals for a Protective Order before the Court (D.I. 133); resolution of that issue would allow the parties to provide materials to their respective experts and to in-house counsel who have settlement authority.

Counsel for Roche approached counsel for defendants regarding its request for a for a status conference. The sole defendant that even responded to Roche's request, Bayer Healthcare LLC, declined to join Roche in its request.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

/s/ Philip A. Rovner

Philip A. Rovner
provner@potteranderson.com

PAR/mes/872415
cc:  Mary W. Bourke, Esq. – by CM/ECF and E-mail
     John W. Shaw, Esq. – by CM/ECF and E-mail
     Rodger D. Smith, Esq. – by CM/ECF and E-mail
     Steven J. Balick, Esq. – by CM/ECF and E-mail