# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 576-3587
DIRECT FAX: (302) 576-3551
jcastellano@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
MICHAEL S. NEIBURG
   (PA & NJ ONLY)
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

July 7, 2008

**BY CM/ECF**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re: *Roche Diagnostics Operations Incorporated, et al. v. Abbott Diabetes Care, Incorporated, et al.*, 07-753-JJF

Dear Judge Farnan:

    We write on behalf of defendants Bayer Healthcare, LLC ("Bayer"), LifeScan, Inc. ("LifeScan"), and Nova Biomedical Corp. ("Nova") in response to the letter of July 1, 2008 to the Court from plaintiffs Roche Diagnostics Operations Inc. and Corange International Limited (collectively, "Roche"). (D.I. 228) Roche's letter requests that a status conference be scheduled this week, on July 10 or 11, or in the near future. Defendants Bayer, LifeScan, and Nova respectfully disagree that such a status conference should occur in the coming week.

    None of the motions currently before the Court should require a hearing:

- Two motions have been fully briefed and are being decided on the papers: Roche's first motion to compel discovery (D.I. 135) and Roche's motion for entry of a protective order (D.I. 133).

- Roche's second motion to compel discovery (D.I. 208) and Roche's motion to strike and/or dismiss defendants' affirmative defenses and counterclaims (D.I. 189) have been fully briefed. Unless the Court requires further argument, defendants believe these motions can be decided on the papers as well.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
July 7, 2008
Page 2

- Roche's motion to dismiss certain counterclaims brought by Nova (D.I. 200) is still being briefed and will not be ready for hearing this week, should the Court decide that a hearing is necessary.

- LifeScan's motion for an extension of the Phase I document discovery deadline (D.I. 219), filed on June 27, will not be fully briefed by this week.

When Roche notified Defendants that it wished to schedule another status conference, Roche did not mention this week as the time it would seek. Lead counsel for Bayer, LifeScan, and Nova are unavailable to attend a status conference this week.

Bayer, LifeScan, and Nova believe that a further status conference should take place at the end of Phase I expert discovery, prior to the commencement of Phase II. But we respectfully submit that a status conference this week or in the near future would be premature.

As always, counsel remains available to answer any questions the Court might have.

Respectfully,

Jeffrey T. Castellano (#4837)

JTC:leb

cc: Clerk, U.S. District Court - by CM/ECF
Mary W. Bourke, Esq. - by CM/ECF and E-mail
Rodger D. Smith, Esq. - by CM/ECF and E-mail
Steven J. Balick, Esq. - by CM/ECF and E-mail
Philip A. Rovner, Esq. - by CM/ECF and E-mail