IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED, ABBOTT DIABETES CARE SALES CORPORATION, BAYER HEALTHCARE, LLC, DIAGNOSTICS DEVICES, INC., LIFESCAN, INCORPORATED, and NOVA BIOMEDICAL CORPORATION<br><br>Defendants. | Civil Action No. 07-753-JJF |

### DEFENDANTS' NOTICE OF DEPOSITION OF DALE DELK

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Bayer HealthCare, LLC, LifeScan, Inc., and Nova Biomedical Corporation will take the deposition upon oral examination of Dale Delk, commencing at 9:30 a.m. on September 25, 2008 at Ropes & Gray, One South Dearborn Street, Suite 2100, Chicago, IL 60603-2302, or at a time and place to be mutually agreed upon by counsel, and will continue from day to day until completed.

The deposition will be taken before an officer authorized to administer oaths and will be recorded stenographically and by videotape. You are invited to attend and cross-examine.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *signature*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jcastellano@ycst.com

Rachel Krevans
Wesley E. Overson
Parisa Jorjani
Daniel P. Muino
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Kenneth P. George
Joseph M. Casino
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000

*Attorneys for Bayer HealthCare, LLC*


CONNOLLY BOVE LODGE & HUTZ LLP
Mary W. Bourke (No. 2356)
R. Eric Hutz (No. 2702)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for LifeScan, Inc.*

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Rodger D. Smith II
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

Bradford J. Badke
Sona De
Michael P. Kahn
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

*Attorneys for Nova Biomedical Corporation*

DATED: August 21, 2008

**CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, Esquire, hereby certify that on August 21, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
>
> Steven J. Balick, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on August 21, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Daniel A. Boehnen, Esquire [boehnen@mbhm.com]
> Grantland G. Drutchas, Esquire [drutchas@mbhb.com]
> Gary E. Hood, Esquire [hood@mbhb.com]
> Nicole Keenan, Esquire [keenan@mbhb.com]
> Paula S. Fritsch, Esquire [Fritsch@mbhb.com]
> Sherri L. Oslick, Esquire [oslick@mbhb.com]
> Jeffrey P. Armstrong [armstrongj@mbhb.com]
> McDonnell Boehnen Hulbert & Bergoff LLP
> 300 South Wacker Drive
> Chicago, IL  60606

Michael G. Adams, Esquire [mikeadams@parkerpoe.com]
Ashley L. Ellis, Esquire [ashleyellis@parkerpoe.com]
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC  28202

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Jeffrey T .Castellano (No. 4837)
[jcastellano@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

*Attorneys for Defendant Bayer Healthcare, LLC*

2