IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, et al.<br><br>Defendants. | C.A. No. 07-753-JJF |

## NOVA'S NOTICE OF DEPOSITION OF DR. GERD GRENNER

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30, Fed. R. Civ. P., Defendant Nova Biomedical Corporation ("Nova"), will take the deposition upon oral examination of Dr. Gerd Grenner, commencing at 9:30 a.m. on October 6, 2008, and continuing day to day until completed, at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, or at such alternative date, time, and place as mutually agreed upon by counsel for the parties.

The deposition will be taken pursuant to the Federal Rules of Civil Procedure before a certified stenographer or other officer authorized by law. The deposition will be recorded by sound, video, and/or stenographic means. You are invited to attend.

- 2 -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Rodger D. Smith II*

          _____
          Rodger D. Smith II (#3778)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          rsmith@mnat.com
          *Attorneys for Defendant*
          *Nova Biomedical Corporation*

OF COUNSEL:

Bradford J. Badke
Sona De
Michael P. Kahn
Simon A. Fitzpatrick
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704

August 22, 2008
2458526

- 2 -

# CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 22, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>
>Steven J. Balick, Esquire
>Ashby & Geddes
>
>John W. Shaw, Esquire
>Young Conaway Stargatt & Taylor LLP

I also certify that copies were caused to be served on August 22, 2008, upon the following in the manner indicated:

## BY HAND AND EMAIL

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE  19801
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801
>
>Steven J. Balick, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

Daniel A. Boehnen, Esquire
Grantland G. Drutchas, Esquire
McDonnell Boehnen Hulbert & Bergoff LLP
300 South Wacker Drive
Chicago, IL  60606
boehnen@mbhb.com
drutchas@mbhb.com

Michael G. Adams, Esquire
Ashley L. Ellis, Esquire
Parker Poe Adams & Bernstein LLP
Three Wachovia Center, Suite 3000
401 South Tryon Street
Charlotte, NC  28202
mikeadams@parkerpoe.com
ashleyellis@parkerpoe.com

Rachel Krevans, Esquire
Wesley E. Overson, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
rkrevans@mofo.com
woverson@mofo.com

Kenneth P. George
Joseph M. Casino
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY  10016
kgeorge@arelaw.com
jcasino@arelaw.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)

- 2 -