IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | C.A. No. 07-753-JJF |
| ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORP., BAYER HEALTHCARE, LLC, DIAGNOSTIC DEVICES, INC., LIFESCAN, INC., and NOVA BIOMEDICAL CORP., | ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the parties have reached agreement on the content of a Protective Order with the exception of two disputed sections:

(a) Section 4.2(b) of Plaintiffs' Proposed Protective Order (D.I. 133-3) for in-house attorneys or Other Counsel to have access to CONFIDENTIAL information; and

(b) Section 4.3(b) of Plaintiffs' Proposed Protective Order (D.I. 133-3) for in-house attorneys' or Other Counsel's to have access to HIGHLY CONFIDENTIAL information.

WHEREAS, the disputed sections of the Protective Order are the subject of a Motion for Entry of a Protective Order, D.I. 133, and that motion is fully briefed. D.I. 133, 151, 152, and 165.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited, and Defendants Bayer

Healthcare, LLC, Diagnostic Devices, Inc., LifeScan, Inc. and Nova Biomedical Corp. consent to being bound to the undisputed sections of the Protective Order submitted by the Plaintiffs in their Motion for Entry of a Protective Order (D.I. 133), with Sections 2.3 and 2.4 modified as shown in Defendants' Proposed Protective Order (D.I. 151-1). Specifically, until the resolution of Plaintiffs' Motion for Entry of a Protective Order, the parties agree (i) to be bound by all sections of D.I. 133-3 except Sections 4.2(b) and 4.3(b), with Sections 2.3 and 2.4 modified as shown in Defendants' Proposed Protective Order (D.I. 151-1), and (ii) that they will not provide any confidential documents that they receive from other parties to this litigation to any of the persons or classes of persons identified in Sections 4.2(b) and 4.3(b) of D.I. 133-3.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (No. 3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com | By: /s/ John W. Shaw<br>John W. Shaw (No. 3362)<br>Jeffrey Castellano (No. 4837)<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>jshaw@ycst.com |
| *Attorney for Plaintiffs Roche Diagnostics Operations, Inc. and Corange International Limited* | *Attorney for Defendant Bayer Healthcare, LLC* |

| | |
|---|---|
| ASHBY & GEDDES | CONNOLLY BOVE LODGE & HUTZ LLP |
| By: /s/ Steven J. Balick<br>Steven J. Balick (No. 2114)<br>John G. Day (No. 2403)<br>Lauren E. Maguire (No. 4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br><br>*Attorney for Defendant Diagnostics Devices, Inc.* | By: /s/ R. Eric Hutz<br>Mary W. Bourke (No. 2356)<br>R. Eric Hutz (No. 2702)<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>ehutz@cblh.com<br><br>*Attorney for Defendant LifeScan, Inc.* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Rodger D. Smith, II
    Rodger D. Smith II (No. 3778)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200
    rsmith@mnat.com

*Attorney for Defendant Nova Biomedical Corporation*

Date: September 3, 2008

        IT IS SO ORDERED this ____ day of September 2008.

                            _____
                            United States District Judge

878434