IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, et al.,<br><br>Defendants. | C.A. No. 07-753-JJF |

## NOVA'S PROPOSED VERDICT FORM

Pursuant to D. Del. LR 51.1(c), defendant Nova Biomedical Corporation submits the attached proposed Verdict Form.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Rodger D. Smith II*
                                        Rodger D. Smith II (#3778)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        rsmith@mnat.com
                                        *Attorneys for Defendant*
                                        *Nova Biomedical Corporation*

January 29, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIAGNOSTICS OPERATIONS, INC., and CORANGE INTERNATIONAL LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-753-JJF |
| v. | ) ) ) | |
| ABBOTT DIABETES CARE, INCORPORATED, and ABBOTT DIABETES CARE SALES CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

**NOVA'S PROPOSED VERDICT FORM**

**BREACH OF CONTRACT**

    1.    Did Nova prove by a preponderance of the evidence that Roche breached the contract between Nova and Roche?

        Yes _____ (for Nova)    No _____ (for Roche)

**UNFAIR COMPETITION**

    2.    Did Nova prove by a preponderance of the evidence that Roche engaged in unfair competition?

        Yes _____ (for Nova)    No _____ (for Roche)

WHEN YOU HAVE COMPLETED THIS VERDICT FORM, PLEASE HAVE THE FOREPERSON SIGN AND DATE IN THE SPACES INDICATED BELOW.

_____        _____
          Date                                                          Jury Foreperson

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on January 29, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP

I also certify that copies were caused to be served on January 29, 2010, upon the following in the manner indicated:

### BY EMAIL

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE  19801
>
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801
>
>Daniel A. Boehnen, Esquire
>Grantland G. Drutchas, Esquire
>McDonnell Boehnen Hulbert & Bergoff LLP
>300 South Wacker Drive
>Chicago, IL  60606
>boehnen@mbhb.com
>drutchas@mbhb.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>rsmith@mnat.com