# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ROCHE DIAGNOSTICS OPERATIONS, INC., )
and CORANGE INTERNATIONAL LTD., )
                                            Plaintiffs/Counterdefendants, )
                                                                   ) C.A. No. 07-753-JJF
                                                  v. )
NOVA BIOMEDICAL CORP., )
                                            Defendant/Counterclaimant. )

## VERDICT FORM

We, the jury, unanimously find as follows:

**QUESTION 1:**      **BREACH OF CONTRACT**

    1.    Did Nova prove by a preponderance of the evidence that Roche Diagnostics Operations, Inc. breached the contract between Nova and F. Hoffmann-La Roche Ltd.?

                                          Yes \_\_\_\_\_ (for Nova)      No \_\_\_\_\_ (for Roche)

    2.    Did Nova prove by a preponderance of the evidence that Corange International Ltd. breached the contract between Nova and F. Hoffmann-La Roche Ltd.?

                                          Yes \_\_\_\_\_ (for Nova)      No \_\_\_\_\_ (for Corange)

**QUESTION 2:       UNFAIR COMPETITION**

  3. Did Nova prove by a preponderance of the evidence that Roche Diagnostics Operations, Inc. was entrusted with results of work of Nova and engaged in unfair competition by exploiting the results of work without authorization by Nova?

        Yes _____ (for Nova)  No _____ (for Roche)

  4. Did Nova prove by a preponderance of the evidence that Corange International Ltd. was entrusted with results of work of Nova and engaged in unfair competition by exploiting the results of work without authorization by Nova?

        Yes _____ (for Nova)  No _____ (for Corange)


Each juror must sign the verdict form to reflect that a unanimous verdict has been reached.

Juror No. 1  _____

Juror No. 3  _____

Juror No. 4  _____

Juror No. 5  _____

Juror No. 6  _____

Juror No. 7  _____

Juror No. 8  _____

WHEN YOU HAVE COMPLETED THIS VERDICT FORM, PLEASE HAVE THE FOREPERSON SIGN AND DATE IN THE SPACES INDICATED BELOW.

_____  _____
      Date                Jury Foreperson