IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roche Diagnostics Operations, Inc., and Corange International Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>Abbott Diabetes Care, Inc., Abbott Diabetes Care Sales Corp., Bayer Healthcare, LLC, Diagnostic Devices, Inc., Lifescan, Inc., and Nova Biomedical Corp.,<br><br>Defendants. | Civil Action No. 07-753-RGA |

ORDER

This 5th day of December 2014, for the reasons stated in the accompanying memorandum opinion, IT IS HEREBY ORDERED that:

The term "electrode" is construed as "microelectrode have a width of 15 µm up to approximately 100 µm."

/s/ Richard G. Andrews
United States District Judge